UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL WRIGHT, in his individual and ) <br> official capacities, JACLYN HOTARD, in her ) <br> individual and official capacities; and ) <br> ST. JOHN THE BAPTIST PARISH; ) <br> ) <br> Defendants. ) <br> ) | Case No. 23-cv-7296 |

### *Ex Parte* Motion for Leave to File First Amended Complaint

This motion asks for leave to file a First Amended Complaint "as a matter of course" per Fed. R. Civ. Proc. 15(a)(1). That rule provides that:

> A party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Here, Plaintiff filed her initial Complaint on December 14, 2023. She has not yet served the complaint on Defendants. No responsive pleading has been filed.

Plaintiff therefore is entitled, under both subsections of Fed. R. Civ. Proc. 15(a)(1), to file a First Amended Complaint as a matter of course.

Plaintiff asks that the attached pleading be filed into the record.

Respectfully Submitted:

/s/ *William Most*
**William Most (La. Bar No. 36914)**
**David Lanser (La. Bar No. 37764)**
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

*Counsel for Plaintiff*

1