UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-cv-7296 |
| ) | |
| MICHAEL WRIGHT, in his individual and ) | |
| official capacities, JACLYN HOTARD, in her ) | |
| individual and official capacities; and ) | |
| ST. JOHN THE BAPTIST PARISH; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Having duly considered Plaintiff's *Ex Parte* Motion for Leave to File First Amended Complaint and the arguments in support, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiffs proposed pleading shall be filed into the record.

_____, this _____ day of _____, 2024.

_____