UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Before the Court is Plaintiff Joy Banner, Ph.D.'s ("Plaintiff") "Ex Parte Motion to File First Amended Complaint."[1] Plaintiff initially filed her complaint on December 14, 2023.[2] The motion was filed on January 1, 2024.[3] Plaintiff avers that she has not yet served the original complaint on Defendants and no responsive pleadings have been filed.[4] As such, Plaintiff seeks leave of court to amend her complaint. Federal Rule of Civil Procedure 15(a)(2) provides that a court "should freely give leave when justice so requires."[5]

Accordingly,

---

[1] Rec. Doc. 4.

[2] Rec. Doc. 1.

[3] Rec. Doc. 4.

[4] *Id.*

[5] Fed. R. Civ. Pro. R. 15(a).

**IT IS HEREBY ORDERED** that Plaintiff's "Ex Parte Motion to File First Amended Complaint"[6] is **GRANTED**.

**NEW ORLEANS, LOUISIANA**, this __3rd__ day of January, 2024.

                                                      _____
                                                      **NANNETTE JOLIVETTE BROWN**
                                                      **CHIEF JUDGE**
                                                      **UNITED STATES DISTRICT COURT**

---

[6] Rec. Doc. 4.