UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * * * | JUDGE: NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE: DIVISION 4 KAREN WELLS ROBY |

## MOTION TO DISMISS PURSUANT TO FED.R. CIV. P. 12(b)(6) AND PURSUANT TO FED.R. CIV.P. 12(b)(1)

Now comes ST. JOHN THE BAPTIST PARISH  (õSJBPö), a political subdivision of the State of Louisiana; MICHAEL WRIGHT; and JACLYN HOTARD,  made "Defendants" in the above captioned Complaint, through undersigned counsel, who respectfully present this Motion to Dismiss Pursuant to Rules 12(b)(6) and 12(b)(1) for failure to state a cause of action upon which relief can be granted and for lack of subject matter jurisdiction; all for reasons set forth in the Memorandum in Support of the Motion to Dismiss filed herewith.

The standard of review for a motion to dismiss under Rule 12(b)(1) is the same as that for a motion to dismiss pursuant to Rule 12(b)(6). *United States v. City of New Orleans*, No. 02-3618, 2003 WL 22208578, at *1 (E.D. La. Sept. 19, 2003). Defendants recognize that 12(b)(1) motions are; usually, taken up before 12(b)(6) motions.  However, Defendants show that the granting of their 12(b)(6) motion herein would preclude subject matter jurisdiction and prohibit state court relief sought by Plaintiff under this Honorable Courtøs supplemental jurisdiction.

WHEREFORE, Defendants, St. John the Baptist Parish, (õSJBPö), Michael Wright, and Jaclyn Hotard pray that this Honorable Court issue an Order granting Defendant's Fed. R. Civ. P. 12(b)(6) and 12(b)(1) Motions to Dismiss, with prejudice.

RESPECTFULLY SUBMITTED:

ACCARDO LAW FIRM, L.L.C.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana   70068
(985) 359-4300        (985) 359-4303 fax

*/s/ SAMUEL J. ACCARDO, JR.*
SAMUEL J. ACCARDO, JR. (#24007)
accardo@rtconline.com