UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO.: 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * * * | JUDGE: NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE: DIVISION 4 KAREN WELLS ROBY |

**NOTICE OF SUBMISSION**

Considering Defendants', ST. JOHN THE BAPTIST PARISH ("Parish"), MICHAEL WRIGHT, and JACLYN HOTARD, Motion to Dismiss Pursuant to Rules 12(b)(6) and 12(b)(1):

**NOW INTO COURT**, through undersigned counsel, comes Defendants, ST. JOHN THE BAPTIST PARISH ("Parish"), MICHAEL WRIGHT, and JACLYN HOTARD, who will bring on for hearing their Motion To Dismiss Pursuant To Rules 12(b)(6) and 12(b)(1) on **MARCH 6th, 2024** at **10:00 A.m.** before Judge NANNETTE JOLIVETTE BROWN.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
NANNETTE JOLIVETTE BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT

RESPECTFULLY SUBMITTED:
ACCARDO LAW FIRM, L.L.C.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana   70068
(985) 359-4300         (985) 359-4303 fax
*/s/ SAMUEL J. ACCARDO, JR.*
SAMUEL J. ACCARDO, JR. (#24007)
Attorneys for  St. John The Baptist Parish, Michael Wright, And Jaclyn Hotard
accardo@rtconline.com