## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * | JUDGE: NANNETTE JOLIVETTE BROWN |
| | * | |
| | * | MAGISTRATE JUDGE: DIVISION 4 |
| | * | |
| | | KAREN WELLS ROBY |

## **ORDER**

Considering Defendant's, ST. JOHN THE BAPTIST PARISH ("Parish"), a political subdivision of the State of Louisiana; MICHAEL WRIGHT, and JACLYN HOTARD, Motion to Dismiss Pursuant to Rules 12(b)(6) and 12(b)(1):

**IT IS ORDERED** that all claims against Defendants, ST. JOHN THE BAPTIST PARISH ("Parish"), a political subdivision of the State of Louisiana; MICHAEL WRIGHT, and JACLYN HOTARD, be and the same are hereby **DISMISSED WITH PREJUDICE**, all parties to bear their own costs.

Signed in New Orleans, Louisiana, this _____ day of _____, 2024.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT