## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * * * | JUDGE: NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE: DIVISION 4 KAREN WELLS ROBY |

## NOTICE OF MANUAL ATTACHMENT

To Defendants, ST. JOHN THE BAPTIST PARISH ("SJBP" herein), MICHAEL WRIGHT, and JACLYN HOTARD,

## MEMRANDUM IN SUPPORT OF FED. R. CIV. P. 12(b)(6) AND 12(b)(1) MOTION TO DISMISS

Which is filed with and in support of the:

## MOTION TO DISMISS PURSUANT TO FED.R. CIV. P. 12(b)(6) AND PURSUANT TO FED.R. CIV.P. 12(b)(1)

## MANUAL ATTACHMENT IS:

**1 FLASH DRIVE** WITH A **MP4 VIDEO** OF
ST. JOHN THE BAPTIST PARISH COUNCIL MEETING
HELD ON **11/28/2023**

Respectfully submitted:
ACCARDO LAW FIRM, L.L.C.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana   70068
(985 359-4300          Fax: (985) 359-4303

_____
SAMUEL J. ACCARDO, JR. (#24007)
accardo@rtconline.com
Attorneys for Defendants:
 St. John The Baptist Parish, Councilman Michael
Wright, and Parish President Jaclyn Hotard.