UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| JOY BANNER | CIVIL |
| VERSUS | NO: 23-7296 |
| MICHAEL WRIGHT, et al. | SECTION: G/4 |

ATTACHMENTS TO DOCUMENT NO.  9 Motion to Dismiss

    DESCRIPTION:  1 Flashdrive

    FILED BY:  Defendants

    FILE DATE:  February 2, 2024

IS LOCATED IN THE CLERK'S OFFICE.