UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOY BANNER, Ph. D** | * | CIVIL ACTION No. 23-cv-7296 |
| | * | |
| | * | SECTION: "G" |
| **VERSUS** | * | JUDGE NANNETTE JOLIVETTE BROWN |
| | * | |
| **MICHAEL WRIGHT, et al** | * | MAGISTRATE JUDGE: DIVISION |
| | * | KAREN WELLS ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT COME Defendants, **MICHAEL WRIGHT** and **JACLYN HOTARD**, who move this Court for an Order permitting Ike Spears (La. Bar No. 17811) of the law firm Spears and Spears, 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112, (e-mail: ikespears@gmail.com) to enroll as co-counsel of record on behalf of Defendants, **MICHAEL WRIGHT** and **JACLYN HOTARD**.

**WHEREFORE**, Defendants, **MICHAEL WRIGHT** and **JACLYN HOTARD,** move this Court for an Order permitting Ike Spears to enroll as co-counsel of record for Defendants, **MICHAE WRIGHT** and **JACLYN HOTARD.**

Respectfully submitted,

/s/ Ike Spears_____
IKE SPEARS, #17811
SPEARS & SPEARS, LLC
909 Poydras Street, Suite 1825
New Orleans, LA 70112
Office: (504) 593-9500
Facsimile: (504) 523-7766
Email: ikespears@gmail.com