UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOY BANNER, Ph. D** | * | **CIVIL ACTION No. 23-cv-7296** |
| | * | |
| | * | **SECTION: "G"** |
| **VERSUS** | * | **JUDGE NANNETTE JOLIVETTE BROWN** |
| | * | |
| **MICHAEL WRIGHT, et al** | * | **MAGISTRATE JUDGE: DIVISION** |
| | * | **KAREN WELLS ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Enroll As Co-Counsel of Record;

IT IS ORDERED that Ike Spears (La. Bar No 17811), of the law firm of Spears and Spears, 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112, (e-mail: ikespears@gmail.com), be and hereby is enrolled as co-counsel of record in this proceeding, representing Defendants, MICHAEL WRIGHT and JACLYN HOTARD.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
JUDGE