UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, PH.D** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **MICHAEL WRIGHT, ET AL.** | **SECTION: "G"** |

### ORDER

Considering Defendants Michael Wright and Jaclyn Hotard's ("Defendants") "Motion to Enroll as Co-Counsel of Record,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Ike Spears of the law firm Spears and Spears, located at 909 Poydras Street, Suite 1825, New Orleans, LA 70112, is enrolled as counsel of record in this matter.

**NEW ORLEANS, LOUISIANA**, this 14th day of May, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 15.