UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * * * * * | JUDGE: NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE: DIVISION 4<br><br>KAREN WELLS ROBY |

**MOTION TO WITHDRAW AND TO SUBSTITUTE**

Now come St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, made "Defendants", in the above captioned pleadings, appearing herein through Samuel J. Accardo, Jr. and Ike Spears, co-counsel, who respectfully, move this Court for an Order permitting Samuel J. Accardo, Jr., Accardo Law Firm, LLC, (La. Bar No. 24007), 325 Belle Terre Blvd., Suite A, LaPlace, Louisiana 70068 to withdraw as counsel of record for St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, in all capacities, and that Ike Spears (La. Bar No. 17811) of the law firm Spears and Spears, 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112, (email: ikespears@gmail.com) be enrolled as counsel of record on behalf of Defendants, St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, in all capacities.

**WHEREFORE**, Defendants, ST. JOHN THE BAPTIST PARISH, JACQUELINE HOTARD, and MICHAEL WRIGHT, move this Court for an Order permitting Samuel J. Accardo, Jr. to withdraw as counsel of record and to substitute and enroll Ike Spears as the counsel of record for Defendants, ST. JOHN THE BAPTIST PARISH, JACQUELINE HOTARD, and MICHAEL WRIGHT, in all capacities.