UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and | * | JUDGE: NANNETTE JOLIVETTE BROWN |
| personal capacities, JACLYN HOTARD, in | * | |
| her individual and personal capacities, and ST. | * | MAGISTRATE JUDGE: DIVISION 4 |
| JOHN THE BAPTIST PARISH | * | |
| | * | KAREN WELLS ROBY |

**ORDER**

The Court has considered Defendants' St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, Motion to Withdraw Samuel J. Accardo, Jr., Accardo Law Firm, LLC, as their counsel of record, in all capacities, and to Substitute Ike Spears, Spears and Spears, 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112 as the counsel of record, in all capacities, for Defendants, St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that Samuel J. Accardo, Jr., Accardo Law Firm, LLC is WITHDRAWN as counsel of record for Defendants' St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, in all capacities; and that Ike Spears, Spears and Spears, 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112 is hereby SUBSTITUTED as counsel of record for Defendants' St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, in all capacities.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
UNITED STATES DISTRICT JUDGE