UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * * * * * | JUDGE: NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE: DIVISION 4 KAREN WELLS ROBY |

**MOTION TO WITHDRAW AND TO SUBSTITUTE**

Now come St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, made "Defendants", in the above captioned pleadings, appearing herein through Samuel J. Accardo, Jr. and Ike Spears, co-counsel, who respectfully, move this Court for an Order permitting Samuel J. Accardo, Jr., Accardo Law Firm, LLC, (La. Bar No. 24007), 325 Belle Terre Blvd., Suite A, LaPlace, Louisiana 70068 to withdraw as counsel of record for St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, in all capacities, and that Ike Spears (La. Bar No. 17811) of the law firm Spears and Spears, 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112, (email: ikespears@gmail.com) be enrolled as counsel of record on behalf of Defendants, St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, in all capacities.

**WHEREFORE**, Defendants, ST. JOHN THE BAPTIST PARISH, JACQUELINE HOTARD, and MICHAEL WRIGHT, move this Court for an Order permitting Samuel J. Accardo, Jr. to withdraw as counsel of record and to substitute and enroll Ike Spears as the counsel of record for Defendants, ST. JOHN THE BAPTIST PARISH, JACQUELINE HOTARD, and MICHAEL WRIGHT, in all capacities.

Respectfully submitted:

ACCARDO LAW FIRM, L.L.C.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana   70068
(985 359-4300    Fax: (985) 359-4303
Attorneys for Defendants:
St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright

_____
SAMUEL J. ACCARDO, JR. (#24007)
accardo@rtconline.com


/s/ Ike Spears_____
IKE SPEARS, #17811
SPEARS & SPEARS, LLC
909 Poydras Street, Suite 1825\New Orleans, LA 70112
Office: (504) 593-9500
Facsimile: (504) 523-7766
Email: ikespears@gmail.com
Attorneys for Defendants:
Jacqueline Hotard, and Michael Wright

## CERTIFICATE OF SERVICE

I, hereby certify that I have served the above and foregoing documents by Electronic Mail upon all counsel of record:

**ATTORNEY FOR PLAINTIFF:  JOY BANNER, PH.D:**

Mr. William B. Most
Mr. David J. Lanser
Most & Associates
201 Saint Charles Ave.,  Ste. 2500 No. 9685
New Orleans, Louisiana  70170
Phone: 504-509-5023    Fax: 504-414-6400
Email: williammost@gmail.com
Email: david.lanser@gmail.com

On this 30th day of MAY, 2024.

/s/ *SAMUEL J. ACCARDO, JR.*
SAMUEL J. ACCARDO, JR.