UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### *Ex Parte* Motion for Leave to File Notice of Supplemental Authority in Opposition to Motion to Dismiss

In this pending First Amendment case, Defendants filed a motion to dismiss. Rec. Doc. 9. Plaintiff filed an opposition. Rec. Doc. 11. Defendants elected not to file a reply brief, and the matter was submitted on March 6, 2024. Rec. Doc. 9-2.

On May 30, 2024, the United States Supreme Court issued an opinion in *National Rifle Association v. Vullo*, ___U.S.___ (2024).[1] In *NRA v. Vullo*, the Supreme Court "reaffirms" "that a government entity's 'threat of invoking legal sanctions and other means of coercion' against a third party 'to achieve the suppression' of disfavored speech violates the First Amendment." *NRA* at *1.

Because *NRA v. Vullo* is directly on point to some of the arguments Defendants make in their Motion to Dismiss, Plaintiff asks for leave to file the attached two-page Notice of Supplemental Authority.

Wherefore, Plaintiff's Motion for Leave to File should be granted.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

---

[1] Available online at https://www.supremecourt.gov/opinions/23pdf/22-842_6kg7.pdf and attached as Exhibit A.

1