## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**                                             **CIVIL ACTION**

**VERSUS**                                                                **NO. 23-7296**

**MICHAEL WRIGHT, individually and in official capacity, et al.**          **SECTION: "G"(4)**

## ORDER

Considering Plaintiff's *Ex Parte Motion for Leave to File Notice of Supplemental Authority*, the motion is **GRANTED**. Plaintiff's Notice of Supplemental Authority and its exhibit shall be entered into the record of the Court.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.

_____
**JUDGE**
**UNITED STATES DISTRICT COURT**