UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Request for Oral Argument

In this pending First Amendment case, Defendants filed a motion to dismiss. Rec. Doc. 9. The matter was submitted on March 6, 2024. Rec. Doc. 9-2.

Given recent developments in the U.S. Supreme Court's First Amendment jurisprudence (*see* Rec. Doc. 19, Motion for Leave to File Notice of Supplemental Authority), Plaintiff respectfully suggests that oral argument may be useful to the Court.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com