UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**                                             **CIVIL ACTION**

**VERSUS**                                                                  **NO. 23-7296**

**MICHAEL WRIGHT, in his individual and personal capacities, et al.**         **SECTION: "G"(4)**

## ORDER

Considering Defendants St. John the Baptist Parish, Jacqueline Hotard, and Michael Wright's (collectively "Defendants") "Motion to Withdraw and Substitute,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that Ike Spears is hereby enrolled as counsel of record for Defendants.

**IT IS FURTHER ORDERED** that Samuel J. Accardo, Jr. is withdrawn as counsel of record for Defendants.

**NEW ORLEANS, LOUISIANA**, this __3rd__ day of June, 2024.

                                               **NANNETTE JOLIVETTE BROWN**
                                               **CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**

---

[1] Rec. Docs. 17 and 18.