UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"** |

## ORDER

Considering Plaintiff Joy Banner, Ph.D.'s ("Plaintiff") *Ex Parte* Motion for Leave to File Notice of Supplemental Authority in Opposition to Motion to Dismiss,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and that the supplemental memorandum accompanying Plaintiff's motion is filed into the record.

**NEW ORLEANS, LOUISIANA**, this  3rd   day of June, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 19.

1