UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities, et al.** | **SECTION: "G"** |

## ORDER

The Court is in receipt of Plaintiff's "Request for Oral Argument"[1] in connection with Defendants Michael Wright, St. John the Baptist Parish, and Jaclyn Hotard's Motion to Dismiss.[2] After a review of the briefings, the Court finds that it has sufficient information to determine the motion and that oral argument on this motion is unnecessary.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Request for Oral Argument" is **DENIED.**

**NEW ORLEANS, LOUISIANA**, this ___4th___ day of June, 2024.

NANNETTE JOLIVETTE BROWN
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 20.

[2] Rec. Doc. 9.