UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## Motion to Designate Matter for Jury Trial

This litigation involves "alleged violations of Plaintiff Joy Banner, Ph.D.'s ('Plaintiff') First Amendment right of freedom of speech during a St. John the Baptist Parish ('SJBP') Council meeting."[1] In her Complaint[2] and First Amended Complaint,[3] Dr. Banner requested an "award of damages not to exceed twenty dollars." Based on that limitation of damages, this Court set the matter for a bench trial.[4]

Subsequently, however, Plaintiff has received information through discovery that changes the posture of the case. She wishes to waive the limitation of damages and request a trial by jury. This will cause no prejudice to the Defendants, given that the trial is not scheduled until 2025, and they have not yet conducted any discovery.

Wherefore, Plaintiff asks that the limitation on damages be considered waived, and the trial be redesignated as a jury trial.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

---

[1] Rec. Doc. 25 (Order Denying Motion to Dismiss) at 1.
[2] Rec. Doc. 1.
[3] Rec. Doc. 7.
[4] Rec. Doc. 13 at 5. *Cf*. U.S. Const., Amend. VII.

1