UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**Memorandum in Support of Plaintiff's Motion to Designate Matter for Jury Trial**

This litigation involves "alleged violations of Plaintiff Joy Banner, Ph.D.'s ('Plaintiff') First Amendment right of freedom of speech during a St. John the Baptist Parish ('SJBP') Council meeting."[1]

In her Complaint[2] and First Amended Complaint,[3] Dr. Banner requested an "award of damages not to exceed twenty dollars." Based on that limitation of damages, this Court set the matter for a bench trial.[4]

Subsequently, however, Plaintiff has received information through discovery that changes the posture of the case. Specifically, Defendant Wright admitted that the "copy of La. R.S. 42:1141.4 from which [he] read at the November 28, 2023 meeting included a note that it was included in an Unconstitutional Statutes Biennial Report."[5] And Plaintiff obtained a copy of the piece of paper that Wright was holding, showing that when Wright read the statute to threaten Plaintiff, he was reading from a page that had the term "Unconstitutional" at the top.

Based on this new information, Plaintiff wishes to waive the limitation of damages and request a trial by jury. This will cause no prejudice to the Defendants, given that the trial is not scheduled until 2025, and they have not yet conducted any discovery.

---

[1] Rec. Doc. 25 (Order Denying Motion to Dismiss) at 1.
[2] Rec. Doc. 1.
[3] Rec. Doc. 7.
[4] Rec. Doc. 13 at 5. *Cf.* U.S. Const., Amend. VII ("In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.")
[5] Ex. A at RFA No. 2.

1

Wherefore, Plaintiff asks that the limitation on damages be considered waived, and the trial be redesignated as a jury trial.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com
