UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.                                        CIVIL ACTION

VERSUS                                                   NO. 23-7296

MICHAEL WRIGHT, individually and in official             SECTION: "G"(4)
capacity, et al.

### Joint Status Report

In Rec. Doc. 13, the Court directed the parties to submit a joint status report. That status report is as follows:

**1.   Parties and Counsel**

Plaintiff:      Dr. Joy Banner.
                Plaintiff is represented by William Most and David Lanser.

Defendants:     Michael Wright, Jaclyn Hotard, and St. John the Baptist Parish.
                Defendants are represented by Ike Spears.

**2.   Pending Motions**

The only pending motion is Plaintiff's Motion to Designate Matter for Jury Trial. Rec. Doc. 26. No oral argument has been requested, and an evidentiary hearing is not needed.

**3.   Trial and Pre-Trial Dates**

A pre-trial conference is set for January 8, 2025, at 4:00 p.m. The matter is set for a bench trial on January 27, 2025, and estimated to last 3 to 4 days.[1] Plaintiff has moved, however, that the matter be set for a jury trial.[2] Defendants maintain that Plaintiff is not entitled to trial by jury in this matter based on the allegations set forth in her original and amended petitions.

**4.   Brief Description of the Factual and Legal Issues Underlying the Dispute**

This is a Free Speech and Open Meetings Law case. It involves a November 28, 2023 St. John the Baptist Parish Council meeting. At that meeting, Plaintiff began to speak during a public comment period. During Plaintiff's comment, Parish President Hotard ordered to "stop this

---

[1] Rec. Doc. 13 at 5.
[2] Rec. Doc. 26.

comment" and said that Plaintiff was in "violation of State law right now." Council Chairman Wright banged his gavel and read the text of R.S. 42:1141.4(L)(1) aloud, a statute that was held unconstitutional as applied nine years earlier in *King v. Caldwell ex rel. Louisiana*, 21 F. Supp. 3d 651 (E.D. La. 2014). At the top of the paper Chairman Wright read from was a note: "This provision of law was included in the Unconstitutional Statutes Biennial Report to the Legislature, dated March 14, 2016."

Plaintiff contends that Defendants' actions violated federal and state constitutional protections for free speech, as well as Louisiana's Open Meetings Law.

Defendants Michael Wright and Jaclyn Hotard maintain that they did not violate Plaintiff's First Amendment rights under the United States Constitution, nor did they violate Plaintiff's rights of freedom of speech under the Louisiana Constitution. Defendants further maintain that there was no violation of the Louisiana Open Meetings Law (LRS 42:11 et seq.) in connection with the November 28, 2023 meeting of the St. John the Baptist Parish Council. The meeting was properly noticed and public comment was allowed by Plaintiff and other members of the public in attendance.

Defendant Wright, as Chair of the St. John Parish Council, is tasked with the responsibility of maintaining order and decorum at Parish Council meetings and ensuring that speakers remain "on topic" and their public comments be limited to the specific agenda items as listed.

Defendants further maintain that they never threatened Plaintiff with arrest, prosecution, or imprisonment at the November 28, 2023 Parish Council meeting.

**5.    Discovery Remaining to be Done.**

Plaintiff has propounded written discovery and received responses, although the responses need to be verified.

Depositions of individuals and 30(b)(6) witnesses remain to be taken. Plaintiff has been endeavoring to take Defendants' depositions, but has been unable to as of yet. The parties do not

anticipate using expert witnesses.

Defendants intend to propound written discovery upon Plaintiff and to schedule Plaintiff's oral deposition. Defendants reserve the right to retain and call expert witnesses should this matter proceed to trial.

**6.      Status of Settlement Negotiations**

On December 6, 2023, Plaintiff extended to Defendants an offer of settlement. Defendants' counsel acknowledged receipt but did not make a counteroffer.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

*Attorney for Plaintiff*

*/s/ Ike Spears*
IKE SPEARS, #17811
SPEARS & SPEARS, LLC
909 Poydras Street, Suite 1825
New Orleans, LA 70112
Office: (504) 593-9500
Facsimile: (504) 523-7766
Email: ikespears@gmail.com

*Attorney for Defendants*