**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Notice of No Opposition Brief to Plaintiff's Motion to Designate as Jury Trial

Plaintiff filed a motion to designate this matter for a jury trial, given that she has waived the prior cap on damages. R. Doc. 26. The motion was set for a submission date on June 26, 2024. R. Doc. 26-3. Any opposition was due by June 18, 2024. L.R. 7.5.

Defendants have said they "maintain that Plaintiff is not entitled to trial by jury" (R. Doc. 27), but they did not file an opposition brief.

Accordingly, the Motion should be granted and the matter set for a jury trial.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

1