UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, PH.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

# ORDER

Before the Court is Plaintiff Joy Banner, Ph.D.'s "Motion to Designate Matter for Jury Trial."[1] A bench trial in this matter was set to commence on January 27, 2025.[2] Considering the parties' consent to convert the January 27, 2025 bench trial to a trial by jury,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The January 27, 2025 bench trial is converted to a trial by jury.

**NEW ORLEANS, LOUISIANA**, this __24th__ day of June, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 26.

[2] Rec. Doc. 13.