UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, PH.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS, FOR CONTEMPT OF SUBPOENAS, AND TO COMPEL PRODUCTION OF VERIFICATION PAGES

NOW INTO COURT, comes Plaintiff Joy Banner to file this memorandum in support of her motion seeking to compel compliance with deposition subpoenas, to hold Defendants in contempt for their failure to appear at subpoenaed depositions, and to compel production of verified answers to interrogatories.

This is a First Amendment case about how St. John the Baptist Parish Council Chair Michael Wright and Parish President Jaclyn Hotard threatened Dr. Banner with arrest under a long-held-unconstitutional statute during her public comment at a parish council meeting.[1] The case is set for a jury trial in January 2025.[2]

To move this case towards trial, Plaintiff began asking two and a half months ago for deposition dates for Defendant Wright, Defendant Hotard, and Jackie Landeche, an employee of Defendant St. John the Baptist Parish.

Plaintiff's counsel worked with Defendants' counsel Accardo to schedule the deposition for a mutually-agreeable date. Then counsel Ike Spears enrolled in the case. Plaintiff's counsel agreed to delay the depositions as a courtesy to Mr. Spears. Plaintiff's counsel worked with Mr. Accardo to pick a new date. Then Mr. Accardo withdrew as counsel, and Plaintiff's counsel agreed

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 29.

1

a second time to delay the depositions as a courtesy to Mr. Spears.

But Mr. Spears refused to provide any deposition dates until the first week of August – several months in the future – because this was "not the most pressing case on [his] docket."[3] Plaintiff's counsel offered to make accommodations to Mr. Spears' schedule, such as taking depositions over weekends or in the evening. When Mr. Spears still refused to provide any dates until several months in the future, Plaintiff's counsel noticed and subpoenaed the depositions for June 24, 2024.

Defendants declined to move to quash the subpoenas or seek a protective order. Instead, they chose not to show up to the noticed, subpoenaed depositions. As Mr. Spears put it, he would "simply just have [his] clients not show up despite the subpoena, and see if the judge would hold them in contempt."[4]

Defendants have also failed to provide verified interrogatory responses, despite seven requests by Plaintiff's counsel. Accordingly, Plaintiff moves to compel depositions and verification pages, and seeks sanctions for contempt of subpoena.

             Respectfully submitted,

             /s/ *William Most*
             William Most, La. Bar No. 36914
             David Lanser, La. Bar No. 37764
             MOST & ASSOCIATES
             201 St. Charles Ave., Ste. 2500, #9685
             New Orleans, LA 70170
             Telephone: (504) 509-5023
             Fax: (504) 414-6400
             williammost@gmail.com

---

[3] Ex. B at 2.
[4] Ex. B at 2. (Emphasis added.)