UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, PH.D.**                                                   **CIVIL ACTION**

**VERSUS**                                                                                    **NO. 23-7296**

**MICHAEL WRIGHT, individually and in official capacity, et al.**                    **SECTION: "G"(4)**

### Notice of Submission Date

Plaintiff's motion seeking to compel compliance with deposition subpoenas, to hold Defendants in contempt for their failure to appear at subpoenaed depositions, and to compel production of verified answers to interrogatories is noticed for submission on **July 10, 2024.**

                                                        Respectfully submitted,

                                                        /s/ *William Most*
                                                        William Most, La. Bar No. 36914
                                                        David Lanser, La. Bar No. 37764
                                                        MOST & ASSOCIATES
                                                        201 St. Charles Ave., Ste. 2500, #9685
                                                        New Orleans, LA 70170
                                                        Telephone: (504) 509-5023
                                                        Fax: (504) 414-6400
                                                        williammost@gmail.com

1