# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, PH.D.**                                              **CIVIL ACTION**

**VERSUS**                                                         **NO. 23-7296**

**MICHAEL WRIGHT, individually and in official**                   **SECTION: "G"(4)**
**capacity, et al.**

## PROPOSED ORDER

Considering Plaintiff's *Motion to Compel Compliance with Supoenas, for Contempt of Subpoenas, and to Compel Production of Verification Pages*, and the filings and arguments thereto, it is ordered that the motion is **GRANTED**. Now therefore:

Ms. Hotard, Mr. Wright, and Ms. Landeche shall appear for a deposition within two weeks of this Order, at a date that Plaintiff selects.

Within 30 days of this order, Defendants shall pay $3,230 to Plaintiff in reasonable attorneys fees incurred by the preparation of this motion to compel and preparation for and attendance at the June 24, 2024 depositions. The Court finds that the hourly rates requested by Plaintiff are reasonable.

The Court further admonishes as follows: if Defendants fail to comply with all instructions of this Court regarding the rescheduling of their depositions, including attending and participating in that deposition once scheduled, they will be in violation of this Order of the Court, and sanctions will be imposed, which can include finding them in contempt of Court and/or dispositive sanctions.

**SO ORDERED.**

_____
**JUDGE**