	William Most <williammost@gmail.com>

## Banner v. Wright: Discovery Meet and Confer

**Accardo, Samuel J., Jr.** <accardo@rtconline.com>	Tue, Apr 16, 2024 at 4:11 PM
To: William Most <williammost@gmail.com>
Cc: Debbie <debbie@rtconline.com>, David Lanser <david.lanser@gmail.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Sure. Will do.

Sammy

ACCARDO LAW FIRM, LLC

Samuel J. Accardo, Jr.

325 Belle Terre Blvd., Suite A

LaPlace, Louisiana  70068

(985) 359-4300    359-4303  Fax

accardo@rtconline.com

TREASURY CIRCULAR 230 DISCLOSURE: TO THE EXTENT THIS COMMUNICATION CONTAINS A STATEMENT RELATING IN ANY WAY TO FEDERAL TAXES, Â THAT STATEMENT IS NOT A "COVERED OPINION" AND WAS NOT WRITTEN OR INTENDED TO BE USED, AND IT CANNOT BE USED, BY ANY PERSON (I) AS A BASIS FOR AVOIDING Â FEDERAL TAX PENALTIES THAT MAY BE IMPOSED ON THAT PERSON, OR (II) TO PROMOTE, MARKET OR RECOMMEND TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: THIS EMAIL, INCLUDING ATTACHMENTS HERETO, IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C., SECTIONS 2510-2521, AND IS LEGALLY PRIVILEGED. THIS ELECTRONIC MESSAGE IS INTENDED TO BE REVIEWED ONLY BY THE INDIVIDUAL OR ORGANIZATION NAMED ABOVE. UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS STRICTLY PROHIBITED. THIS EMAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR BE OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS EMAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY AND NOTIFY OUR OFFICE AT ONCE BY TELEPHONE AT (512) 322-5800. THANK YOU FOR YOUR COOPERATION.

On 4/16/2024 3:46 PM, William Most wrote:

> Great. Based on the new discovery responses, would you add Jackie Landache to the list to get dates for? I would expect she would be very short, so maybe we could do her right before or after Wright or Hotard.
>
> On Tue, Apr 16, 2024 at 10:40 AM Accardo, Samuel J., Jr. <accardo@rtconline.com> wrote:

Yes. I have requested dates and time and will advise as soon as I get a response.

Sammy

**ACCARDO LAW FIRM, LLC**

Samuel J. Accardo, Jr.

325 Belle Terre Blvd., Suite A

LaPlace, Louisiana 70068

(985) 359-4300    359-4303  Fax

accardo@rtconline.com

TREASURY CIRCULAR 230 DISCLOSURE: TO THE EXTENT THIS COMMUNICATION CONTAINS A STATEMENT RELATING IN ANY WAY TO FEDERAL TAXES, THAT STATEMENT IS NOT A "COVERED OPINION" AND WAS NOT WRITTEN OR INTENDED TO BE USED, AND IT CANNOT BE USED, BY ANY PERSON (I) AS A BASIS FOR AVOIDING FEDERAL TAX PENALTIES THAT MAY BE IMPOSED ON THAT PERSON, OR (II) TO PROMOTE, MARKET OR RECOMMEND TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: THIS EMAIL, INCLUDING ATTACHMENTS HERETO, IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C., SECTIONS 2510-2521, AND IS LEGALLY PRIVILEGED. THIS ELECTRONIC MESSAGE IS INTENDED TO BE REVIEWED ONLY BY THE INDIVIDUAL OR ORGANIZATION NAMED ABOVE. UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS STRICTLY PROHIBITED. THIS EMAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR BE OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS EMAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY AND NOTIFY OUR OFFICE AT ONCE BY TELEPHONE AT (512) 322-5800. THANK YOU FOR YOUR COOPERATION.

On 4/12/2024 3:24 PM, William Most wrote:

> Sammy, could you also get us some potential deposition dates for Ms. Hotard and Mr. Wright for *Banner v. Wright?*
>
> On Fri, Apr 12, 2024 at 1:00 PM William Most <williammost@gmail.com> wrote:
>> Sounds good, thank you!
>>
>> On Fri, Apr 12, 2024 at 12:56 PM Accardo, Samuel J., Jr. <accardo@rtconline.com> wrote:
>>> I have it on my desk and about completed. Waiting on confirmation of answers from client. I am in trial Monday, but hope to have out to you no later than next Tuesday afternoon.
>>>
>>> Thanks.
>>>
>>> Sammy

**ACCARDO LAW FIRM, LLC**

**Samuel J. Accardo, Jr.**

**325 Belle Terre Blvd., Suite A**

**LaPlace, Louisiana  70068**

**(985) 359-4300    359-4303  Fax**

**accardo@rtconline.com**

TREASURY CIRCULAR 230 DISCLOSURE: TO THE EXTENT THIS COMMUNICATION CONTAINS A STATEMENT RELATING IN ANY WAY TO FEDERAL TAXES,Â  THAT STATEMENT IS NOT A "COVERED OPINION" AND WAS NOT WRITTEN OR INTENDED TO BE USED, AND IT CANNOT BE USED, BY ANY PERSON (I) AS A BASIS FOR AVOIDINGÂ  FEDERAL TAX PENALTIES THAT MAY BE IMPOSED ON THAT PERSON, OR (II) TO PROMOTE, MARKET OR RECOMMEND TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: THIS EMAIL, INCLUDING ATTACHMENTS HERETO, IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C., SECTIONS 2510-2521, AND IS LEGALLY PRIVILEGED. THIS ELECTRONIC MESSAGE IS INTENDED TO BE REVIEWED ONLY BY THE INDIVIDUAL OR ORGANIZATION NAMED ABOVE. UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS STRICTLY PROHIBITED. THIS EMAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR BE OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS EMAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY AND NOTIFY OUR OFFICE AT ONCE BY TELEPHONE AT (512) 322-5800. THANK YOU FOR YOUR COOPERATION.

On 4/12/2024 9:41 AM, William Most wrote:

> Sammy,
>
> How are we coming on this?
>
> William
>
> On Fri, Apr 5, 2024 at 10:28 AM William Most <williammost@gmail.com> wrote:
>> Sounds like a plan! Thank you.
>>
>> On Fri, Apr 5, 2024 at 10:25 AM Accardo, Samuel J., Jr. <accardo@rtconline.com> wrote:
>>> Good Morning William,
>>>
>>> Thanks for the follow up. Given the short notice prep for yesterday's hearing, I did not have time to complete follow up to the Banner discovery. However, I do have the majority completed, together with responses received from the client to your most recent discovery.  I'm trying to clean it all up and provide supplemental and amended

responses as well as responses to second set by the middle of next week; hopefully by Wednesday. If there is a time issue on your end and you need something specific to any discovery sooner, please let me know and I will provide.

    Thanks.

    Sammy

On 4/5/2024 10:13 AM, William Most wrote:

> Hey Sammy,
>
> You were going to get back to us by yesterday about some of these issues. Any updates?
>
> Thank you,
>
> William
>
> On Wed, Mar 27, 2024 at 11:33 AM William Most <williammost@gmail.com> wrote:
>> Sammy,
>>
>> Thanks for holding a discovery meet-and-confer with Dave and me.
>>
>> We talked first about the issue of the transcript. I explained that I think it will save all parties (and the court) time and effort down the line if we can get on the same page about an accurate transcript of the hearing. You said you'd take that idea back to your clients. A thought: if the Parish doesn't want to use *our* transcript, it could hire a court reporter to transcribe the hearing video, and then we'll look at it to see if we are on the page.
>>
>> Parish RFP 1: You explained that you had searched for responsive communications between Hotard and the "admin" account and the council members and found none, but had not asked the council members to search. We discussed whether the council might or might not be a separate juridical entity given the recent supreme court ruling, and I pointed out that if it is

separate, we would just subpoena the council. You said you'd get back to us about how to accomplish this.

Parish RFP 2, 3: You confirmed you have not found any written codification of the council's rules other than the minutes provided.

Hotard RFA 3: I pointed out that Sexton had appeared in court saying he was "here on behalf of Jacklyn Hotard." You explained that the RFA was denied because it wasn't specific as to what matters he represents her on. You suggested an interrogatory to name any matters that Sexton represents Hotard on.

Wright RFPs 3-6, we asked how much time you need to have Wright search for the responsive documents. You didn't have a timeline, but said you'd get back to us by next Thursday about progress that has been made.

Let me know if the above doesn't match your recollection or is missing anything important.

Thank you!

William


--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023