William Most <williammost@gmail.com>

## Banner v. Wright: May 20 Depositions

**William Most** <williammost@gmail.com>                                   Thu, May 16, 2024 at 3:04 PM
To: Ike Spears <ikespears@gmail.com>
Cc: "Accardo, Samuel J., Jr." <accardo@rtconline.com>, David Lanser <david.lanser@gmail.com>, Debbie <debbie@rtconline.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

One other item: I offered to see if the magistrate judge would talk to us in a status conference about this issue, and you declined.

> On Thu, May 16, 2024 at 2:52 PM William Most <williammost@gmail.com> wrote:
>
>> Ike,
>>
>> I noticed the depositions for a date defendants' counsel expressed their availability.
>>
>> Thank you,
>>
>> William
>>
>> On Thu, May 16, 2024 at 2:50 PM Ike Spears <ikespears@gmail.com> wrote:
>>
>>> Bill,
>>>
>>> This account is filled with misstatements and inaccuracies.
>>>
>>> This is certainly not the way that I am accustomed to practicing law, and I would never attempt to notice the deposition of an opposing party on a date that their attorney has already expressed their unavailability.
>>>
>>> Thanks.
>>>
>>> Ike
>>>
>>> **Ike Spears**
>>> Spears & Spears
>>> 909 Poydras Street
>>> Suite 1825
>>> New Orleans, LA 70112
>>> (504) 593-9500 Office
>>> (504) 919-7100 Cell
>>>
>>>
>>> On Thu, May 16, 2024 at 2:41 PM William Most <williammost@gmail.com> wrote:
>>>> Ike,

Thank you for calling me just now. We discussed the scheduling of the depositions of Ms. Hotard and Mr. Wright. You said you were not free until the week of July 29-Aug 3, and that you would not allow Ms. Hotard or Mr. Wright to be deposed without being personally present. I asked if you could move anything around to provide dates earlier than that. You said you would not, because this is not the most pressing case on your docket.

I asked if your co-counsel, Mr. Accardo could defend the depositions. You said he could not. I asked if he could defend them in person, with you attending by Zoom. You said you would not do that.

I explained that I was understanding of your busy schedule, but that I was disinclined to have this case come to a halt for two and a half months, given that you are not the only lawyer for these defendants. (The situation would be very different if you were the *only* counsel of record for these defendants.)

You suggested that if I disagreed, I should seek a rule to bring the matter to court. I explained that if we send a deposition subpoena, the burden would be on defendants to file a motion to quash. You said you wouldn't file a motion to quash - you would simply just have your clients not show up despite the subpoena, and see if the judge would hold them in contempt.

I asked again if you truly will not provide me any dates sooner than two and a half months from now, and you said you would not.

If any of the above is inaccurate, please let me know.

Thank you for your time,

William

On Thu, May 16, 2024 at 1:00 PM William Most <williammost@gmail.com> wrote:
> Ike,
>
> I tried you by phone, but please give me a call to discuss. As a courtesy, I'll withdraw the subpoenas for Hotard, Wright, and Landache for Monday, but I'd like to work on scheduling depos in May or June. If you are personally unavailable, I'm sure you can rely on your able co-counsel.
>
> Thank you,
>
> William
>
>
> On Wed, May 15, 2024 at 5:44 PM William Most <williammost@gmail.com> wrote:
>> Ike,
>>
>> Thank you for your message. I'll call you tomorrow to discuss. Or if you are still working this evening, give me a call at (504) 509-5023.
>>
>> William
>>
>> On Wed, May 15, 2024 at 5:28 PM Ike Spears <ikespears@gmail.com> wrote:

Bill,

I have a extremely active trial and travel schedule. The week of July 29th is my first availability.

Please provide me with some available dates
and times that work for you during that week.

Thanks.

Ike

**Ike Spears**
**Spears & Spears**
909 Poydras Street
Suite 1825
New Orleans, LA 70112
(504) 593-9500 Office
(504) 919-7100 Cell

On Wed, May 15, 2024 at 5:24 PM William Most <williammost@gmail.com> wrote:
> Ike,
>
> Thank you for reaching out. Do you or your co-counsel have any availability sooner? I'd like to keep this case moving along, and scheduling depositions two and half months out slows things down.
>
> Thank you,
>
> William
>
> On Wed, May 15, 2024 at 2:31 PM Ike Spears <ikespears@gmail.com> wrote:
>> Bill,
>>
>> I just called you and left a voicemail message.
>>
>> Please let me know what availability you have to schedule depositions the week of July 29th.
>>
>> Thanks.
>>
>> Ike
>>
>> **Ike Spears**
>> **Spears & Spears**
>> 909 Poydras Street
>> Suite 1825
>> New Orleans, LA 70112
>> (504) 593-9500 Office
>> (504) 919-7100 Cell
>>
>> On Fri, May 10, 2024 at 11:45 AM William Most <williammost@gmail.com> wrote:

Ike,

Ms. Hotard and Mr. Wright are currently subpoenaed to appear May 20, which is a date agreed upon with the only defense counsel of record in this case.

I'm happy to talk about alternative dates if they are offered.

Thank you,

William

On Fri, May 10, 2024 at 11:23 AM Ike Spears <ikespears@gmail.com> wrote:
> Bill,
>
> I certainly do not want to suggest to you how to manage your case, but neither me nor my clients will appear on May 20th.
>
> I will have my assistant reach out to you with some available dates.
>
> If none of my dates are acceptable, you can feel free to take the matter up with the judge or the magistrate.
>
> Thanks.
>
> Ike
>
> Sent from my iPhone
>
>> On May 10, 2024, at 11:16 AM, William Most <williammost@gmail.com> wrote:
>>
>> Ike,
>>
>> Happy to work with you on that. I spoke to your assistant the other day, who said that you were booked through August. I don't know that we can wait that long, but if you can move things around to make some availability in May or early/mid June, that'd be fine. In the meantime, we'll keep May 20 on calendar for the eventuality that you aren't available until August, since your co-counsel is available that date.
>>
>> Thank you!
>>
>> William
>>
>> On Fri, May 10, 2024 at 11:12 AM Ike Spears <ikespears@gmail.com> wrote:
>>> Bill,
>>>
>>> Good Morning!
>>>
>>> The May 20th deposition date does not work for me, and I need to be present for my clients' depositions.

I will have my assistant reach out to you with some available dates.

Thanks.

Ike

Sent from my iPhone

> On May 10, 2024, at 10:53 AM, William Most <williammost@gmail.com> wrote:
>
> Ike,
>
> I saw that you filed a motion to enroll as co-counsel for Defendant Hotard and Wright in the *Banner v. Wright* case. We look forward to working with you on this.
>
> I assume that since you did not enroll as counsel for the parish, you are representing Hotard and Wright in just their individual (and not official) capacities, but let me know if that is wrong.
>
> Currently, Hotard and Wright are scheduled and subpoenaed to be deposed on May 20, 2024. Sammy and I discussed taking that off-calendar if you moved to substitute him as counsel. But since you are enrolling as co-counsel to Sammy, rather than substituting him, we'll keep that deposition date on-calendar unless there is any issue.
>
> Feel free to call me to discuss if you like at (504) 509-5023.
>
> Thank you!
>
> William
>
> --
> William Most
> Most & Associates
> mostandassociates.com
> (504) 509-5023
>
>> On Mon, May 6, 2024 at 9:40 AM William Most <williammost@gmail.com> wrote:
>>
>>> Understood. Once that motion is filed, we'll withdraw the subpoena.
>>>
>>> Thank you!
>>>
>>> William

On Mon, May 6, 2024 at 9:28 AM Accardo, Samuel J., Jr. <accardo@rtconline.com> wrote:

> William:
>
> I'm advised that Spears now represents Hotard and that you will have to deal with Mr. Spears regarding Ms. Hotard's deposition. I have requested that he file his motion to substitute and enroll.
>
> Best regards,
>
> Sammy
>
>
> On 5/4/2024 10:06 AM, William Most wrote:
>> Sammy,
>>
>> I got your text message about Wright being available on May 20. That works for me. Attached are subpoenas to do Landeche, Wright, and Hotard that day.
>>
>> If it turns out that you'll be withdrawing as counsel for Hotard, I'll withdraw her subpoena and schedule her deposition with Spears' office.
>>
>> Thank you!
>>
>> William
>>
>>
>> --
>> William Most
>> Most & Associates
>> mostandassociates.com
>> (504) 509-5023