6/23/24, 9:51 AM
Case 2:23-cv-07296-NJB-KWR    Document 30-6    Filed 06/25/24    Page 1 of 3
Gmail - Banner vs. SJBP et als



William Most <williammost@gmail.com>

## Banner vs. SJBP et als.

**Accardo Law Firm** <accardo@rtconline.com>  Wed, May 29, 2024 at 2:06 PM
To: William Most <williammost@gmail.com>
Cc: "debbie@rtconline.com" <debbie@rtconline.com>, "Jr. Keith Green" <kgreen@stjohnda.com>, Kennilyn Schmill <kschmill@stjohnda.com>, Bridget Dinvaut <bdinvaut@stjohnda.com>, Ike Spears <ike@spearslaw.com>

William:

My client's responsive pleadings speaks for itself. I appeared on behalf of the Defendants in all capacities, so they are not susceptible to default. I don't speak for Mr. Spears; however, after my appearance, I was advised that Mr. Spears would enroll for Hotard and Wright. President Hotard and Council Chair Wright have the option and choice to choose their own personal legal counsel given your client has also sued each in her and his personal capacities. As such, Mr. Spears has the right to demand that he also be present during depositions. I will defer to Mr. Spears as to whether he will amend his Motion to be more specific.

Sammy Accardo, Jr.

**ACCARDO LAW FIRM, LLC**

**Samuel J. Accardo, Jr.**

**325 Belle Terre Blvd., Suite A**

**LaPlace, Louisiana  70068**

**(985) 359-4300    359-4303  Fax**

**accardo@rtconline.com**

TREASURY CIRCULAR 230 DISCLOSURE: TO THE EXTENT THIS COMMUNICATION CONTAINS A STATEMENT RELATING IN ANY WAY TO FEDERAL TAXES,Â THAT STATEMENT IS NOT A "COVERED OPINION" AND WAS NOT WRITTEN OR INTENDED TO BE USED, AND IT CANNOT BE USED, BY ANY PERSON (I) AS A BASIS FOR AVOIDINGÂ  FEDERAL TAX PENALTIES THAT MAY BE IMPOSED ON THAT PERSON, OR (II) TO PROMOTE, MARKET OR RECOMMEND TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: THIS EMAIL, INCLUDING ATTACHMENTS HERETO, IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C., SECTIONS 2510-2521, AND IS LEGALLY PRIVILEGED. THIS ELECTRONIC MESSAGE IS INTENDED TO BE REVIEWED ONLY BY THE INDIVIDUAL OR ORGANIZATION NAMED ABOVE. UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS STRICTLY PROHIBITED. THIS EMAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR BE OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS EMAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY AND NOTIFY OUR OFFICE AT ONCE BY TELEPHONE AT (512) 322-5800. THANK YOU FOR YOUR COOPERATION.

6/23/24, 9:51 AM
Gmail - Badner vs. St. Bernard, et als
Case 2:23-cv-07296-NJB-KWR   Document 30-6   Filed 06/25/24   Page 2 of 3

On 5/29/2024 11:23 AM, William Most wrote:

> Sammy,
>
> Respectfully, I see no indication in the record that either you or Mr. Spears represent Ms. Hotard and Mr. Wright solely in a particular capacity.
>
> For example, on February 2, 2024, you filed a motion to dismiss all claims against all defendants, not just the official capacity defendants. R. Doc. 9. Likewise, you made an appearance on April 23, 2024 for "defendants" generally. R. Doc. 13.
>
> Similarly, Mr. Spears motion to enroll was not limited to any particular capacity. R. Doc. 15. And he enrolled as your "co-counsel" for Ms. Hotard and Mr. Wright; it was not a motion to substitute counsel.
>
> If you have never represented Ms. Hotard and Mr. Wright in their personal capacity, then they are in default and plaintiff can seek a default judgment against them. That will also mean that any conversations you had with them are not privileged. Please let me know if that is your position.
>
> But as far as I can tell from the record, you and Mr. Spears are currently co-counsel for Ms. Hotard and Mr. Wright. If Ms. Hotard and Mr. Wright no longer wish to have you as their attorney, you will have to file a motion to withdraw as counsel for them.
>
> What I know is that we have subpoenaed Ms. Hotard and Mr. Wright for a date at which their counsel of record is available and will be present. No motion to quash has been filed. I expect Ms. Hotard and Mr. Wright to comply with the valid subpoena.
>
> And yes, we will begin with Ms. Landeche's deposition at 9:30 a.m.
>
> Thank you,
>
> William
>
>
> On Wed, May 29, 2024 at 11:01 AM Accardo Law Firm <accardo@rtconline.com> wrote:
>
>> Dear William:
>>
>>   In furtherance of our telephone conversation yesterday, Ike Spears represents President Hotard and Council Chair Wright in their personal capacities. Given you name each in their personal capacities for individual liability, my representation of each Defendant in their "official capacity" is not the same. Accordingly, Mr. Spears is entitled to be present for both Ms. Hotard and Mr. Wright's depositions. I note your communications with Mr. Spears wherein he has previously advised you that he cannot attend your noticed June 4th deposition of his clients and is not available until the end of July. As we discussed, neither Ms. Hotard or Mr. Wright will appear at the deposition without their individual legal counsel: Mr. Spears. You indicated that you intend to go forward with Ms. Landeche's deposition. Please confirm that we will begin Ms. Landeche's deposition at 9:30 a.m.
>>
>>   Best regards,
>>
>>   Sammy Accardo, Jr.
>> --
>>
>> **ACCARDO LAW FIRM, LLC**

Samuel J. Accardo, Jr.

325 Belle Terre Blvd., Suite A

LaPlace, Louisiana  70068

(985) 359-4300    359-4303  Fax

accardo@rtconline.com


TREASURY CIRCULAR 230 DISCLOSURE: TO THE EXTENT THIS COMMUNICATION CONTAINS A STATEMENT RELATING IN ANY WAY TO FEDERAL TAXES,Â  THAT STATEMENT IS NOT A "COVERED OPINION" AND WAS NOT WRITTEN OR INTENDED TO BE USED, AND IT CANNOT BE USED, BY ANY PERSON (I) AS A BASIS FOR AVOIDINGÂ  FEDERAL TAX PENALTIES THAT MAY BE IMPOSED ON THAT PERSON, OR (II) TO PROMOTE, MARKET OR RECOMMEND TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIALITY NOTICE: THIS EMAIL, INCLUDING ATTACHMENTS HERETO, IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C., SECTIONS 2510-2521, AND IS LEGALLY PRIVILEGED. THIS ELECTRONIC MESSAGE IS INTENDED TO BE REVIEWED ONLY BY THE INDIVIDUAL OR ORGANIZATION NAMED ABOVE. UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS STRICTLY PROHIBITED. THIS EMAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR BE OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS EMAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY AND NOTIFY OUR OFFICE AT ONCE BY TELEPHONE AT (512) 322-5800. THANK YOU FOR YOUR COOPERATION.