

**William Most <williammost@gmail.com>**

# Banner v. Wright: Discovery

**Ike Spears** <ikespears@gmail.com>  Sat, Jun 8, 2024 at 6:19 AM
To: William Most <williammost@gmail.com>
Cc: David Lanser <david.lanser@gmail.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Bill,

Please refrain from any direct contact or communication with either defendant or any employee of St. John the Baptist Parish in connection with this litigation. Please submit any communications or subpoenas through my office.

Once again, I am out of town and unavailable to participate in any depositions that you have unilaterally scheduled for June 24th.

Thanks.

Ike
**Ike Spears**
**Spears & Spears**
909 Poydras Street
Suite 1825
New Orleans, LA 70112
(504) 593-9500 Office
(504) 919-7100 Cell

> On Fri, Jun 7, 2024 at 4:03 PM William Most <williammost@gmail.com> wrote:
>> Ike,
>>
>> Thank you for getting back to me. In this case, I have been asking for deposition dates for two months. Twice already we scheduled Defendants' depositions on dates chosen with defense counsel Sammy Accardo. And twice already we delayed those depositions as a professional courtesy to you.
>>
>> But given that we have a trial date in six months and we need to allow time for post-deposition written discovery and motion practice, I am not comfortable waiting until August to begin depositions.
>>
>> For that reason, I am noticing and subpoenaing the depositions for June 24, 2024 by Zoom. If you need to employ co-counsel to make that work, I encourage you to do so. You may be a great lawyer, but you are certainly not the only lawyer in Louisiana who can defend a deposition.

As noted before, I am willing to make other accommodations as necessary for your schedule, including conducting the depositions on a weekend, or in the evening.

In a previous meet and confer, I explained that if we send a deposition subpoena, the burden would be on defendants to file a motion to quash. You told me you would not file a motion to quash - you would simply just have your clients not show up despite the subpoena, and see if the judge would hold them in contempt. I encourage you to follow a course of action consistent with the law, rather than one that deliberately invites contempt of subpoena.

If you are not able to accept the subpoena for Ms. Landeche, please let me know and I will ensure she is served personally.

Thank you,

William

On Fri, Jun 7, 2024 at 3:26 PM Ike Spears <ikespears@gmail.com> wrote:
> Bill,
>
> As previously stated, I have no available dates in June.
>
> Thanks.
>
> Ike
>
> **Ike Spears**
> Spears & Spears
> 909 Poydras Street
> Suite 1825
> New Orleans, LA 70112
> (504) 593-9500 Office
> (504) 919-7100 Cell
>
>
> On Fri, Jun 7, 2024 at 3:57 PM William Most <williammost@gmail.com> wrote:
>> Ike,
>>
>> By the end of today, please provide us with June dates on which Ms. Hotard, Mr. Wright, and Ms. Landeche can be deposed. If you have no weekdays available, I am willing to conduct the depositions on a weekend, or in the evening.
>>
>> Also, we need verification pages for the Defendants' interrogatory responses. This is my second request for verification pages.
>>
>> Thank you,
>>
>> William
>>
>> On Fri, May 31, 2024 at 1:46 PM William Most <williammost@gmail.com> wrote:
>>> Ike,
>>>
>>> Given Sammy's motion to withdraw as counsel, we will agree to reschedule the planned June 4 depositions.
>>>
>>> We have been asking for deposition dates since April 12. We originally scheduled them for May 20, and then postponed them as a professional courtesy. Now we are postponing them again as a courtesy.

I understand that you are very busy, but given the Court-ordered deadlines in this case, we are not willing to bring this case to a halt for the next few months just because your schedule is full. If you are too busy to defend this case alone, you may need to employ co-counsel.

By June 7, please provide us with June dates on which Ms. Hotard, Mr. Wright, and Ms. Landeche can be deposed. If you have no weekdays available, I am willing to conduct the depositions on a weekend, or in the evening.

Also, we need verification pages for the Defendants' interrogatory responses. Can you provide those by June 7 as well?

Thank you,

William


--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023