UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br><br>  Plaintiff,<br>v.<br><br>MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;<br><br>  Defendants. | Case No. 23-cv-7296 |

**NOTICE OF DEPOSITION**

**TO:**  All Defendants
       Via Counsel Ike Spears

Please take notice that, pursuant to the Federal Rules of Civil Procedure, beginning on June 24, 2024, at 9:00 a.m., Plaintiff's counsel will take the depositions of Jackie Landeche, Michael Wright, and Jaclyn Hotard witnesses for the topics listed below.

The depositions will be taken by stenographic means, upon oral examination before an officer authorized by law to take depositions in the State of Louisiana. These depositions may be video recorded. These depositions will be taken for all purposes authorized by the Federal Rules of Civil Procedure. The oral examination will continue until completed. You are invited to attend and exercise such rights to which you are entitled under the law.

The depositions will begin at 9:00 a.m., starting with Jackie Landeche, and then proceed to Michael Wright, and then Jaclyn Hotard. If not completed on June 24, 2024, they will be completed on a different day.

If there is any objection to conducting the depositions by Zoom, we would be happy to conduct them instead in person; please just let us know and we will make arrangements.

The depositions will take place via Zoom as follows:

1

https://us02web.zoom.us/j/83287544690

Meeting ID: 832 8754 4690

One tap mobile
+16469313860,,83287544690# US
+19294362866,,83287544690# US (New York)
Dial by your location
• +1 646 931 3860 US
• +1 929 436 2866 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
Meeting ID: 832 8754 4690
Find your local number: https://us02web.zoom.us/u/kbGG3bHrJN

    Thank you,

    /s/ *William Most*
    William Most, T.A. (La. Bar No. 36914)
    David Lanser (La. Bar No. 37764)
    MOST & ASSOCIATES
    201 St. Charles Ave., Ste. 2500, #9685
    New Orleans, LA 70170
    T: (504) 509-5023
    Email: williammost@gmail.com
          david.lanser@gmail.com

## CERTIFICATE OF SERVICE

    The foregoing document was served on counsel for all parties via electronic mail on June 4, 2024.

    /s/ *William Most*
    William Most