

William Most <williammost@gmail.com>

## Banner v. Wright: Verification Pages

**William Most** <williammost@gmail.com>                                   Thu, Jun 20, 2024 at 2:34 PM
To: Ike Spears <ikespears@gmail.com>
Cc: David Lanser <david.lanser@gmail.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Ike,

I called your office and left a voicemail to attempt to telephonically meet-and-confer regarding the missing verification pages. That was my fifth request for the verified answers required by FRCP 33(b)(3).

Please provide them prior to Monday's depositions. If you have not provided them by then, we will move to compel and seek attorneys fees. I will see you at the depositions.

Thank you,

William


On Mon, Jun 17, 2024 at 7:35 AM William Most <williammost@gmail.com> wrote:
> Ike,
>
> When can you provide the verification pages? This is my fourth request for the verified answers required by FRCP 33(b)(3).
>
> Thank you,
>
> William
>
> On Mon, Jun 10, 2024 at 3:51 PM William Most <williammost@gmail.com> wrote:
>> Certainly. Here are the interrogatory responses.



 2024.4.16 Parish Responses to Plfs Rogs and RFPs -Supplemental.pdf

 2024.4.16 Wright Responses to Plfs Rogs and RFPs - Supplemental.pdf

On Mon, Jun 10, 2024 at 3:48 PM Ike Spears <ikespears@gmail.com> wrote:
> Bill,
>
> I did not provide you with the original answers to discovery.
>
> Please provide me with the copies of whatever discovery responses you have received thus far and I will address the issue accordingly.
>
> Thanks.
>
> Ike
>
> **Ike Spears**
> Spears & Spears
> 909 Poydras Street
> Suite 1825
> New Orleans, LA 70112
> (504) 593-9500 Office
> (504) 919-7100 Cell
>
>
> On Mon, Jun 10, 2024 at 10:17 AM William Most <williammost@gmail.com> wrote:
>> Ike,
>>
>> FRCP 33(b)(3) requires that interrogatories be "answered separately and fully in writing under oath." None of the interrogatory responses in this case have been verified. Can you please provide verification pages by the end of this week? This is my third request for verified answers.
>>
>> Thank you,
>>
>> William
>>
>>
>> --
>> William Most
>> Most & Associates
>> mostandassociates.com
>> (504) 509-5023