William Most <williammost@gmail.com>

# Banner v. Wright - Discovery Request

**Alexandra Conlay** <alexandra@spearslaw.com>                                    Fri, Jun 21, 2024 at 11:30 AM
To: William Most <williammost@gmail.com>
Cc: Ike Spears <ike@spearslaw.com>, "ikespears@gmail.com" <ikespears@gmail.com>

Good morning,

Please see the attached documents.

Thank you,
Allie Conlay
**Spears & Spears**
909 Poydras Street
Suite 1825
New Orleans, LA 70112
(504) 593-9500 Office

---

**2 attachments**


**Banner v. Wright - Defendants Discovery.pdf**
254K


**IRS f4506.pdf**
98K