

William Most <williammost@gmail.com>

## Banner v. Wright: Depositions of Wright, Hotard, and Landeche

**William Most** <williammost@gmail.com>  Mon, Jun 24, 2024 at 9:48 AM
To: Ike Spears <ikespears@gmail.com>
Cc: David Lanser <david.lanser@gmail.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Ike,

Thank you. We'll move to compel, although part of the motion may be moot once you produce the verification pages.

Thank you,

William

> On Mon, Jun 24, 2024 at 9:33 AM Ike Spears <ikespears@gmail.com> wrote:
>
>> Bill,
>>
>> I am out of town and unavailable to address any of your concerns beyond the available deposition dates that I have previously given to you.
>>
>> I will be back in my office this Friday, and I will address getting you the requested verifications at that time.
>>
>> Thanks.
>>
>> Ike
>>
>> **Ike Spears**
>> Spears & Spears
>> 909 Poydras Street
>> Suite 1825
>> New Orleans, LA 70112
>> (504) 593-9500 Office
>> (504) 919-7100 Cell
>>
>>> On Mon, Jun 24, 2024 at 7:27 AM William Most <williammost@gmail.com> wrote:
>>>
>>>> Ike,
>>>>
>>>> This email is to meet and confer about your clients' failure to appear at their subpoenaed depositions this morning.
>>>>
>>>> As you know, we began asking for deposition dates in this case on April 12, 2024.
>>>>
>>>> We worked with defense counsel Sammy Accardo to schedule the depositions for May 20, 2024.
>>>>
>>>> When you enrolled as co-counsel to Mr. Accardo, I withdrew the May 20 subpoenas as a courtesy to give you time to get up to speed.
>>>>
>>>> We then worked with defense counsel Sammy Accardo to reschedule the depositions for June 4,

6/25/24, 2:43 PM

Case 2:23-cv-07296-NJB-KWR Gmail - Banner v. Wright: Depositions of Wright, Hotard, and Landeche 30-16 Filed 06/25/24 Page 2 of 2

2024.

Once Mr. Accardo moved to withdraw as counsel, we withdrew the June 4 subpoenas as a courtesy to you.

I then asked you for dates in June to reschedule the depositions. To accommodate your busy schedule, I offered you to conduct the depositions on a weekend, in the evening, or by Zoom.

You did not provide any dates in June, and indicated that you were completely unavailable until the first week of August.

Given the scheduling order in this case, a multi-month delay was not workable, so we noticed and subpoenaed the depositions for this morning. You did not file a motion to quash, or suggest any alternative date in June.

Your clients simply did not appear this morning, in contempt of subpoena.

I note that despite your professed complete unavailability to *defend* discovery in this case, you have made time to *propound* discovery. As recently as last Thursday you sent over multiple sets of written discovery.

To avoid a motion for contempt, please provide by 1:00pm today a range of at least three deposition dates in the next two weeks for Ms. Hotard, Mr. Wright, and Ms. Landeche.

Please provide also by that time the missing verification pages. This is my seventh, and last, request for the verified answers required by FRCP 33(b)(3).

Thank you,

William


--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023