UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br>     Plaintiff<br><br>VERSUS<br><br><br>MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;<br>     Defendants. | *<br>*<br>*   Case No. 23-cv-7296<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come defendants, MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH, who in answer to Plaintiff's First Amended Complaint provide the following:

### ANSWER TO GENERAL ALLEGATIONS

1. The allegations in Paragraph 1 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

2. The allegations in Paragraph 2 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

3. The allegations in Paragraph 3 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

4. The allegations in Paragraph 4 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

5. The allegations in Paragraph 5 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

6. The allegations in Paragraph 6 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

7. The allegations in Paragraph 7 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

8. The allegations in Paragraph 8 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

9. The allegations in Paragraph 9 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

10. The allegations in Paragraph 10 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

11. The allegations in Paragraph 11 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

12. The allegations in Paragraph 12 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

13. The allegations in Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14. The allegations in Paragraphs 14 are admitted.

15. The allegations in Paragraphs 15 are admitted.

16. The allegations in Paragraphs 16 are admitted.

17. The allegations in Paragraphs 17 are admitted.

18. The allegations in Paragraphs 18 are admitted.

19. The allegations in Paragraphs 19 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

20. The allegations in Paragraphs 20 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

21. The allegations in Paragraphs 21 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

22. The allegations in Paragraphs 22 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

23. The allegations in Paragraphs 23 are denied for lack of sufficient information to justify a belief therein.

24. The allegations in Paragraphs 24 are denied for lack of sufficient information to justify a belief therein.

25. The allegations in Paragraphs 25 are denied for lack of sufficient information to justify a belief therein.

26. The allegations in Paragraphs 26 are denied for lack of sufficient information to justify a belief therein.

27. The allegations in Paragraphs 27 are denied for lack of sufficient information to justify a belief therein.

28. The allegations in Paragraphs 28 are denied for lack of sufficient information to justify a belief therein.

29. The allegations in Paragraphs 29 are denied for lack of sufficient information to justify a belief therein.

30. The allegations in Paragraphs 30 are denied for lack of sufficient information to justify a belief therein.

31. The allegations in Paragraphs 31 are denied for lack of sufficient information to justify a belief therein.

32. The allegations in Paragraph 32 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

33. The allegations in Paragraph 33 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

34. The allegations in Paragraph 34 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

35. The allegations in Paragraph 35 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

36. The allegations in Paragraph 36 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

37. The allegations in Paragraph 37 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

38. The allegations in Paragraph 38 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

39. The allegations in Paragraphs 39 are admitted.

40. The allegations in Paragraphs 40 are denied for lack of sufficient information to justify a belief therein.

41. The allegations in Paragraphs 41 are denied for lack of sufficient information to justify a belief therein.

42. The allegations in Paragraphs 42 are denied for lack of sufficient information to justify a belief therein.

43. The allegations in Paragraphs 43 are denied for lack of sufficient information to justify a belief therein.

44. The allegations in Paragraphs 44 are denied for lack of sufficient information to justify a belief therein.

45. The allegations in Paragraphs 45 are denied for lack of sufficient information to justify a belief therein.

46. The allegations in Paragraphs 46 are denied for lack of sufficient information to justify a belief therein.

47. The allegations in Paragraphs 47 are denied for lack of sufficient information to justify a belief therein.

48. The allegations in Paragraphs 48 are denied for lack of sufficient information to justify a belief therein.

49. The allegations in Paragraphs 49 are admitted.

50. The allegations in Paragraphs 50 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

51. The allegations in Paragraphs 51 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

52. The allegations in Paragraphs 52 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

53. The allegations in Paragraphs 53 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

54. The allegations in Paragraphs 54 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

55. The allegations in Paragraphs 55 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

56. The allegations in Paragraphs 56 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

57. The allegations in Paragraphs 57 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

58. The allegations in Paragraphs 58 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

59. The allegations in Paragraphs 59 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

60. The allegations in Paragraphs 60 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

61. The allegations in Paragraphs 61 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

62. The allegations in Paragraphs 62 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

63. The allegations in Paragraphs 63 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

64. The allegations in Paragraphs 64 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

65. The allegations in Paragraphs 65 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

66. The allegations in Paragraphs 66 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

67. The allegations in Paragraphs 67 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

68. The allegations in Paragraphs 68 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

69. The allegations in Paragraphs 69 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

70. The allegations in Paragraphs 70 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

71. The allegations in Paragraphs 71 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

72. The allegations in Paragraphs 72 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

73. The allegations in Paragraphs 73 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

74. The allegations in Paragraphs 74 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

75. The allegations in Paragraphs 75 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

76. The allegations in Paragraphs 76 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

77. The allegations in Paragraphs 77 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

78. The allegations in Paragraphs 78 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

79. The allegations in Paragraphs 79 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

80. The allegations in Paragraphs 80 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

81. The allegations in Paragraphs 81 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

82. The allegations in Paragraphs 82 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

83. The allegations in Paragraphs 83 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

84. The allegations in Paragraphs 84 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

85. The allegations in Paragraphs 85 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

86. The allegations in Paragraphs 86 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

87. The allegations in Paragraphs 87 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

88. The allegations in Paragraphs 88 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

89. The allegations in Paragraphs 89 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

90. The allegations in Paragraphs 90 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

91. The allegations in Paragraphs 91 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

92. The allegations in Paragraphs 92 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

93. The allegations in Paragraphs 93 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

94. The allegations in Paragraphs 94 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

95. The allegations in Paragraphs 95 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

96. The allegations in Paragraphs 96 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

97. The allegations in Paragraphs 97 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

98. The allegations in Paragraphs 98 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

99. The allegations in Paragraphs 99 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

100. The allegations in Paragraphs 100 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

101. The allegations in Paragraphs 101 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

102. The allegations in Paragraphs 102 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

103. The allegations in Paragraphs 103 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

104. The allegations in Paragraphs 104 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

105. The allegations in Paragraphs 105 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

106. The allegations in Paragraphs 106 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

107. The allegations in Paragraphs 107 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

108. The allegations in Paragraphs 108 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

109. The allegations in Paragraphs 109 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

110. The allegations in Paragraphs 110 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

111. The allegations in Paragraphs 111 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

112. The allegations in Paragraphs 112 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

113. The allegations in Paragraphs 113 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

114. The allegations in Paragraphs 114 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

115. The allegations in Paragraphs 115 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

116. The allegations in Paragraphs 116 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

117. The allegations in Paragraphs 117 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

118. The allegations in Paragraphs 118 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

119. The allegations in Paragraphs 119 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

120. The allegations in Paragraphs 120 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

121. The allegations in Paragraphs 121 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

122. The allegations in Paragraphs 122 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

123. The allegations in Paragraphs 123 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

124. The allegations in Paragraphs 124 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

125. The allegations in Paragraphs 125 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

126. The allegations in Paragraphs 126 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

127. The allegations in Paragraphs 127 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

128. The allegations in Paragraphs 128 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

129. The allegations in Paragraphs 129 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

130. The allegations in Paragraphs 130 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

131. The allegations in Paragraphs 131 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

132. The allegations in Paragraphs 132 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

133. The allegations in Paragraphs 133 are admitted.

134. The allegations in Paragraphs 134 are admitted.

135. The allegations in Paragraphs 135 are admitted.

136. The allegations in Paragraphs 136 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

137. The allegations in Paragraphs 137 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

138. The allegations in Paragraphs 138 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

139. The allegations in Paragraphs 139 are denied as written and Defendants call for strict proof of each and every allegation contained therein.

AFFIRMATIVE DEFENSES

Defendants plead the following affirmative defenses:

FIRST DEFENSE

The Court lacks subject matter jurisdiction of Plaintiff's claims.

SECOND DEFENSE

The Defendants' actions were reasonable, justified, and legally permissible under the circumstances.

THIRD DEFENSE

Plaintiff has failed to establish that she has suffered a deprivation of any federal or state rights under the United States Constitution, the Louisiana Constitution, or 42 USC § 1983.

FOURTH DEFENSE

Plaintiff is not entitled to damages, attorney's fees, costs, or any other relief from Defendants.

Defendant reserves its right to supplement or amend its answer, if and when it learns of new information by discovery or otherwise and to raise any new additional defenses available.

WHEREFORE, having fully answered the Amended Complaint, Defendants pray as follows:

1. The Plaintiff's Amended Complaint be dismissed and that Plaintiff take nothing thereby;
2. That the Court enter judgment in Defendants' favor and against Plaintiff;
3. That Defendants be awarded its attorneys fees and costs herein incurred; and
4. That Defendants be awarded such other and further relief as the Court may deem just and proper.

[Signature block on next page]

Respectfully Submitted,

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:   (504) 593-9500
Telecopier:  (504) 523-7766
E-mail:      ikespears@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system to all counsel of record.

/s/ *Ike Spears*
Ike Spears