# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | |
|     Plaintiff | * | |
| | * | Case No. 23-cv-7296 |
| VERSUS | * | |
| | * | Judge Nannette J. Brown |
| | * | |
| MICHAEL WRIGHT, in his individual and | * | Magistrate Judge Karen W. |
| official capacities, JACLYN HOTARD, in her | * | Roby |
| individual and official capacities; and | * | |
| ST. JOHN THE BAPTIST PARISH; | * | |
|     Defendants. | * | |
| | * | |

**************************************************************************

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS, FOR CONTEMPT OF SUBPOENAS, AND TO COMPEL PRODUCTION OF VERIFICATION PAGES

NOW INTO COURT, through undersigned counsel, come defendants, MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities, and ST. JOHN THE BAPTIST PARISH, who oppose Plaintiff's Motion to Compel Compliance with Subpoenas, for Contempt of Subpoenas, and to Compel Production of Verification Pages.

<u>Procedural History</u>

Plaintiff filed this civil action on December 14, 2023. Rec. Doc. 1. She then filed a First Amended Complaint on January 4, 2024. Rec. Doc. 7. At that time, Defendants were represented by Attorney Samuel Accardo, Jr., who filed a Motion to Dismiss for lack of jurisdiction. Rec. Doc. 9. A scheduling conference was held on April 23, 2024, wherein Chief Judge Nannette Jolivette Brown issued a Scheduling Order set the matter for bench trial on January 27, 2025. Rec. Doc. 13.

Subsequent to the issuance of the Scheduling Order, the Court granted undersigned counsel's Motion to Enroll on May 14, 2024. Rec. Doc. 16. Attorney Samuel Accardo, Jr. moved to withdraw and undersigned counsel was substituted as counsel of record on May 30, 2024. Rec. Doc. 21.

On June 5, 2024, Defendants' Motion to Dismiss was denied. Rec. Doc. 25. On June 24, 2024, the Court granted Plaintiff's Motion to Designate Matter for Jury Trial, and the January 27, 2025 bench trial was converted to a jury trial. Rec. Doc. 29. This is the first trial setting in this matter.

<u>Depositions of Jaclyn Hotard, Michael Wright, and Jackie Landeche</u>

Since May 15, 2024, undersigned counsel has consistently represented, both verbally and in writing, that undersigned counsel and his clients were available for deposition the week of July 29, 2024.

During the approximate one- and one-half months that undersigned counsel has been counsel of record in this case, Plaintiff's counsel has refused to accept the deposition dates which have been offered and has attempted to unilaterally select deposition dates for which undersigned counsel is unavailable. Prior to the Court's May 30, 2024 Order substituting undersigned counsel as counsel of record, Plaintiff's counsel had scheduled deposition dates with Defendants' previous counsel on May 20, 2024 and June 4, 2024. Those dates were withdrawn.

The conduct of Plaintiff's counsel in this matter is extremely frustrating and unprofessional and certainly is unlikely to yield available deposition dates prior to the dates which have previously been offered.

When Plaintiff's counsel approached undersigned counsel for available deposition dates in June, counsel's calendar was already impacted for the entire month, including a week-long training

out of town. Additionally, counsel's calendar for the month of July is similarly impacted, including multiple state court trials and a previously scheduled multi-day out of town convention. Counsel for Defendants has advised Plaintiff's counsel of these scheduling conflicts on multiple occasions both verbally and in writing. Plaintiff's counsel unilaterally selected and noticed a deposition date on June 24, 2024, despite having been advised on more than one occasion that undersigned counsel was unavailable.

Plaintiff's Motion to Compel seeks an admonition as well as attorney's fees, neither of which would be appropriate given undersigned counsel's numerous email and telephonic communications with Plaintiff's counsel in an attempt to amicably select a mutually agreeable deposition date. Plaintiff's counsel repeatedly disregarded undersigned counsel's representations as to availability, unilaterally selected a date and issued a deposition subpoena for a date he knew undersigned was unavailable. Plaintiff's counsel now seeks this Court to grant a Motion to Compel that would have been entirely unnecessary had Plaintiff's counsel simply extended professional courtesy and agreed to select a mutually agreeable deposition date.

It is extremely interesting to note that while Plaintiff's counsel has refused to accept dates for the week of July 29, 2024 for the depositions of Jaclyn Hotard, Michael Wright, and Jackie Landeche, he has agreed to reschedule the deposition of witness Darla Gaudet to a date "sometime in August" to be later selected. This is memorialized in an email exchange between Plaintiff's counsel, William Most, and counsel for Ms. Gaudet, Richard J. Tomeny, Jr.

Counsel for Defendants has also previously assured Plaintiff's counsel that he will secure verification pages from his clients, even though these discovery responses were submitted by previous defense counsel before his enrollment.

<u>Conclusion</u>

For these reasons, Defendants respectfully request this Court deny Plaintiff's motion.


Respectfully Submitted,


/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:     (504) 593-9500
Telecopier:     (504) 523-7766
E-mail: ikespears@gmail.com


**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system to all counsel of record.


/s/ *Ike Spears*
Ike Spears