UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


CASE NO. 23-cv-7296

JOY BANNER, PH.D.

       Plaintiff

  v.

MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH

       Defendants


\* \* \* \* \* \* \* \* \* \*

PROCES VERBAL TAKEN VIA ZOOM VIDEO-

CONFERENCING on June 24, 2024.

\* \* \* \* \* \* \* \* \* \*


APPEARING REMOTELY:

    MOST & ASSOCIATES
    WILLIAM MOST, ESQ.
    201 St. Charles Avenue
    Suite 2500
    #9685
    New Orleans, Louisiana 70170
      For the Plaintiff


REPORTED BY:  Debra J. Brooks
              Certified Court Reporter

|    |                                                          |
|----|----------------------------------------------------------|
| 1  |         P R O C E S  V E R B A L                        |
| 2  | BY MR. MOST:                                             |
| 3  |     This is William Most appearing on                   |
| 4  | behalf of Plaintiff, Joy Banner, in Banner               |
| 5  | v. Wright and this morning -- I'll begin                 |
| 6  | the recording as well -- and this morning                |
| 7  | we had noticed and subpoenaed depositions                |
| 8  | of Jackie Landeche, L-a-n-d-e-c-h-e,                     |
| 9  | Michael Wright and Jaclyn Hotard beginning               |
| 10 | at 9:00 a.m. this morning via Zoom.  We                  |
| 11 | served the Subpoenas and the Notice of                   |
| 12 | Deposition on Defendants' Counsel and no                 |
| 13 | Motion to Quash was filed.  Accordingly, I               |
| 14 | expected, based on the Subpoenas, to see                 |
| 15 | the witnesses and Counsel appear.  They                  |
| 16 | have not arrived.  There is no one in the                |
| 17 | waiting room of this Zoom.  I received no                |
| 18 | email or phone call from Defense Counsel.                |
| 19 |     I'm going to email him right now and                 |
| 20 | then call him to remind him that we                      |
| 21 | currently have the deposition.  I've sent                |
| 22 | Defense Counsel, Ike Spears, an email                    |
| 23 | reminder.  I wrote to him, "Ike, as you                  |
| 24 | recall, we noticed and subpoenaed the                    |
| 25 | depositions of Ms. Hotard, Ms. Landeche and              |

1  Mr. Wright to begin at 9:00 a.m. today via
2  Zoom.  No Motion to Quash was filed.  The
3  Zoom link is here."  I provided the Zoom
4  link.  "Please join us.  Thank you,
5  William."
6      I'll note that we noticed this
7  deposition, because no dates in May or June
8  were provided to us by Defense Counsel, to
9  accommodate his schedule for to take them
10 on the weekends or evenings.  He did not
11 accept that offer.  We also asked him, if
12 he had any objection to conducting the
13 depositions by Zoom, we could do them in
14 person, just let us know.  He made no
15 objection.
16     More precisely, we began asking for
17 deposition dates in this case on April 12,
18 2024.  That's Exhibit A, which we'll attach
19 to this deposition.
20     We worked with Defense Counsel, Sammy
21 Accardo, to schedule the depositions for
22 May 20, 2024.  That's Exhibit B.
23     When Mr. Spears enrolled as co-Counsel
24 for Mr. Accardo, I withdrew the May 20
25 Subpoenas as a courtesy to give Mr. Spears

```
 1   time to get up to speed on the case.
 2   That's Exhibit B.
 3         We then worked with Defense Counsel,
 4   Sammy Accardo, to reschedule the
 5   depositions and agreed on June 4, 2024.
 6   That's Exhibit C.
 7         Then Mr. Accardo moved to withdraw as
 8   Counsel from the case.  So, as a courtesy
 9   to Mr. Spears, the remaining Counsel, we
10   withdrew the June 4 Subpoenas for
11   deposition.  I asked Mr. Spears for dates
12   in June to reschedule the depositions.
13   Mr. Spears indicated he was very busy and
14   had no availability until the last day of
15   July or early August, but given the
16   scheduling order in this case, such multi-
17   month delay was difficult to accommodate.
18   So I offered instead to accommodate Mr.
19   Spears' busy schedule by conducting the
20   depositions on a weekend or in the evening
21   if he did not have any days available.
22   Mr. Spears did not offer any dates in June
23   or even for the first three and a half
24   weeks of July.  Accordingly, we subpoenaed
25   his clients to appear for deposition on
```

1  June 24, 2024.  That's Exhibit D.
2      Mr. Spears explicitly agreed in
3  writing to accept service of Deposition
4  Subpoenas.  That's also Exhibit D.
5      And the Subpoenas and the Notice will
6  be attached here as Exhibits E, F, G and H.
7      On Thursday of last week, I reminded
8  Mr. Spears of today's deposition.  That's
9  Exhibit I.
10     And despite his professing complete
11 inavailability in June and most of July,
12 Mr. Spears has continued to -- has
13 propounded Discovery to Plaintiff.  He
14 propounded Discovery as recently as
15 June 21, 2024.  That's Exhibit J.
16     It is now 9:12.  No one is in the
17 waiting room.  I'll give Mr. Spears a call.
18 I'm going to call his cellphone number
19 provided to me by Mr. Spears.
20     (Telephone conversation ensues)
21     MR. MOST:  Hi, Ike, this is William
22 Most.
23     MR. SPEARS:  Yes, sir.
24     MR. MOST:  I'm currently recording
25 this because I'm here with the Court

```
 1  Reporter on Zoom.  We had the depositions--
 2          MR. SPEARS:  (Unintelligible).
 3          MR. MOST:  You can't hear me?
 4          MR. SPEARS:  I can hear you now.
 5          MR. MOST:  Okay.  We had the
 6  depositions that were subpoenaed for this
 7  morning of Ms. Landeche --
 8          MR. SPEARS:  (Unintelligible) because
 9  I'm not in town.  So you move forward
10  (unintelligible) I don't know what to tell
11  you, my friend, but have a good day.
12          MR. MOST:  Well, the depositions are
13  by Zoom.  You don't have to be in town for
14  them.
15          MR. SPEARS:  William, I'm not
16  available.  I don't know how
17  (unintelligible).
18          MR. MOST:  I understand, Ike, but you
19  did not file a Motion to Quash and you did
20  not --
21          MR. SPEARS:  (Unintelligible) I'm not
22  in town (unintelligible) is there anything
23  else you want to tell me (unintelligible)--
24          MR. MOST:  Yes, is there -- are your
25  clients going to be appearing with a
```

1  different lawyer?
2       MR. SPEARS:  William,
3  (unintelligible).
4       MR. MOST:  And you advised me
5  previously that you would just have your
6  clients risk contempt rather than file your
7  Motion to Quash, correct?
8       MR. SPEARS:  William (unintelligible)
9  professionalism.  That's all I'm going to
10 say.
11      MR. MOST:  All right, so your clients
12 will not be -- Ms. Landeche, Ms. Hotard and
13 Mr. Wright will not be appearing for this
14 deposition today?
15      MR. SPEARS:  I indicated to you in
16 multiple emails that I'm not available, I
17 would not be appearing (unintelligible).
18 You picked this date without consulting
19 with me so I'm not sure what you expected
20 to happen this morning, but I have to leave
21 so you have a wonderful day.
22      MR. MOST:  Thank you, Ike.
23      (Telephone conversation ends)
24      All right, from that phone call,
25 Mr. Spears indicated that he would not --

```
 1   his clients would not be appearing today,
 2   because, well, he indicated that he was out
 3   of town today, although I pointed out this
 4   is a Zoom deposition, and he appeared to
 5   convey that because he did not agree to the
 6   date, that his clients just wouldn't
 7   appear.  And he told me to have a good day.
 8   And, so, I think that's a clear indication
 9   that we will not have the parties who were
10   subpoenaed to appear today actually
11   appearing.
12         And, so, we'll close this out and I'll
13   end the recording at 9:15 a.m.
```

```
 1            C E R T I F I C A T E
 2
 3        I, Debra J. Brooks, a Certified
     Court Reporter in and for the State of
 4   Louisiana, #81003, as the officer before
     whom this Zoom Video-Conference Proces
 5   Verbal was taken do hereby certify that
     this proceeding was reported by me in the
 6   stenotype reporting method, was prepared
     and transcribed by me or under my personal
 7   direction and supervision, and is a true
     and correct transcript to the best of my
 8   ability and understanding; that the
     transcript has been prepared in compliance
 9   with transcript format guidelines required
     by statute or by the rules of the board;
10
          That I have acted in compliance with
11   the prohibition on contractual
     relationships, as defined by the Louisiana
12   Code of Civil Procedure Article 1434 and in
     rules and advisory opinions of the board;
13
          That I am not related to counsel or to
14   the parties herein, nor am I otherwise
     interested in the outcome of this matter;
15
          This certification is valid only for a
16   transcript accompanied by my original
     signature and original required seal on
17   this page.
18
19
20        _____
          Debra J. Brooks
21        Certified Court Reporter
22
23
24
25
```