MINUTE ENTRY
ROBY, M.J.
JULY 10, 2024
MJSTAR: 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO. 23-7296 |
| MICHAEL WRIGHT, ET AL | SECTION: G (4) |

## ORAL ARGUMENT

Courtroom Deputy: Dena White
Court Reporter:   Cathy Pepper

APPEARANCES:   William Most, Counsel for Plaintiff
Ike Spears, Counsel for Defendants

Motion to Compel (30)

Case called at 11:17 a.m.
All present and ready.
Court discussed status of case.
Argument by counsel for the parties.
Motion to Compel (30) TAKEN UNDER SUBMISSION.
Order to follow.
Court adjourned at 11:37 a.m.