**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**Plaintiff's Motion in Limine Regarding "Advice of Counsel"**

Now comes Plaintiff, through counsel, to move for a motion in limine regarding any invocation of "advice of counsel" by Defendants.

This case involves "alleged violations of Plaintiff Joy Banner, Ph.D.'s ('Plaintiff') First Amendment right of freedom of speech during a St. John the Baptist Parish ('SJBP') Council meeting."[1]

At deposition, Defendants Michael Wright and Jaclyn Hotard gave testimony suggesting an advice-of-counsel defense. But advice of counsel is an affirmative defense.[2] As such, advice of counsel "must be asserted in an answer under Fed. R. Civ. P. 8(c), or it is waived."[3]

Because Defendants did not assert an advice of counsel defense in their answer,[4] it is waived – and therefore should be excluded from trial. Furthermore, any amendment by Defendants to raise an advice of counsel defense now would be futile, given that Defendants' testimony does not meet the elements of that defense.

Wherefore, this Court should grant this motion in limine.

Respectfully submitted,

/s/ *William Most*
_____

---

[1] Rec. Doc. 25 (Order Denying Motion to Dismiss) at 1.
[2] *U.S. v. Newell*, 315 F.3d 510, 525 (5th Cir. 2002) ("advice of counsel is an affirmative defense"), *quoting U.S. v. White*, 281 U.S. App. D.C. 39, 887 F.2d 267, 270 (D.C. Cir. 1989); *Ward v. Succession of Freeman*, 854 F.2d 780, 787 (5th Cir. 1988) ("the affirmative defense of reliance on the advice of counsel.").
[3] *Bd. of Supervisors of LSU v. Apparel*, 2005 U.S. Dist. LEXIS 54703, *5 (E.D. La. Mar. 21, 2005).
[4] Rec. Doc. 32 (Answer).

1

William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com