**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**Notice of Submission Date**

Plaintiff's *Motion in Limine Regarding "Advice of Counsel"* shall be submitted on September 18, 2024.

                                                Respectfully submitted,

                                                /s/ *William Most*
                                                William Most, 36914
                                                David Lanser, 37764
                                                MOST & ASSOCIATES
                                                201 St. Charles Ave., Ste. 2500, #9685
                                                New Orleans, LA 70170
                                                Telephone: (504) 509-5023
                                                Telephone: (504) 533-4521
                                                Fax: (504) 414-6400
                                                williammost@gmail.com
                                                david.lanser@gmail.com