UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.

    Plaintiff,

v.                                                  Case No. 23-cv-7296

MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH.

    Defendants.

### Notice of Submission Date

Mover, Darla Gaudet's motion pursuant to Rule 26(c) and Rule 45(d)(3) of the Federal Rules of Civil Procedure, seeking to quash the Subpoena to Testify at a Deposition in A Civil Matter and to Produce Documents is noticed for submission on October 2, 2024.

                                                        Respectfully Submitted,

                                                        *Richard J Tomeny Jr.*

                                                        Richard J. Tomeny, Jr., La. Bar No. 12852
                                                        Two United Plaza
                                                        8550 United Plaza Boulevard, Suite 702
                                                        Baton Rouge, Louisiana, 70809
                                                        Telephone: (225) 334-8080
                                                        Fax: (225) 758-9050
                                                        Email: rtomeny@tomenylaw.com.

                                                        **Attorney for Darla Gaudet**

### **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Submission Date filed herein has been served upon all known counsel of record via email, facsimile or United States Mail, properly addressed and postage prepaid, this 5th day September 2024.

                                                        *Richard J Tomeny Jr.*
                                             Richard J. Tomeny, Jr., La. Bar No. 12852