AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Joy Banner | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 23-cv-7296 |
| Michael Wright, et al. | ) |
|  | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Darla Gaudet

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: President's Room of 601 St. Charles Avenue, New Orleans, LA 70130. | Date and Time: September 24, 2024, 12:30 a.m. |
|---|---|

The deposition will be recorded by this method:  Stenography and/or video.

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
- All documents reflecting the ownership of Gaumet Holdings, LLC; and
- All correspondence (mail, email, text message, etc.) and documents regarding (1) Greenfield Louisiana, LLC or (2) Greenfield's proposed grain terminal in St. John the Baptist Parish. (Unless already provided.)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date    7/29/2024

*CLERK OF COURT*

OR

/s/ William Most

_____     _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Dr. Joy Banner
, who issues or requests this subpoena, are:
William Most, 201 St. Charles Ave., Ste. 2500, #9685, New Orleans, LA 70170, williammost@gmail.com, (504) 509-5023

---

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action NO. 23-cv-7296             Gaudet Exhibit A