UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.

    Plaintiff,
v.

MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH.

    Defendants

Case No. 23-cv-7296

## PROPOSED ORDER

Considering Darla Gaudet's motion, pursuant to Rule 26(c) and Rule 45(d)(3) of the Federal Rules of Civil Procedure, to quash the Subpoena to Testify at a Deposition in A Civil Matter,

It is ordered that the motion is GRANTED.

Now therefore, it is further ordered that:

The Subpoena issued to Darla Gaudet to Testify at a Deposition in A Civil Matter and to Produce Documents issued by Dr. Joy Banner be and the same is hereby QUASHED.

It is further ordered that Darla Gaudet is not required to give deposition testimony in this case or produce any documents including those listed in the Subpoena to Testify at a Deposition in A Civil Matter and to Produce Documents.

SO ORDERED

_____
JUDGE