# Richard J. Tomeny, Jr.
## Attorney at Law

Two United Plaza
8550 United Plaza Boulevard, Suite 702
Baton Rouge, Louisiana 70809
E-Mail: rtomeny@tomenylaw.com
Website: rtomeny@tomenylaw.com

| | |
|---|---|
| Baton Rouge: (225) 334-8080 | New Orleans & Metairie: (504) 535-7350 |
| Mandeville & Covington: (985) 876-6000 | Cell Phone: (504) 583-8638 |

August 15, 2024

Via email: williammost@gmail.com

William Most, T.A. (La. Bar No. 36914)
David Lanser (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500,
New Orleans, LA 70170

        RE: Joy Banner, Ph.D.
        v.  Michael Wright, Jaclyn Hotard
        and St. John the Baptist Parish
        United States District Court, Eastern District of Louisiana
        Case No. 23-cv-7296

        Request of Rule 26 (c) Discovery Telephone Conference
        My client: Darla Gaudet

Dear William,

      As I previously advised you, I represent Darla Gaudet in connection with the Subpoena Duces Tecum and Notice of Deposition issued in the above matter. As you know, Mrs. Gaudet is a non-party in the case. After a more detailed review of the complaint filed on behalf of the plaintiff, Joy Banner, I note that the complaint asserts three claims against the defendants:

      Count One – Violation of the First Amendment to the United States Constitution
      (Parish, Wright, and Hotard).
      Count Two – Violation of the Louisiana Constitution
      (Parish, Wright, and Hotard).
      Count Three ("Two") – Violation of Louisiana's Open Meetings Law
      (Parish, Wright, and Hotard).

      It appears to me that you may be seeking information from Mrs. Gaudet about matters that are outside of the scope of the claims asserted in the lawsuit. Mrs. Gaudet is a non-party, a resident of St. John the Baptist Parish, a private citizen, and she holds no public office. Because Mrs. Gaudet is a non-party, the courts apply a higher standard to discovery requests to determine if the requests are reasonable. Here, all claims asserted in the complaint arise out of the St. John the Baptist Parish Council meeting held on November 28, 2023. All claims asserted are against two

William Most, T.A.
David Lanser
August 15, 2024
Page 2 of 2

defendants who are "public officials", and who, it is alleged, presided over the public meeting on November 28, 2023, where the violation of rights and damages are alleged to have occurred.

    Under the federal discovery rules, any party to a civil action is entitled to all information relevant to <u>the subject matter of the action before the court</u> unless such information is privileged. Discovery requests are relevant when they seek admissible evidence or evidence that is "reasonably calculated to lead to the discovery of admissible evidence as to the claims <u>in the lawsuit</u>. Here the claims are: *1. Violation of the First Amendment to the United States Constitution; 2. Violation of the Louisiana Constitution; and 3. Violation of Louisiana's Open Meetings Law.*

    In my opinion, Mrs. Gaudet's testimony at a deposition will not be relevant to the claims asserted in the lawsuit, nor will her testimony lead to the discovery of admissible evidence in support of the claims asserted in this lawsuit. Simple put, Mrs. Gaudet, a non-party, private citizen, was not involved with, nor had any authority over the manner in which the defendant public officials conducted the meeting in question.

    In addition, the documents you seek in the subpoena duces tecum to Mrs. Gaudet are private and confidential records, and thereby, protected from disclosure.

    Accordingly, pursuant to Fed Rule of Civil Procedure 26 (c), I would like to confer with you and attempt to resolve this discovery issue without court intervention. Of course, if we are unsuccessful in resolving this issue, I will file a motion for protective order seeking to quash the deposition of Mrs. Gaudet and the subpoena duces tecum.

    I suggest we schedule a telephone conference as soon as schedules permit. I am available on Monday August 19, 2024, between 1:30 p.m. and 4:00 p.m., Wednesday August 21, 2024, between 1:30 p.m. and 4:00 p.m. or, Thursday August 22, 2024, between 2:30 p.m. and 4:00 p.m.

    Let me know what time will work for you and I will initiate the call.

    Very truly yours,

    *Richard J. Tomeny, Jr*

    Richard J. Tomeny, Jr.

RJT/mwp
cc: Ike Spears, Esq.