9/18/24, 2:25 PM                Richard J. Tomeny, Jr. - Attorney at Law Mail - Re: Request of Rule 26 (c) Discovery Telephone Conference My client: Darla Gaudet

Case 2:23-cv-07296-NJB-KWR    Document 42-2    Filed 09/18/24    Page 1 of 3



Richard J Tomeny, Jr. <richardtomeny@tomenylaw.com>

## Re: Request of Rule 26 (c) Discovery Telephone Conference My client: Darla Gaudet
1 message

**William Most** <williammost@gmail.com>                                                        Fri, Aug 16, 2024 at 4:09 PM
To: "Richard J. Tomeny, Jr." <richardtomeny@tomenylaw.com>

Richard,

Sounds good. Why don't you call me at Wednesday August 28, 1:30 p.m. at (504) 509-5023?

And yes, I'm happy to extend the deposition date if necessary to allow time for motion practice. Because the Fed. R. Civ. P. 45(d)(2)(B) deadline is tied to the date of the subpoena's service, I don't think extending the depo date will change anything there.

Is William Dutel representing someone in this mix? He popped up onto this email thread.

Thank you!

William

> On Fri, Aug 16, 2024 at 1:48 PM Richard J. Tomeny, Jr. <richardtomeny@tomenylaw.com> wrote:
>
>> William,
>> I am happy to have the conference the following week. I would like your agreement that if we cannot resolve this without court intervention, you will not object to moving my client's deposition back if it is necessary to allow for a court hearing on the issue. It is not my intention to delay your case but I do not know if the court docket will accommodate a hearing and ruling before the scheduled deposition. Hopefully we can resolve this without the court.
>>
>> Here are alternative dates and times:
>> Monday August 26, 1:30 p.m. to 3:30 p.m.
>> Tuesday August 27, 9:30 a.m. to 11:00 a.m.
>> Wednesday August 28, 1:30 p.m. to 3:30 p.m.
>> Let me know what will work for you.
>>
>> Thank you.
>> Richard
>>
>> **Richard J. Tomeny, Jr.**
>> **Attorney at Law**
>> 8550 United Plaza Boulevard, Ste 702
>> Baton Rouge, Louisiana 70809
>>
>> Baton Rouge Office: (225) 334-8080
>> New Orleans Office: (504) 535-7350
>> Mobile Phone:        (504) 583-8638
>> Email:  rtomeny@tomenylaw.com
>>
>> Of Counsel, The Becknell Law Firm, Metairie, Louisiana
>>
>>
>> **ATTENTION - PRIVILEGED AND CONFIDENTIAL, ATTORNEY WORK PRODUCT**
>>
>> This electronic message transmission contains information from the law firm of **Richard J Tomeny Jr Attorney at Law** that may be confidential or privileged. The information is intended to be for the exclusive use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please delete the message and notify the sender by telephone (**225-334-8080**) or by electronic mail immediately.
>>
>>
>> On Thu, Aug 15, 2024 at 6:13 PM William Most <williammost@gmail.com> wrote:
>>> Richard,
>>>
>>> I'd be happy to confer, but we have a trial in E.D.La. that begins on Monday. Could you propose some times the week after?
>>>
>>> Thank you!
>>>
>>> William
>>>
>>> On Thu, Aug 15, 2024 at 6:07 PM Richard J. Tomeny, Jr. <richardtomeny@tomenylaw.com> wrote:
>>>> William,
>>>> Please see the attached correspondence related to my Request of Rule 26 (c) Discovery Telephone Conference. Call me if you have any questions.
>>>>
>>>> Thank you.
>>>> Richard
>>>>
>>>> **Richard J. Tomeny, Jr.**
>>>> **Attorney at Law**
>>>> 8550 United Plaza Boulevard, Ste 702
>>>> Baton Rouge, Louisiana 70809

Baton Rouge Office: (225) 334-8080
New Orleans Office: (504) 535-7350
Mobile Phone:        (504) 583-8638
Email: rtomeny@tomenylaw.com

Of Counsel, The Becknell Law Firm, Metairie, Louisiana

**ATTENTION - PRIVILEGED AND CONFIDENTIAL, ATTORNEY WORK PRODUCT**

This electronic message transmission contains information from the law firm of **Richard J Tomeny Jr Attorney at Law** that may be confidential or privileged. The information is intended to be for the exclusive use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please delete the message and notify the sender by telephone (*225-334-8080*) or by electronic mail immediately.

9/18/24, 2:21 PM                    Richard J. Tomeny, Jr. Attorney at Law Mail - Re: Request of Rule 26 (c) Discovery Telephone Conference My client: Darla Gaudet

Case 2:23-cv-07296-NJB-KWR    Document 42-2    Filed 09/18/24    Page 3 of 3

 Gmail                                                                                           **Richard J Tomeny, Jr. <richardtomeny@tomenylaw.com>**

## Re: Request of Rule 26 (c) Discovery Telephone Conference My client: Darla Gaudet
1 message

**William Most** <williammost@gmail.com>                                                  Thu, Aug 15, 2024 at 6:13 PM
To: "Richard J. Tomeny, Jr." <richardtomeny@tomenylaw.com>
Cc: Ike Spears <IkeSpears@gmail.com>

Richard,

I'd be happy to confer, but we have a trial in E.D.La. that begins on Monday. Could you propose some times the week after?

Thank you!

William

> On Thu, Aug 15, 2024 at 6:07 PM Richard J. Tomeny, Jr. <richardtomeny@tomenylaw.com> wrote:
>> William,
>> Please see the attached correspondence related to my Request of Rule 26 (c) Discovery Telephone Conference. Call me if you have any questions.
>>
>> Thank you.
>> *Richard*
>>
>> Richard J. Tomeny, Jr.
>> **Attorney at Law**
>>
>> 8550 United Plaza Boulevard, Ste 702
>> Baton Rouge, Louisiana 70809
>>
>> Baton Rouge Office: (225) 334-8080
>> New Orleans Office: (504) 535-7350
>> Mobile Phone:       (504) 583-8638
>> Email: rtomeny@tomenylaw.com
>>
>> Of Counsel, The Becknell Law Firm, Metairie, Louisiana
>>
>>
>> **ATTENTION - PRIVILEGED AND CONFIDENTIAL, ATTORNEY WORK PRODUCT**
>>
>> This electronic message transmission contains information from the law firm of **Richard J Tomeny Jr Attorney at Law** that may be confidential or privileged. The information is intended to be for the exclusive use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please delete the message and notify the sender by telephone (*225-334-8080*) or by electronic mail immediately.