UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Joint Stipulation of All Parties Regarding Meeting Transcript

This lawsuit concerns events at a November 28, 2023 meeting of the St. John the Baptist Parish Council. Video of that meeting has been provided to the Court. *See* R. Doc. 9-4 (Notice of Manual Attachment).

The parties have agreed upon the accuracy of a transcript of that video, which is attached here as Ex. A. The parties suggest that having a written transcript may aid future proceedings in this matter.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

*Attorney for Plaintiff*

/s/ *Ike Spears*
IKE SPEARS, #17811
SPEARS & SPEARS, LLC
909 Poydras Street, Suite 1825
New
Orleans, LA 70112
Office: (504) 593-9500
Facsimile: (504) 523-7766
Email: ikespears@gmail.com

*Attorney for Defendants*

1