1

EXCERPT OF ST.JOHN THE BAPTIST COUNCIL MEETING

NOVEMBER 28, 2023

COUNCIL CHAIRMAN WRIGHT:

Good evening everyone.  The St. John the Baptist

Parish Council regular meeting, Tuesday,

November 28, 2023, is now called to order.

Madam Secretary, please call the roll.

COUNCIL SECRETARY:

Lennix Madere.

COUNCILMAN MADERE:

Here.

COUNCIL SECRETARY:

Kurt Becnel.

COUNCILMAN BECNEL:

Here.

COUNCIL SECRETARY:

Warren Torres.

COUNCILMAN TORRES:

Here.

COUNCIL SECRETARY:

Tammy Houston.

COUNCILWOMAN HOUSTON:

Here.

COUNCIL SECRETARY:

Michael Wright.

2

1   COUNCIL CHAIRMAN WRIGHT:

2   Here.

3   COUNCIL SECRETARY:

4   Tyra Duhe-Griffin.

5   COUNCILWOMAN DUHE-GRIFFIN:

6   Here.

7   COUNCIL SECRETARY:

8   Robert Arcuri.

9   COUNCILMAN ARCURI:

10  Here.

11  COUNCIL SECRETARY:

12  Tonia Schnyder.

13  COUNCILWOMAN SCHNYDER:

14  Here.

15  COUNCIL SECRETARY:

16  Tanya Faucheux.  We do have a quorum.

17  COUNCIL CHAIRMAN WRIGHT:

18  Thank you.  We do have a quorum.  At this time

19  I'm going to ask Councilwoman Houston to lead us

20  in the prayer and Councilwoman Duhe-Griffin in

21  the Pledge.

22  PRAYER AND PLEDGE

23  COUNCIL CHAIRMAN WRIGHT:

24  Public comment, agenda items only, three minutes

25  per citizen.  Public comment is closed.

3

```
 1    Please state your name, address for the record
 2    and the agenda item you're speaking on.
 3    JOY BANNER:
 4    My name is Joy Banner.  My address is 123 West
 5    8th Street, Wallace, Vacherie, Louisiana, and
 6    I'm speaking on both Items, Executive Session
 7    Items, Descendants Project versus St. John the
 8    Baptist Parish and St. John the Baptist Parish
 9    Council, and then also Agenda Item J, which is
10    the authorization to retain legal service with
11    the Law Firm Aubrey Sexton as special council.
12    I wanted to comment tonight.  Unfortunately, I
13    know that whatever I say is not going to be --
14    PRESIDENT HOTARD:
15    Chairman --
16    COUNCIL CHAIRMAN WRIGHT:
17    Hold on, hold on.  First off -- Ms. Banner,
18    first off, there is no public comment on
19    Executive Session.  Your next item --
20    MS. BANNER:
21    Okay.  Well, then I'll go to Agenda Item J.
22    That's fine.
23    COUNCIL CHAIRMAN WRIGHT:
24    President -- President Hotard.
25    PRESIDENT HOTARD:
```

4

1   That was my comment.  Thank you.

2   COUNCIL CHAIRMAN WRIGHT:

3   Okay.

4   MS. BANNER:

5   That's fine.  Can I get more time on the clock?

6   (Unintelligible) 40

7   COUNCIL CHAIRMAN-WRIGHT:

8   Go ahead.

9   MS. BANNER:

10  Also I had handouts.

11  CORNELL?

12  My name is Cornell.  I'll give her my three

13  minutes.

14  MS. BANNER:

15  Okay.  Thank you.

16  COUNCIL CHAIRMAN WRIGHT:

17  Ms. -- Ms. Banner, you have -- the clock is --

18  is rolling.

19  MS. BANNER:

20  Okay.  So what I wanted to comment on is that

21  what is on the docket tonight, I want to be very

22  specific, is a ethics -- ethics investigation on

23  Jaclyn Hotard for her signature on --

24  PRESIDENT HOTARD:

25  Point of order, Chairman.  That is not

1  on the agenda.  I'd ask legal for some

2  clarity. That item -- that is not on the

3  agenda.

4  MS. BANNER:

5  It's on -- the Board of Ethics --

6  PRESIDENT HOTARD:

7  And I would ask the Chairman to establish order

8  in the council room.

9  COUNCIL CHAIRMAN WRIGHT:

10  I'm going to ask for order.  I -- I'm taking the

11  floor right now.  Ms. Banner, I'm going to ask

12  you to please hold on your public comment.

13  Mr. Green, did you want to make a comment before

14  --

15  MR. GREEN:

16  I just want to remind the Chairman that public

17  comment can only be on the agenda items.

18  MS. BANNER:

19  It's on the agenda items.  It's a Board of

20  Ethics.  It's a Board of Ethics, which refer to

21  Jaclyn Hotard and her signature on an

22  application, which was her -- her

23  mother-in-law's land that's on -- that's part of

24  the rezoning.

25  CHAIR CHAIRMAN WRIGHT:

Ma'am.

1   UNKNOWN SPEAKER:

2   No.

3   MS. BANNER:

4   Yes, it is.  It's part of the Board of Ethics. It's

5   part of the Board -- so is -- is Sexton not her

6   personal attorney?

7   UNKNOWN:

8   Yes, it is

9

10  MS. BANNER:

11  Is she not being investigated by the Louisiana --

12  MR. CHAIRMAN:

13  Mr. Chairman, the -- MS

14  . BANNER:

15  -- State Board of Ethics for a violation of the

16  Code of Ethics?

17  MR. GREEN:

18  Public comment must be contained within the

19  agenda item.  The authorization issue -- MS.

20  BANNER:

21  How is this not part of it -- how is that not

22  part of the agenda item?

23  UNKNOWN SPEAKER: It

24  is.

25  MR. GREEN:

1   Mr. Chairman, they can only speak on the

2   retaining legal counsel for --

3   MS. BANNER:

4   That's what I'm speaking on, but I can't get to

5   my point --

6   UNKNOWN SPEAKER:

7   -- that's unlawful.  That's it.

8   MR. BANNER:

9   -- if you don't let me finish.  Okay.  So she --

10  we as tax payers should not be asked to pay --

11  PRESIDENT HOTARD:

12  Chairman, Mr. Chairman, I'm going to ask you

13  again --

14  MR. BANNER:

15  -- for her lawyer.

16  PRESIDENT HOTARD:

17  It's -- the item on the agenda is not my name

18  nor anything that Ms. Banner is speaking about.

19  COUNCIL CHAIRMAN WRIGHT:

20  Ms. Banner --

21  MS. BANNER:

22  A Board of Ethics --

23  COUNCIL CHAIRMAN WRIGHT:

24  Ms. Banner, one more time.

25  MS. BANNER:

8

1   We should not have to --

2   COUNCIL CHAIRMAN WRIGHT:

3   The comments is going to be related to the

4   agenda item only.

5   MS. BANNER:

6   And this is an item.  It is the Board -- if

7   you're retaining an attorney for a Board of

8   Ethics violation.  Your Parish President, our

9   Parish President is currently under

10  investigation for a Board of Ethics charge.  How

11  is that not relevant, because she signed off on

12  an application for a rezoning of her

13  mother-in-law's land, and so now we as the tax

14  payers are going to have to pay --

15  PRESIDENT HOTARD:

16  Chairman, Mr. Chairman, I'm going to ask you

17  stop this comment.  That is completely false.

18  MS. BANNER:

19  Then give me my three minutes then.  Give me my

20  three minutes.

21  PRESIDENT HOTARD:

22  Ms. Banner, first of all, you're in violation of

23  State law right now.

24  MS. BANNER:

25  No, I'm -- no, I'm not.

9

1    PRESIDENT HOTARD:

2    Mr. Chairman, I'm going to ask you --

3    MS. BANNER:

4    Then you -- then you file an ethics charge.

5    COUNCIL CHAIRMAN WRIGHT:

6    I'm going -- I'm going to retain -- I'm going to

7    -- I'm going to retain the floor.  I have the

8    floor.

9    MS. BANNER:

10   Then you file an ethics charge.

11   COUNCIL CHAIRMAN WRIGHT:

12   Ms. Banner, President Hotard, I have the floor.

13   UNKNOWN SPEAKER:

14   Huh-huh, they don't want to talk about the

15   truth.

16   MS. BANNER:

17   Well, it's an authorization --

18   COUNCIL CHAIRMAN WRIGHT:

19   Ms. Banner, I have --

20   MS. BANNER:

21   I still have a minute.

22   COUNCIL CHAIRMAN WRIGHT:

23   Ms. Banner, I have the floor.

24   MS. BANNER:

25   I still have a minute.  It's part of my minute.

10

1    UNKNOWN SPEAKER:

2    (unintelligible)

3    MS. BANNER:

4    So who is --

5    COUNCIL CHAIRMAN WRIGHT:

6    I'm going to -- I'm going to -- I'm going to

7    read into --

8    MS. BANNER:

9    So it's a coincidence --

10   COUNCIL CHAIRMAN WRIGHT:

11   Ms. Banner --

12   MS. BANNER:

13   This is -- this is -- this us related to Item J.

14   COUNCIL CHAIRMAN WRIGHT:

15   Ms. Banner, I'm going to ask one more time

16   before.  If not we're going to take a recess and

17   clear the chambers.

18   (UNINTELLIGIBLE AUDIENCE)

19   COUNCIL CHAIRMAN WRIGHT:

20   I'm going to read RS 42:1141 that I want to make

21   sure the Council is aware of also.  "It shall be

22   a misdemeanor punishable by a fine of not more

23   than $2000 or imprisonment for not more than one

24   year or both for any member of the Board of

25   Ethics, it's Executive Secretary, other employee

11

1   or any other person other than the person who is

2   subject to the investigation or complaint to

3   make public the testimony taken at a private

4   investigation or private hearing of the Board of

5   Ethics or to make any public statement or give

6   out any information concerning a private

7   investigation, private hearing of the Board of

8   Ethics without the written request of the public

9   servant or other person investigated."

10   MS. BANNER:

11   And this is why --

12   COUNCIL CHAIRMAN WRIGHT:

13   Now, I'm going to say -- I'm going to say it one

14   more -- I'm going to say it one more time,

15   please have your public comments strictly to the

16   agenda item.

17   MS. BANNER:

18   Well, the bottom line is the St. John the

19   Baptist Parish people know that we're being

20   asked to pay for a personal attorney, taxpayers

21   --

22   (UNINTELLIGIBLE COMMENT)

23   MS. BANNER:

24   -- for something that we did not do.

25   (UNINTELLIGIBLE COMMENT.)

12

1   MS. BANNER:

2   And it is not just an investigation.  It is

3   regarding actions that were taken right here in

4   this Council Chambers.  That's not just about an

5   investigation.

6   COUNCIL CHAIRMAN WRIGHT:

7   We're -- we're speaking specifically --

8   MS. BANNER:

9   Well, anyway, good luck.

10  COUNCIL CHAIRMAN WRIGHT:

11  -- agenda items.  Thank you.

12  MS. PERRILLOUX:

13  You-all don't know how to deal.  I know the law.

14  UNKNOWN SPEAKER:

15  You've got my three minutes.

16  MS. PERRILLOUX:

17  My name is Shondrell Perrilloux.  I'm a

18  constituent of 1118 Main Street.  Unfortunately,

19  I am one of the constituents in your district.

20  In pursuit of Robert's Rule, I invoke my right

21  to the other members that will also come up and

22  give me their additional three minutes as I

23  address certain agenda items that warrants the

24  attention of this Council as it relates to

25  Agenda Item J from Jaclyn Hotard authorization

13

1    to remand -- retain legal counsel, Law Firm R.

2    J. Sexton as special counsel to perform services

3    related to ethics law, subject to the

4    restrictions imposed by the State of Louisiana

5    regarding ethics procedures, regarding ethics

6    procedures, and at the rate in accordance with

7    the Attorney General Guidelines per statute, I

8    invoke open meeting law pursuant to Attorney

9    General opinion entered in 2021, I stand in

10   opposition.  For one, I'm asking this council to

11   once doing consider why should it be a burden of

12   taxpayers to pay for a private legal

13   representation of a personal decision that our

14   Parish President chose to make --

15   COUNCIL CHAIRMAN WRIGHT:

16   Ms. Perrilloux --

17   MS. PERRILLOUX:

18   -- under her personal capacity.

19   COUNCIL CHAIRMAN WRIGHT:

20   Ms. Perrilloux --

21   MS. PERRILLOUX:

22   Listen to me, I asked a question.  I'm making a

23   statement, yes

24   COUNCIL CHAIRMAN WRIGHT:

25   Ms. Perrilloux, Ms. Perrilloux, I am -- I am

14

1   retaining -- I'm taking back the floor --

2   MS. PERRILLOUX:

3   Okay.

4   COUNCIL CHAIRMAN WRIGHT:

5   -- just to make sure you stay on the agenda

6   item.

7   MS. PERRILLOUX:

8   I am staying.

9   COUNCIL CHAIRMAN WRIGHT:

10   You're drifting -- no, ma'am, you're drifting

11   off.  You may continue.

12   MS. PERRILLOUX:

13   And this is my comment.  I'm commenting, and I'm

14   in order, and your lawyer better confirm I'm in

15   order, and I invoke certain legal statute.  So

16   what I need to understand is for this council to

17   strongly consider before making this decision

18   tonight that you seek legal opinion from the AG

19   because for one, it is a conflict of interest to

20   get a Council patron opinion from the acting

21   attorney, local DA because of the fact she

22   represents constituents and the Council, which

23   would be a conflict of interest.

24   COUNCIL CHAIRMAN WRIGHT:

25   Ms. Perrilloux, you're -- Ms. Perrilloux, you're

1   not --

2   MS. PERRILLOUX:

3   In light of the open investigation, I'm asking

4   this council --

5   COUNCIL CHAIRMAN WRIGHT:

6   Ms. Perrilloux --

7   MS. PERRILLOUX:

8   Yes, sir.

9   COUNCIL CHAIRMAN WRIGHT:

10  -- I'm going to tell you one more time, I'm

11  going to ask you to please stick to the agenda

12  item.

13  MS. PERRILLOUX:

14  It is.  Are you slow?  That is an agenda item.

15  Are you slow?

16  COUNCIL CHAIRMAN WRIGHT:

17  Ms. Perrilloux --

18  MS. PERRILLOUX:

19  I'm asking you a question.  I'm not being -- it

20  might be uncomfortable, but are you slow?

21  COUNCIL CHAIRMAN WRIGHT:

22  Please refrain --

23  MS. PERRILLOUX:

24  Okay.  It says -- you're not comfortable --

25  COUNCIL CHAIRMAN WRIGHT:

1  -- to just the agenda item.

2  MS. PERRILLOUX:

3  -- what I'm telling you is because there is a

4  pending investigation, I'm humbly coming, even

5  though I may have a strong delivery because he's

6  trying to undermine my intelligence now, and I

7  know -- I know the law.  I'm asking you don't

8  make a decision on this tonight because it's

9  going to come back to haunt you.  It is an

10  ethics violation.  While this is under

11  investigation, I strongly recommend you-all get

12  an opinion before entertaining and be caught up

13  in this web that Ms. Hotard will have you in.

14  So I'm asking you please to understand that this

15  is --

16  COUNCIL CHAIRMAN WRIGHT:

17  Ms. Perrilloux, your time has expired.

18  MS. PERRILLOUX:

19  -- this item need --

20  COUNCIL CHAIRMAN WRIGHT:

21  Thank you.

22  MR. SIMS:

23  She's got my three minutes.

24  MS. PERRILLOUX:

25  -- come here, state your name and hear it.  Come

17

1    on.

2    COUNCIL CHAIRMAN WRIGHT:

3    Ms. Perrilloux, your time has expired.

4    MS. PERRILLOUX:

5    Come here, you got to state your name --

6    (CROSS TALK UNINTELLIGIBLE.)

7    MR. SIMMS:

8    Ryan Sims, 345 Reserve.  I give her my three

9    minutes.

10   MS. PERRILLOUX:

11   Thank you.

12   COUNCIL CHAIRMAN WRIGHT:

13   Ms. Perrilloux, your time has expired.  Thank

14   you.

15   MS. PERRILLOUX:

16   Thank you.

17   COUNCIL CHAIRMAN WRIGHT:

18   Ms. Perrilloux, your time has expired.

19   MS. PERRILLOUX:

20   And you know -- and please let them know,

21   Attorney, you know law, and I know it too.

22   COUNCIL CHAIRMAN WRIGHT:

23   Okay.  I'm going -- I'm going to -- I'm going to

24   ask --

25   MS. PERRILLOUX:

18

1   He gave me the three minutes.  Tell them the

2   truth.

3   COUNCIL CHAIRMAN WRIGHT:

4   -- since we can't seem to keep order in the

5   chamber --

6   MS. PERRILLOUX:

7   You out of order.  You out of order.

8   COUNCIL CHAIRMAN WRIGHT:

9   -- I'm going to ask for a Motion for a

10  five-member -- five-minute recess, and I ask

11  that the chamber to be cleared.

12  MS. PERRILLOUX:

13  You the one out of order.  You better tell them

14  the truth.  They know I know the law.  Your true

15  color is being shown, because it's uncomfortable

16  to you, but when the Feds come in and lock y'all

17  up, you going to wish you listened to Shondrell

18  Perrilloux.

19  COUNCIL CHAIRMAN WRIGHT:

20  I will -- I will ask for a Motion --

21  MS. PERRILLOUX:

22  Because I ain't never been a flunkey, and I

23  ain't going to be one tonight.

24  MS. BANNER:

25  It's not worth it.  It's not worth it.

19

1   MS. PERRILLOUX:

2   And we going to recall you.  We going to recall

3   you, and it's coming.  Don't play with me, and

4   we going recall you too.

5   COUNCIL CHAIRMAN WRIGHT:

6   I'm going to ask for a five-minute recess.  I

7   ask for a Motion.

8   MS. PERRILLOUX:

9   I know my rights.

10       (Unintelligible speech.)

11   UNKNOWN SPEAKER:

12   Clear the chambers.

13   COUNCIL CHAIRMAN WRIGHT:

14   Councilwoman Houston --

15   MS. PERRILLOUX:

16   We recall their asses.  I'm going to show them.

17   COUNCIL CHAIRMAN WRIGHT:

18   -- is there a Motion for a five-minute recess.

19   COUNCILWOMAN HOUSTON:

20   I'll make a Motion.

21   MS. PERRILLOUX:

22   I'm going to put my mouth and my words together.

23   COUNCIL CHAIRMAN WRIGHT:

24   I ask for a second.

25   MS. PERRILLOUX:

20

1    You going to be hearing from me.

2    COUNCIL COUNCILMAN BECNEL:

3    Second by Councilman Becnel.  Please vote.

4    UNKNOWN SPEAKER:

5    This is for recess.

6              (Recess)

7    COUNCIL CHAIRMAN WRIGHT:

8    Okay.  I will ask for a Motion to go back into

9    the meeting.  Councilwoman Houston?

10   COUNCILWOMAN HOUSTON:

11   I'll make a Motion.

12   COUNCIL CHAIRMAN WRIGHT:

13   Thank you.  I ask for a second.  Mr. Becnel.

14   Please vote.

15   UNKNOWN SPEAKER:

16   Yes.

17   COUNCIL CHAIRMAN WRIGHT:

18   Carries eight and one with one absent.  Before

19   -- before we go back into public comment, I just

20   want to make sure it is clear that it is my

21   obligation as Chairman to make sure I maintain

22   order, and any public comment items are going to

23   be strictly related to the agenda item only.

24   Are there any -- any other members of the public

25   wishing to speak on an agenda item?

21

1    Please state your name and address for the
2    record and the agenda item.
3    MR. MATTHEWS:
4    Kim Matthews.  My address is 593 Highway 18,
5    Edgar, Louisiana, and it's Item J about the --
6    the legal counsel.  By the Home Rule Charter,
7    the parish attorney is the District Attorney,
8    the DA, and to have another lawyer for the
9    parish, you would have to have an ordinance --
10   Donny, is this correct, to -- to hire another
11   lawyer?  And since this is just an ethic
12   violation, I think that the DA can handle that
13   because it's only ethics.  It's not nothing
14   special like a special contract you would have
15   to do or whatever that -- with a contractor is
16   building something or whatever that the DA might
17   not have the expertise, but the DA should have
18   the expertise to handle ethics.  So as far as
19   hiring a new lawyer for the parish, I don't see
20   that should have been on the item -- on the
21   agenda anyway.  As the parish council you-all
22   shouldn't have put it on here.  That's my --
23   because, you know, you all know the Home Rule
24   Charter, you've got to do it by an ordinance,
25   you know, Section C, Section 1, so because it's

22

1    from Section C, 6A is the DA is the parish

2    attorney, so that's my comment.

3    COUNCIL CHAIRMAN WRIGHT:

4    Thank you.  Public comment is closed.

5    (Unintelligible discussion.)

6    MR. COBY:

7    My name is Cornell Coby.  I live 1841 --

8    COUNCIL CHAIRMAN WRIGHT:

9    Hold on, hold for one second.  I'm going to open

10   up public comment one more time, but any --

11   anybody else wishing to speak, please come stand

12   behind this gentleman.

13   MR. COBY:

14   Can I stay here?

15   COUNCIL CHAIRMAN WRIGHT:

16   You have your three minutes.  State your name

17   and address for the record --

18   MR. COBY:

19   Okay.  I'd like -- I'd like to recruit --

20   COUNCIL CHAIRMAN WRIGHT:

21   -- and agenda item.

22   MR. COBY:

23   -- Ms. Perrilloux.

24   COUNCIL CHAIRMAN WRIGHT:

25   No, no, sir.  Ms. Perrilloux, you spent your --

23

1   you've had your three minutes.

2   MS. PERRILLOUX:

3   In pursuit to Robert Rule, he yield --

4   UNKNOWN SPEAKER:

5   (Unintelligible).

6   MS. PERRILLOUX:

7   Counsel of record, in pursuit of Robert Rule he

8   yield me his three minutes and --

9   COUNCIL CHAIRMAN WRIGHT:

10  Ms. Perrilloux, you have reach -- you have

11  reached --

12  MS. PERRILLOUX:

13  I didn't reach my minutes.

14  UNKNOWN SPEAKER:

15  I can yield my three minutes.

16  MS. PERRILLOUX:

17  That's illegal.

18  COUNCIL CHAIRMAN WRIGHT:

19  You've spent your -- you've spent your three

20  minutes.

21  MS. PERRILLOUX:

22  No, I have not used my three minutes because --

23  UNKNOWN SPEAKER:

24  I gave her mine.

25  MS. PERRILLOUX:

24

1    I did not use my three minutes.  All I'm saying

2    is I'm making --

3    COUNCIL CHAIRMAN WRIGHT:

4    I'm going to ask -- I'm going to ask one more

5    time for order.

6    MS. PERRILLOUX:

7    That's okay.  Do your job this time because --

8    COUNCIL CHAIRMAN WRIGHT:

9    We're going to -- we're going to need -- we're

10   going to need --

11   MS. PERRILLOUX:

12   -- you represent us.  We --

13   COUNCIL CHAIRMAN WRIGHT:

14   We're going to need -- Ms. Perrilloux, you have

15   spent your time.

16   MS. PERRILLOUX:

17   I have something to say as public comment that's

18   very relevant.  It is not going to be

19   disrespectful.  I invoke Robert Rule that this

20   council is illegal and if I don't have I will

21   file another suit, and you-all don't -- and this

22   time it's going to be in Federal Court.  So

23   please, counsel, tell them the truth that I do

24   have a right of yielding of three minutes was

25   given.  I was interrupted in the middle of my

25

1    comments, and I will not be disrespectful,

2    counsel, so can I please establish my point so

3    the fellow council members --

4    MR. GREEN:

5    The Chairman is the person who runs the

6    meetings.

7    UNKNOWN SPEAKER GREEN:

8    Even if it's illegal?

9    MS. PERRILLOUX:

10   Even if it's illegal?

11   UNKNOWN SPEAKER:

12   Or is this just a kangaroo court.

13   MS. PERRILLOUX:

14   Well, I'm going to say what I have to say.

15   Council, I just ask you-all tonight, please

16   don't make a decision on this.  It's not about

17   me.  It's bigger than this.  We got some deep

18   issues going on in this parish, and if you-all

19   don't want to be a part of it, I'm asking

20   you-all please table this item, and that's all I

21   have to say, and I apologize for going off, but

22   you-all know I go zero to a hundred when things

23   ain't right, so please, you-all consider, don't

24   make a decision on this tonight.  Don't let --

25   don't go down with the Titanic.  I love you-all

1   enough to keep it real with you-all, because I

2   understand you-all don't know in depth

3   everything that's going on.  Please don't make a

4   decision on this tonight.  I'm humbly asking

5   you-all because I don't want to see you-all in

6   handcuffs.

7   COUNCIL CHAIRMAN WRIGHT:

8   Yes, ma'am.  Please state your name, address for

9   the record, and the agenda item you're speaking

10  on.

11  MS. CRYSTAL:

12  Hi, Ms. Crystal, 716 Fairway Drive, Laplace,

13  Louisiana, and I'm speaking on Agenda J with

14  counsel.  This is disturbing and overwhelming to

15  see that my fellow -- fellow citizens came up to

16  express themselves, and it's because of the

17  ethic standards unfortunately.  Congratulations

18  to the re-elect, but I pray to God that you guys

19  are coming back differently.  I too am standing

20  before you because of the lack thereof of proper

21  consulting and operating with the council and

22  the parish administration.  I'm still waiting

23  for $4500.

24  COUNCIL CHAIRMAN WRIGHT:

25  Ms. Crystal.  This --

27

1   MS. CRYSTAL:

2   Yes.

3   COUNCIL CHAIRMAN WRIGHT:

4   -- we're -- you're speaking specifically Item J.

5   MS. CRYSTAL:

6   Yea, that's ethics standards for the council.

7   COUNCIL CHAIRMAN WRIGHT:

8   No, it's specific to Agenda Item A -- J.

9   MS. CRYSTAL:

10  Okay.  So Mr. Michael, can I speak with you at

11  the end because you went off the last time I can

12  over.  You were suppose to retain yourself, and

13  you didn't.  You took off at the end of the

14  meeting.

15  COUNCIL CHAIRMAN WRIGHT:

16  Sure.

17  MS. CRYSTAL:

18  Thank you because --

19  COUNCIL CHAIRMAN WRIGHT:

20  Thank you.

21  MS. CRYSTAL:

22  -- the check is still pending, and I asked for

23  the deadline to Thanksgiving.  Council, do

24  better.

25  COUNCIL CHAIRMAN WRIGHT:

28

1    Thank you.  Public comment is closed.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

absent 20:18
acting 14:20
actions 12:3
additional 12:22
address 3:1,4
  12:23 21:1,4
  22:17 26:8
administration
  26:22
AG 14:18
agenda 2:24 3:2
  3:9,21 5:1,2,16
  5:18 6:19,22
  7:17 8:4 11:16
  12:11,23,25
  14:5 15:11,14
  16:1 20:23,25
  21:2,21 22:21
  26:9,13 27:8
ahead 4:8
ain't 18:22,23
  25:23
anybody 22:11
anyway 12:9
  21:21
apologize 25:21
application 5:21
  8:12
Arcuri 2:8,9
asked 7:10 11:20
  13:22 27:22
asking 13:10 15:3
  15:19 16:7,14
  25:19 26:4
asses 19:16
attention 12:24
attorney 6:6 8:7
  11:20 13:7,8
  14:21 17:21
  21:7,7 22:2
Aubrey 3:11
AUDIENCE
  10:18
authority 5:1
authorization
  3:10 6:19 9:17
  12:25
aware 10:21

**B**

back 14:1 16:9
  20:8,19 26:19
Banner 3:3,4,17
  3:20 4:4,9,14
  4:17,19 5:3,10
  5:17 6:3,9,14
  6:20 7:3,8,14
  7:18,20,21,24
  7:25 8:5,18,22
  8:24 9:3,9,12
  9:16,19,20,23
  9:24 10:3,8,11
  10:12,15 11:10
  11:17,23 12:1,8
  18:24
Baptist 1:1,4 3:8
  3:8 11:19
Becnel 1:13,14
  20:2,3,13
better 14:14
  18:13 27:24
bigger 25:17
Board 5:4,18,19
  6:4,5,15 7:22
  8:6,7,10 10:24
  11:4,7
bottom 11:18
building 21:16
burden 13:11

**C**

C 21:25 22:1
call 1:7
called 1:6
Carries 20:18
caught 16:12
certain 12:23
  14:15
CHAIR 5:24
Chairman 1:3
  2:1,17,23 3:15
  3:16,23 4:2,16
  4:25 5:6,8,15
  5:24 6:12,13
  7:1,12,12,19,23
  8:2,16,16 9:2,5
  9:11,18,22 10:5
  10:10,14,19

11:12 12:6,10
13:15,19,24
14:4,9,24 15:5
15:9,16,21,25
16:16,20 17:2
17:12,17,22
18:3,8,19 19:5
19:13,17,23
20:7,12,17,21
22:3,8,15,20,24
23:9,18 24:3,8
24:13 25:5 26:7
26:24 27:3,7,15
27:19,25
CHAIRMAN-...
  4:7
chamber 18:5,11
chambers 10:17
  12:4 19:12
charge 8:10 9:4
  9:10
Charter 21:6,24
check 27:22
chose 13:14
citizen 2:25
citizens 26:15
clarification 4:25
clear 10:17 19:12
  20:20
cleared 18:11
clock 4:5,17
closed 2:25 22:4
  28:1
Coby 22:6,7,13
  22:18,22
Code 6:16
coincidence 10:9
color 18:15
come 12:21 16:9
  16:25,25 17:5
  18:16 22:11
comfortable
  15:24
coming 16:4 19:3
  26:19
comment 2:24,25
  3:12,18 4:1,20
  5:11,12,16 6:18
  8:17 11:22,25

14:13 20:19,22
22:2,4,10 24:17
28:1
commenting
  14:13
comments 8:3
  11:15 25:1
complaint 11:2
completely 8:17
concerning 11:6
confirm 14:14
conflict 14:19,23
Congratulations
  26:17
consider 13:11
  14:17 25:23
constituent 12:18
constituents
  12:19 14:22
consulting 26:21
contained 6:18
continue 14:11
contract 21:14
contractor 21:15
Cornell 4:11,12
  22:7
correct 21:10
council 1:1,3,5,8
  1:12,16,20,24
  2:1,3,7,11,15
  2:17,23 3:9,11
  3:16,23 4:2,7
  4:16 5:7,8 7:19
  7:23 8:2 9:5,11
  9:18,22 10:5,10
  10:14,19,21
  11:12 12:4,6,10
  12:24 13:10,15
  13:19,24 14:4,9
  14:16,20,22,24
  15:4,5,9,16,21
  15:25 16:16,20
  17:2,12,17,22
  18:3,8,19 19:5
  19:13,17,23
  20:2,7,12,17
  21:21 22:3,8,15
  22:20,24 23:9
  23:18 24:3,8,13

14:13 20:19,22
22:2,4,10 24:17
28:1
commenting
  14:13
comments 8:3
  11:15 25:1
complaint 11:2
completely 8:17
concerning 11:6
confirm 14:14
conflict 14:19,23
Congratulations
  26:17
consider 13:11
  14:17 25:23
constituent 12:18
constituents
  12:19 14:22
consulting 26:21
contained 6:18
continue 14:11
contract 21:14
contractor 21:15
Cornell 4:11,12
  22:7
correct 21:10
council 1:1,3,5,8
  1:12,16,20,24
  2:1,3,7,11,15
  2:17,23 3:9,11
  3:16,23 4:2,7
  4:16 5:7,8 7:19
  7:23 8:2 9:5,11
  9:18,22 10:5,10
  10:14,19,21
  11:12 12:4,6,10
  12:24 13:10,15
  13:19,24 14:4,9
  14:16,20,22,24
  15:4,5,9,16,21
  15:25 16:16,20
  17:2,12,17,22
  18:3,8,19 19:5
  19:13,17,23
  20:2,7,12,17
  21:21 22:3,8,15
  22:20,24 23:9
  23:18 24:3,8,13

24:20 25:3,15
26:7,21,24 27:3
27:6,7,15,19,23
27:25
Councilman 1:10
  1:14,18 2:9
  20:2,3
Councilwoman
  1:22 2:5,13,19
  2:20 19:14,19
  20:9,10
counsel 7:2 13:1
  13:2 21:6 23:7
  24:23 25:2
  26:14
court 24:22 25:12
CROSS 17:6
Crystal 26:11,12
  26:25 27:1,5,9
  27:17,21
currently 8:9

**D**

DA 14:21 21:8,12
  21:16,17 22:1
deadline 27:23
deal 12:13
decision 13:13
  14:17 16:8
  25:16,24 26:4
deep 25:17
delivery 16:5
depth 26:2
Descendants 3:7
differently 26:19
discussion 22:5
disrespectful
  24:19 25:1
district 12:19
  21:7
disturbing 26:14
docket 4:21
doing 13:11
Donny 21:10
drifting 14:10,10
Drive 26:12
Duhe-Griffin 2:4
  2:5,20

**E**

**Edgar** 21:5
**eight** 20:18
**employee** 10:25
**entered** 13:9
**entertaining**
    16:12
**establish** 5:6 25:2
**ethic** 21:11 26:17
**ethics** 4:22,22 5:4
    5:19,19 6:4,15
    6:16 7:22 8:8
    8:10 9:4,10
    10:25 11:5,8
    13:3,5,5 16:10
    21:13,18 27:6
**evening** 1:4
**EXCERPT** 1:1
**Executive** 3:6,19
    10:25
**expertise** 21:17
    21:18
**expired** 16:17
    17:3,13,18
**express** 26:16

**F**
**fact** 14:21
**Fairway** 26:12
**false** 8:17
**far** 21:18
**Faucheux** 2:16
**Federal** 24:22
**Feds** 18:16
**fellow** 25:3 26:15
    26:15
**file** 9:4,10 24:21
**fine** 3:22 4:5
    10:22
**finish** 7:9
**Firm** 3:11 13:1
**first** 3:17,18 8:22
**five-member**
    18:10
**five-minute**
    18:10 19:6,18
**floor** 5:10 9:7,8
    9:12,23 14:1
**flunkey** 18:22

**G**

**General** 13:7,9
**gentleman** 22:12
**give** 4:12 8:19,19
    11:5 12:22 17:8
**given** 24:25
**go** 3:21 4:8 20:8
    20:19 25:22,25
**God** 26:18
**going** 2:19 3:13
    5:9,10 7:12 8:3
    8:14,16 9:2,6,6
    9:6,7 10:6,6,6
    10:15,16,20
    11:13,13,14
    15:10,11 16:9
    17:23,23,23
    18:9,17,23 19:2
    19:2,4,6,16,22
    20:1,22 22:9
    24:4,4,9,9,10
    24:14,18,22
    25:14,18,21
    26:3
**good** 1:4 12:9
**Green** 5:12,14
    6:17,25 25:4,7
**Guidelines** 13:7
**guys** 26:18

**H**
**handcuffs** 26:6
**handle** 21:12,18
**handouts** 4:10
**haunt** 16:9
**hear** 16:25
**hearing** 11:4,7
    20:1
**Hi** 26:12
**Highway** 21:4
**hire** 21:10
**hiring** 21:19
**hold** 3:17,17 5:11
    22:9,9
**Home** 21:6,23
**Hotard** 3:14,24
    3:25 4:23,24
    5:5,20 6:1,7
    7:11,16 8:15,21
    9:1,12 12:25
    16:13

**Houston** 1:21,22
    2:19 19:14,19
    20:9,10
**Huh-huh** 9:14
**humbly** 16:4 26:4
**hundred** 25:22

**I**
**illegal** 23:17
    24:20 25:8,10
**imposed** 13:4
**imprisonment**
    10:23
**information** 11:6
**intelligence** 16:6
**interest** 14:19,23
**interrupted**
    24:25
**investigated** 6:10
    11:9
**investigation**
    4:22 8:10 11:2
    11:4,7 12:2,5
    15:3 16:4,11
**invoke** 12:20
    13:8 14:15
    24:19
**issue** 6:19
**issues** 25:18
**item** 3:2,9,19,21
    5:2 6:19,22
    7:17 8:4,6
    10:13 11:16
    12:25 14:6
    15:12,14 16:1
    16:19 20:23,25
    21:2,5,20 22:21
    25:20 26:9 27:4
    27:8
**items** 2:24 3:6,7
    5:16,18 12:11
    12:23 20:22

**J**
**J** 3:9,21 10:13
    12:25 13:2 21:5
    26:13 27:4,8
**Jaclyn** 4:23 5:20
    12:25
**job** 24:7

**John** 1:4 3:7,8
    11:18
**Joy** 3:3,4

**K**
**kangaroo** 25:12
**keep** 18:4 26:1
**Kim** 21:4
**know** 3:13 11:19
    12:13,13 16:7,7
    17:20,20,21,21
    18:14,14 19:9
    21:23,23,25
    25:22 26:2
**Kurt** 1:13

**L**
**lack** 26:20
**land** 5:22 8:13
**Laplace** 26:12
**law** 3:11 8:23
    12:13 13:1,3,8
    16:7 17:21
    18:14
**lawyer** 7:15
    14:14 21:8,11
    21:19
**lead** 2:19
**legal** 3:10 5:1 7:2
    13:1,12 14:15
    14:18 21:6
**Lennix** 1:9
**light** 15:3
**line** 11:18
**Listen** 13:22
**listened** 18:17
**live** 22:7
**local** 14:21
**lock** 18:16
**Louisiana** 3:5
    6:10 13:4 21:5
    26:13
**love** 25:25
**luck** 12:9

**M**
**ma'am** 5:25
    14:10 26:8
**Madam** 1:7
**Madere** 1:9,10

**Main** 12:18
**maintain** 20:21
**making** 13:22
    14:17 24:2
**Matthews** 21:3,4
**meeting** 1:1,5
    13:8 20:9 27:14
**meetings** 25:6
**member** 10:24
**members** 12:21
    20:24 25:3
**Michael** 1:25
    27:10
**middle** 24:25
**mine** 23:24
**minute** 9:21,25
    9:25
**minutes** 2:24
    4:13 8:19,20
    12:15,22 16:23
    17:9 18:1 22:16
    23:1,8,13,15,20
    23:22 24:1,24
**misdemeanor**
    10:22
**mother-in-law's**
    5:22 8:13
**Motion** 18:9,20
    19:7,18,20 20:8
    20:11
**mouth** 19:22

**N**
**name** 3:1,4 4:12
    7:17 12:17
    16:25 17:5 21:1
    22:7,16 26:8
**need** 14:16 16:19
    24:9,10,14
**never** 18:22
**new** 21:19
**November** 1:2,6

**O**
**obligation** 20:21
**okay** 3:21 4:3,15
    4:20 7:9 14:3
    15:24 17:23
    20:8 22:19 24:7
    27:10

**once** 13:11
**open** 13:8 15:3
  22:9
**operating** 26:21
**opinion** 13:9
  14:18,20 16:12
**opposition** 13:10
**order** 1:6 5:6,9
  14:14,15 18:4,7
  18:7,13 20:22
  24:5
**ordinance** 21:9
  21:24
**overwhelming**
  26:14

_____
                P
_____
**parish** 1:5 3:8,8
  8:8,9 11:19
  13:14 21:7,9,19
  21:21 22:1
  25:18 26:22
**part** 5:22 6:4,5
  6:21,22 9:25
  25:19
**patron** 14:20
**pay** 7:10 8:14
  11:20 13:12
**payers** 7:10 8:14
**pending** 16:4
  27:22
**people** 11:19
**perform** 13:2
**Perrilloux** 12:12
  12:16,17 13:16
  13:17,20,21,25
  13:25 14:2,7,12
  14:25,25 15:2,6
  15:7,13,17,18
  15:23 16:2,17
  16:18,24 17:3,4
  17:10,13,15,18
  17:19,25 18:6
  18:12,18,21
  19:1,8,15,21,25
  22:23,25 23:2,6
  23:10,12,16,21
  23:25 24:6,11
  24:14,16 25:9
  25:13

**person** 11:1,1,9
  25:5
**personal** 6:6
  11:20 13:13,18
**play** 19:3
**please** 1:7 3:1
  5:11 11:15
  15:11,22 16:14
  17:20 20:3,14
  21:1 22:11
  24:23 25:2,15
  25:20,23 26:3,8
**Pledge** 2:21,22
**point** 4:25 7:5
  25:2
**pray** 26:18
**prayer** 2:20,22
**preference** 13:18
**President** 3:14,24
  3:24,25 4:24
  5:5 6:1 7:11,16
  8:8,9,15,21 9:1
  9:12 13:14
**private** 11:3,4,6,7
  13:12
**procedures** 13:5
  13:6
**Project** 3:7
**proper** 26:20
**public** 2:24,25
  3:18 5:11,15
  6:18 11:3,5,8
  11:15 20:19,22
  20:24 22:4,10
  24:17 28:1
**punishable** 10:22
**pursuant** 13:8
**pursuit** 12:20
  23:3,7
**put** 19:22 21:22

_____
                Q
_____
**question** 13:22
  15:19
**quorum** 2:16,18

_____
                R
_____
**R** 13:1
**rate** 13:6
**re-elect** 26:18

**reach** 23:10,13
**reached** 23:11
**read** 10:7,20
**real** 26:1
**recall** 19:2,2,4,16
**recess** 10:16
  18:10 19:6,18
  20:5,6
**recommend**
  16:11
**record** 3:1 21:2
  22:17 23:7 26:9
**recruit** 22:19
**refer** 5:19
**refrain** 15:22
**regarding** 12:3
  13:5,5
**regular** 1:5
**related** 8:3 10:13
  13:3 20:23
**relates** 12:24
**relevant** 8:11
  24:18
**remand** 13:1
**remind** 5:15
**represent** 24:12
**representation**
  13:13
**represents** 14:22
**request** 11:8
**Reserve** 17:8
**restrictions** 13:4
**retain** 3:10 9:6,7
  13:1 27:12
**retaining** 7:2 8:7
  14:1
**rezoning** 5:23
  8:12
**right** 5:10 8:23
  12:3,20 24:24
  25:23
**rights** 19:9
**Robert** 2:8 23:3,7
  24:19
**Robert's** 12:20
**roll** 1:7
**rolling** 4:18
**room** 5:7
**RS** 10:20

**Rule** 12:20 21:6
  21:23 23:3,7
  24:19
**runs** 25:5
**Ryan** 17:8

_____
                S
_____
**saying** 24:1
**says** 15:24
**Schnyder** 2:12,13
**second** 19:24
  20:3,13 22:9
**Secretary** 1:7,8
  1:12,16,20,24
  2:3,7,11,15
  10:25
**Section** 21:25,25
  22:1
**see** 21:19 26:5,15
**seek** 14:18
**servant** 11:9
**service** 3:10
**services** 13:2
**Session** 3:6,19
**Sexton** 3:11 6:5
  13:2
**Shondrell** 12:17
  18:17
**show** 19:16
**shown** 18:15
**signature** 4:23
  5:20
**signed** 8:11
**SIMMS** 17:7
**Sims** 16:22 17:8
**sir** 15:8 22:25
**slow** 15:14,15,20
**speak** 7:1 20:25
  22:11 27:10
**SPEAKER** 6:23
  7:6 9:13 10:1
  12:14 19:11
  20:4,15 23:4,14
  23:23 25:7,11
**speaking** 3:2,6
  7:4,18 12:7
  26:9,13 27:4
**special** 3:11 13:2
  21:14,14
**specific** 4:22 27:8

**specifically** 12:7
  27:4
**speech** 19:10
**spent** 22:25 23:19
  23:19 24:15
**St** 1:4 3:7,8 11:18
**ST.JOHN** 1:1
**stand** 13:9 22:11
**standards** 26:17
  27:6
**standing** 26:19
**state** 3:1 6:15
  8:23 13:4 16:25
  17:5 21:1 22:16
  26:8
**statement** 11:5
  13:23
**statute** 13:7
  14:15
**stay** 14:5 22:14
**staying** 14:8
**stick** 15:11
**stop** 8:17
**Street** 3:5 12:18
**strictly** 11:15
  20:23
**strong** 16:5
**strongly** 14:17
  16:11
**subject** 11:2 13:3
**suit** 24:21
**suppose** 27:12
**sure** 10:21 14:5
  20:20,21 27:16

_____
                T
_____
**table** 25:20
**take** 10:16
**taken** 11:3 12:3
**talk** 9:14 17:6
**Tammy** 1:21
**Tanya** 2:16
**tax** 7:10 8:13
**taxpayers** 11:20
  13:12
**tell** 15:10 18:1,13
  24:23
**telling** 16:3
**testimony** 11:3
**Thank** 2:18 4:1

4:15 12:11
16:21 17:11,13
17:16 20:13
22:4 27:18,20
28:1
**Thanksgiving**
27:23
**thereof** 26:20
**things** 25:22
**think** 21:12
**three** 2:24 4:12
8:19,20 12:15
12:22 16:23
17:8 18:1 22:16
23:1,8,15,19,22
24:1,24
**time** 2:18 4:5
7:24 10:15
11:14 15:10
16:17 17:3,13
17:18 22:10
24:5,7,15,22
27:11
**Titanic** 25:25
**Tonia** 2:12
**tonight** 3:12 4:21
14:18 16:8
18:23 25:15,24
26:4
**Torres** 1:17,18
**true** 18:14
**truth** 9:15 18:2
18:14 24:23
**trying** 16:6
**Tuesday** 1:5
**Tyra** 2:4

**U**
**uncomfortable**
15:20 18:15
**undermine** 16:6
**understand**
14:16 16:14
26:2
**unfortunately**
3:12 12:18
26:17
**unintelligible** 4:6
10:2,18 11:22
11:25 17:6

19:10 22:5 23:5
**UNKNOWN**
6:23 7:6 9:13
10:1 12:14
19:11 20:4,15
23:4,14,23 25:7
25:11
**unlawful** 7:7
**use** 24:1

**V**
**Vacherie** 3:5
**versus** 3:7
**violation** 6:15 8:8
8:22 16:10
21:12
**vote** 20:3,14

**W**
**waiting** 26:22
**Wallace** 3:5
**want** 4:21 5:12
5:15 9:14 10:20
20:20 25:19
26:5
**wanted** 3:12 4:20
**warrants** 12:23
**Warren** 1:17
**we're** 10:16
11:19 12:7,7
24:9,9,9,14
27:4
**web** 16:13
**went** 27:11
**West** 3:4
**wish** 18:17
**wishing** 20:25
22:11
**words** 19:22
**worth** 18:25,25
**Wright** 1:3,25
2:1,17,23 3:16
3:23 4:2,16 5:8
5:24 7:19,23
8:2 9:5,11,18
9:22 10:5,10,14
10:19 11:12
12:6,10 13:15
13:19,24 14:4,9
14:24 15:5,9,16

15:21,25 16:16
16:20 17:2,12
17:17,22 18:3,8
18:19 19:5,13
19:17,23 20:7
20:12,17 22:3,8
22:15,20,24
23:9,18 24:3,8
24:13 26:7,24
27:3,7,15,19,25
**written** 11:8

**X**

**Y**
**y'all** 18:16
**Yea** 27:6
**year** 10:24
**yield** 23:3,8,15
**yielding** 24:24
**you-all** 12:13
16:11 21:21
24:21 25:15,18
25:20,22,23,25
26:1,2,5,5

**Z**
**zero** 25:22

**0**

**1**
**1** 21:25
**1118** 12:18
**123** 3:4
**18** 21:4
**1841** 22:7

**2**
**2000** 10:23
**2021** 13:9
**2023** 1:2,6
**28** 1:2,6

**3**
**345** 17:8

**4**
**40** 4:6
**42:1141** 10:20
**4500** 26:23

**5**
**593** 21:4

**6**
**6A** 22:1

**7**
**716** 26:12

**8**
**8th** 3:5