# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Notice of No Opposition to Motion in Limine (R. Doc. 39)

On August 28, 2024, Plaintiff filed a Motion in Limine to bar any invocation of an "advice of counsel" defense by Defendants, given that no such affirmative defense was plead in their answer and was therefore waived. R. Doc. 39.

The Motion was noticed for submission on September 18, 2024. R. Doc. 39-3. Accordingly, any opposition was due on September 10, 2024. L.R. 7.5

No defendant filed any opposition, or requested an extension of time. Accordingly, the motion should be granted as unopposed.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com