UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities; JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH** | **SECTION: "G" (4)** |

## ORDER

**IT IS ORDERED** that non-party Darla Gaudet's **Motion to Quash (R. Doc. 40)** shall be heard **by oral argument** on **October 2, 2024, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 27th day of September 2024.

**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**