UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:  23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities; JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH** | **SECTION: "G" (4)** |

## ORDER

Before the Court is a **Motion to Quash (R. Doc. 40)** filed by non-party Darla Gaudet seeking to quash Plaintiff's subpoena to Darla Gaudet, which requires her appearance at a deposition and production of documents. The Motion is opposed. R. Doc. 41. The Motion was heard by oral argument on October 2, 2024.

At the hearing on this matter, the Court determined that *in camera* review was necessary for the Court to reach a decision regarding the relevance of the documents requested by Plaintiff's subpoena. *See* R. Doc. 40-3. Plaintiff's subpoena requested copies of any correspondence or documents involving Greenfield Louisiana LLC or the proposed Greenfield grain terminal in St. John the Baptist Parish. *Id.*

As an initial matter, the Court found that the request was overbroad as written since it lacked any temporal limitation. During the hearing, Plaintiff's counsel agreed to limit the request for these documents to the time period running from the date that Defendant Jaclyn Hotard took office as Parish President of St. John the Baptist Parish to the date of the Council Meeting at issue in this litigation or from January 8, 2020- November 28, 2023. However, the Court found that *in camera* review of the substance of these documents was still necessary to reach a decision regarding their relevance to Plaintiff's claims in this matter. Therefore, the Court ordered counsel for Darla Gaudet to provide the Court with copies of responsive documents for *in camera* review by no later than ten (10) days from the hearing.

Accordingly,

**IT IS ORDERED** that non-party Darla Gaudet shall provide the Court with copies of all correspondence and documents regarding Greenfield Louisiana LLC or Greenfield's proposed grain terminal in St. John the Baptist Parish, limited to January 8, 2020, through November 28, 2023, for *in camera* review by **no later than October 12, 2024**. These documents shall be sent to the Court's e-File email address, **eFile-Roby@laed.uscourts.gov**.

New Orleans, Louisiana, this 2nd day of October 2024.

                                    **KAREN WELLS ROBY**
                                **UNITED STATES MAGISTRATE JUDGE**