MINUTE ENTRY
ROBY, M.J.
OCTOBER 2, 2024
MJSTAR: 1:04

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO. 23-7296 |
| MICHAEL WRIGHT, ET AL | SECTION: G (4) |

## ORAL ARGUMENT

Courtroom Deputy: Paige Payton
Court Reporter: Alexis Vice

APPEARANCES:    William Most, Counsel for Plaintiff
Richard J. Tomeny, Jr., Counsel for Movant

Motion to Quash (40)

Case called at 1:55 p.m.
All present and ready.
Court discussed status of case.
Argument by counsel for the parties.
Motion to Quash (40) TAKEN UNDER SUBMISSION for reasons stated on the record.
Order to follow.
Court adjourned at 2:59 p.m.