UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**  CIVIL ACTION

**VERSUS**  NO. 23-7296

**MICHAEL WRIGHT, individually and in official capacity, et al.**  SECTION: "G"(4)

**Plaintiff's Motion in Limine Regarding the "On-Topic Rule"**

Now comes Plaintiff, through counsel, to move for a motion in limine regarding any argument that Plaintiff violated a St. John the Baptist Parish rule requiring public comment to be on the topic of an agenda item – because no such rule exists.

This case involves violations of Plaintiff Joy Banner's freedom of speech during a St. John the Baptist Parish (SJBP) Council meeting.[1] At that meeting, Defendants Michael Wright and Jaclyn Hotard stopped Dr. Banner from speaking during public comment and threatened her with criminal sanctions based on the content of her speech.

Defendants have argued that their actions were justified because Banner was "properly and reasonably restricted to on-topic speech in this particular limited public forum."[2]

In fact, Banner was speaking directly on the topic of the agenda item. But even if she were not, the off-topic nature of her speech could not justify Defendants' actions. That is because it turns out that <u>the Parish has never adopted a rule requiring public comment to be "on topic."</u>

Defendants should be barred from arguing at trial that Banner was violating a rule that does not exist. The motion in limine should be granted.

Wherefore, this Court should grant this motion in limine.

---

[1] Rec. Doc. 25 (Order Denying Motion to Dismiss) at 1.
[2] Rec. Doc. 9-1 at 13.

1

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
M<small>OST</small> & A<small>SSOCIATES</small>
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com