## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Notice of Submission Date

Plaintiff's *Motion in Limine Regarding the "On-Topic Rule"* shall be submitted on October 30, 2024.

                                            Respectfully submitted,

                                            /s/ *William Most*
                                            William Most, 36914
                                            David Lanser, 37764
                                            MOST & ASSOCIATES
                                            201 St. Charles Ave., Ste. 2500, #9685
                                            New Orleans, LA 70170
                                            Telephone: (504) 509-5023
                                            Telephone: (504) 533-4521
                                            Fax: (504) 414-6400
                                            williammost@gmail.com
                                            david.lanser@gmail.com