UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br>    Plaintiff | *<br>*<br>*  Case No. 23-cv-7296 |
| VERSUS | *<br>*  Judge Nannette J. Brown<br>* |
| MICHAEL WRIGHT, in his individual and<br>official capacities, JACLYN HOTARD, in her<br>individual and official capacities; and<br>ST. JOHN THE BAPTIST PARISH;<br>    Defendants. | *  Magistrate Judge Karen W.<br>*  Roby<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS TO MICHAEL WRIGHT

NOW INTO COURT comes Defendant, MICHAEL WRIGHT, in his individual and personal capacities, through undersigned counsel, who respectfully answers the Second Set of Discovery Requests propounded by Petitioner, JOY BANNER, Ph.D, as follows.

## GENERAL OBJECTIONS

Defendant MICHAEL WRIGHT incorporates and re-urges any and all general objections set forth in his previous responses to Plaintiff's discovery requests.

Notwithstanding said objections, and without waiving any and/or all of the above stated objections, and; further, subject to any and all of the above stated objections, Defendant answers as follows:

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION No. 7:**

The Louisiana Legislative Auditor white paper referred to by Defendant Michael Wright at deposition.

**RESPONSE TO REQUEST FOR PRODUCTION No. 7:**

Attached.

## INTERROGATORIES

**INTERROGATORY No. 10:**

Identify any law you contend Joy Banner violated at the November 28, 2023, meeting.

**RESPONSE TO INTERROGATORY No. 10:**

Louisiana Revised Statute 42:1141 and 42:1141.4. Also see *Louisiana Board of Ethics v. Daryl Purpera* 321 So. 3d 401 (La. Ct. App. 2021).

**INTERROGATORY No. 11:**

Identify any state law that you contend requires public comment to be on-topic.

**RESPONSE TO INTERROGATORY No. 11:**

There are multiple Attorney General Opinions, including but not limited to 01-367 (Ops. La. Atty. Gen. Jan. 23, 2002), 01-394 (Ops. La. Atty. Gen. Nov. 8, 2001), and 04-0107 (Ops. La. Atty. Gen. Apr. 27, 2004) which indicate that public comment must be on topic.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION No. 26:**

Robert's Rules of Order does not include an "on topic" rule.

RESPONSE TO REQUEST FOR ADMISSION No. 26:

Admitted.

REQUEST FOR ADMISSION No. 27:

Louisiana's Open Meetings Law does not include an "on topic" rule.

RESPONSE TO REQUEST FOR ADMISSION No. 26:

Denied.

Respectfully Submitted,

/s/ Ike Spears
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:    (504) 593-9500
Telecopier:    (504) 523-7766
E-mail:ikespears@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was served on attorney of records William Most via electronic mail on September 27, 2024.

/s/ Ike Spears
Ike Spears

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br>    Plaintiff<br><br>VERSUS<br><br>MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;<br>    Defendants. | Case No. 23-cv-7296<br><br>Judge Nannette J. Brown<br><br>Magistrate Judge Karen W. Roby |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFICATION

I do hereby certify, under penalty of perjury, that the foregoing answers to Plaintiff's Second Set of Discovery Requests are true and correct to the best of my knowledge and belief.

_____   9/27/24
Michael Wright                                       Date