UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Plaintiff's Motion in Limine Regarding Alleged Legal Violations by Plaintiff

Now comes Plaintiff, through counsel, to move for a motion in limine regarding any argument that Dr. Banner was violating any law with her words.

This case involves violations of Plaintiff Joy Banner's freedom of speech during a St. John the Baptist Parish (SJBP) Council meeting.[1] At that meeting, Defendants Michael Wright and Jaclyn Hotard stopped Dr. Banner from speaking during public comment and threatened her with criminal sanctions based on the content of her speech.

Defendants have attempted to justify their actions on the theory that Banner was violating the law with her words. But none of the laws Defendants cited in discovery could plausibly make Banner's words illegal. For that reason, Defendants should be prohibited from making the argument at trial that Dr. Banner was violating any law with her words.

Wherefore, this Court should grant this motion in limine.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

---

[1] Rec. Doc. 25 (Order Denying Motion to Dismiss) at 1.

1