UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Considering Plaintiff's *Motion in Limine Regarding Alleged Legal Violations by Plaintiff*, the motion is **GRANTED**. Defendants are barred from offering at trial any argument or evidence that Dr. Banner was violating any law with her words.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

1