# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities; JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH** | **SECTION: "G" (4)** |

## ORDER

Before the Court is a **Motion to Quash (R. Doc. 40)** filed by non-party Darla Gaudet seeking to quash Plaintiff's subpoena to Darla Gaudet, which requires her appearance at a deposition and production of documents. The Motion is opposed. R. Doc. 41. The Motion was heard by oral argument on October 2, 2024.

After considering the arguments of counsel at the hearing on this matter, the Court found that *in camera* review was necessary to reach a determination on the relevance of the documents at issue in the subject Motion. On October 3, 2024, the Court ordered non-party Darla Gaudet to provide the Court with copies of all correspondence and documents regarding Greenfield Louisiana LLC or Greenfield's proposed grain terminal in St. John the Baptist Parish, limited to January 8, 2020, through November 28, 2023, for *in camera* review. *See* R. Doc. R. Doc. 46.

Upon review of the documents produced pursuant to the request, the Court finds that although Plaintiff's counsel agreed to limit the request to November 28, 2023, this limitation does not allow the Court to review any documentation following the Council meeting at issue in this litigation that may be responsive to Plaintiff's subpoena. Additionally, the Court finds that any correspondence between Jaclyn Hotard and Ms. Gaudet regarding the Council meeting in controversy during this timeframe, if any, may be responsive to P laintiff's subpoena and must be produced to the Court.

Therefore, on October 8, 2024, the Court instructed Ms. Gaudet's counsel to supplement his production accordingly. Ms. Gaudet's counsel requested a deadline of October 23, 2024, to provide this supplemental production to the Court. When the Court conferred with Plaintiff's counsel on the requested extension, Plaintiff's counsel did not object to the proposed deadline of October 23, 2024.

Accordingly,

**IT IS ORDERED** that non-party Darla Gaudet shall provide the Court with copies of all correspondence and documents regarding Greenfield Louisiana LLC, Greenfield's proposed grain terminal in St. John the Baptist Parish, or messages between Ms. Gaudet and Jaclyn Hotard regarding the Council meeting at issue in this litigation, limited to January 8, 2020, through December 31, 2023, for *in camera* review by **no later than October 23, 2024**. These documents shall be sent to the Court's e-File email address, **eFile-Roby@laed.uscourts.gov**

New Orleans, Louisiana, this 9th day of October 2024.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**