UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | |
|     Plaintiff | * | |
| | * | Case No. 23-cv-7296 |
| VERSUS | * | |
| | * | Judge Nannette J. Brown |
| | * | |
| MICHAEL WRIGHT, in his individual and | * | Magistrate Judge Karen W. |
| official capacities, JACLYN HOTARD, in her | * | Roby |
| individual and official capacities; and | * | |
| ST. JOHN THE BAPTIST PARISH; | * | |
|     Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Defendants' Witness and Exhibit List

Now into court, through undersigned counsel, come Defendants, who provide the following Witness and Exhibit List in accordance with the Court's Scheduling Order:

### Witness List

1. Jaclyn Hotard, Defendant – 1811 W. Airline Hwy, LaPlace, LA

2. Michael Wright, Defendant – 1811 W. Airline Hwy, LaPlace, LA

3. Jackie Landeche, St. John the Baptist Parish Council Secretary – 1811 W. Airline Hwy, LaPlace, LA

4. Lucien Gauff, St. John the Baptist Parish Assessor – 1811 W. Airline Hwy, LaPlace, LA

5. Joyceia "Joy" Banner, Plaintiff – 157 Alexis Ct., Vacherie, LA

6. Jocyntia "Jo" Banner – 157 Alexis Ct., Vacherie, LA

7. Shondrell Perrilloux – 1118 Main Street, LaPlace, LA

8. Tim Matthews – 593 Hwy. 18, Edgard, LA

9. Justine Kray – 2433 Onzaga Street, New Orleans, LA

10. Crystal Harris – 716 Fairway Dr., LaPlace, LA

11. Richard Stanley – Attorney, Defense Expert – 909 Poydras Street, Ste. 2500, New Orleans, LA

12. R. Gray Sexton – 8680 Bluebonnet Blvd., Ste. D, Baton Rouge, LA 70810

13. Alesia M. Ardoin – 8680 Blubonnet Blvd., Ste. D, Baton Rouge, LA 70810

14. Carolyn Abadie Landry, Louisiana Board of Ethics – 617 N. 3rd Street, Baton Rouge, LA 70802

15. Mallory A. Guillot, Louisiana Board of Ethics – 617 N. 3rd Street, Baton Rouge, LA 70802

16. Lynda Van Davis Greenstone – 3157 Gentilly Blvd. No. 2455, New Orleans, LA

17. Any witness listed by Plaintiff

## **Exhibit List**

1. Stipulated Transcript of November 28, 2023 Council Meeting, Rec. Doc. 43

2. Video and Audio Recording of November 28, 2023 Council Meeting

3. Agenda of November 28, 2023 St. John the Baptist Parish Council Meeting

4. Minutes (Official Proceedings) St. John the Baptist Parish Council, Tuesday November 28, 2023

5. Roberts Rules of Order, 12th Edition

6. Louisiana Legislative Auditor "White Paper", Open Meetings Law, RS 42:11-42:28

7. *Louisiana Board of Ethics v. Daryl G. Purpera, in His Official Capacity as Legislative Auditor for the Louisiana Auditor's Office,* 321 So.3d. 401

8. Louisiana Attorney General Opinion 01-367 (Ops. La. Atty. Gen. Jan. 23, 2002)

9. Louisiana Attorney General Opinion 01-394 (Ops. La. Atty. Gen. Nov. 8, 2001)

10. Louisiana Attorney General Opinion 04-0107 (Ops. La. Atty. Gen. Apr. 27, 2004)

11. Official Proceedings of St. John the Baptist Parish Council State of Louisiana, Taken at its First Meeting of its Second Term, Held on Monday, January 11, 1988

12. October 26, 2023 Complaint from Joyceia Banner/Pam Spees to The Louisiana Board of Ethics (with its attached exhibits)

13. November 7, 2023 Letter from Louisiana Board of Ethics (Carolyn Landry) to Jaclyn Hotard

14. February 2, 2024 Letter from Louisiana Board of Ethics (Shannon McLean) to Jaclyn Hotard

15. Louisiana Board of Ethics Notice of Confidentiality

16. E-mail exchange between Jaclyn Hotard and Louisiana Board of Ethics, November 17, 2023-November 27, 2023

17. September 10, 2024 Letter from Louisiana Board of Ethics (Mallory Guillot) to Jaclyn Hotard

18. Social Media Postings (Facebook, Instagram, X-formerly known as Twitter) of Joyceia Banner

19. Social Media Postings (Facebook, Instagram, X-formerly known as Twitter) of Joycyntia Banner

20. Any exhibit listed or introduced by Plaintiff

21. Any documents produced by Defendants during discovery in this matter

22. Any documents received from Plaintiffs during discovery in this matter

Respectfully Submitted,

/s/ *Ike Spears*_____
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:     (504) 593-9500
Telecopier:    (504) 523-7766
E-mail:ikespears@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on October 28, 2024.

_____/s/ *Ike Spears*_____
Ike Spears