## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Motion to Clarify Order on Motion to Quash

This motion asks the Court to modify its written order on the motion to quash to reflect instructions given by the Court at oral argument.

At an October 2, 2024 hearing, counsel for third-party witness Darla Gaudet conceded multiple times in open court that Ms. Gaudet was the owner of the property in question through her LLC. Because it had been admitted in open court, the Court directed Ms. Gaudet's counsel to give to Plaintiff's counsel "the percentage of her holdings in the company." Ex. A at 48.

But Ms. Gaudet's counsel has refused to do so because that directive was not included in the Court's written order.

Wherefore, this Court should modify its written order on the motion to quash to reflect the instructions given at oral argument.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com