UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.

    Plaintiff,

v.                                          Case No. 23-cv-7296

MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH.

    Defendants

### DARLA GAUDET'S OPPOSITION TO JOY BANNER'S MOTION TO CLARIFY ORDER ENTERED ON OCTOBER 10, 2024

Richard J. Tomeny, Jr., attorney for Darla Gaudet (hereafter "Gaudet") submits this Opposition to the Motion by Joy Banner to Clarify the Order entered on October 10, 2024, following the hearing on Darla Gaudet's Motion to Quash the Subpoena Duces Tecum. For the reasons stated in the Memorandum of Law in Opposition Darla Gaudet moves this Court to deny the Banner Motion to Clarify its Order of October 10, 2024.

Respectfully Submitted,

*Richard J Tomeny Jr.*

Richard J. Tomeny, Jr., La. Bar No. 12852
Two United Plaza
8550 United Plaza Boulevard, Suite 702
Baton Rouge, Louisiana, 70809
Telephone: (225) 334-8080
Fax: (225) 758-9050
Email: rtomeny@tomenylaw.com.

**Attorney for Darla Gaudet**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing OPPOSITION TO JOY BANNER'S MOTION TO CLARIFY ORDER filed herein has been served upon all known counsel of record via email, facsimile or United States Mail, properly addressed and postage prepaid, this 29th day October 2024.

*Richard J. Tomeny, Jr.*

Richard J. Tomeny, Jr., La. Bar No. 12852