UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D. )
 )
    Plaintiff, )
 )
v. ) Case No. 23-cv-7296
 )
MICHAEL WRIGHT, in his individual and )
official capacities, JACLYN HOTARD, in her )
individual and official capacities; and )
ST. JOHN THE BAPTIST PARISH; )
 )
    Defendants. )
 )

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner, Ph.D. who provides the following lists of witnesses and exhibits she anticipates using at trial.

    A.    List of witnesses anticipated to be used at trial:

        1) Joy Banner, Ph.D;

        2) Michael Wright;

        3) Jaclyn Hotard;

        4) Jo Banner;

        5) Stephenie Aubert;

        6) Kim Mathieu;

        7) Tonia Schnyder;

        8) Darla Gaudet;

        9) William Banner;

        10) Harriett Banner; and

        11) Any other witness identified by any party.

B.  List of exhibits anticipated to be used at trial:

1) Video of November 28 council meeting;

2) November 28 council meeting agenda;

3) Highlighted copy of Revised Statute 42:1141.4;

4) Public Records Response regarding "The document, and all native versions of drafts of the document, that Michael Wright read from during the November 28, 2023 Parish Council Meeting when he said "I'm going to read R.S. 42:1141."

5) Transcript of November 28 council meeting;

6) Ethics complaint;

7) Official Proceedings of May 27, 1993, council meeting;

8) 1135-43-Official Proceeding of Council Meeting 05271993

9) Deposition exhibits;

10) Deposition transcripts;

11) Apple Watch photos;

12) Transcript of October 2, 2024 hearing;

13) Discovery responses from each Defendant; and

14) Any document listed by Defendants.

Respectfully submitted,

/s/ *Dave Lanser*
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400
Email:
david.lanser@gmail.com
williammost@gmail.com
*Attorneys for Plaintiff Joy Banner, Ph.D*