UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Ex Parte Motion to Supplement to Opposition to Motion to Quash

This motion seeks leave to file a supplement in opposition to third-party witness Darla Gaudet's motion to quash, as directed by the Court.

In this case, Plaintiff subpoenaed the deposition and records of Ms. Gaudet.[1] On September 5, 2024, Ms. Gaudet filed a Motion to Quash the subpoena.[2]

On October 2, 2024, the Court held oral argument on the motion to quash.[3] One issue that came up at oral argument was whether property owned by Ms. Gaudet's LLC was necessary for a $800 million grain elevator project in St. John the Baptist Parish. Ms. Gaudet's counsel repeatedly represented to the Court that the grain elevator company did not "need" Ms. Gaudet's LLC's land.

Plaintiff's counsel pointed out that Mr. Tomeny's representations were false; Ms. Gaudet's LLC owns strips of land that that go <u>right through the middle</u> of the proposed project.[4] Plaintiff's counsel offered to provide a map to the Court showing that, and the Court ordered that "you're going to have to."[5]

This motion seeks leave to file the attached three-page supplement and its exhibit that provides that map directed by the Court. It is filed ex parte because it was ordered by the Court. The motion should be granted.

---

[1] R. Doc. 40-3.
[2] R. Doc. 40.
[3] R. Doc. 47.
[4] R. Doc. 55-4 at 12:14-19.
[5] *Id*. at 12:20.

1

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com