**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G" (4)** |

## ORDER

Before the Court is Plaintiff's *Ex Parte* **Motion to Supplement Opposition to Motion to Quash (R. Doc. 58)**, seeking to file a three-page supplement in opposition and its attached exhibit. Plaintiff asserts that the supplement in opposition, which concerns non-party Darla Gaudet's Motion to Quash (R. Doc. 40), includes a map that the Court orally instructed the Plaintiff to provide during a hearing on the Motion to Quash on October 2, 2024. R. Doc. 58 at 1.

Accordingly,

**IT IS ORDERED** that the Plaintiff's *Ex Parte* **Motion to Supplement Opposition to Motion to Quash (R. Doc. 58)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Supplement in Opposition **(R. Doc. 58-1)** and attached exhibit **(R. Doc. 58-3)** into the record.

New Orleans, Louisiana, this 29th day of October 2024.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**