UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Supplement to Opposition to Motion to Quash

In this case, Plaintiff subpoenaed the deposition and records of third-party witness Darla Gaudet.[1] On September 5, 2024, Gaudet filed a Motion to Quash the subpoena.[2]

On October 2, 2024, the Court held oral argument on the motion to quash.[3] One issue that came up at oral argument was whether property owned by Ms. Gaudet's LLC was necessary for a $800 million grain elevator project in St. John the Baptist Parish. (Ms. Gaudet is the mother-in-law of Defendant Parish President Jaclyn Hotard.)

Ms. Gaudet's counsel repeatedly represented to the Court that the grain elevator company did not "need" Ms. Gaudet's LLC's land:

- "MR. TOMENY: They don't need her property. THE COURT: They don't need it? MR. TOMENY: No."[4]

- "MR. TOMENY: Because they have a huge chunk of ground, they don't need her property."[5]

- "THE COURT: And you're saying they don't need her land to do what they want to do? MR. TOMENY: That's correct."[6]

Plaintiff's counsel pointed out that Mr. Tomeny's representations were completely false; Ms. Gaudet's LLC owns strips of land that that go <u>right through the middle</u> of the proposed project.[7] Plaintiff's counsel offered to provide a map to the Court showing that, and the Court

---

[1] R. Doc. 40-3.
[2] R. Doc. 40.
[3] R. Doc. 47.
[4] R. Doc. 55-4 at 9:22-24.
[5] R. Doc. 55-4 at 10:1-2.
[6] R. Doc. 55-4 at 12:7-9.
[7] *Id*. at 12:14-19.

1

ordered that "you're going to have to."[8] Such a map is as follows:



The map on the left shows the purple grain elevator project area outlined in red. The zoomed in map on the right shows the four properties owned by Gaumet Holdings LLC in yellow. Three of the parcels – 300032690, 300069500, and 300038900 – cut directly across the project area,[9] cutting off the proposed river terminal (upper left) from the rail access (bottom).

Gaumet Holdings LLC purchased parcel 300038900 on October 8, 2019 – four days before Defendant Hotard's October 12, 2019 election as parish president.

Thus, Ms. Gaudet's counsel's representations to the Court were false. For the grain elevator

---

[8] *Id*. at 12:20.
[9] Ex. A at 1-4 (Maps from St. John the Baptist Parish Assessor).

company to complete its $800 million project, it would have to purchase Ms. Gaudet's land or a right-of-way across it. That was the core of Plaintiff's ethics complaint against Defendant Hotard, which resulted in Defendants' threats against Plaintiff that form the basis of this case.

    Respectfully submitted,

    /s/ *William Most*
    William Most, 36914
    David Lanser, 37764
    MOST & ASSOCIATES
    201 St. Charles Ave., Ste. 2500, #9685
    New Orleans, LA 70170
    Telephone: (504) 509-5023
    williammost@gmail.com