











**0300069500**

**Parcel Number:** 0300069500
**Owner Name:** GAUMET HOLDINGS, LLC
**Parcel Address:**
| | Details

**0300069500**

**Parcel Number:** 0300069500
**Owner Name:** GAUMET HOLDINGS, LLC
**Parcel Address:**
| | Details

Close    Export

Copyright © 2014 GCT, LLC





**0300038900**

**Parcel Number:** 0300038900
**Owner Name:** GAUMET HOLDINGS, LLC (368816)
**Parcel Address:**
| | Details

**0300038900**

**Parcel Number:** 0300038900
**Owner Name:** GAUMET HOLDINGS, LLC (368816)
**Parcel Address:** 5369
| | Details

Close    Export

Copyright © 2014 GCT, LLC