

STATE OF LOUISIANA
DEPARTMENT OF STATE CIVIL SERVICE
**LOUISIANA BOARD OF ETHICS**
P. O. BOX 4368
BATON ROUGE, LA 70821
(225) 219-5600
FAX: (225) 381-7271
1-800-842-6630
www.ethics.la.gov

September 10, 2024

Jaclyn Hotard
106 Idaho Ct.
Laplace, Louisiana 70068

**CONFIDENTIAL**

Re:  **Louisiana Board of Ethics**
     **Docket No. 2023-945**

Dear Ms. Hotard:

The Louisiana Board of Ethics, at its meeting on September 5, 2024, considered a confidential investigation report regarding information that you may have violated the Code of Governmental Ethics.

Based on the information received, the Board found no violation of the Code of Governmental Ethics. Accordingly, the Board has instructed me to close the file at this time.

If you have any questions, please call (800) 842-6630 or (225) 219-5600.

Sincerely,
**LOUISIANA BOARD OF ETHICS**

*Mallory Guillot*

Mallory A. Guillot
For the Board

EXHIBIT A