UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**                                                     **CIVIL ACTION**

**VERSUS**                                                                                   **NO. 23-7296**

**MICHAEL WRIGHT, individually and in official capacity, et al.**                  **SECTION: "G"(4)**

**Ex Parte Motion to Strike Defendants' Untimely Briefs (R. Docs. 61 and 62).**

On October 9, 2024, Plaintiff filed two Motions in Limine. R. Docs. 48, 50.

Both motions were noticed for submission on October 30, 2024. R. Doc. 48-2, 50-2. Accordingly, any opposition was due on October 22, 2024. *See* Local Rule 7.5. No defendant requested an extension of time from plaintiff's counsel or the Court.

On October 30, 2024 – the submission date – Defendants filed two opposition briefs. R. Doc 61 and 62. They did not submit any motion for leave to file an untimely brief, or provide any explanation for the untimely nature of the briefs.

Defendants' counsel cannot claim ignorance of this Court's rules. First, he has been a member of the bar of this Court for at least three decades.[1] And second, six days <u>before</u> the opposition briefs were due, this Court explained to Defendants' counsel how Local Rule 7.5 works:

> The pending Motion in Limine was filed on August 28, 2024, and set for submission on September 18, 2024. No memorandum in opposition to the Motion to Limine was submitted, timely or otherwise. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the submission date. Accordingly, this motion is deemed unopposed.

R. Doc. 53 (order granting motion in limine after Defendants declined to file opposition brief).

Defendants' untimely filing causes prejudice to Plaintiff, because now Plaintiff is unable to timely file a reply brief. See Local Rule 7.5 (reply briefs must be filed "no later than 4:00 p.m., two working days before the noticed submission date")

Accordingly, Plaintiff asks that this Court either strike Defendants' opposition briefs

---

[1] *Cf. Carter v. Fenner*, 92-cv-03497, R. Doc. 34 (E.D. La. Aug. 30, 1993) (motion to withdraw attorney Ike Spears).

1

and deem the motions unopposed, or alternatively grant Plaintiff additional time to file reply briefs.

        Respectfully submitted,

        /s/ *William Most*
        William Most, 36914
        David Lanser, 37764
        MOST & ASSOCIATES
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        Telephone: (504) 509-5023
        williammost@gmail.com