UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Considering Plaintiff's *Ex Parte Motion to Strike Defendants' Untimely Briefs*, the motion is **GRANTED**.

On October 9, 2024, Plaintiff filed two Motions in Limine. R. Docs. 48, 50. Both motions were noticed for submission on October 30, 2024. R. Doc. 48-2, 50-2. Accordingly, any opposition was due on October 22, 2024. *See* Local Rule 7.5. No defendant requested an extension of time from the Court.

On October 30, 2024 – the submission date – Defendants filed two opposition briefs. R. Doc 61 and 62. They did not submit any motion for leave to file an untimely brief, or provide any explanation for the untimely nature of the briefs.

Defendants' counsel cannot claim ignorance of this Court's rules. Six days before the opposition briefs were due, this Court explained to Defendants' counsel how Local Rule 7.5 works:

> The pending Motion in Limine was filed on August 28, 2024, and set for submission on September 18, 2024. No memorandum in opposition to the Motion to Limine was submitted, timely or otherwise. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the submission date. Accordingly, this motion is deemed unopposed.

R. Doc. 53 (order granting motion in limine after Defendants declined to file opposition brief).

For that reason, Defendants' untimely briefs (R. Docs. 61 and 62) shall be stricken from the record of the Court. The Court shall deem Plaintiff's motions unopposed and consider them on that basis. This Court has authority to grant a motion as unopposed, although it is not required to do so.

1

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**