UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. * | |
|     Plaintiff * | |
| * | Case No. 23-cv-7296 |
| VERSUS * | |
| * | Judge Nannette J. Brown |
| * | |
| MICHAEL WRIGHT, in his individual and * | Magistrate Judge Karen W. |
| official capacities, JACLYN HOTARD, in her * | Roby |
| individual and official capacities; and * | |
| ST. JOHN THE BAPTIST PARISH; * | |
|     Defendants. * | |
| * | |

**************************************************************************

## MOTION FOR LEAVE TO FILE
## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE REGARDING THE "ON-TOPIC RULE" AND
## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE REGARDING ALLEGED LEGAL VIOLATIONS BY PLAINTIFF

NOW INTO COURT, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who file this Motion for Leave seeking to file an opposition to Plaintiff, Joy Banner's, (hereinafter "Plaintiff"), Motion *in Limine* regarding arguments that Plaintiff violated a St. John the Baptist Parish rule requiring public comment to be on the topic of an agenda item (R. Doc. 62) as well as to file an opposition to Plaintiff, Joy Banner's (hereinafter "Plaintiff"), Motion in *Limine* regarding evidence that one of the reasons why Defendants interrupted Plaintiff's public comment was due to the fact that she violated Louisiana law (when she made public comments about an open Louisiana Board of Ethics matter), during the November 28, 2023 Parish Council Meeting (R. Doc. 61).

Counsel for Defendants erroneously believed the oppositions to Plaintiff's Motions in *Limine* (R. Doc. 48 and R. Doc. 50) to be October 30, 2024. In the interest of justice, Counsel respectfully requests this Court grant the instant Motion for Leave. Plaintiff's Motions in *Limine* are without any substantive merit and Defendants would be unduly prejudiced should the Court grant Plaintiff's Motion to Strike Untimely Briefs (R. Doc. 63).

Plaintiff, however, suffers no prejudice by Defendants' erroneously untimely Responses in Opposition, because the trial in this matter is scheduled on January 25, 2025, and the Discovery cut-off date is November 18, 2024. Additionally, Counsel for Defendants has no objection to this Court granting Plaintiff additional time to file a reply to Defendants' Opposition to Plaintiff's Motion in *Limine* Regarding the "On-Topic Rule" and to Defendants' Opposition to Plaintiff's Motion in *Limine* Regarding Alleged Legal Violations By Plaintiff.

Based on the aforementioned, the Defendants respectfully request that this Honorable Court grant the instant Motion for Leave to File Defendants Opposition to Plaintiff's Motion in *Limine* Regarding the "On-Topic Rule" and Defendants Opposition to Plaintiff's Motion in *Limine* Regarding Alleged Legal Violations by Plaintiff, to deny Plaintiff's Motion to Strike Untimely Briefs, and to grant Plaintiff additional time to file a Reply to Defendants' Oppositions.

Respectfully Submitted,

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:     (504) 593-9500
Telecopier:    (504) 523-7766
E-mail: ikespears@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on October 30, 2024.

_/s/ Ike Spears_
Ike Spears
