## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** * <br>     Plaintiff * <br> * <br> **VERSUS** * <br> * <br> * <br> **MICHAEL WRIGHT, in his individual and** * <br> **official capacities, JACLYN HOTARD, in her** * <br> **individual and official capacities; and** * <br> **ST. JOHN THE BAPTIST PARISH;** * <br>     Defendants. * <br> * | Case No. 23-cv-7296 <br><br> Judge Nannette J. Brown <br><br> Magistrate Judge Karen W. Roby |

## **ORDER**

Having considered Defendants' Motion for Leave and the arguments in support thereof, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants proposed pleadings shall be filed into the record.

This _____ day of _____, 2024.

_____