UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**Opposition to Defendant's Motion for Leave to File (R. Doc. 64)**

Defendants untimely filed two opposition briefs without leave of Court. R. Doc 61 and 62. Plaintiff moved to strike them. R. Doc. 63. Defendants then moved for leave to re-file the untimely briefs. R. Doc. 64.

Defendants' only explanation for the untimeliness is that "Counsel for Defendants erroneously believed the oppositions to Plaintiff's Motions in Limine (R. Doc. 48 and R. Doc. 50) to be October 30, 2024." *Id*. at 2.

But Defendants offer no explanation <u>why</u> their counsel believed that. In fact, this Court had explained the workings of Local Rule 7.5 to them six days before these opposition briefs were due. R. Doc. 53. The Court specifically told Defendants that a motion would be "deemed unopposed" if opposition briefs are not "filed eight days prior to the submission date." *Id.*

This Court has previously found that a "failure to provide an explanation represents the disregard for the Scheduling Order and the Federal Rules of Civil Procedure," and thus granted a motion to strike an untimely filing. *Billiot v. Bankers Specialty Insurance Company,* 22-cv-2331, R. Doc. 25 at *7 (E.D. La. Jan. 11, 2023) (Brown, C.J.)

So too here. Defendants have offered no explanation for why they filed two opposition briefs untimely after this Court explained the workings of Local Rule 7.5 to them.  The motion for leave to file should be denied, and the motion to strike granted.

        Respectfully submitted,

        /s/ *William Most*
        William Most, 36914
        David Lanser, 37764
        MOST & ASSOCIATES
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        Telephone: (504) 509-5023
        williammost@gmail.com