

Assessors Map showing the Gaumet Holding LLC Property (shown in green), Acquired December 8, 2015 and showing the Proposed location for the Greenfield Grain Elevator facility, property acquired by Greenfield LLC on July12, 2021



https://atlas.geoportalmaps.com/stjohn_public/q/Parcel?PARCEL_ID=0300032690

Case No. 23-cv-7296            GAUDET EXHIBIT 1            Opposition to Supplement