

Assessors Map showing the Gaumet Holding LLC property shown in green, Acquired September 2 0, 2017 and the Proposed location for the Greenfield Grain Elevator facility, property acquired by Greenfield LLC on July12, 2021



https://atlas.geoportalmaps.com/stjohn_public/q/Parcel?PARCEL_ID=0300032690                                1/1

Case No. 23-cv-7296         GAUDET EXHIBIT 3         Opposition to Supplement