

Assessors Map showing the Gaumet Holding LLC property shown in green, Acquired October 8, 2019 and the Proposed location for the Greenfield Grain Elevator facility, property acquired by Greenfield LLC on July12, 2021

