

GREENFIELD
LOUISIANA, LLC

# PROJECT OVERVIEW

## GREENFIELD'S MISSION

***Build a state of the art grain export facility that drives transformative social and economic benefits to the region through our long-term commitment to the community.***

The new Wallace Grain Export Facility will be a key link in the agricultural chain connecting American farmers to the world. Farm products like corn and grain will arrive from up-river by low-emission barge and be transferred to silos on enclosed conveyor belts. That grain will then be distributed onto other ships that will travel down-river and supply critical food staples to people across the country and around the world.

Greenfield's facility will be technologically advanced and environmentally sound. It will not only spark an economic revival, it will also create good-paying, safe, green jobs. These jobs will not be linked to fossil fuels, transitioning away from the historical reliance on these types of jobs.

***Greenfield believes in responsible economic growth. Our operations meet the highest environmental standards and protect public health, and we will honor the local culture and community heritage.***

Facility location
Property boundary
Louisiana

## WALLACE GRAIN EXPORT FACILITY

### *Location*
Wallace, Louisiana; St. John the Baptist Parish

### *Description*
The first new-build grain export facility constructed in Louisiana since 1979

### *Project Highlights*

| | |
|---|---|
| **Project cost** | $600 million+ |
| **Annual throughput capacity** | 11 million tons |
| **Facility size** | ~58 acres |
| **Facility boundary** | 208+ acres, including the rail |
| **Facility storage** | 4.3 million bushels of grain in 54 silos |
| **Ship to vessel loading rate** | 240,000 bushels per hour |
| **Construction timeline** | ~27-30 months |
| **Operations requirements** | 100 employees |
| **Primary output** | Corn and soybeans |

*Wallace Grain Export Facility terminal, viewing southwest*

Greenfield Louisiana, LLC | (225) 372-4553 | press@greenfieldla.com



# WHO IS GREENFIELD?

Greenfield is an agricultural infrastructure company that is developing a world class network of grain distribution and handling facilities that can meet the growing international demand for U.S. agricultural products, particularly grain. We are strategically investing in assets along the Mississippi River to create a connected system that sources product from farmers and sells into global markets.

Greenfield intends to build a state of the art grain export facility to provide both social and economic benefits to the region through our long term commitment to the community.



*Wallace Grain Export Facility dock rendering, viewing southeast*

> *Greenfield's technologically advanced and environmentally sound grain facility will help mitigate our global food crisis and dramatically expand access to national and international markets for local and regional farmers.*

Central to our mission is our commitment to bringing non-fossil fuel linked jobs into a state and region extremely reliant upon jobs from fossil fuels. Greenfield takes seriously its responsibility to ensure the safety of its workers, its community in Wallace, and the surrounding environment. Throughout its permit application, spanning over two years working with the U.S. Army Corps of Engineers, Greenfield has continuously committed to employing the latest technologies and design advancements across its facility to advance and implement industry best practice.

Greenfield has spoken with hundreds of residents, community leaders, and local businesses about responsibly revitalizing the West Bank so that the next generation of residents can remain and prosper in St. John the Baptist Parish. Those conversations yielded important feedback: above all else, West Bank residents demand opportunity: opportunities to access better jobs and careers of the future, and to make a good living. Residents do not want to leave their community in order to thrive in their lives. Greenfield is committed to the community it serves and will work with the local education and workforce systems to connect more residents to transformative job and career opportunities.

---



**The operations at the facility will require**

## 100

**local, on-site employees.**



**These permanent jobs will pay**

## $75,000

**on average, with benefits.**

**Greenfield will be hiring:**
Control room operators
Continuous barge unloader operators
Spout operators
Tractor drivers
Graders
Electricians
Mechanics
Housekeeping
Management staff
(and more)



# GREENFIELD'S PROJECT PRIORITIES



## SAFETY

***Safety is our top priority, specifically process safety and dust control.***

Greenfield will install:

- **120 individual, state of the art dust collection systems** at every potential dust point in the facility to minimize dust emissions

- **Enclosed and covered conveyor belts** with aspiration systems to keep dust to a minimum

- **Hazard monitoring (HAZMON) systems** on all critical equipment, equipped with real time monitoring capabilities and automatic shut-down

- **Self-cleaning silos** to eliminate the engulfment hazards experienced on older facilities (no person will enter a silo)



## ENVIRONMENTAL STEWARDSHIP

***The Wallace Grain Export Facility is a green, low-emission site employing state of the art technology and equipment to reduce emissions.***

- The facility is designed to control air emissions above and beyond current U.S. Environmental Protection Agency (EPA) and Louisiana Department of Environmental Quality (LDEQ) standards.

- Silos, ship loading operations, barge, truck, rail, belt conveyors, scales, and grain cleaning operations will be equipped with dust filter control systems.

- New storm water control mechanisms will reduce the amount of total suspended solids leaving the site by 11.9 percent.



## FUEL EFFICIENCY

***Barge receiving is significantly more efficient and environmentally friendly than either rail or truck.***

The Wallace Grain Export Facility will receive 95 percent of product through barges.

| For every ton of grain transported: | | |
|---|---|---|
| Trucks* | 59 mpg | *It takes 70 trucks to carry the same load as one river barge (1,750 tons). |
| Rail cars | 202 mpg | |
| Barges | 514 mpg | |

The elevator design prevents damage to grain, benefiting farmers who rely on our export facilities. The facility dock will also be able to accommodate barges and ships more efficiently, in part due to the increased depth of the lower Mississippi River and the ability to fleet barges close to the facility, which eases the transfer of grain from barge to ship.


*Entrance*


*North, looking south*


*Northeast corner, looking west*