ST JOHN THE BAPTIST PARISH
ELIANA DEFRANCESCH,
Clerk of Court
Recorded: 07/12/2021 @ 3:34PM
32 Pages
**381724- CO**

STATE OF LOUISIANA
PARISH OF ST. JOHN THE BAPTIST

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

File No.: 21-0312

## ACT OF CASH SALE

BE IT KNOWN, that, before me, the undersigned, Notary Public, duly commissioned and qualified, and in the presence of the undersigned witnesses, personally came and appeared:

**DONALDTEC, LLC,** whose Tax Identification number is XX-XXX3711, a Louisiana Limited Liability Company, whose mailing address is 5423 Hwy 44, Gonzales, LA 70737, represented herein by Donald Robert, duly authorized to act for the company as is evidenced by the Certificates of Authority attached hereto; and

**GAYLETEC, LLC,** whose Tax Identification number is XX-XXX3659, a Louisiana Limited Liability Company, whose mailing address is 5423 Hwy 44, Gonzales, LA 70737, represented herein by Donald Robert, duly authorized to act for the company as is evidenced by the Certificates of Authority attached hereto; and

**HARRY ROBERT FAMILY, LLC,** whose Tax Identification number is XX-XXX3583, a Louisiana Limited Liability Company, whose mailing address is 721 N. Burnside Ave. Suite A, Gonzales, LA 70737, represented herein by Donald Robert, duly authorized to act for the company as is evidenced by the Certificates of Authority attached hereto; and

**ROLANDTEC, LLC,** whose Tax Identification number is XX-XXX3762, a Louisiana Limited Liability Company, whose mailing address is 5423 Hwy 44, Gonzales, LA 70737, represented herein by Donald Robert, duly authorized to act for the company as is evidenced by the Certificates of Authority attached hereto; and

**STEPHENTEC, LLC,** whose Tax Identification number is XX-XXX8924, a Louisiana Limited Liability Company, whose mailing address is 5423 Hwy 44, Gonzales, LA 70737, represented herein by Donald Robert, duly authorized to act for the company as is evidenced by the Certificates of Authority attached hereto; and

**A. & T. ROBERT ENTERPRISES, LLC,** whose Tax Identification number is XX-XXX7858, a Louisiana Limited Liability Company, whose mailing address is 5405 Highway 44, Gonzales, LA 70737, represented herein by Donald Robert, duly authorized to act for the company as is evidenced by the Certificates of Authority attached hereto; and

**ROBERT BROTHERS FARM, LLC** whose Tax Identification number is XX-XXX5557, a Louisiana Limited Liability Company, whose mailing address is 5423 Hwy 44, Gonzales, LA 70737, represented herein by Donald Robert, Manager, duly authorized to act for the company as is evidenced by the Certificate of Authority attached hereto; and

Hereafter collectively referred to as "SELLERS";

AND

**GREENFIELD LOUISIANA, LLC,** a Delaware limited liability company ("Mortgagor") (TIN xx-xxx4329), authorized and doing business in Louisiana, whose current mailing address is 210 University Boulevard, Suite 200, Denver, Colorado 80206, represented herein by The Foundry at Engine No. 1 LLC, a Delaware limited liability company, its sole Manager ( "GFL Manager" ), represented herein by Jennifer Grancio, the Chief Executive Officer of the GFL Manager, duly authorized pursuant to a Certification, Authorization and Agreement by Christopher M. James, the Managing Member of Engine No. 1 GP LLC , a Delaware limited liability company, and the Sole General Partner of Engine No. 1 LP, a Delaware limited partnership, and the Sole Member of Engine No. 1 LLC, a Delaware limited liability company, and the Sole Managing Manager of GFL Manager, a copy of which of which is annexed hereto, the original being annexed to the Multiple Indebtedness Mortgage by purchaser in favor of Regions Bank executed this same day,

hereafter referred to as "PURCHASER";

Seller does by these presents sell, convey, transfer, assign, and deliver with full warranty of title and with full substitution and subrogation in and to all the rights and actions of warranty which Seller has or may have against all preceding owners and vendors, unto Purchaser, here present accepting, and purchasing for itself, its successors and assigns, and acknowledging due delivery and possession thereof, all and singular the property located in the State of Louisiana, Parish of St. John the Baptist, described on **Exhibit "A"** attached hereto and made a part hereof, together with all improvements and fixtures located thereon and any rights, privileges and appurtenances pertaining thereto, including, without limitation, batture, alluvion, dereliction, riparian rights, strips or gores, sidewalks, alleys, easements, servitudes, tenements, hereditaments, privileges, rights-of-way, mineral rights, air and/or development rights, utility capacity and water rights appertaining thereto, and in and to any land lying

in the bed of any highway, street, road or avenue, open or proposed adjoining said premises, to the center line thereof, and to any award made or to be made in lieu thereof and in and to any unpaid award for damage to said premises by reason of change of grade of any street, and in and to the banks, beds and bottoms of any water bodies adjoining said premises (collectively the "Property").

For the consideration recited herein (for no additional consideration), to the extent assignable without the payment of any fee or the incurrence of any obligation, or the execution of any documents (other than this Act of Cash Sale), Seller does by these presents sell, assign, transfer, convey, abandon and deliver unto Purchaser all of Seller's rights, titles and interests in and to the following described rights and claims, with full substitution and subrogation in and to all the rights and actions of warranty which Seller has or may have against all preceding owners and vendors, to-wit: (i) any licenses, franchises, certificates, occupancy and use certificates, permits, authorizations, consents, variances, waivers, approvals and the like from any federal, state, county, municipal or other governmental or quasi-governmental body, agency, department, board, commission, bureau or other entity or instrumentality affecting the ownership, operation or maintenance of the Property, (ii) any rights or causes of action under any leases of the Property or as owner of the Property against any tenant or occupant of the Property, (iii) any rights against any lessee or sub-lessee, or any other person, holding any mineral rights in, on or under the Property to compel any clean-up or remediation of the Property or to recover any damages to the Property or any damages for spoilage to any aquifer providing water to the Property as the result of the exploration, development, production or transportation any oil, gas or other minerals, and (iv) any personal rights of Seller as to any causes of action, whether in tort, contract or other rights granted by law, as the owner of the Property against (x) any tenant of the Property, (y) any contractor who may have built any buildings or other improvements on the Property or (z) any other persons

To have and to hold the Property unto Purchaser, its successors and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Forty Million and 00/100 ($40,000,000.00) Dollars cash, all of which Purchaser has well and truly paid, in ready and current money to Seller who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

The Property is conveyed by Seller to Purchaser free and clear of all servitudes, restrictions, undisclosed leases, liens, privileges, mortgages or other encumbrances except the Permitted Exceptions set forth on **Exhibit "B"** attached hereto.

EXCEPT AS TO THE WARRANTY OF TITLE SELLER EXPRESSLY PROVIDED HEREIN, (I) THIS SALE IS WITHOUT ANY WARRANTY AS TO THE CONDITION OF THE PROPERTY; (II) THE SELLER AND THE PURCHASER HEREBY ACKNOWLEDGE AND RECOGNIZE THAT THE PROPERTY BEING SOLD AND PURCHASED IS BEING TRANSFERRED IN "**AS IS**" CONDITION AND FURTHER THE PURCHASER DOES HEREBY WAIVE, RELIEVE AND RELEASE THE SELLER FROM ANY CLAIMS OR CAUSES OF ACTION FOR REDHIBITION PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2520, ET SEQ. AND ARTICLE 2541, ET SEQ., OR FOR REDUCTION OF SALE PRICE PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2541, ET SEQ.; AND (III) THE PURCHASER ACKNOWLEDGES THAT THIS SALE IS MADE WITHOUT WARRANTY OF FITNESS FOR ORDINARY OR PARTICULAR USE PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2524, PURCHASER HEREBY ACKNOWLEDGES AND DECLARES RELIANCE SOLELY ON ITS OWN INSPECTION AND EVALUATION OF THE PROPERTY, AND NOT ON ANY OTHER WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, FROM SELLER. ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE PROPERTY, INCLUDING BUT NOT LIMITED TO THOSE RELATED TO THE CONDITION OF THE PROPERTY OR FITNESS OF THE PROPERTY FOR A PARTICULAR PURPOSE, ARE HEREBY DISCLAIMED BY SELLER AND ARE HEREBY EXPRESSLY WAIVED BY PURCHASER.

*Purchaser acknowledges the above paragraph was brought to his attention and explained to him. Initials:*

Restrictive Covenants: Purchaser hereby agrees to restrictive covenants ("Restrictive Covenants") burdening all of the Property, prohibiting any convenience stores and fuel stations upon the Property, except convenience stores and fuel stations that purchase fuel from Roland J. Robert Distributors, Inc. The Restrictive covenants shall expire upon the earlier to occur of (i) thedate that is the third (3rd) anniversary of the effective date of this Act of Cash sale and (ii) the effective date of a sale of the Property by Purchaser to a third-party purchaser.

Purchaser assumes the current Farming Lease Agreement by and among Seller, as lessor, and M. Hymel Sons, Inc., a Louisiana corporation, as lessee, dated as of March 30, 2010 pertaining to the Property (the "Farm Lease"). Purchaser agrees to honor the Farm Lease and shallpay the farmer any buy/out costs required under the lease.

NOTHING CONTAINED IN THIS ACT OF CASH SALE SHALL BE CONSTRUED TO CREATE ANY VENDOR'S LIEN, RESOLUTORY CONDITION OR RIGHT OF RESCISSION AND THE SELLER HEREBY WAIVES AND RELEASES ANY SUCH VENDOR'S LIEN, RESOLUTORY CONDITION

OR RIGHT OF RESCISSION.

The Seller further declares that there are no State, Parish or City taxes due or payable as of the date hereof on the Property. All ad valorem taxes payable on the Property have been prorated by the Seller and the Purchaser.

Taxes for the current year will be assumed by the Purchaser. The tax bill should be mailed to the Purchaser at is 210 University Boulevard, Suite 200, Denver, Colorado 80206. In accordance with La. R.S. 9:2721, notice is given that Purchaser is designated as the party to whom all property tax and assessment notices are to be mailed, said notices to be sent to the address shown above for said Purchaser. The Parties agree that the taxes were prorated based on the best information available at the time of the closing, any variances upon issue of the tax bill for the current year will be adjusted between the parties, and State Title, LLC and or its representatives are released from further accounting and liability thereof.

This Act of Cash Sale may be executed in multiple counterparts, each of which shall be an original, and all of which shall together constitute one and the same instrument.

The production of Mortgage, Conveyance, and/or Tax certificated are hereby dispensed with by the consent of the parties here, and State Title, LLC is hereby released from any liability and responsibility in connection therewith.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the Purchser, Purchaser's assigns shall have and hold the described property in full ownership forever.

In accordance with La. R.S. 37:1469 all parties to this contract or agreement are hereby notified, and all acknowledge, that there is a statewide database available to them listing those individuals required to register under La. R.S. 15:540 (certain sex offenders) and providing their locations and other information. The telephone number of this database is 1-800-858-0551 and its internet address is www.lasocpr.lsp.org/socpr.

[Signature on following pages]

## CERTIFICATE OF AUTHORITY FOR
## ROBERT BROTHERS FARM, LLC

The undersigned, being the sole Managers and Members of Robert Brothers Farm, LLC (the "Company") and acting in such capacity, hereby declare and certify that:

1.  They have authority to certify the membership of any member, the authenticity of any records of the Company, or the authority of any person to act on behalf of the Company.

2.  The Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The Agreement to Buy and Sell requires the Company to sell the following described property to Greenfield Louisiana, LLC:

    The 1/6 interest in the Henry Burch (Sr.) estate property located on Louisiana State Highway 18, in Wallace, St. John the Baptist Parish Louisiana, Being the same property/interest acquired by Robert Brothers Farm, LLC. From Monica Ann Burch and Vickie Burch Beadle via act of cash sale dated March 6, 2017 before Frederick L. Bunol, Notary Public and recorded in the conveyance records for the Parish of St. John the Baptist Parish under instrument number 349508. (referred to herein as the "Property")

3.  Donald C. Robert is a Manager of the Company and he is duly authorized by the Company to execute, on behalf of the Company, all documents that he deems appropriate in his sole-discretion to effectuate the sale of the Property to Greenfield Louisiana, LLC.

Signed this _8_ day of July, 2021

**Managers:**

_____
Adam S. Robert, Manager

_____
Gayle P. Robert, Manager

**Members:**

**STEPHENTEC LLC**

By:_____
Adam S. Robert, Sole Member and Manager

**GAYLETEC LLC**

By:_____
Gayle P. Robert, Sole Member and Manager

Instrument # 3B1724
Page 5 of 32

Alvin J. Robert, Manager

Harry P. Robert, Manager

Roland J. Robert, Jr., Manager

Donald C. Robert, Manager

**A&T Robert Enterprises, LLC**

By:
Alvin J. Robert, Manager

**Harry Robert Family, LLC**

By:
Harry P. Robert, Manager

**ROLANDTEC, LLC**

By:
Roland J. Robert, Jr., Sole Member and Manager

**DONALDTEC LLC**

By:
Donald C. Robert, Sole Member and Manager

Case No. 23-cv-7296          GAUDET EXHIBIT 6          Opposition to Supplement

## CERTIFICATE OF AUTHORITY FOR
## GAYLETEC, LLC

The undersigned is the Manager and Member of **GAYLETEC, LLC** (the "Company") and acting in such capacity, hereby declares and certifies that:

1. The Company is managed by its Manager, **Gayle P. Robert**, who has authority to certify the membership of any member, the authenticity of any records of the limited liability company, or the authority of any person to act on behalf of the Company.

2. Through its management company, Robert Brothers Farm, LLC, the Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The subject of the Agreement to Buy and Sell is immovable property located in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60, T12S, R18E in the Parish of St. John the Baptist in the State of Louisiana as is more fully described on **Exhibit 1**, attached hereto, (the "Property").

3. The Company has determined that it is in its best interest to sell the Property to Greenfield Louisiana, LLC.

4. The undersigned further certifies that either of **Donald C. Robert** or **Gayle P. Robert** are independently authorized and directed to make any decisions, execute and deliver any documents, and undertake any actions on behalf of the Company that are required to effectuate the sale of the Property to Greenfield Louisiana, LLC, all upon such terms and conditions as either of them, in their sole discretion, deems in the best interest of the Company.

Signed this _8_ day of July, 2021.

_____
Gayle P. Robert, Manager and Member

## EXHIBIT 1

**PROPERTY DESCRIPTION**

**1,362 ACRES OF LAND**, more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres).

Being a Portion of the same property acquired by Donadtec, LLC, Gayletec, LLC, Harrytec, LLC, Rolandtec, LLC, and Stephentec, LLC from Formosa Chemicals and Fibre Corporation, America on the 30th day of November, 2006, recorded in the conveyance records for the Parish of St. John the Baptist under instrument number 270981.

## CERTIFICATE OF AUTHORITY FOR
## ROLANDTEC, LLC

The undersigned is the Member of **ROLANDTEC, LLC** (the "Company") and acting in such capacity, hereby declares and certifies that:

1.  The Company is managed by its Member, **Roland J. Robert, Jr.**, who has authority to certify the membership of any member, the authenticity of any records of the limited liability company, or the authority of any person to act on behalf of the Company.

2. Through its management company, Robert Brothers Farm, LLC, the Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The subject of the Agreement to Buy and Sell is immovable property located in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60, T12S, R18E in the Parish of St. John the Baptist in the State of Louisiana as is more fully described on **Exhibit 1**, attached hereto, (the "Property").

3.  The Company has determined that it is in its best interest to sell the Property to Greenfield Louisiana, LLC.

4.  The undersigned further certifies that either of **Donald C. Robert** or **Roland J. Robert, Jr.** are independently authorized and directed to make any decisions, execute and deliver any documents, and undertake any actions on behalf of the Company that are required to effectuate the sale of the Property to Greenfield Louisiana, LLC, all upon such terms and conditions as either of them, in their sole discretion, deems in the best interest of the Company.

Signed this _____ day of July, 2021.

_____
Roland J. Robert, Jr., Member

# EXHIBIT 1

**PROPERTY DESCRIPTION**

**1,362 ACRES OF LAND,** more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres).

Being a Portion of the same property acquired by Donadtec, LLC, Gayletec, LLC, Harrytec, LLC, Rolandtec, LLC, and Stephentec, LLC from Formosa Chemicals and Fibre Corporation, America on the 30th day of November, 2006, recorded in the conveyance records for the Parish of St. John the Baptist under instrument number 270981.

## CERTIFICATE OF AUTHORITY FOR
## DONALDTEC, LLC

The undersigned is the Member of **DONALDTEC, LLC** (the "Company") and acting in such capacity, hereby declares and certifies that:

1. The Company is managed by its Member, **Donald C. Robert**, who has authority to certify the membership of any member, the authenticity of any records of the limited liability company, or the authority of any person to act on behalf of the Company.

2. Through its management company, Robert Brothers Farm, LLC, the Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The subject of the Agreement to Buy and Sell is immovable property located in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60, T12S, R18E in the Parish of St. John the Baptist in the State of Louisiana as is more fully described on **Exhibit 1**, attached hereto, (the "Property").

3. The Company has determined that it is in its best interest to sell the Property to Greenfield Louisiana, LLC.

4. The undersigned further certifies that either of **Donald C. Robert** are independently authorized and directed to make any decisions, execute and deliver any documents, and undertake any actions on behalf of the Company that are required to effectuate the sale of the Property to Greenfield Louisiana, LLC, all upon such terms and conditions as either of them, in their sole discretion, deems in the best interest of the Company.

Signed this _____ day of July, 2021.

Donald C. Robert, Member

## EXHIBIT 1

**PROPERTY DESCRIPTION**

**1,362 ACRES OF LAND**, more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres).

Being a Portion of the same property acquired by Donadtec, LLC, Gayletec, LLC, Harrytec, LLC, Rolandtec, LLC, and Stephentec, LLC from Formosa Chemicals and Fibre Corporation, America on the 30th day of November, 2006, recorded in the conveyance records for the Parish of St. John the Baptist under instrument number 270981.

## CERTIFICATE OF AUTHORITY FOR
## STEPHENTEC, LLC

The undersigned are the Manager and Members of **STEPHENTEC, LLC** (the "Company") and acting in such capacity, hereby declares and certifies that:

1.  The Company is managed by its Manager, **Stephen A. Robert**, who has authority to certify the membership of any member, the authenticity of any records of the limited liability company, or the authority of any person to act on behalf of the Company.

2. Through its management company, Robert Brothers Farm, LLC, the Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The subject of the Agreement to Buy and Sell is immovable property located in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60, T12S, R18E in the Parish of St. John the Baptist in the State of Louisiana as is more fully described on **Exhibit 1**, attached hereto, (the "Property").

3.  The Company has determined that it is in its best interest to sell the Property to Greenfield Louisiana, LLC.

4.  The undersigned further certifies that either of **Donald C. Robert** or **Stephen A. Robert** are independently authorized and directed to make any decisions, execute and deliver any documents, and undertake any actions on behalf of the Company that are required to effectuate the sale of the Property to Greenfield Louisiana, LLC, all upon such terms and conditions as either of them, in their sole discretion, deems in the best interest of the Company.

Signed this ____ day of July, 2021.

_____
Stephen A. Robert, Manager and Member

_____
Randi Mire Robert, Member

**EXHIBIT 1**

**PROPERTY DESCRIPTION**

**1,362 ACRES OF LAND,** more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres).

Being a Portion of the same property acquired by Donadtec, LLC, Gayletec, LLC, Harrytec, LLC, Rolandtec, LLC, and Stephentec, LLC from Formosa Chemicals and Fibre Corporation, America on the 30th day of November, 2006, recorded in the conveyance records for the Parish of St. John the Baptist under instrument number 270981.

Case No. 23-cv-7296          GAUDET EXHIBIT 6          Opposition to Supplement

## CERTIFICATE OF AUTHORITY FOR
## HARRY ROBERT FAMILY, LLC

The undersigned is the Manager and Member of **HARRY ROBERT FAMILY, LLC** (the "Company") and acting in such capacity, hereby declares and certifies that:

1.  The Company is managed by its Manager, **Harry P. Robert**, who has authority to certify the membership of any member, the authenticity of any records of the limited liability company, or the authority of any person to act on behalf of the Company.

2. Through its management company, Robert Brothers Farm, LLC, the Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The subject of the Agreement to Buy and Sell is immovable property located in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60, T12S, R18E in the Parish of St. John the Baptist in the State of Louisiana as is more fully described on **Exhibit 1**, attached hereto, (the "Property").

3.  The Company has determined that it is in its best interest to sell the Property to Greenfield Louisiana, LLC.

4.  The undersigned further certifies that either of **Donald C. Robert** or **Harry P. Robert** are independently authorized and directed to make any decisions, execute and deliver any documents, and undertake any actions on behalf of the Company that are required to effectuate the sale of the Property to Greenfield Louisiana, LLC, all upon such terms and conditions as either of them, in their sole discretion, deems in the best interest of the Company.

Signed this **8** day of July, 2021.

Harry P. Robert, Manager and Member

# EXHIBIT 1

## PROPERTY DESCRIPTION

**1,362 ACRES OF LAND,** more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres).

Being a Portion of the same property acquired by Donadtec, LLC, Gayletec, LLC, Harrytec, LLC, Rolandtec, LLC, and Stephentec, LLC from Formosa Chemicals and Fibre Corporation, America on the 30th day of November, 2006, recorded in the conveyance records for the Parish of St. John the Baptist under instrument number 270981.

**CERTIFICATE OF AUTHORITY FOR
A&T ROBERT ENTERPRISES, LLC**

The undersigned is the Manager and Member of **A&T ROBERT ENTERPRISES, LLC** (the "Company") and acting in such capacity, hereby declares and certifies that:

1. The Company is managed by its Manager, **Alvin J. Robert**, who has authority to certify the membership of any member, the authenticity of any records of the limited liability company, or the authority of any person to act on behalf of the Company.

2. Through its management company, Robert Brothers Farm, LLC, the Company entered into an Agreement to Buy and Sell dated July 14, 2020 with Greenfield Louisiana, LLC, ("Agreement to Buy and Sell") and Amendments thereto. The subject of the Agreement to Buy and Sell is immovable property located in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60, T12S, R18E in the Parish of St. John the Baptist in the State of Louisiana as is more fully described on **Exhibit 1**, attached hereto, (the "Property").

3. The Company has determined that it is in its best interest to sell the Property to Greenfield Louisiana, LLC.

4. The undersigned further certifies that either of **Donald C. Robert** or **Alvin J. Robert** are independently authorized and directed to make any decisions, execute and deliver any documents, and undertake any actions on behalf of the Company that are required to effectuate the sale of the Property to Greenfield Louisiana, LLC, all upon such terms and conditions as either of them, in their sole discretion, deems in the best interest of the Company.

Signed this ___ day of July, 2021.

_____
Alvin J. Robert, Manager and Member

## EXHIBIT 1

**PROPERTY DESCRIPTION**

**1,362 ACRES OF LAND**, more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres).

Being a Portion of the same property acquired by Donadtec, LLC, Gayletec, LLC, Harrytec, LLC, Rolandtec, LLC, and Stephentec, LLC from Formosa Chemicals and Fibre Corporation, America on the 30th day of November, 2006, recorded in the conveyance records for the Parish of St. John the Baptist under instrument number 270981.

**THUS DONE AND PASSED** on this 9th day of July, 2021, in St. John the Baptist Parish, Louisiana, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:

Name: *Nicole Landry*

Name: *Taylor J Dufresne*

SELLER:

**DONALDTEC, LLC**

By: _____
Donald Robert, Manager

**GAYLETEC, LLC**

By: _____
Donald Robert, Agent

**HARRY ROBERT FAMILY, LLC**

By: _____
Donald Robert, Agent

**ROLANDTEC, LLC**

By: _____
Donald Robert, Agent

**STEPHENTEC, LLC**

By: _____
Donald Robert, Agent

**A. & T. ROBERT ENTERPRISES, LLC**

By: _____
Donald Robert, Agent

**ROBERT BROTHERS FARM, LLC**

By: _____
Donald Robert, Manager

NOTARY PUBLIC
Name: *Henri P. Dufresne*
La Bar/Notary I.D. No.: _____
My Commission expires _____.

HENRI P. DUFRESNE
NOTARY PUBLIC
BAR NO. 34526 LIFETIME
STATE OF LOUISIANA

Instrument # 3B1724
Page 19 of 32

**THUS DONE AND PASSED** on this 8 day of July, 2021, in the City of _San Francisco_ _San Francisco_ County, _California_ , in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearer and me, Notary, after reading of the whole.

WITNESSES:

Name: _Heather Henderson_

Name: _APRIL DE LA ROSA_

PURCHASER:
**GREENFIELD LOUISIANA, LLC**

By: THE FOUNDRY AT ENGINE NO. 1, LLC
Its:  Manager

By: _Jennifer Grancio_
Name: Jennifer Grancio
Its:  Chief Executive Officer

NOTARY PUBLIC
Name: _Gary Hirsch_
La Bar Notary I.D. No.: _2332623_
My Commission expires _8-26-2024_

Title Insurance Producer:    State Title, LLC
Address:    607 Belle Terre Boulevard, Suite A, La Place, LA 70068
Producer License No.:    814220
Title Insurance Underwriter:    Chicago Title
Title Opinion Completed by:    Terri Bankston Stirling
LA Bar Roll No.:    02748



GARY HIRSCH
COMM. #2332623
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. Aug. 26, 2024

EXHIBIT A

## PROPERTY DESCRIPTION

**1,362 ACRES OF LAND**, more or less, situated in Sections 16, 17, 18, 19, 20, 21, 56, 57, 58, 59 & 60 T12S-R18E, Southeastern Land District, West of the Mississippi, St. John the Baptist Parish, Louisiana, all as more particularly described as follows:

Tracts F-1-A (west of Hwy 18) (±892.48 acres), F-1-A-N (±0.01 acres), F-1-A-W (±155.02 acres), Tract F-1-A-RR (±7.68 acres), F-1-B (±6.50 acres), F-1-C (±6.50 acres), F-1-D  (±95.11 acres), F-2 (±177.34 acres), Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract B-6 (±5.61 acres), as more fully shown on the survey by Leonard J. Chauvin, Jr. PLS dated July 7, 2021, attached hereto, all as more particularly described as follows:

**LEGAL DESCRIPTION OF**
**(TRACT F-1-A, WEST OF HWY 18)**
**(Formerly Tracts 89 A-1, 89 A-2, 89-B; a portion of Whitney Plantation and a portion of Tract 88)**

COMMENCING AT A 5/8" IRON ROD LOCATED AT THE INTERSECTION OF THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY 18 AND THE LOWER LINE OF WHITNEY PLANTATION, SAID POINT BEING THE "POINT OF BEGINNING".

THENCE, S38°42'05"W-7,828.66' TO A POINT;
THENCE, S38°37'37"W-527.86' TO A POINT;
THENCE, S74°34'41"W-3,327.45' TO A POINT;
THENCE, N42°43'44"E-411.78' TO A POINT;
THENCE, N11°49'55"E-418.52' TO A POINT;
THENCE, N29°21'54"E-331.84' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 3,879.72' AND AN ARC LENGTH OF 434.30' (CHORD BEARING N26°09'30"E-434.07') TO A POINT;
THENCE, S67°00'00"E-467.96' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 4,347.60' AND AN ARC LENGTH OF 862.94' (CHORD BEARING N17°18'09"E-861.52') TO A POINT;
THENCE, N52°33'18"W-527.47' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 3,879.72' AND AN ARC LENGTH OF 1,664.09' (CHORD BEARING N04°05'49"W-1,651.36') TO A POINT;
THENCE, N16°23'05"W-255.96' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,290.44' AND AN ARC LENGTH OF 85.99' (CHORD BEARING N14°28'33"W-85.97') TO A POINT;
THENCE, N22°21'12"E-6,378.37' TO A POINT;
THENCE, N87°23'19"E-48.22' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 359.97' AND AN ARC LENGTH OF 277.42' (CHORD BEARING S70°31'58"E-270.16') TO A POINT;
THENCE, S48°27'15"E-527.24' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,168.20' AND AN ARC LENGTH OF 183.04' (CHORD BEARING S43°57'56"E-182.85') TO A POINT;
THENCE, S37°58'34"W-200.00' TO A POINT;
THENCE, S37°01'26"E-100.00' TO A POINT;
THENCE, N37°58'34"E-200.00' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,168.20' AND AN ARC LENGTH OF 93.66' (CHORD BEARING S32°26'26"E-93.64') TO A POINT;
THENCE, S38°42'05"W-1,985.08' TO A POINT;
THENCE, S51°17'55"E-4,043.31' TO A POINT;
THENCE, N38°42'05"E-407.60' TO A POINT;
THENCE, S30°52'59"E-406.09' TO A POINT;
THENCE, S36°29'00"E-726.58' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±892.48 ACRES.**

Sellers herein retain the remaining portion of Lot F-1-A, described as follows:

**Robert Site - Being a Portion of Lot F-1-A**

That piece or portion of ground being the Robert Site (10.0 Acres) being a portion of Lot F-1-A of Formosa Chemicals & Fibre Corporation America situated in Section 59, T-12-S, R-18-E, Wallace, St. John the Baptist Parish, Louisiana per a survey plat of the Robert Site (10.0 Acres) being a Portion of Lot F-1-A of Formosa Chemicals & Fibre Corporation" by Stephen P. Flynn, P.L.S. dated September 16, 2020 and being more fully described as follows:

Beginning at the northwest corner of the Robert Site being on the east right of way of LA Highway 3213 with Louisiana State Plane Coordinates, South Zone 1702, NAD 83, Geoid 18, Northing: 554971.06, Easting: 3493364.75

Thence proceed in a southwesterly direction along the west line of the Robert Site being the east right of way of LA Highway 3213 along a non-tangent curve to the right with a radius of 3879.72', a curve length of 1000.00' and a chord bearing of S15°36'16"W a distance of 997.24' to a point;

Thence proceed in a southeasterly direction along the south line of the Robert Site a bearing of S67°00'41"E a distance of 467.96' to a point;

Thence proceed in a northeasterly direction along the east line of the Robert Site along a non-tangent curve to the left with a radius of 4347.68', a curve length of 862.94' and a chord bearing of N17°18'09"E a distance of 861.52' to a point;

Thence proceed in a northwesterly direction along the north line of the Robert Site a bearing of N52°33'18"W a distance of 527.47' to a point;

The Point of Beginning

**LEGAL DESCRIPTION OF
(TRACT F-1-A-N)
(Formerly Tract F-1-A-N)**

COMMENCING AT A 5/8" IRON ROD LOCATED AT THE INTERSECTION OF THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY 18 AND THE LOWER LINE OF WHITNEY PLANTATION, THENCE S38°42'05"W-7,828.66' TO A POINT, THENCE S38°37'37"W-527.86' TO A POINT, THENCE S74°34'41"W-3,327.45, THENCE S42°43'44"W-7.63'; SAID POINT BEING THE "POINT OF BEGINNING".

> THENCE, S15°25'19"E-20.97' TO A POINT;
> THENCE, S74°34'41"W-33.76' TO A POINT;
> THENCE, N42°43'44"E-39.75' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±0.01 ACRES.**

**LEGAL DESCRIPTION OF
(TRACT F-1-A-W)
(Formerly a portion of Whitney Plantation)**

COMMENCING AT A 5/8" IRON ROD LOCATED AT THE INTERSECTION OF THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY 18 AND THE LOWER LINE OF WHITNEY PLANTATION, THENCE S38°42'05"W-7,828.66' TO A POINT, THENCE S38°37'37"W-783.36' TO A POINT; SAID POINT BEING THE "POINT OF BEGINNING".

> THENCE, S38°37'37"W-3,886.16' TO A POINT;
> THENCE, S29°36'47"W-1,944.87' TO A POINT;
> THENCE, N18°11'30"W-2,006.59' TO A POINT;
> THENCE, N46°03'18"E-856.30' TO A POINT;
> THENCE, N16°39'59"W-726.20' TO A POINT;
> THENCE, N29°21'55"E-161.88' TO A POINT;
> THENCE, N60°38'06"W-55.00' TO A POINT;
> THENCE, N29°21'54"E-318.00' TO A POINT;
> THENCE, N42°43'44"E-307.82' TO A POINT;
> THENCE, N74°36'41"E-194.74' TO A POINT;

THENCE, S15°25'19"E-25.00' TO A POINT;
THENCE, S74°34'41"W-3,127.00' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±155.02 ACRES.**

**LEGAL DESCRIPTION OF
(TRACT F-1-A-RR)**

COMMENCING AT A 5/8" IRON ROD LOCATED AT THE INTERSECTION OF THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY 18 AND THE LOWER LINE OF WHITNEY PLANTATION, THENCE S38°42'05"W-7,828.66' TO A POINT, THENCE S38°37'37"W-570.44' TO A POINT; SAID POINT BEING THE "POINT OF BEGINNING".

THENCE, S38°37'37"W-170.33' TO A POINT;

THENCE, S74°34'41"W-3,356.31' TO A POINT;

THENCE, N42°43'44"E-189.50' TO A POINT;

THENCE, N74°34'41"E-3,333.22' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±7.682 ACRES.**

**LEGAL DESCRIPTION OF
(TRACT F-1-B)
(Formerly Tract 85-R)**

COMMENCING AT THE INTERSECTION OF THE WESTERLY RIGHT-OF-WAY OF 6TH STREET AND THE SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE S87°23'19"W-153.81' TO A 5/8" IRON ROD, SAID POINT BEING THE NORTHERN MOST CORNER OF TRACT F-2, THENCE S18°41'51"W-408.31' TO A POINT, THENCE S70°42'49"E-151.07' TO A POINT, THENCE S72°15'28"E-230.16' TO POINT, THENCE S18°19'12"W-446.47' TO A POINT, THENCE N84°54'10"E-447.83' TO A POINT BEING THE NORTHWESTERN MOST CORNER OF TRACT F-1-B, SAID POINT BEING THE "POINT OF BEGINNING".

THENCE, N84°54'11"E-89.43' TO A POINT;
THENCE, S21°48'54"W-5,299.21' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,290.44' AND AN ARC LENGTH OF 52.44'
(CHORD BEARING N09°14'59"W-54.21') TO A POINT;
THENCE, N21°14'45"E-5,212.56' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±6.50 ACRES.**

**LEGAL DESCRIPTION OF
(TRACT F-1-C)
(Formerly Tract 83-R)**

COMMENCING AT THE INTERSECTION OF THE WESTERLY RIGHT-OF-WAY OF 6TH STREET AND THE SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE S87°23'19"W-153.81' TO A 5/8" IRON ROD, SAID POINT BEING THE NORTHERN MOST CORNER OF TRACT F-2, THENCE S18°41'51"W-408.31' TO A POINT, THENCE S70°42'49"E-151.07' TO A POINT, THENCE S72°15'28"E-230.16' TO POINT, THENCE S18°19'12"W-446.47' TO A POINT, THENCE N84°54'10"E-266.14' TO A POINT BEING THE NORTHWESTERN MOST CORNER OF TRACT F-1-C, SAID POINT BEING THE "POINT OF BEGINNING".

THENCE, N84°54'11"E-90.77' TO A POINT;
THENCE, S20°39'37"W-5,117.39' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,290.44' AND AN ARC LENGTH OF 69.52'
(CHORD BEARING N03°39'02"W-73.31') TO A POINT;
THENCE, N20°04'14"E-5,011.40' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±6.50 ACRES.**

**LEGAL DESCRIPTION OF (TRACT F-1-D)**
**(Formerly Tracts 65-R3, 66-R3, 67-R3, 68-R3, 69-R3: Portions of Tracts 70-77; Portions of Tracts 78-R, 79-R, 83-R, 85-R, 88-R; & Portions of Sections 57 &58)**

COMMENCING AT A 5/8" IRON ROD LOCATED AT THE INTERSECTION OF THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY 18 AND THE LOWER LINE OF WHITNEY PLANTATION, THENCE S55°20'30"W-9,562.47' TO A POINT LOCATED ALONG THE WESTERY RIGHT-OF-WAY OF LA HIGHWAY 3213; SAID POINT BEING THE "POINT OF BEGINNING".

THENCE, N04°34'49"E-5,139.99' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 514.76' AND AN ARC LENGTH OF 130.32'
(CHORD BEARING S64°10'04"E-129.97') TO A POINT;
THENCE, S71°24'59"E-143.34' TO A POINT;
THENCE, S71°24'59"E-110.99' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 981.74' AND AN ARCLENGTH OF 346.92'
(CHORD BEARING S61°17'28"E-345.12') TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 981.74' AND AN ARC LENGTH OF 430.40'
(CHORD BEARING S38°36'31"E-426.96') TO A POINT;
THENCE, S18°53'39"W-782.36' TO A POINT;
THENCE, N54°58'55"E-23.46' TO A POINT;
THENCE, S30°44'06"E-19.69' TO A POINT;
THENCE, N20°04'14"E-739.46' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 981.74' AND AN ARC LENGTH OF 32.53' (CHORD
BEARING S21°21'48"E-32.30') TO A POINT;
THENCE, S20°39'37"W-716.70' TO A POINT;
THENCE, S30°44'06"E-17.39' TO A POINT;
THENCE, N21°14'45"E-702.91' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 981.74' AND AN ARC LENGTH OF 32.52' (CHORD
BEARING S17°35'29"E-32.21') TO A POINT;
THENCE, S21°48'54"W-688.30' TO A POINT;
THENCE, S30°44'06"E-16.43' TO A POINT;
THENCE, N22°21'12"E-673.12' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 981.74' AND AN ARC LENGTH OF 155.62'
(CHORD BEARING S10°15'18"E-155.46') TO A POINT;
THENCE, S06°18'05"E-317.74' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 3,214.04' AND AN ARC  LENGTH OF 2,000.74'
(CHORD BEARING S11°31'55"W-1,968.59') TO A POINT;
THENCE, S29°21'54"W-2,189.78' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±95.11 ACRES.**

**LEGAL DESCRIPTION OF**
**(TRACT F-2)**
**(Formerly Tracts 65-R Thru 68-R1, 69-R18 &78-F-2 and Formerly portions of Tracts 70-77, 78-R &79-R)**

COMMENCING AT THE WESTERLY RIGHT-OF-WAY OF 6TH STREET AND THE SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE S87°23'19"E-153.81' TO A POINT BEING A 5/8" IRON ROD AND ALSO BEING THE NORTHWESTERN MOST CORNER OF TRACT F-2 ALONG THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY 18; SAID POINT BEING THE "POINT OF BEGINNING".

THENCE, S18°41'51"W-408.31' TO A POINT;
THENCE, S70°42'49"E-151.07' TO A POINT;
THENCE, S72°15'28"E-230.16' TO A POINT;
THENCE, S18°19'12"W-446.47' TO A POINT;
THENCE, N84°54'10"E-86.90' TO A POINT;
THENCE, S18°53'39"W-4,725.40' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,290.44' AND AN ARC LENGTH OF 135.00'
(CHORD BEARING N10°46'55"E-134.94') TO A POINT;
THENCE, N13°46'43"E-200.00' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 500.74' AND AN ARC LENGTH OF 184.48'
(CHORD BEARING N03°23'02"E-183.44') TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 436.00' AND AN ARC LENGTH OF 300.08'
(CHORD BEARING N24°19'14"W-294.19') TO A POINT;

THENCE, N44°02'16"W-1,081.55' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 3,634.72' AND AN ARC LENGTH OF 437.98'
(CHORD BEARING N40°35'08"E-437.72') TO A POINT;
THENCE, N04°34'49"E-2,054.69' TO A POINT;
THENCE, S84°45'57"E-169.78' TO A POINT;
THENCE, N05°28'27"E-179.95' TO A POINT;
THENCE, S83°38'14"E-83.54' TO A POINT;
THENCE, S05°28'27"W-360.00' TO A POINT;
THENCE, S83°37'46"E-84.19' TO A POINT;
THENCE, N06°21'46"E-1,320.00' TO A POINT;
THENCE, N63°52'44"E-275.84' TO A POINT;
THENCE, N69°09'01"E-247.89' TO A POINT;
THENCE, N75°16'51"E-304.81' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,124.28' AND AN ARC LENGTH OF 237.58'
(CHORD BEARING N81°20'05"E-237.14') TO A POINT;
THENCE, N87°38'15"E-64.06' TO A POINT;
THENCE, N87°23'19"E-729.12' TO THE "POINT OF BEGINNING".

**LESS AND EXCEPT TRACT 73A,** CONTAINING APPROXIMATELY 1.55 ACRES, MORE OR LESS, SOLD AND
CONVEYED BY PETER N. SIMON TO MONTEREY OIL COMPANY BY ACT DATED MAY 25, 1959, AND
RECORDED ON JUNE 1, 1959, AS ACT NO. 20310 IN COB 41, PAGE 500 OF THE RECORDS OF THE PARISH
OF ST. JOHN THE BAPTIST, LOUISIANA AS AMENDED AND CORRECTED BY ACT OF AMENDMENT DATED
AUGUST 16, 1990 EXECUTED BETWEEN LAURA SIMON NELSON AND MONTEREY PIPELINE COMPANY,
RECORDED IN BOOK 370, FOLIO 550 OF THE CONVEYANCE RECORDS OF ST. JOHN THE BAPTIST PARISH,
LOUISIANA.  BEING MORE FULLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE WESTERN RIGHT-OF-WAY OF 6TH STREET AND THE SOUTHERN RIGHT-OF-WAY
OF LA HIGHWAY 18, THENCE S87°23'19"E-808.56' TO A POINT, THENCE S11°45'14"W-1007.52' TO THE
"POINT OF BEGINNING".

THENCE, S11°45'14"W-450.00' TO A POINT;
THENCE, N78°14'46"W-150.00' TO A POINT
THENCE, N11°45'14"E-450.00' TO A POINT;
THENCE, S78°14'46"E-150.00' TO THE "POINT OF BEGINNING".

AS SHOWN ON A PLAN OF SURVEY BY DARYL B. PATIN, DATED MARCH 16, 1990, REVISED APRIL 09,
1990. SAID MAP TITLED "PROPERTY SURVEY TRACTS 70 THROUGH 77 FOR FORMAT CORPORATION ST.
JOHN THE BAPTIST PARISH, LA."

**ALSO,**

**LESS AND EXCEPT TRACT 74B,** CONTAINING APPROXIMATELY 2.0 ACRES AS SHOWN ON A PLAN OF
SURVEY BY HAROLD J. FLYNN, P.L.S. DATED MAY 24, 1993 WHICH LOT IS DESIGNATED AS TRACT 74-B ON
SAID SURVEY. DONATED TO ST. JOHN THE BAPTIST PARISH FROM FORMOSA CHEMICALS & FIBRE
CORPORATION, AMERICA AND BY ACT DATED OCTOBER 18, 1993 AND RECORDED NOVEMBER 2, 1993
AS ACT #154429 CONVEYANCE BOOK COB 306/793 OF THE RECORDS OF THE PARISH OF ST. JOHN THE
BAPTIST.  BEING MORE FULLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE WEST BOUNDARY OF TRACT 74 AND THE SOUTH RIGHT-
OF-WAY OF LA. HIGHWAY 18 PER A SURVEY OF TRACTS 70-77 FOR FORMAT CORPORATION BY DARYL B.
PATIN, P.L.S. DATED MARCH 16, 1990, THENCE PROCEED IN A SOUTHERLY DIRECTION S11°45'14"W-
661.72' TO THE "POINT OF BEGINNING".

THENCE, N11°45'14"E-345.80' TO A POINT;
THENCE, S78°14'46"E-257.78' TO A POINT;
THENCE, S13°35'36"W-345.98' TO A POINT;
THENCE, N78°14'46"W-346.68' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT F-2 CONTAINING ±177.34 ACRES.**

Instrument # 381724
Page 25 of 32

LEGAL DESCRIPTION OF
(TRACT B-2)
(Formerly Tract 85-B)

COMMENCING AT THE INTERSECTION OF THE EASTERLY RIGHT-OF-WAY OF 6TH STREET AND THE
SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE N87°23'19"E-703.38' BEING THE
NORTHEASTERN MOST CORNER OF TRACT 84-F AND THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY
18, THENCE N21°14'45"E-59.05' TO A POINT ALONG THE NORTHERLY RIGHT-OF-WAY OF LA HIGHWAY
18 AND THE SOUTHWESTERN MOST CORNER OF TRACT B-2; SAID POINT BEING THE "POINT OF
BEGINNING".

    THENCE, N21°14'43"E-314.76 TO A POINT;
    THENCE, S87°08'01"E-98.74' TO A POINT;
    THENCE, S21°48'50"W-305.81' TO A POINT;
    THENCE, S87°23'19"W-99.14' TO THE "POINT OF BEGINNING".


DESCRIBED TRACT CONTAINING ±0.66 ACRES.

LEGAL DESCRIPTION OF
(TRACT B-3)
(Formerly Tract 83-B)
COMMENCING AT THE INTERSECTION OF THE EASTERLY RIGHT-OF-WAY OF 6TH STREET AND THE
SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE N87°23'19"E-502.93' BEING THE
NORTHEASTERN MOST CORNER OF TRACT 82-F AND THE SOUTHERN RIGHT-OF-WAY OF LA HIGHWAY
18, THENCE N20°04'14"E-58.53' TO A POINT ALONG THE NORTHERLY RIGHT-OF-WAY OF LA HIGHWAY
18 AND THE SOUTHWESTERN MOST CORNER OF TRACT B-3; SAID POINT BEING THE "POINT OF
BEGINNING".

    THENCE, N20°04'11"E-325.67' TO A POINT;
    THENCE, N88°22'51"E-87.80' TO A POINT;
    THENCE, S87°08'01"E-15.49' TO A POINT;
    THENCE, S20°39'33"W-323.83' TO A POINT;
    THENCE, S87°23'19"W-100.85' TO THE "POINT OF BEGINNING".


DESCRIBED TRACT CONTAINING ±0.71 ACRES.

LEGAL DESCRIPTION OF
(TRACT B-4)
(Formerly Tracts 78-B, 79-B & Batture Portions of Tracts 70-77)

COMMENCING AT THE INTERSECTION OF THE EASTERLY RIGHT-OF-WAY OF 7TH STREET AND THE
SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE N06°21'46"E-64.02' TO A POINT ALONG THE
NORTHERN RIGHT-OF-WAY OF LA HIGHWAY 18, SAID POINT BEING THE "POINT OF BEGINNING".

    THENCE, N06°21'46"E-315.25' TO A POINT;
    THENCE, N63°45'24"E-52.93' TO A POINT;
    THENCE, N72°39'13"E-124.59' TO A POINT;
    THENCE, N53°49'18"E-113.06' TO A POINT;
    THENCE, N71°12'00"E-114.25' TO A POINT;
    THENCE, N61°13'42"E-103.08' TO A POINT;
    THENCE, N65°20'18"E-101.52' TO A POINT;
    THENCE, N86°43'52"W-100.12' TO A POINT;
    THENCE, N67°51'28"E-100.84' TO A POINT;
    THENCE, N83°30'54"E-101.05' TO A POINT;
    THENCE, N76°17'39"E-150.65' TO A POINT;
    THENCE, S82°33'56"E-104.71' TO A POINT;
    THENCE, N85°55'19"E-483.27' TO A POINT;
    THENCE, N89°40'35"E-433.76' TO A POINT;
    THENCE, N88°22'51"E-171.03' TO A POINT;
    THENCE, N88°22'51"E-99.52' TO A POINT;
    THENCE, N88°22'51"E-94.49' TO A POINT;

THENCE, N88°22'51"E-5.17' TO A POINT;
THENCE, S18°53'39"W-326.78' TO A POINT;
THENCE, S87°23'19"W-96.72' TO A POINT;
THENCE, S87°23'19"W-96.72' TO A POINT;
THENCE, S87°23'19"W-580.32' TO A POINT;
THENCE, S87°23'19"W-194.96' TO A POINT;
THENCE, S87°23'19"W-194.83' TO A POINT;
THENCE, S87°23'19"W-151.20' TO A POINT;
THENCE, ALONG A CURVE HAVING A RADIUS OF 1,178.28' AND AN ARC LENGTH OF 248.99'
(CHORD BEARING S81°20'02"W-285.54') TO A POINT;
THENCE, S75°16'51"W-182.52' TO A POINT;
THENCE, S75°16'51"W-125.18' TO A POINT;
THENCE, S69°09'01"W-73.36' TO A POINT;
THENCE, S69°09'01"W-179.91' TO A POINT;
THENCE, S63°52'44"W-243.95' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±16.92 ACRES.**

**LEGAL DESCRIPTION OF**
**(TRACT B-5)**
**(Formerly Tracts 64 & 65B-68B)**

COMMENCING AT THE INTERSECTION OF THE EASTERLY RIGHT-OF-WAY OF 7TH STREET AND THE
SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE N06°21'46"E-64.02' TO A POINT ALONG THE
NORTHERN RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE S63°52'44"W-112.16' TO THE "POINT OF
BEGINNING":

THENCE, S63°52'44"W-435.15' TO A POINT,
THENCE, N04°07'14"W-353.05' TO A POINT;
THENCE, N66°19'59"E-94.03' TO A POINT;
THENCE, N50°48'14"E-102.61' TO A POINT;
THENCE, N85°33'29"E-107.71' TO A POINT;
THENCE, N62°19'28"E-100.03' TO A POINT;
THENCE, N75°53'26"E-38.39' TO A POINT;
THENCE, S05°54'44"W-329.16' TO THE POINT OF BEGINNING;

**DESCRIBED TRACT CONTAINING ±3.04 ACRES.**

**LEGAL DESCRIPTION OF**
**(TRACT B-6)**
**(Formerly Tracts 52-59)**

COMMENCING AT THE INTERSECTION OF THE EASTERLY RIGHT-OF-WAY OF 7TH STREET AND THE
SOUTHERLY RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE N06°21'46"E-64.02' TO A POINT ALONG THE
NORTHERN RIGHT-OF-WAY OF LA HIGHWAY 18, THENCE S63°52'44"W-865.70' TO THE "POINT OF
BEGINNING"
THENCE, S63°46'55"W-290.81' TO A POINT;
THENCE, S63°01'01"W-413.01' TO A POINT;
THENCE, N00°26'22"W-342.67' TO A POINT;
THENCE, N62°07'24"E-451.84' TO A POINT;
THENCE, N62°59'02"E-256.98' TO A POINT;
THENCE, S65°55'51"W-86.64' TO A POINT;
THENCE, S02°46'01"W-361.56' TO THE "POINT OF BEGINNING".

**DESCRIBED TRACT CONTAINING ±5.61 ACRES.**

Tract B-2 (±0.66 acres), Tract B-3 (±0.71 acres), Tract B-4 (±16.92 acres), Tract B-5 (±3.04 acres), and Tract
B-6 (±5.61 acres) include all alluvion, batture and sand bars formed and attached thereto and all accretions
to said land by reliction and dereliction as well as additions to said lands resulting from the changing water
courses or the opening of new channels in or pertaining to the Mississippi River.

## ADDITIONAL PROPERTY

An undivided 1/6 interest in and to the Henry Burch (Sr.) estate property located on Louisiana State Highway No. 18 in Wallace, St. John the Baptist Parish Louisiana, more fully described as follows, to wit:

A Certain Tract of Land or parcel of Ground situated in the parish of St. John the Baptist, State of Louisiana, on the right descending bank of the Mississippi River, in Wallace, measuring one arpent and one-fourth of one arpent, more or less, front to the said river, by a depth of sixty arpents, more or less, for the lower one-fourth arpent, and by a depth of forty-five arpents, more or less, for the other arpent, between closing lines, said tract of land or parcel of ground being bounded above by the property of Messrs, Mathieu and Septime Robert, now or formerly, and below by a tract of land, now or formerly belonging to Marceline Tregre, together with all buildings and improvements, rights and servitudes thereon and thereunto belonging, less, however, a certain tract of land situated in the Parish of St. John the Baptist, on the right descending banks of the Mississippi River, measuring eighty-one (81') feet; more or less, between closing lines; bounded on the upper line by the property formerly belonging to Messrs, Mathieu and Septime Robert, now the property of Artistide Faucheaux, or assigns, and on the lower line by the property belonging to present Vendor; together with all of the building and improvements thereon, and all rights, ways, servitudes, privileges and advantages thereunto belonging or in anywise appertaining, as per act of sale passed before L. Maurice Reynaud, Notary Public, dated September 7, 1922, recorded in COB Y (n.s.), page 385 of the records of St. John the Baptist Parish, Louisiana.

Being the same property acquired by Henry Burch (Sr.) from the Succession of Delia Horn, widow of George Burch, Probate Docket number 123, 24th Judicial District Court, Parish of St. John the Baptist, State of Louisiana; and by purchase of two-thirds (2/3) interest from Rose Burch Neilson and Georgina Burch, on March 23, 1931 and duly recorded in COB 2, Folio 234, Entry Number 3373.

LESS and Except:
   1) That portion of the above-described property sold by Henry Burch (Sr.) to Andrew Kliebert on July 3, 1946, before Harry R. Martin, Clerk of Court and Ex-Officio Notary Public, Duly recorded in COB 13, Folio 84, Entry Number 8636.
   2) That portion of the above-described property sold by Henry Burch (Sr.) to Henry E. Burch on February 10, 1955, before Lubin Laurent, Notary Public, and duly recorded in COB 31, Folio 7, Entry Number 15560.

Being the same property/interest acquired by Robert Brothers Farm, LLC. From Monica Ann Burch and Vickie Burch Beadle via act of cash sale dated March 6, 2017 before Frederick L. Bunol, Notary Public and recorded in the conveyance records for the Parish of St. John the Baptist Parish under instrument number 349508.

Instrument # 381724
Page 28 of 32

**EXHIBIT "B"**

**Exceptions:**

Said property is subject to all covenants, restrictions, right of way, easements, encroachments, servitudes, reservations, and rights of others as may be disclosed in the public record, including, but not limited to the following specific matters:

1.  Discrepancies or shortage in the square footage, acreage or area of the land.

2.  Memorandum of Agreement to Buy and Sell between Robert Brothers Farm, LLC and Greenfield Louisiana, LLC, dated 7-14-2020, recorded at Entry No. 373528.

3.  Pipeline Right-of-Way, Servitude and Easement in favor of Cypress Gas Pipeline, L.L.C., dated 6-30-1999, recorded at Entry No. 200383.

4.  Reservation of mineral rights in the act recorded at Entry No. 270981.

5.  Servitudes set forth in the act recorded at Entry No. 154429.

6.  Pipeline Right-of-Way, Servitude and Easement in favor of Monterey Pipeline Company, dated 10-29-1992, recorded at Entry No. 147506.

7.  Right of Way and Servitude for sewer services granted to St. John the Baptist Parish, recorded as Entry No. 270979.

8.  Right of Way in favor of Entergy Louisiana, LLC, recorded at Entry No. 285323.

9.  Farming Lease Agreement with M. Hymel Sons, Inc., dated March 30, 2010, recorded at Entry No. 299260.

10. Hunting Lease in favor of Michael Kliebert, recorded at Entry No. 177763.

11. Right of way for Louisiana Hwy. 18.

12. Geophysical Permit by Formosa Chemicals & Fibre Corporation, America and BTA Oil Producers, recorded at Entry No. 264872.

13. A 150 foot right of way for Texas Pacific Railroad Company, now Union Pacific Railroad Company.

14. Right of way permit dated March 7, 1958, granted by Whitney Plantation, Inc., to Louisiana Power and Light Company, for electric lines including poles, wires and other appurtenances recorded in COB 41, folio 275.

15. Right of way agreement dated May 21, 1959 granted by Whitney Plantation Inc., to Monterey Pipeline Company, for a pipeline for oil, gas, petroleum products or other liquid or gaseous substances recorded in COB 41, folio 483 Entry No. 20297.

16. Drainage right of way dated February 1, 1971, granted by Whitney Plantation Incl. to Parish of St. John the Baptist, Louisiana for a 70 foot drainage right of way through Section 60 recorded in COB 71, folio 491 Entry No. 39884.

17. General Permit dated January 11, 1972, by Whitney Plantation, Inc. to South Central Bell Telephone Company for a right of way across a strip of land six (6) feet in width along and west of Louisiana Highway 18 recorded in COB 75, folio 551, Entry No. 41710.

18. Any rights of way for siphons from Mississippi River to Louisiana Highway 18 right of way as shown on Vicinity Map and for water mains or pipes within the right of way for Highway 18.

19. With respect to the batture, a servitude for public use of space along the banks of the Mississippi River, as provided by Art. 665 of the Civil Code of Louisiana.

20. Right of way for electric transmission line(s), dated October 2, 1930, granted by Camile Granier to Louisiana Power and Light Company, recorded under Entry No. 3009.

21. General Permit dated December 13, 1971, granted by Beatrice W. Hymel to South Central Bell Telephone Company for buried telephone line(s) across a six foot wide strip along and southwest of Hwy. 18 recorded on March 13, 1972, in COB 75, Folio 536, Entry No. 41700.

22. General Permit dated December 7, 197, granted to South Central Bell Telephone Company, as recorded at COB 75, folio 518, Entry No. 41691.

23. General Permit dated December 7, 1971, granted to South Central Bell Telephone Company, as recorded at COB 75, folio 538, Entry No. 41701.

24. General Permit granted to South Central Bell Telephone Company and COB 75, page 548, Entry No. 41707.

25. General Permit dated January 11, 1972, granted to South Central Bell Telephone Company, recorded at COB 75, folio 551, Entry No. 41710.

26. General Permit dated January 4, 1972 granted by A. J. Tregre to South Central Bell Telephone Company for buried telephone lines along a 6 foot strip and south of Highway 18 recorded in COB 75, folio 547, Entry No. 41706.

27. General Permit granted to South Central Bell Telephone Company, recorded at COB 115, folio 668, Entry No. 60781.

28. General Permit granted to Southern Bell Telephone and Telegraph Company, recorded at COB 61, folio 85, Entry No. 34280.

29. Right of Way, Servitude and Easment granted by Formosa Chemicals to Monterey Pipeline Company recorded COB 298 folio 379, Entry No. 147506.

30. Right of Way agreement by and between Whitney Plantation Inc. and Monterey Pipeline Company, recorded at COB 41, folio 483, Entry No. 20297.

31. Right of Way agreement with Monterey Pipeline Company, recorded in COB 41, folio 500, as amended by act recorded at COB 270, folio 550, Entry No. 133604.

32. Right of Way agreement granted to Louisiana Power and Light Company filed under Entry No. 3047.

33. Right of way Agreement to Monterey Oil Company for a 20 foot permanent right of way for a pipeline and road by act recorded in COB 41, page 405.

34. Seventy (70') foot drainage right of way granted to the Parish of St. John the Baptist in the act recorded at COB 71, folio 491, Entry No. 39884.

35. Right of way for electric transmission lines granted to Louisiana Power and Light Company, filed under Entry No. 2962.

36. Servitude for electric transmission lines granted to Louisiana Power and Light Company recorded under Entry No. 3041.

37. General Permit granted to South Central Bell Telephone Company for buried telephone lines along a 6 foot strip and south of Highway 18 as recorded in COB 75, folio 518, Entry No. 41691.

38. General Permit granted to South Central Bell Telephone Company for buried telephone lines across a five foot strip on the south side of Highway 18 recorded in COB 61, folio 88.

39. Right of way or passage fifteen (15) feet wide along the lower or easterly line of Tract 89B in favor of Tract 89Z-1 and Tract 89A-2, as shown on the map made by Daryl B. Patin, C.E., dated March 13, 1990, revised through May 2, 1990.

40. Fifteen (15') foot right of way along and adjacent to the property of Nemour Loup to provide a right of passage from Louisiana Hwy. 18, as set forth in the act recorded at COB 112, folio 896, Entry No. 59435.

41. Servitude granted to Louisiana Power and Light Company, dated October 1, 2930, recorded at Entry No. 2991.

42. Servitude for electric transmission lines granted to Louisiana Power and Light Company, recorded under Entry No. 3035.

43. General Permit granted to South Central Bell Telephone Company for buried telephone line(s) along a 6 foot strip along and south of Highway 18, recorded in COB 75, folio 520, Entry No. 41692.

44. General Permit granted to south Central Bell Telephone Company, recorded at COB 75, page 536.

45. Oil, Gas and Mineral Lease by and between Nemour Loup and Texaco, Inc., dated March 2, 1978, recorded at COB 117, folio 885, Entry No. 61922.

46. Oil, Gas and Mineral Lease by and between Thelma T. Tassin and Texaco, Inc., dated March 30, 1978, recorded at COB 127, folio 342, Entry No. 66241.

47. Oil, Gas and Mineral Lease by Whitney Plantation, Inc. with Edwin W. Stockmeyer, recorded at COB 35, folio 174, Entry No. 10551.

48. Oil, Gas and Mineral Lease with Texaco, Inc., dated October 1, 1951, recorded at COB 23, folio 124, Entry No. 12287.

49. Oil, Gas and Mineral Lease with Texaco, Inc., dated February 2, 1978, recorded at COB 117, page 865, Entry No. 61917.

50. Oil, Gas and Mineral Lease dated February 1, 1978 with Texaco, Inc., recorded at COB 117, folio 869, Entry No. 61918.

51. Oil, Gas and Mineral Lease with Texaco, Inc., dated April 4, 1978, recorded at COB 127, folio 247, Entry No. 66198.

52. Reservation of a 25 foot right of way for ingress and egress in the act recorded at COB 48, folio 417, Entry No. 25615.

53. Navigation servitudes and all of the statutory and regulatory rights and powers of the United States Government and the State of Louisiana over the Mississippi River and its banks extending to the ordinary high water line thereof and which may be exercised without obligation to the riparian owner, including the right of appropriation and expropriation for the construction and maintenance of levees.

54. Any erosion, dereliction or accretion or any change in the bed line of the Mississippi River and any servitude or servitudes in favor of any state, federal, parochial or municipal board or body or individual over the banks thereof. Ownership of any permanently attached fixtures which are located south of the northern toe of the Mississippi River levee system.

55. Any adverse claim based upon the assertion that:
Some portion of the land is tide or submerged land, or has been created by artificial means or has accreted to such portion so created.
Some portion of the land has been brought within the boundaries thereof by an avulsive movement of the Mississippi River or has been formed by accretion to any such portion.
Some portion of the land is now or at any time has been below the ordinary high water mark of the Mississippi River.

56. Applicable state or federal laws or regulations and the rights, public and private, of the State of Louisiana and the federal government in and to the waters of the Mississippi River (and land under the waters) abutting and/or flowing over the premises now or formerly.

57. The rights of the United States of America, State of Louisiana or any of their departments to establish, change, alter, regulate or control the use of piers, bulkheads, land under water and land adjacent thereto.

58.   Riparian rights, batture or littoral rights, rights of accretion or dereliction, and the rights of the public to use the banks, levees and abutting land for passage, stopping, drying nets or otherwise.

59.   Any enlargement or loss of land by reason of accretions, derelictions or avulsions of the Mississippi River. The boundary line between the States of Louisiana and Mississippi in this area is, according to available maps and charts, indefinite. Accordingly, the location of said boundary line between Louisiana and Mississippi is not insured, nor is the title to any portion of the property which may lie within the State of Mississippi. The policy when issued will contain the following, or substantially similar language, as an exception: "Defects in title due to the location of all or any portion of the property in a state other than that set forth above."

60.   Servitudes, set backs, right of ways, encroachments and other matters showing on survey by Leonard J. Chauvin, Jr. P.E, P.L.S. , dated July 7, 2021, annexed hereto and made a part hereof.


But omitting any covenants or restrictions, if any, based upon race, color, religions, sex, sexual orientation, marital status, disability, handicap, familial status, ancestry, national origin, or source of income, as set forth in the applicable federal or state laws, except to the extent that the said covenants or restriction is permitted by applicable law.


The parties hereto declare that they do not hereby intend, by the execution of these presents, to interrupt or suspend, the running of any prescription or preemption which has run or may run in the connection with the foregoing, nor do the partied intend to revive, establish or initiate any one or more of the foregoing which many not now or hereafter be binding upon the property and/or the parties hereto.

| | |
|---|---|
| Title Insurance Producer: | State Title, LLC |
| Address: | 607 Belle Terre Boulevard, Suite A, La Place, LA 70068 |
| Producer License No.: | 814220 |
| Title Insurance Underwriter: | Chicago Title |
| Title Opinion Completed by: | Sharron Morris |
| LA Bar Roll No.: | 27582 |

