

November 9, 2021

Gaumet Holding, LLC
PO Box B
Garyville, LA 70051

RE:   United States Army Corps of Engineers Permit Application MVN 2014-01518-2 EMM
Louisiana Department of Natural Resources Coastal Use Permit P20201021

Sir/Madam,

Greenfield Exports, LLC (Greenfield) is proposing to construct and operate the Greenfield Louisiana Terminal in St. John the Baptist Parish, Louisiana. The terminal will have the capability to receive and export corn, wheat, soybeans, rice and grain byproducts (hereafter referred to collectively as grain) primarily through a barge receiving system but will also have rail and truck receiving systems. The facility will have a grain drying system, grain cleaning system, storage bins, and a ship loading system. Based on St. John the Baptist Parish Property Assessor records, you have been identified as a landowner on which the proposed action is planned to occur.

In compliance with United States Army Corps of Engineers and Louisiana Department of Natural Resources processes and procedures, you are being provided a copy of the application for your review and comment, should you wish to do so. The application will open for public comment with these agencies the week of November 8th, 2021.

If you have any questions about the proposed action, please feel free to reach out to Greenfield representatives at d.rollo@gfh.ag or (504) 415-8060.

Respectfully,

Cal Williams
Chief Operating Officer
Greenfield Holdings LLC



**PUBLIC NOTICE**
November 9, 2021

STATE OF LOUISIANA
DEPARTMENT OF NATURAL RESOURCES
OFFICE OF COASTAL MANAGEMENT
P.O. BOX 44487
BATON ROUGE, LA 70804-4487

**Phone:** (225) 342-7358

**Fax:** (225) 342-6760

**Email:** ontario.james@la.gov

OCM REVIEWER:
**Ontario James**

CUP NUMBER:
**P20201021**

**NAME:** **GREENFIELD LOUISIANA, LLC (OWNER); GREENFIELD EXPORTS, LLC (PARENT COMPANY)**
c/o RAMBOLL US CONSULTING, INC.
1615 POYDRAS ST. SUITE 930
NEW ORLEANS, LA 70112
Attn: Adam Goodine

**LOCATION:** **Saint John The Baptist Parish, LA;** Lat. 30-02-24.71, Long. 90-39-47.88; LA Hwy 18; Mississippi River, Wallace, LA.

**DESCRIPTION:** Proposal to construct and operate a terminal to receive/export corn, wheat, soybeans, rice and grain byproducts (hereafter referred to collectively as "grain") which includes barge, rail and truck receiving systems, a grain drying system, grain cleaning system, grain storage bins/silos, guard shack office/admin. building, maintenance building, bulk weighing, electrical room, contractor parking/material staging area, new permanent laydown areas, new permanent levee crossings, new pavement and concrete areas, new ditch, new drainage features, new topsoil stockpile areas, and a ship loading/unloading systems with appurtenant structures. Approx. 278,000 cy of material to be excavated and placed onsite. Approx. 26,335 cy of concrete, 119,000 cy of crushed stone/gravel, 4,350 cy of asphalt/bedding, 1,130 cy of rock, 111,000 cy of sand, and 225,500 cy of topsoil/dirt to be hauled onsite. Approx. 208 acres may be impacted by the proposed activity.

NOTICE the Louisiana Department of Natural Resources, Office of Coastal Management (OCM) has received the above application for a Coastal Use Permit (CUP) in accordance with the State and Local Coastal Resources Management Act of 1978, as amended, (Louisiana R.S. 49:214.21-214.41), and the rules and regulations of the Coastal Resources Program. Applications for the proposed work may be inspected at 617 North 3rd Street, Room 1078, Baton Rouge, LA or on the OCM web page at: http://dnr.louisiana.gov/index.cfm?md=pagebuilder&tmp=home&pid=591. Copies may be obtained upon payment of cost of copying. Written comments, including suggestions for modifications or objections to the proposed work and stating the reasons thereof, are being solicited from the public. Comments must be received within 25 days of the date of publication of this notice. Comments should be uploaded to our electronic record, but may be mailed, faxed or emailed to the designated OCM Reviewer. All comments must contain the appropriate application number and the commenter's full name and contact information.

The public comment period for Coastal Use Permit applications begins on the date of publication of notice in the official journal (The Advocate), in accordance with LAC 43:I. 723(C)(5)(c). OCM will provide this date on request.

Any person may request, in writing, within the comment period specified in this notice, that a State or Federal public hearing be held to consider this application. Requests for public hearings shall state, with particularity, the reasons for holding a public hearing and must contain the name and contact information of the requester.

**Attached plats:**   1) P20201021     Notice Plats     10/29/2021
                      2) P20201021     Notice Plats     10/29/2021



**Louisiana Department of Natural
Resources
Office of Coastal Management**

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



**U.S. Army Corps of Engineers
(COE)
New Orleans District**

| Application Number: | 27766 | Permit Number: P20201021 | Date Received: | 10/29/2021 |

### Step 1 of 15 - Applicant Information

| Applicant Name: | Greenfield Louisiana, LLC (owner) Greenfield Exports, LLC (parent company) | Applicant Type: | INDUSTRY/OTHER |

**Mailing Addr :**
P.O. Box 37
Edgard, LA 70049

**Contact Info:** Cal Williams

| Phone: | (817) 925-5782 | Fax: - | Email: | cal@gfh.ag |

### Step 2 of 15 - Agent Information

**Agent Name:** Ramboll US Consulting, Inc.

**Mailing Addr:**
1615 Poydras St
Suite 930
New Orleans, LA 70112

**Contact Info:** Adam Goodine

| Phone: | (504) 648-2123 | Fax: (504) 299-3494 | Email: | agoodine@ramboll.com |

### Step 3 of 15 - Permit Type

☒ Coastal Use Permit (CUP)　　☐ Solicitation of Views (SOV)　　☐ Request for Determination (RFD)

### Step 4 of 15 - Pre-Application Activity

a. Have you participated in a Pre-Application or Geological Review Meeting for the proposed project?

☐ No　　☒ Yes　　Date meeting was held:　08/31/2020

| Attendees: | Ramboll/Greenfield/VAA | Jay Pecot | Amy Powell/Jennifer Burkett |
| | (Individual or Company Rep) | (OCM Representative ) | (COE Representative) |

b. Have you obtained an official wetland determination from the COE for the project site?

☐ No　　☒ Yes　　If Yes, Please upload a copy with your application.
　　　　　　　　　　　JD Number:　MVN-2020-00838-SK

c. Is this application a mitigation plan for another CUP?

☒ No　　☐ Yes　　OCM Permit Number:

Opposition to Supplement     CONFIDENTIAL DOCUMENT     GAUDET EXHIBIT 7



Louisiana Department of Natural
Resources
Office of Coastal Management

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



U.S. Army Corps of Engineers
(COE)
New Orleans District

---

**Step 5 of 15 - Project Information**

a. Describe the project.

Greenfield Exports, LLC (Greenfield) is proposing to construct and operate the Greenfield Louisiana Terminal (the terminal) in St. John the Baptist Parish, Louisiana. The terminal will have the capability to receive and export corn, wheat, soybeans, rice and grain byproducts (hereafter referred to collectively as grain) and will include barge, rail, and truck receiving systems, a grain drying system, grain cleaning system, storage bins, and a ship loading system.

b. Is this application a change to an existing permit?

☐ No          ☒ Yes          OCM Permit Number:  P20201021

c. Have you previously applied for a permit or emergency authorization for all or any part of the proposed project?

☐ No          ☒ Yes

| Agency | Contact | Permit Number | Decision Status | Decision Date |
|--------|---------|---------------|-----------------|---------------|
| OCM | Jay Pecot | P20201021 | Pending | |
| COE | | | | |
| Other | | | | |

---

**Step 6 of 15 - Project Location**

a. Physical Location

Street:     Louisiana Highway 18

City:     Wallace                    Parish:  Saint John The Baptist          Zip:  70090

Water Body:     Mississippi River

b. Latitude and Longitude

Latitude:     30     2     24.71          Longitude:     -90     39     47.88

c. Section, Township, and Range

Section #:               Township #:               Range #:
Section #:               Township #:               Range #:

d. Lot, Tract, Parcel, or Subdivision Name

Created On:     10/29/2021                                        Page:  2



**Louisiana Department of Natural Resources**
**Office of Coastal Management**

**Joint Permit Application**
**For Work Within the Louisiana**
**Coastal Zone**



**U.S. Army Corps of Engineers**
**(COE)**
**New Orleans District**

---

| Lot #: | Parcel #: | · |
| Tract #: | Subdivision Name: | |

### e. Site Direction

From I-10 coming from either Baton Rouge of New Orleans, exit onto LA 641 traveling south. After crossing LA 61, merge onto LA 3213 and cross the Gramercy Bridge over the Mississippi River. Exit LA 3213 onto LA 18 traveling east. The site will be located immediately on the right.

---

**Step 7 of 15 - Adjacent Landowners  -  See attached list**

---

### Step 8 of 15 - Project Specifics

**a. Project Name and/or Title:**     Greenfield Louisiana Terminal

**b. Project Type:**     Non-Residential

**c. Source of Funding:**     PRIVATE

**d. What will be done for the proposed project?**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ | Bridge/Road | ☐ | Home Site/Driveway | ☐ | Pipeline/Flow Line | ☒ Rip Rap/Erosion Control |
| ☐ | Bulkhead/Fill | ☐ | Levee Construction | ☐ | Plug/Abandon | ☒ Site Clearance |
| ☒ | Drainage Improvements | ☒ | Dredging | ☐ | Production Barge/ Structure | ☐ Subdivision |
| ☒ | Drill Barge/ Structure | ☐ | Prop Washing | ☐ | Vegetative Plantings | ☒ Wharf/Pier/Boathouse |
| ☐ | Drill Site | ☒ | Pilings | ☐ | Remove Structures | |
| ☒ | Fill | ☐ | Marina | ☒ | Major Industrial/Commercial | |
| ☐ | Other: | | | | | |

### e. Why is the proposed project needed?

Please see the Needs, Alternatives, and Justification Analysis attached to this application, which describes the project need in detail.

---

### Step 9 of 15 - Project Status

**a. Proposed start date:**     03/01/2022         **Proposed completion date:**     06/01/2024

---



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



Louisiana Department of Natural
Resources
Office of Coastal Management

U.S. Army Corps of Engineers
(COE)
New Orleans District

---

b. Is any of the project work in progress?

☒ No          ☐ Yes

c. Is any of the project work completed?

☒ No          ☐ Yes

---

Step 10 of 15 - Structures, Materials, and Methods for the Proposed Project

a. Excavations

278000 Cubic Yards          208 Acres

b. Fill Areas

765315 Cubic Yards          208 Acres

c. Fill Materials

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | Concrete: | 26335 | Cubic Yards | ☒ | Rock: | 1130 | Cubic Yards |
| ☒ | Crushed Stone or Gravel: | 119000 | Cubic Yards | ☒ | Sand: | 111000 | Cubic Yards |
| ☒ | Excavated and Placed onsite : | 278000 | Cubic Yards | ☒ | Hauled in Topsoil/Dirt: | 225500 | Cubic Yards |
| ☐ | Excavated and hauled offsite: | | Cubic Yards | | | | |
| ☒ | Other:  Asphalt/Bedding | | | 4350 | Cubic Yards | | |

d. What equipment will be used for the proposed project?

☐ Airboat          ☒ Bulldozer/Grader          ☐ Marsh Buggy

---

Created On:   10/29/2021                                    Page:   4



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



Louisiana Department of Natural
Resources
Office of Coastal Management

U.S. Army Corps of Engineers
(COE)
New Orleans District

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Backhoe | ☒ | Dragline/Excavator | ☒ | Other Tracked or Wheeled Vehicles |
| ☒ | Barge Mounted Bucket Dredge | ☐ | Handjet | ☐ | Self Propelled Pipe Laying Barge |
| ☒ | Barge Mounted Drilling Rig | ☒ | Land Based Drilling Rig | ☒ | Tugboat |
| ☐ | Other: | | | | |

## Step 11 of 15 - Project Alternatives

a. Total acres of wetlands and/or waterbottoms filled and/or excavated.

3.5 acres

b. What alternative locations, methods, and access routes were considered to avoid impact to wetlands and/or waterbottoms?

Please see the Needs, Alternatives, and Justification Analysis attached to this application, which describes project alternatives in detail.

c. What efforts were made to minimize impact to wetlands and/or waterbottoms?

Please see the Needs, Alternatives, and Justification Analysis attached to this application, which describes project impact minimization in detail.

d. How are unavoidable impacts to vegetated wetlands to be mitigated?

Please see the Needs, Alternatives, and Justification Analysis attached to this application, which describes the project mitigation plan in detail.

## Step 12 of 15 - Permit Type and Owners

a. Are you applying for a Coastal Use Permit?

☐ No          ☒ Yes

b. Are you the sole landowner / oyster lease holder?

☒ No          ☐ Yes

☐ The applicant is an owner of the property on which the proposed described activity is to occur.



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



Louisiana Department of Natural
Resources
Office of Coastal Management

U.S. Army Corps of Engineers
(COE)
New Orleans District

---

☒   The applicant has made reasonable effort to determine the identity and current address of the owner(s) of
     the land on which the proposed described activity is to occur, which included, a search of the public records
     of the parish in which the proposed activity is to occur.

☒   The applicant hereby attests that a copy of the application has been distributed to the following landowners /
     oyster lease holders.  See attached list.

c. Does the project involve drilling, production, and/or storage of oil and gas?

☒  No        ☐  Yes        If yes, you must attach a list of all state and federal laws and rules and
                            regulations

---

**Step 13 of 15 - Maps and Drawing Instructions**

Note: OCM Compiled Plats consist of a complete and current set of plats that have been pieced together by OCM using
only the most current portions of the plat files provided by the applicant/agent. All out-of-date plats have been excluded.

| | |
|---|---|
| LDNRRAI07.06.21Response.pdf | 07/09/2021 01:51:16 PM |
| USFWSESAConsistencyLetter.pdf | 11/06/2020 12:32:12 PM |
| ResponsetoTulaneClinicComments-10-14-2021.pdf | 10/14/2021 10:25:05 AM |
| GreenfieldExportsLLC-404Figures10.28.21pgs1-19.pdf | 10/29/2021 11:49:07 AM |
| GreenfieldExportsLLC-404Figures10.28.21pgs20-38.pdf | 10/29/2021 11:49:48 AM |
| LDNRRAI09.15.21Response.pdf | 09/15/2021 04:36:55 PM |
| 200290_CXSurveyPG1.pdf | 09/15/2021 04:37:17 PM |
| 200290_CXSurveyPG2.pdf | 09/15/2021 04:37:35 PM |
| 200290_CXSurveyPG3.pdf | 09/15/2021 04:37:56 PM |
| 200290_CXSurveyPG4.pdf | 09/15/2021 04:38:14 PM |
| 200290_CXSurveyPG5.pdf | 09/15/2021 04:38:32 PM |
| 200290_CXSurveyPG6.pdf | 09/15/2021 04:39:08 PM |
| 01_GreenfieldLATerminal_5ftContour.pdf | 09/15/2021 04:41:10 PM |
| USDA_026e_StJB_FN134_T343_4-06-18pgs1-10.pdf | 09/15/2021 04:41:44 PM |
| USDA_026e_StJB_FN134_T343_4-06-18pgs11-17.pdf | 09/15/2021 04:42:23 PM |
| Greenfield404RevisedDesignLetter.pdf | 07/23/2021 03:17:03 PM |
| GreenfieldLouisianaNAJRevisedJune2021.pdf | 06/04/2021 11:42:24 AM |
| JurisdictionalDeterminationMVN-2020-00838-SK.pdf | 06/04/2021 11:42:46 AM |

---

Created On:  10/29/2021                                                      Page:  6

Opposition to Supplement    CONFIDENTIAL DOCUMENT    GAUDET EXHIBIT 7



**Louisiana Department of Natural Resources**
**Office of Coastal Management**

## Joint Permit Application
## For Work Within the Louisiana
## Coastal Zone



**U.S. Army Corps of Engineers**
**(COE)**
**New Orleans District**

| | |
|---|---|
| GreenfieldLimitsofDisturbance.shp | 06/04/2021 11:43:08 AM |
| LDWFConsistencyLetter.pdf | 11/06/2020 12:31:58 PM |
| LDNRRAI06.11.21Response.pdf | 06/23/2021 04:00:03 PM |

### Step 14 of 15 - Payment

The fee for this permit is:        $ 100.00

### Step 15 of 15 - Payment Processed

**Applicant Information**

Applicant Name:   Greenfield Louisiana, LLC (owner) Greenfield Exports, LLC (parent company)
Address:   P.O. Box 37
Edgard, LA 70049

To the best of my knowledge the proposed activity described in this permit application complies with, and will be conducted in a manner that is consistent with the Louisiana Coastal Resources Program. If applicable, I also certify that the declarations in Step 12c, oil spill response, are complete and accurate.

## Landowners List

| Landowner |
|---|
| Donaldtech, LLC etals |
| 5423 Highway 44 |
| Gonzales, LA   70737 |

| Landowner |
|---|
| Dumas, Leopold & Noelie |
| PO Box 674 |
| Hahnville, LA   70057 |

| Landowner |
|---|
| Gaumet Holding, LLC |
| PO Box B |
| Garyville, LA   70051 |

Created On:   10/29/2021                                              Page:   7



Louisiana Department of Natural
Resources
Office of Coastal Management

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



U.S. Army Corps of Engineers
(COE)
New Orleans District

---

Landowner

Jack, Hebert Jr etals

122 Jack Court

Vacherie, LA   70090

---

Adjacent Landowner

Adams, Abraham

118 West 8th Street

Vacherie, LA   70090

---

Adjacent Landowner

August, Chantell R

116 West 12th Street

Vacherie, LA   70090

---

Adjacent Landowner

Bastian, Gerald

150 West 7th Street

Vacherie, LA   70090

---

Adjacent Landowner

Batiste, Wilomease H

215 West 8th Street

Vacherie, LA   70090

---

Adjacent Landowner

Becnel, Kurt P

5605 Highway 18

Vacherie, LA   70090

---



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

Louisiana Department of Natural
Resources
Office of Coastal Management



U.S. Army Corps of Engineers
(COE)
New Orleans District

| |
|---|
| Adjacent Landowner<br>Borne, Kawanna & Meldon Jr<br>P O Box 515<br>Vacherie, LA   70090 |
| Adjacent Landowner<br>Boudin, Julius & Geraldine<br>303 West 8th Street<br>Vacheria, LA   70090 |
| Adjacent Landowner<br>Cayolle, Hubert Jr<br>2415 Potts St<br>Beaumont, TX   77705 |
| Adjacent Landowner<br>Dickerson, Ora LeeV & Son<br>PO Box 113<br>Vacherie, LA   70090 |
| Adjacent Landowner<br>Dumas, Curtis & Wife<br>PO Box 674<br>Hahnville, LA   70057 |
| Adjacent Landowner<br>Dumas, Ronald P<br>826 B Provision Street<br>Gramercy, LA   70052 |

Created On:   10/29/2021

Page:   9



**Louisiana Department of Natural Resources**
**Office of Coastal Management**

## Joint Permit Application
## For Work Within the Louisiana
## Coastal Zone



**U.S. Army Corps of Engineers**
**(COE)**
**New Orleans District**

---

Adjacent Landowner

Edwards, Clara

177 West 8th Street

Vacherie, LA   70090

---

Adjacent Landowner

Edwards, Patrice A

255 W 8th Street

Vacherie, LA   70090

---

Adjacent Landowner

Evergreen Plantation

4677 Highway 18

Edgard, LA   70049

---

Adjacent Landowner

Gaumet Holdings, LLC

PO Box 96

Garyville, LA   70051

---

Adjacent Landowner

Gauthier, Pierre et als

2241 Church St

Vacherie, LA   70090

---

Adjacent Landowner

Grows, Melvin Sr & Wife

188 W 5th St

Vacherie, LA   70090

---



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



Louisiana Department of Natural
Resources
Office of Coastal Management

U.S. Army Corps of Engineers
(COE)
New Orleans District

---

Adjacent Landowner
Harris, Haili S & Andrinikia Smith
279 West 8th Street
Vacherie, LA  70090

---

Adjacent Landowner
Howard Gloria N & ETALS
287 West 8th Street
Edgard, LA  70049

---

Adjacent Landowner
Jack, Gilbert & Wife
2405 Tiffany Dr
Laplace, LA  70068

---

Adjacent Landowner
Jack, Hebert Jr et als
122 Jack Court
Vacherie, LA  70090

---

Adjacent Landowner
Jackson Marie
PO Box 606
Vacherie, LA  70090

---

Adjacent Landowner
Jefferson, Albert L & Germaine
5601 Highway 18
Wallace, LA  70090

---

Created On:  10/29/2021

Page:  11



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

Louisiana Department of Natural
Resources
Office of Coastal Management



U.S. Army Corps of Engineers
(COE)
New Orleans District

---

Adjacent Landowner

Johnson, Iris Adams

163 Bastian Court

Vacherie, LA   70090

---

Adjacent Landowner

Johnson, Iris Adams

266 West 16th Street

Vacherie, LA   70090

---

Adjacent Landowner

Lawrence, Ethel R

3040 Behrman Hwy

Algiers, LA   70114

---

Adjacent Landowner

Mitchell, Angelica Raphael

118 West 12th Street

Vacherie, LA   70090

---

Adjacent Landowner

Murrey, James

269 West 8th Street

Vacherie, LA   70090

---

Adjacent Landowner

Pierre, Jean

EST Pablo Blaney (IMP) c/o Earl Pablo Sr PO Box 447

Vacherie, LA   70090

---

Created On:   10/29/2021

Page:   12



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

Louisiana Department of Natural
Resources
Office of Coastal Management



U.S. Army Corps of Engineers
(COE)
New Orleans District

---

Adjacent Landowner

Poche, Eugene & Lorenza

202 W 5th St

Vacherie, LA   70090

---

Adjacent Landowner

Poche, Shawn C

PO Box 82

Vacherie, LA   70090

---

Adjacent Landowner

Rafiel, Joseph & Wife

PO Box 348

Boutte, LA   70039

---

Adjacent Landowner

Raphael, Lynn J

PO Box 151

Vacherie, LA   70090

---

Adjacent Landowner

ST JB Parish

1801 West Airline Hwy

LaPlace, LA   70068

---

Adjacent Landowner

Stewart, Benjamin Sr & Doris

1416 Magnolia Heights

Vacherie, LA   70090

---

Created On:   10/29/2021

Page:   13



Louisiana Department of Natural
Resources
Office of Coastal Management

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



U.S. Army Corps of Engineers
(COE)
New Orleans District

---

Adjacent Landowner

Trench, Maya

294 W 1st St

Edgard, LA   70049

---

Adjacent Landowner

Trench, Shawn C & Dyuanne B

189 West 8th Street

Vacherie, LA   70090

---

Adjacent Landowner

Wesley, Wayne F & Marvelyn

116 West 6th Street

Vacherie, LA   70090

---

Adjacent Landowner

Whitney Heritage

5099 Highway 18

Edgard, LA   70049

Created On:   10/29/2021

Page:   14











Opposition to Supplement          CONFIDENTIAL DOCUMENT          GAUDET EXHIBIT 7









Opposition to Supplement    CONFIDENTIAL DOCUMENT    GAUDET EXHIBIT 7











CONFIDENTIAL DOCUMENT













CROSS SECTION
CONVEYOR GALLERY 3
AND BULK WEIGHING TOWER
GREENFIELD LOUISIANA TERMINAL
ST. JOHN THE BAPTIST PARISH

FIGURE 108.7
SHEET 21 of 38
DRAWN: CLC
DATE: 08/04/21
REV: 2



CROSS SECTION
RAIL RECEIVING, CLEANING, SCREENINGS
AND CONVEYOR GALLERY 4
GREENFIELD LOUISIANA TERMINAL
ST. JOHN THE BAPTIST PARISH

FIGURE
108.9



CONFIDENTIAL DOCUMENT



CONFIDENTIAL DOCUMENT







**WETLANDS IMPACTS**

| Wetland ID | Jurisdictional Status | Wetland Type | Existing Wetland Area (AC) | Wetland Area Impacted (AC) |
|---|---|---|---|---|
| W1A | Jurisdictional Wetland | BLH | 1.7 | 0 |
| W1B | Jurisdictional Wetland | BLH | 1.8 | 0 |
| W2A | Jurisdictional Wetland | BLH | 3.8 | 0 |
| W2B | Jurisdictional Wetland | BLH | 11.5 | 0 |
| W2C | Jurisdictional Wetland | BLH | 14 | 0 |
| W2D | Jurisdictional Wetland | BLH | 62.5 | 0 |
| W2E | Jurisdictional Wetland | BLH | 21 | 0 |
| W3 | Jurisdictional Wetland | BLH | 2.2 | 0 |
| W4 | Jurisdictional Wetland | BLH | 10.6 | 0 |
| W9 | Jurisdictional Wetland | BLH | 16.3 | 3.5 |
| **TOTAL:** | | | 145.4 | 3.5 |

* BLH = BOTTOMLAND HARDWOODS

**OTHER WATERS OF THE U.S. IMPACTS**

| ID | Existing Length (LF) | **Existing Length Impacted (LF) |
|---|---|---|
| EXISTING OTHER WATERS OF THE U.S. | 38,265 | 2,675 |

** IMPACTED LENGTH IS THE TOTAL OF ALL IMPACTED AREAS SHOWN ON FIGURES 110.2 - 110.5

**LEGEND**

EXISTING JURISDICTIONAL WETLANDS MAPPED FOR THE PROJECT

IMPACTED JURISDICTIONAL WETLANDS

EXISTING JURISDICTIONAL OTHER WATERS OF THE U.S.

IMPACTED JURISDICTIONAL OTHER WATERS OF THE U.S.

PROJECT LIMITS OF DISTURBANCE

NOTE: REFER TO FIGURE 105 FOR ENLARGED IMPACTED JURISDICTIONAL OTHER WATERS OF THE U.S. NEAR RAIL CONNECTION

DESIGN PROVIDED BY: **VAA**

PERMIT AGENT: **RAMBOLL**

CLIENT: **GREENFIELD EXPORTS, LLC**

**WETLANDS AND WATERS IMPACT MAP**

GREENFIELD LOUISIANA TERMINAL ST. JOHN THE BAPTIST PARISH

FIGURE **110.1**

DRAWN: CMB

DATE: 06/04/21

REV: 2

SCALE: 1" = 1500'

0    1500'    3000'    4500'

NORTH









CONFIDENTIAL DOCUMENT

Opposition to Supplement                    CONFIDENTIAL DOCUMENT                    GAUDET EXHIBIT 7









Opposition to Supplement    CONFIDENTIAL DOCUMENT    GAUDET EXHIBIT 7



REGIONAL
DRAINAGE MAP

GREENFIELD LOUISIANA TERMINAL
ST. JOHN THE BAPTIST PARISH

FIGURE
113
SHEET 38 x 36

DRAWN: CMB
DATE: 10/29/21
REV: 0

DESIGN PROVIDED BY:    VAA    PERMIT AGENT:    RAMBØLL    CLIENT:    GREENFIELD EXPORTS, LLC