UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Motion in Limine to Exclude Witnesses Not Timely Identified

NOW INTO COURT, through undersigned counsel, comes Plaintiff who moves for a motion in limine to exclude Defendants' witnesses that were not timely identified.

Defendants only identified two individuals in their initial disclosures: Defendants Jacqueline Hotard and Michael Wright. They never supplemented those initial disclosures. Then, twenty-two days before the close of discovery, they filed an exhibit list that named <u>sixteen</u> witnesses.[1]

Because Defendants did not disclose these individuals as having discoverable information until a few weeks before the discovery cut-off, Plaintiff does not have adequate time to conduct written discovery and may not be able to complete depositions which would cause substantial prejudice should they be allowed to testify at trial.

WHEREFORE, this Court should bar the testimony of Jackie Landeche, Lucien Gauff, Shondrell Perrilloux, Tim Matthews, Crystal Harris, R. Gray Sexton, Alesia M. Ardoin, Justine (or Justin) Kray, Carolyn Abadie Landry, Mallory A. Guillot and Lynda Van Davis Greenstone.

Respectfully submitted,
*/s/ William Most*
William Most (La. Bar No. 36914)
David Lanser (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685

---

[1] Rec. Doc. 54.

1

New Orleans, LA 70170
T: (504) 509-5023
T: (504) 533-4521
F: (504) 414-6400
Email: williammost@gmail.com
        david.lanser@gmail.com