## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 23-7296**

**MICHAEL WRIGHT, individually and in official**         **SECTION: "G"(4)**
**capacity, et al.**

### ORDER

Considering Plaintiff's *Motion in Limine to Exclude Witnesses Not Timely Identified*, the

motion is **GRANTED**. Defendants are barred from offering any of the following witnesses for

testimony at trial: Jackie Landeche, Lucien Gauff, Shondrell Perrilloux, Tim Matthews, Crystal

Harris, R. Gray Sexton, Alesia M. Ardoin, Justine (or Justin) Kray, Carolyn Abadie Landry,

Mallory A. Guillot and Lynda Van Davis Greenstone.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.


_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

1