**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Notice of Submission Date

Plaintiff's *Motion in Limine to Exclude Witnesses Not Timely Identified* shall be submitted on November 27, 2024.

        Respectfully submitted,

        /s/ *William Most*
        William Most, 36914
        David Lanser, 37764
        MOST & ASSOCIATES
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        Telephone: (504) 509-5023
        Telephone: (504) 533-4521
        Fax: (504) 414-6400
        williammost@gmail.com
        david.lanser@gmail.com