UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | CIVIL ACTION NO. 23-cv-7296 |
| | * | |
| VERSUS | * | SECTION : G |
| | * | |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * * * | JUDGE: NANNETTE JOLIVETTE BROWN  MAGISTRATE JUDGE: DIVISION 4  KAREN WELLS ROBY |

## INITIAL DISCLOSURES OF ST. JOHN THE BAPTSIT PARISH, JACQUELINE HOTARD, AND MICHAEL WRIGHT

Now comes the St. John The Baptist Parish, Jacqueline Hotard, and Michael Wright, made "Defendants" in the above captioned pleadings, through undersigned counsel, who respectfully, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Scheduling Conference Order (Rec. Doc. 12), provides the following Initial Disclosures:

A. **The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

   The Defendants, St. John The Baptist Parish, and its chief executive Jacqueline Hotard, and Council Chairman Michael Wright, may have discoverable information which it may use to support its defenses. Said information may be in the form of public records already received by Plaintiff.

B. **A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession,**

**custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

As the Defendants are a municipality/political subdivision and public officials, the majority of information available relative to this matter is public information for which Plaintiffs have issued, and received, documents and other things via public records request. Relative tangible information intended to be used by Defendants include a video/audio recording of the SJBP council meeting at issue.

C. **A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable to this Defendant.

D. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable to this Defendant.

> Respectfully submitted:
> ACCARDO LAW FIRM, L.L.C.
> 325 Belle Terre Blvd., Suite A
> LaPlace, Louisiana  70068
> (985 359-4300   Fax: (985) 359-4303
>
> _____
> SAMUEL J. ACCARDO, JR. (#24007)
> accardo@rtconline.com
> Attorneys for Defendants:
> St. John The Baptist Parish, et als

**[CERTIFICATE OF SERVICE ON NEXT PAGE]**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. | * CIVIL ACTION NO. 23-cv-7296 |
| | * |
| VERSUS | * SECTION : G |
| | * |
| MICHAEL WRIGHT, in his individual and personal capacities, JACLYN HOTARD, in her individual and personal capacities, and ST. JOHN THE BAPTIST PARISH | * JUDGE: NANNETTE JOLIVETTE BROWN |
| | * |
| | * MAGISTRATE JUDGE: DIVISION 4 |
| | * |
| | KAREN WELLS ROBY |

## **CERTIFICATE OF SERVICE**

I, hereby certify that I have served the above and foregoing documents by Electronic Mail upon all counsel of record:

### **ATTORNEY FOR PLAINTIFF: JOY BANNER, PH.D:**

Mr. William B. Most
Mr. David J. Lanser
Most & Associates
201 Saint Charles Ave., Ste. 2500 No. 9685
New Orleans, Louisiana 70170
Phone: 504-509-5023
Fax: 504-414-6400
Email: williammost@gmail.com
Email: david.lanser@gmail.com

On this 16th day of APRIL, 2024.

/s/ *SAMUEL J. ACCARDO, JR.*
SAMUEL J. ACCARDO, JR.