UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D. )
)
   Plaintiff, )
v. ) Case No. 23-cv-7296
)
MICHAEL WRIGHT, in his individual and )
official capacities, JACLYN HOTARD, in her )
individual and official capacities; and )
ST. JOHN THE BAPTIST PARISH; )
)
   Defendants. )
)

**NOTICE OF DEPOSITION**

**TO:** All Defendants
Via Counsel Ike Spears

Please take notice that, pursuant to the Federal Rules of Civil Procedure, beginning on August 6, 2024 at 1:00 p.m., Plaintiff's counsel will take the depositions of Jackie Landeche, Michael Wright, and Jaclyn Hotard at the office of Spears & Spears, 909 Poydras Street, Suite 1825, New Orleans, LA 70112. If not completed on August 6, 2024, the depositions will continue on August 7, 2024, at 1:00pm, and thereafter until completed.

The depositions will be taken by stenographic means, upon oral examination before an officer authorized by law to take depositions in the State of Louisiana. These depositions may be video recorded. These depositions will be taken for all purposes authorized by the Federal Rules of Civil Procedure. The oral examination will continue until completed. You are invited to attend and exercise such rights to which you are entitled under the law.

                                  Thank you,

                                  /s/ *William Most*
                                  William Most, T.A. (La. Bar No. 36914)
                                  David Lanser (La. Bar No. 37764)
                                  MOST & ASSOCIATES
                                  201 St. Charles Ave., Ste. 2500, #9685
                                  New Orleans, LA 70170



Exhibit A

T: (504) 509-5023
Email: williammost@gmail.com
david.lanser@gmail.com

**CERTIFICATE OF SERVICE**

The foregoing document was served on counsel for all parties via electronic mail on July 13, 2024.

/s/ *William Most*
William Most