UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. )<br>)<br>　　Plaintiff, )<br>　v. )<br>)<br>MICHAEL WRIGHT, in his individual and )<br>official capacities, JACLYN HOTARD, in her )<br>individual and official capacities; and )<br>ST. JOHN THE BAPTIST PARISH; )<br>)<br>　　Defendants. )<br>_____) | Case No. 23-cv-7296 |

**NOTICE OF DEPOSITION (Ardoin and Sexton)**

**TO:**　All Defendants
　　　　Via Counsel Ike Spears

Please take notice that, pursuant to the Federal Rules of Civil Procedure, Plaintiff's counsel will take the depositions of Alesia Ardoin and Gray Sexton via zoom (link as follows: https://us02web.zoom.us/j/85001797199). The depositions will begin with Ms. Ardoin at 1:00 p.m. November 15, 2024, with the deposition of Mr. Sexton to follow immediately after, or at 3:00 p.m. if he is not immediately available.

The depositions will be taken by stenographic means, upon oral examination before an officer authorized by law to take depositions in the State of Louisiana. These depositions may be video recorded. These depositions will be taken for all purposes authorized by the Federal Rules of Civil Procedure. The oral examination will continue until completed. You are invited to attend and exercise such rights to which you are entitled under the law.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]

EXHIBIT B

1

Thank you,

/s/ *William Most*
William Most, (La. Bar No. 36914)
David Lanser (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
T: (504) 533-4521
F: (504) 414-6400
Email: williammost@gmail.com
david.lanser@gmail.com

**CERTIFICATE OF SERVICE**

The foregoing document was served on counsel for all parties via electronic mail on November 6, 2024.

/s/ *William Most*
William Most

2