6UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D. )
 )
    Plaintiff, )
v. ) Case No. 23-cv-7296
 )
MICHAEL WRIGHT, in his individual and )
official capacities, JACLYN HOTARD, in her )
individual and official capacities; and )
ST. JOHN THE BAPTIST PARISH; )
 )
    Defendants. )
 )

**NOTICE OF DEPOSITION**

**TO:**  All Defendants
      Via Counsel Ike Spears

Please take notice that, pursuant to the Federal Rules of Civil Procedure, Plaintiff's counsel will take the depositions of Mallory A. Guillot and Carolyn Abadie Landry via zoom (with link to follow via email). The depositions will begin with Mallory A. Guillot at 10:00 a.m. November 15, 2024. The deposition of Carolyn Abadie Landry will take place on November 18, 2024 at 1:00 p.m..

The depositions will be taken by stenographic means, upon oral examination before an officer authorized by law to take depositions in the State of Louisiana. These depositions may be video recorded. These depositions will be taken for all purposes authorized by the Federal Rules of Civil Procedure. The oral examination will continue until completed. You are invited to attend and exercise such rights to which you are entitled under the law.

**Friday 10:00am (Guillot)**

https://us02web.zoom.us/j/85849834911?pwd=C78Pxv6xdKeygzBuq9R6nfPPhDfl0M.1

**Monday 1:00pm (Landry)** https://us02web.zoom.us/j/84917136547

EXHIBIT C

1

Thank you,

/s/ *William Most*
William Most, (La. Bar No. 36914)
David Lanser (La. Bar No. 37764)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
T: (504) 533-4521
F: (504) 414-6400
Email: williammost@gmail.com
david.lanser@gmail.com

## CERTIFICATE OF SERVICE

The foregoing document was served on counsel for all parties via electronic mail on November 12, 2024.

/s/ *William Most*
William Most