Outlook

## Defense Witness - Lynda Van Davis Greenstone

**From** Alexandra Conlay <alexandra@spearslaw.com>
**Date** Wed 11/6/2024 3:54 PM
**To**   William Most <williammost@gmail.com>
**Cc**   David Lanser <david.lanser@gmail.com>; ikespears@gmail.com <ikespears@gmail.com>; Ike Spears <ike@spearslaw.com>

Good afternoon Mr. Most,

Please be advised that Mr. Spears has decided not to call Lynda Van Davis Greenstone as a witness. We will be striking her from our Witness List.

Thank you,
Allie Conlay

EXHIBIT D-1

 Outlook

### Re: Nov. 8, 1:00pm Depositon

**From** William Most <williammost@gmail.com>
**Date** Wed 11/6/2024 4:10 PM
**To** lynda@tulanebroad.com <lynda@tulanebroad.com>
**Cc** Ike Spears <ikespears@gmail.com>; Alexandra Conlay <alexandra@spearslaw.com>; David Lanser <david.lanser@gmail.com>; Veronica Barnes <veronicasuzannebarnes@gmail.com>

Lynda,

Defendants have decided to withdraw you as a witness. But given the fact that they identified you as a person with relevant knowledge, we intend to proceed with the deposition. I do not expect it to be lengthy.

Thank you,

William

On Mon, Oct 28, 2024 at 3:26 PM William Most <williammost@gmail.com> wrote:
> Lynda,
>
> Thank you for speaking with me earlier. As I mentioned, you have been identified as a witness by Defendants in *Banner v. Wright*, a civil case in federal court. Attached is the operative complaint and the witness list identifying you.
>
> Attached also is a subpoena for a deposition via Zoom on November 8, 2024, at 1:00pm. The Zoom link is also here: https://us02web.zoom.us/j/89804148296 You agreed to accept service via email in our call.
>
> I have cc:ed defendants' counsel here.
>
> If you have any questions, please don't hesitate to reach out.
>
> Thank you,
>
> William Most
>
> --
> William Most
> Most & Associates
> mostandassociates.com
> (504) 509-5023

EXHIBIT D-2