**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Considering Plaintiff's *Motion to Exclude Defendants' Attorney-Expert Under Daubert*, the motion is **GRANTED**. Defendants' proffered expert, Richard Stanley, shall not testify at the trial of this matter.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**