**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOY BANNER, Ph.D.**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 23-7296**

**MICHAEL WRIGHT, individually and in official**         **SECTION: "G"(4)**
**capacity, et al.**

### Notice of Submission Date

Plaintiff's *Motion to Exclude Defendants' Attorney-Expert Under Daubert* shall be

submitted on December 11, 2024.

                                        Respectfully submitted,

                                        /s/ *William Most*
                                        William Most, 36914
                                        David Lanser, 37764
                                        MOST & ASSOCIATES
                                        201 St. Charles Ave., Ste. 2500, #9685
                                        New Orleans, LA 70170
                                        Telephone: (504) 509-5023
                                        Telephone: (504) 533-4521
                                        Fax: (504) 414-6400
                                        williammost@gmail.com
                                        david.lanser@gmail.com

                                        *Counsel for Plaintiff*