UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Dr. Joy Banner, Ph.D, who files this *Motion for Partial Summary Judgment* on her claim of violation of Louisiana's Open Meetings Law.

As described in the attached memorandum, Defendants prevented Plaintiff from participating in public comment at a public meeting, violating Louisiana's Open Meetings Law. There are no disputed facts regarding this violation and therefore summary judgment should issue.

WHEREFORE, for the reasons stated in the attached memorandum, Plaintiff Dr. Joy Banner, Ph.D asks this Court to grant her *Motion for Partial Summary Judgment*.

Respectfully submitted,

/s/ *David Lanser*
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400
Email: david.lanser@gmail.com
         williammost@gmail.com

*Attorneys for Plaintiff Joy Banner, Ph.D*