UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

NOW INTO COURT, through counsel, comes Plaintiff Joy Banner who, pursuant to Local Rule 56.1, presents the following facts which are not disputed in this litigation:

1) The St. John the Baptist Parish Council is a public body subject to Louisiana's Open Meetings Law.

2) The St. John the Baptist Parish Council held a public meeting on November 28, 2023.

3) Michael Wright was elected as a councilmember in 2011 and has presided over at least dozens of meetings in the capacity as Council chairman.

4) Michael Wright was the council chair at the November 28, 2023 meeting.

5) Item J on the November 28, 2023 meeting agenda read:

"J) Jaclyn Hotard – Authorization to retain Legal Service with the Law Firm, R. Gray Sexton, as special Counsel, to perform services related to Ethics Laws subject to the restrictions imposed by the State of Louisiana regarding Ethics Procedures and at the rate in accordance with the Attorney General Guidelines per statute."

6) Agenda Item J was an item subject to a vote.

7) Joy Banner attempted to make a public comment on Agenda Item J.

8) Michael Wright then banged his gavel and stated "I'm going to ask for order. I – I'm taking the floor right now. Ms. Banner, I'm going to ask you to please hold on your public comment."

1

9) Following a back-and-forth about whether the comment was on topic, Jaclyn Hotard stated "Chairman, Mr. Chairman, I'm going to ask you stop this comment. That is completely false."

10) Jaclyn Hotard then stated "Ms. Banner, first of all you're in violation of State law right now."

11) Michael Wright then took the floor and stated "I'm going to read RS 42:1141 that I want to make sure the Council is aware of also. 'It shall be a misdemeanor punishable by a fine of not more than $2000 or imprisonment for not more than one year or both for any member of the Board of Ethics, it's Executive Secretary, other employee or any other person other than the person who is subject to the investigation or complaint to make public the testimony taken at a private investigation or private hearing of the Board of Ethics or to make any public statement or give out any information concerning a private investigation, private hearing of the Board of Ethics without the written request of the public servant or other person investigated."

12) Michael Wright has never read a criminal statute aloud during public comment, except for the November 28, 2023 meeting.

Respectfully submitted,

/s/ *Dave Lanser*
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400
Email: david.lanser@gmail.com
       williammost@gmail.com
*Attorneys for Plaintiff Joy Banner, Ph.D*