UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**  CIVIL ACTION

**VERSUS**  NO:   23-7296

**MICHAEL WRIGHT, individually and in official capacity, et al.**  SECTION: "G" (4)

## ORDER

Before the Court is Plaintiff's **Motion to Clarify Order on Motion to Quash (R. Doc. 55)**, requesting that the Court modify its written order on the Motion to Quash. *See* R. Doc. 46. The Motion is Opposed. R. Doc. 56.

Plaintiff alleges that non-party Darla Gaudet's counsel admitted that Ms. Gaudet owned property that is relevant to the controversy in this matter during the Court's hearing on Ms. Gaudet's Motion to Quash. R. Doc. 55-1 at 1-2. Plaintiff further alleges that the Court directed Ms. Gaudet to provide information about the percentage of her ownership in Gaumet Holdings, LLC, the company that purportedly owns this property. *Id*. This instruction was not included in the Court's written Order regarding Ms. Gaudet's *in camera* production following the hearing. *See* R. Doc. 46. *See also* R. Doc. 52. Plaintiff requests that the Court modify its written order on the Motion to Quash to include an instruction for Ms. Gaudet to produce her percentage of ownership in Gaumet Holdings, LLC, to the Plaintiff. R. Doc. 55.

Ms. Gaudet opposes Plaintiff's request to modify and has refused to produce the requested information to date. R. Doc. 56. Ms. Gaudet contends that the portion of the transcript relied upon by Plaintiff's counsel was the Court's deliberation, not an oral order to the parties. R. Doc. 56-1 at 2. Therefore, Ms. Gaudet contends that the request to modify should be denied. *Id.* at 4.

Upon review of the transcript, the Court's oral instructions at the hearing on this matter did not include an order for Ms. Gaudet to produce the percentages of her ownership in Gaumet

Holdings, LLC. *See* R. Doc. 55-4. The Court discussed the possibility of including such an instruction in its final order on the Motion to Quash but did not reach a decision on that issue. *Id.* Instead, the Court ordered Ms. Gaudet to provide responsive documents regarding this issue for *in camera* review. *Id.* The Court similarly did not instruct Ms. Gaudet to provide this information in either of the written Orders following the hearing, which concerned Ms. Gaudet's *in camera* production. *See* R. Doc. 46. *See also* R. Doc. 52. The request is therefore denied.

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion to Clarify Order on Motion to Quash (R. Doc. 55)** is **DENIED.**

New Orleans, Louisiana, this 3rd day of December 2024.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**