UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.

    Plaintiff,

v.

MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH.

    Defendants.

Case No. 23-cv-7296

EXPARTE CONSENT MOTION
TO MODIFY THE ORDER DENYING DARLA GAUDET'S MOTION QUASH DEPOSITION SUBPOENA AND SUBPOENA DUCES TECUM

With the consent of William Most, counsel for Plaintiff, Joy Banner and, Ike Spears, counsel for defendants Michael Wright, Jaclyn Hotard and St. John Baptist Parish, Richard J. Tomeny, Jr., attorney for Darla Gaudet hereby moves this Honorable Court, to Modify the Order (R.Doc 80) denying the Motion to Quash (R. Doc.40) filed by non-party Darla Gaudet to provide that "Darla Gaudet be deposed no later than fifteen days (15) from the signing of the order" following reasons to wit:

1. The Order (R.Doc 80) was signed on December 3, 2024. The Order (R.Doc 80) requires that Darla Gaudet be deposed no later than ten (10) days from the signing of the Order, or by Friday December 13, 2024.

2. All counsel conferred by email on December 3, 2024, to schedule the deposition of Darla Gaudet as provided in the Order.

3. Because of conflicts in schedules caused by previously scheduled matters, all counsel agreed that additional time was needed to schedule the deposition of Darla Gaudet at a time mutually acceptable to all counsel.

4. Counsel have agreed that Darla Gaudet will be deposed via zoom conference on Tuesday December 17, 2024.

5. Accordingly, by consent, all Counsel seek an Amended Order modifying the Order (R.Doc 80) denying the Motion to Quash (R. Doc.40) filed by non-party Darla Gaudet to provide that "Darla Gaudet be deposed no later than  fifteen days (15) from the signing of the order."

6. Other than the extension of time to depose Darla Gaudet as provided herein, the Order (R.Doc 80) denying the Motion to Quash (R. Doc.40) filed by non-party Darla Gaudet is unchanged and will remain in full force and effect.

WHEREFORE, considering the above and forgoing, and with the consent of all counsel, Darla Gaudet moves the Court to modifying the Order (R.Doc 80) denying the Motion to Quash (R. Doc.40) filed by non-party Darla Gaudet to provide that "Darla Gaudet be deposed no later than  fifteen days (15) from the signing of the order."

Respectfully Submitted,

*Richard J Tomeny Jr.*

Richard J. Tomeny, Jr., La. Bar No. 12852
Two United Plaza
8550 United Plaza Boulevard, Suite 702
Baton Rouge, Louisiana, 70809
Telephone: (225) 334-8080
Fax: (225) 758-9050
Email:  rtomeny@tomenylaw.com.

**Attorney for Darla Gaudet**

CERTIFICATE OF COMPLIANCE WITH
FEDERAL RULES OF CIVIL PROCEDURE 26(C) (1)

I hereby certify that on December 3rd, 2024, the undersigned, and William Most, counsel for the plaintiff, Joy Banner, and Ike Spears counsel for defendants Michael Wright, Jaclyn Hotard and St. John Baptist Parish conferred, via emails, and made a good faith effort to resolve the issues related to the plaintiff's discovery requests. The parties were able to amicably resolve the scheduling conflicts as provided herein. Accordingly, as set forth in this motion, court action is required to modify the Order (R.Doc 80) as prayed.

*Richard J Tomeny Jr.*

Richard J. Tomeny, Jr., La. Bar No. 12852

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, a true and correct copy of the foregoing Exparte Consent Motion to Modify the Order Denying Darla Gaudet's Motion Quash Deposition Subpoena and Subpoena Duces Tecum was served on all counsel of record via email and via e filing notice from the Unites States District Court for the Eastern District of Louisiana.

*Richard J Tomeny Jr.*

Richard J. Tomeny, Jr., La. Bar No. 12852