UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.

    Plaintiff,

v.                                             Case No. 23-cv-7296

MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH.

    Defendants.

ORDER GRANTING
EXPARTE CONSENT MOTION
TO MODIFY THE ORDER DENYING DARLA GAUDET'S MOTION QUASH
DEPOSITION SUBPOENA AND SUBPOENA DUCES TECUM

Considering the Exparte Motion to Modify the Order (R.Doc 80) Denying Darla Gaudet's Motion to Quash Deposition subpoena and Subpoena Duces Tecum and by and with the consent of all counsel.

The Exparte Consent Motion be and the same is hereby **Granted**.

**It is further ordered** that the Order (R.Doc 80) denying the Motion to Quash (R. Doc.40) filed by non-party Darla Gaudet is amended and modify to provide that "Darla Gaudet be deposed no later than  fifteen days (15) from the signing of the Order. (R.Doc 80)."

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE