UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### UNOBJECTED TO MOTION TO STRIKE AND REPLACE

NOW INTO COURT, through counsel, comes Plaintiff Joy Banner who, files this *Motion to Strike a Replace* her *Motion for Partial Summary Judgment* (R. Doc. 77) and attachments in order to correct a deficiency.

Plaintiff filed her *Motion for Partial Summary Judgment* on November 26, 2024. R. Doc. 77. The Motion included a statement of undisputed facts. R. Doc. 77-2. As pointed out in Defendants' December 3, 2024 Opposition, Plaintiff neglected to include citations to the record for the undisputed facts. R. Doc. 79. Plaintiff's omission was inadvertent and now she requests this Court to allow her to re-file with the correct citations. Plaintiff would not oppose a corresponding extension of time to allow Defendants to respond to the corrected version, so as to not prejudice them.

Defendants' counsel was contacted prior to filing and they noted that they do not object to this filing.

WHEREFORE, Plaintiff asks this Court to strike her *Motion for Partial Summary Judgment* (R. Doc. 77) and replace with the attached.

1

Respectfully submitted,

/s/ *Dave Lanser*
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400
Email: david.lanser@gmail.com
          williammost@gmail.com
*Attorneys for Plaintiff Joy Banner, Ph.D*