UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**ORDER**

Considering the foregoing *Unobjected to Motion to Strike and Replace* filed by Plaintiff Joy Banner, Ph.D.,

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff's original *Motion for Partial Summary Judgment* (R. Doc. 77) and attachments are hereby stricken from the record are replaced with the attachments to her *Unobjected to Motion to Strike and Replace*.

IT IS FURTHER ORDERED that Defendants have until _____ to file a responsive pleading to Plaintiff's Motion.

Signed this ____ day of December, 2024 in New Orleans, LA.

_____

1