### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH** | **SECTION: "G" (4)** |

### <u>ORDER</u>

Before the Court is non-party Darla Gaudet's **Consent Motion to Modify the Order Denying Darla Gaudet's Motion to Quash (R. Doc. 84)**, requesting that the Court extend the deadline for the parties to depose Ms. Gaudet from ten days of the Court's prior Order (R. Doc. 80) to fifteen days. Counsel asserts that the parties were unable to schedule Ms. Gaudet's deposition within the ten-day timeline set by the Court's Order due to conflicts from previously scheduled matters. R. Doc. 82 at 1-2. However, counsel asserts that all parties have agreed that Darla Gaudet is available for deposition via zoom on December 17, 2024. *Id.*

Accordingly,

**IT IS ORDERED** that non-party Darla Gaudet's **Consent Motion to Modify the Order Denying Darla Gaudet's Motion to Quash (R. Doc. 84)** is **GRANTED,** and that the deadline for Ms. Gaudet's deposition is extended from ten (10) days of the Court's prior Order (R. Doc. 80) to fifteen (15) days from the Court's prior Order (R. Doc. 80).

New Orleans, Louisiana, this 5th day of December 2024.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**