UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOY BANNER, Ph.D.**<br>**Plaintiff** | * | |
| | * | |
| | * | **Case No. 23-cv-7296** |
| **VERSUS** | * | |
| | * | **Judge Nannette J. Brown** |
| | * | |
| **MICHAEL WRIGHT, in his individual and** | * | **Magistrate Judge Karen W.** |
| **official capacities, JACLYN HOTARD, in her** | * | **Roby** |
| **individual and official capacities, and** | * | |
| **ST. JOHN THE BAPTIST PARISH;** | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' STATEMENT OF UNCONTESTED FACTS

Pursuant to Local Rule 56.1, Defendants Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), respectfully submit the following Statement of Uncontested Facts in conjunction with their Motion for Partial Summary Judgment. Defendants submit that the following material facts are not genuinely contested:

1. A Louisiana State Court of Appeals has already held that the Defendants did not violate the Open Meetings Law during the November, 28, 2023 Parish Council Meeting and had set reasonable rules and restrictions on its public comment period —specifically, three minutes (3) and on agenda items only — as allowed by law and that La. R.S. 42:14 (D) does not specify how the public comment period must be structured except that it must be prior to voting on agenda items. [1]

2. During the November 28, 2023, St. John the Baptist Parish Council Meeting, (hereinafter "Parish Council Meeting"), the Plaintiff Joy Banner, Ph. D., (hereinafter "Plaintiff"), was allowed to speak for more than five (5) minutes during the meeting's public comment period, prior to any vote taken by the Parish Council. [2]

---

[1] See *Rec. Doc. 62*, Exhibit A, the Louisiana Court of Appeals, Fifth Circuit's ruling in *Shondrell Perrilloux v. St. John the Baptist Parish Government by and through its Parish Council of St. John the Baptist Parish, No. 24-CA-280,* (October 18, 2024).

[2] Rec. Doc. 43-1, Joint Stipulation of All Parties Regarding Meeting Transcript.

3. During the Parish Council Meeting's public comment period, the Plaintiff was allowed to speak until she voluntarily stopped speaking and walked away from the lectern; she was not forcibly removed by the Defendants. [3]

4. In his professional capacity, as Parish Council Chairman, Michael Wright's job is to make sure comments stay on agenda items and maintains order and decorum during Parish Council Meetings. [4]

5. The Agenda Item "J" at November 28, 2023 Parish Council Meeting, that Plaintiff purported to comment on, was about a general agreement to retain special counsel to perform services related to ethics laws not about a specific ethics complaint; additionally, the legal services of R. Gray Sexton was up for consideration for more than one ethical complaint. [5]

6. Council President's Jaclyn Hotard's name was next to Agenda Item "J" for the November 28, 2023 Parish Council meeting, not because she was the alleged subject of the agenda item but because St. John the Baptist Parish's Council Charter designates the Council President as the chief elected official in charge of the day to day operations and therefore, generally her name is and will be on most of the agenda items-sponsoring them. [6]

7. Plaintiff's public comment at the November 28, 2023 Parish Council Meeting included factual contents of her Louisiana Board of Ethics complaint against Council President Jaclyn Hotard and therefore, her comment was not on topic. [7]

---

[3] *Rec. Doc.* 43-1, pp. 4-8; Joint Stipulation of All Parties Regarding Meeting Transcript.
[4] *Rec. Doc. 39-4,* pp. 42 Deposition Transcript of Defendant, Council Chairman Michael Wright.
[5] *Rec. Doc. 39-4, pp. 29. Deposition Transcript of Defendant, Council Chairman Michael Wright; also see* Rec. Doc. 39-5, pp. 55, 91; Deposition Transcript of Defendant, Council President Jaclyn Hotard.
[6] *Rec. Doc. 39-5, pp. 20 and 54;* Deposition Transcript of Defendant, Council President Jaclyn Hotard.
[7] *Rec. Doc. 39-5, pp. 100- 101*; Deposition Transcript of Defendant, Council President Jaclyn Hotard.