UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. <br>     Plaintiff <br><br> VERSUS <br><br> MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities, and ST. JOHN THE BAPTIST PARISH; <br>     Defendants. | Case No. 23-cv-7296 <br><br> Judge Nannette J. Brown <br><br> Magistrate Judge Karen W. Roby |

*************************************************************************

## ORDER

Considering the above and foregoing;

**IT IS ORDERED** that Defendants' Motion for Partial Summary Judgment is **GRANTED**.

New Orleans, Louisiana, this \_\_\_\_ day of _____, \_\_\_\_.

_____
**NANETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**