UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## MOTION TO STRIKE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through counsel, comes Plaintiff Joy Banner who files this memorandum in support of her *Motion to Strike Defendants' Motion for Partial Summary Judgment*.

For the reasons stated in the attached memorandum, Defendants' motion is untimely and should be stricken from the record.

WHEREFORE, Plaintiff asks this court to strike the *Defendants' Motion for Partial Summary Judgment* from the record.

Respectfully submitted,

/s/ *Dave Lanser*_____
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400
Email: david.lanser@gmail.com
           williammost@gmail.com

*Attorneys for Plaintiff Joy Banner, Ph.D*

1