UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Considering Plaintiff's *Motion to Strike Defendants' Motion for Partial Summary Judgment*, the motion is **GRANTED**. Defendants' *Motion for Partial Summary Judgment* will be struck from the record of the Court.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2024.

_____

**JUDGE**
**UNITED STATES DISTRICT COURT**