UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br>    Plaintiff | *<br>*<br>*  Case No. 23-cv-7296 |
| VERSUS | *<br>*  Judge Nannette J. Brown<br>* |
| MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;<br>    Defendants. | *  Magistrate Judge Karen W.<br>*  Roby<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE
## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who file this Motion for Leave seeking to file a Motion for Partial Summary Judgment.[1]

Federal Rule of Civil Procedure 56 provides that "unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." In this matter, discovery closed on November 18, 2024.[2] Defendants timely filed their Motion for Partial Summary Judgment with respect to Fed. R. Civ. P. 56. Defendants interpreted this Honorable Court's Scheduling Order to be silent with respect to motions for summary judgment, therefore Defendants followed the time to file summary judgment provided by Fed. R. Civ. P. 56(b).

---

[1] R. Doc. 87
[2] R. Doc. 13

Defendants would be unduly prejudiced should the Court grant Plaintiff's Motion to Strike.[3] Plaintiff, however, suffers no prejudice by Defendants' filing. Trial in this matter is scheduled on January 27, 2025.[4] Defendants' Motion for Partial Summary Judgment was filed fifty-two (52) days prior to commencement of trial. Additionally, Defendants filed their motion thirty-three (33) days before the noticed submission date of January 8, 2025. Should this Court enforce the December 11, 2024 submission date cited by Plaintiff's Motion to Strike, Defendants would have no objection and would consent to granting Plaintiff additional time if needed to respond to Defendants' Motion for Partial Summary Judgment.

Based on the aforementioned, the Defendants respectfully request that this Honorable Court grant the instant Motion for Leave to File Defendants Motion for Partial Summary Judgment, to deny Plaintiff's Motion to Strike, and to grant Plaintiff additional time to file a Reply to Defendants' Motion for Partial Summary Judgment.

Respectfully Submitted,

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:    (504) 593-9500
Telecopier:    (504) 523-7766
E-mail:ikespears@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on December 10, 2024.

/s/ *Ike Spears*
Ike Spears

---

[3] R. Doc. 88
[4] R. Doc. 13