UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D.<br>    Plaintiff | * * * | |
| | * | Case No. 23-cv-7296 |
| VERSUS | * | |
| | * | Judge Nannette J. Brown |
| | * | |
| MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;<br>    Defendants. | * * * * * * | Magistrate Judge Karen W. Roby |

## ORDER

Having considered Defendants' Motion for Leave and the arguments in support thereof, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants proposed pleadings shall be filed into the record.

This _____ day of _____, 2024.

_____