UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | |
|     Plaintiff | * | |
| | * | Case No. 23-cv-7296 |
| VERSUS | * | |
| | * | Judge Nannette J. Brown |
| | * | |
| MICHAEL WRIGHT, in his individual and | * | Magistrate Judge Karen W. |
| official capacities, JACLYN HOTARD, in her | * | Roby |
| individual and official capacities; and | * | |
| ST. JOHN THE BAPTIST PARISH; | * | |
|     Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

NOW INTO COURT, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who oppose Plaintiff's Motion to Strike Defendants' Motion for Partial Summary Judgment for the reasons herein.

Defendants filed a Motion for Partial Summary Judgment on December 6, 2024.[1] Federal Rule of Civil Procedure 56 provides that "unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." In this matter, discovery closed on November 18, 2024.[2] Defendants timely filed their Motion for Partial Summary Judgment with respect to the federal rule. Defendants interpreted this Honorable Court's Scheduling Order to be silent with respect to

---

[1] R. Doc. 87
[2] R. Doc. 13

motions for summary judgment, therefore Defendants followed the time to file summary judgment provided by Fed. R. Civ. P. 56(b).

Plaintiff is not prejudiced by Defendants' filing. Defendants filed their motion thirty-three (33) days before the noticed submission date of January 8, 2025. Should this Court enforce the December 11, 2024 submission date cited by Plaintiff's Motion to Strike, Defendants would have no objection and would consent to granting Plaintiff additional time if needed to respond to Defendants' Motion for Partial Summary Judgment.

Of note, with respect to Plaintiff's Motion for Partial Summary Judgment, Plaintiff failed to include citations to the record for the undisputed facts.[3] Defendants pointed out Plaintiff's omission in their Opposition to Plaintiff's Motion for Partial Summary Judgment.[4] Plaintiff's counsel reached out to Defendants' counsel requesting counsel's consent for Plaintiff to file a Motion to Strike and Replace in order to correct her omission, an omission which was in violation of this Court's Scheduling Order, Local Rules, and Federal Rules with respect to motions for summary judgment. Counsel for Defendants extended professional courtesy and consented to Plaintiff's filing.[5]

For these reasons, Defendants respectfully request this Court deny Plaintiff's Motion to Strike.

Respectfully Submitted,

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:    (504) 593-9500
Telecopier:   (504) 523-7766
E-mail: ikespears@gmail.com

---

[3] R. Doc. 77
[4] R. Doc. 79
[5] R. Doc. 85

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on December 10, 2024.

/s/ *Ike Spears*
Ike Spears