# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## MOTION FOR SANCTIONS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner who files this motion requesting this Court to sanction Defendant Jaclyn Hotard for her failure to produce discovery and for lying under oath.

As described more fully in the attached memorandum, Plaintiff requested in discovery correspondence between Defendant Hotard and her mother-in-law, Darla Gaudet. Plaintiff responded that no such documents exist. But Plaintiff has since obtained directly responsive correspondence through a subpoena which not only shows that Defendant Hotard was untruthful in her discovery response, but also in her sworn deposition testimony.

Plaintiff requests attorneys fees and the ability to re-depose Defendant Hotard on the specific discovery topics as a sanction for her behavior.

WHEREFORE Plaintiff Joy Banner requests that this Court sanction Defendant Jaclyn Hotard by 1) awarding attorneys fees, and 2) re-opening her deposition.

Respectfully submitted,

/s/ *Dave Lanser*
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400

1

Email:
david.lanser@gmail.com
williammost@gmail.com
*Attorneys for Plaintiff Joy Banner, Ph.D*