UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**ORDER**

Considering the foregoing *Motion for Sanctions* filed by Plaintiff Joy Banner, IT IS HEREBY ORDERED that the Motion is GRANTED. Within ten days of this order, Defendant Hotard shall submit to a deposition at Defendant Hotard's expense. The scope of the deposition shall be the topics raised in the documents produced by Darla Gaudet.

Furthermore, within twenty-one days of this Order, Plaintiffs shall submit a fee petition for the reasonable attorneys fees incurred in obtaining discovery from Darla Gaudet, preparing and filing their Motion for Sanctions, and conducting the re-opened deposition of Defendant Hotard.

Signed this \_\_\_\_ day of _____, 2024

_____