UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. <br>     Plaintiff <br><br> VERSUS <br><br><br> MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH; <br>     Defendants. | Case No. 23-cv-7296 <br><br> Judge Nannette J. Brown <br><br> Magistrate Judge Karen W. Roby |

**************************************************************************

### DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS TO JACLYN HOTARD

NOW INTO COURT comes Defendant, JACLYN HOTARD, in her individual and personal capacities, through undersigned counsel, who respectfully answers the Third Set of Discovery Requests propounded by Petitioner, JOY BANNER, Ph.D, as follows.

### GENERAL OBJECTIONS

Defendant JACLYN HOTARD incorporates and re-urges any and all general objections set forth in her previous responses to Plaintiff's discovery requests.

Notwithstanding said objections, and without waiving any and/or all of the above stated objections, and; further, subject to any and all of the above stated objections, Defendant answers as follows:

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION No. 4:**

At the November 28, 2023 St. John the Baptist Parish Council meeting, you asked Chairman Wright to "establish order in the council room" while Dr. Banner was attempting to speak.

RESPONSE TO REQUEST FOR ADMISSION No. 4:

Denied as written.

**REQUEST FOR ADMISSION No. 5:**

At the November 28, 2023 St. John the Baptist Parish Council meeting, you asked Chairman Wright to "stop" Dr. Banner's public comment.

RESPONSE TO REQUEST FOR ADMISSION No. 5:

Denied as written.

**REQUEST FOR ADMISSION No. 6:**

At the November 28, 2023 St. John the Baptist Parish Council meeting, you asked Chairman Wright to "stop" Dr. Banner's public comment because it was "completely false."

RESPONSE TO REQUEST FOR ADMISSION No. 6:

Denied as written.

**REQUEST FOR ADMISSION No. 7:**

At the November 28, 2023 St. John the Baptist Parish Council meeting, you told Dr. Banner that she was in violation of state law.

RESPONSE TO REQUEST FOR ADMISSION No. 7:

Denied as written.

**REQUEST FOR ADMISSION No. 8:**

Your actions described in RFAs 4 to 7 constituted a threat of prosecution towards Dr. Banner.

RESPONSE TO REQUEST FOR ADMISSION No. 8:

Denied as written.

**REQUEST FOR ADMISSION No. 9:**

Your threat to Dr. Banner would chill a person of ordinary firmness from continuing to engage in her activity.

RESPONSE TO REQUEST FOR ADMISSION No. 9:

Denied as written.

**REQUEST FOR ADMISSION No. 10:**

Your threat to Dr. Banner was designed to silence the viewpoint she was expressing.

RESPONSE TO REQUEST FOR ADMISSION No. 10:

Denied as written.

**REQUEST FOR ADMISSION No. 11:**

Your threat to Dr. Banner would chill a person of ordinary firmness from continuing to engage in her activity.

RESPONSE TO REQUEST FOR ADMISSION No. 11:

Denied as written.

**REQUEST FOR ADMISSION No. 12:**

If Dr. Banner had spoke on a different topic or from a different viewpoint, you would not have asked Chairman Wright to intervene during her comment period.

RESPONSE TO REQUEST FOR ADMISSION No. 12:

Denied as written.

**REQUEST FOR ADMISSION No. 13:**

Dr. Banner filed an ethics charge against you.

RESPONSE TO REQUEST FOR ADMISSION No. 13:

Admitted.

**REQUEST FOR ADMISSION No. 14:**

You asked Chairman Wright to intervene during Dr. Banner's comment because she was speaking about the ethics charge.

RESPONSE TO REQUEST FOR ADMISSION No. 14:

Denied as written.

**REQUEST FOR ADMISSION No. 15:**

Dr. Banner was prevented from making her intended comment on Agenda Item J at the November 28, 2023 St. John the Baptist Parish Council meeting.

RESPONSE TO REQUEST FOR ADMISSION No. 15:

Denied as written.

**REQUEST FOR ADMISSION No. 16:**

You were acting at the November 28, 2023 Parish Council meeting in your capacity as Parish President.

RESPONSE TO REQUEST FOR ADMISSION No. 16:

Admitted.

**REQUEST FOR ADMISSION No. 17:**

As Parish President, you are a final policymaker for St. John the Baptist Parish.

RESPONSE TO REQUEST FOR ADMISSION No. 17:

Denied as written.

**REQUEST FOR ADMISSION No. 18:**

You were acting under the color of law at the November 28, 2023 Parish Council meeting and within the course and scope of your employment as Parish President.

RESPONSE TO REQUEST FOR ADMISSION No. 18:

Admitted.

**REQUEST FOR ADMISSION No. 19:**

Dr. Banner was not in violation of any law with her public comment at the November 28, 2023 Parish Council meeting.

RESPONSE TO REQUEST FOR ADMISSION No. 19:

Denied as written.

## INTERROGATORIES

**REQUEST FOR PRODUCTION No. 5:**

All correspondence, including emails and text messages, with Darla Gaudet regarding Dr. Joy Banner, The Descendants Project, Greenfield Louisiana LLC, the Greenfield grain elevator project, or the property owned by Gaumet Holdings, LLC in the vicinity of the Greenfield grain elevator project.

RESPONSE TO REQUEST FOR PRODUCTION No. 5:

No such documents exist.

[Signatures on following page]

Respectfully Submitted,

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:   (504) 593-9500
Telecopier:  (504) 523-7766
E-mail: ikespears@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was served on attorney of records William Most via electronic mail on July 2, 2024.

/s/ *Ike Spears*
Ike Spears

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY BANNER, Ph.D. | * | |
|     Plaintiff | * | |
| | * | Case No. 23-cv-7296 |
| VERSUS | * | |
| | * | Judge Nannette J. Brown |
| | * | |
| MICHAEL WRIGHT, in his individual and | * | Magistrate Judge Karen W. |
| official capacities, JACLYN HOTARD, in her | * | Roby |
| individual and official capacities; and | * | |
| ST. JOHN THE BAPTIST PARISH; | * | |
|     Defendants. | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS TO JACLYN HOTARD</u>

## <u>VERIFICATION</u>

I do hereby certify, under penalty of perjury, that the foregoing answers to Plaintiff's Third Set of Discovery Requests are true and correct to the best of my knowledge and belief.

_____
Jaclyn Hotard       Date