CONFIDENTIAL DOCUMENT



Bates # 00094

Case 2:23-cv-07296-NJB-KWR        Darla Gaudet Document. Text October 16, 2023



**2:10**

New iMessage          Cancel

To: Jaclyn Hotard

I own 1 track and a small track so I WTF

Exactly

How are they saying the property value will increase when Joy said it'll increase the value.

Exactly

I'm still steaming pissed. I mad I told her ass anything but to let



iMessage

Bates # 00095

CONFIDENTIAL DOCUMENT



**To: Jaclyn Hotard**

I'm still steaming pissed. I mad I told her ass anything but to let them say I violated the ethics code. I've been doing this 20 years and haven't violated it yet don't plan on starting today.

I know you were pissed and you not the only one!! I bought that property long be-fore they purchased it and I tried to buy the



iMessage

Bates # 00096

CONFIDENTIAL DOCUMENT



**2:11**

New iMessage        Cancel

To: Jaclyn Hotard

starting today.

I know you were pissed and you not the only one!! I bought that property long be-fore  they purchased it and I tried to buy the damn property years ago . So that attorney wanted to say that shit and she knows,

Exactly!!! They pulled the documents.



iMessage

Bates # 00097



Bates # 00098