

To: Jaclyn Hotard

Tue, Oct 24 at 7:34 PM



The letter included a map showing multiple properties owned by Gaumet Holdings adjacent to and even within the tract the Parish seeks to rezone, based on a map provided by the Planning Department.

"According to the Louisiana Secretary of State database, Ms. Darla Gaudet, is an officer/manager of this LLC. We understand that Ms. Gaudet is President Hotard's mother-in-law, and also President and CEO of St. John Fleeting," said the letter. "We believe this makes President Hotard's involvement in the attempt to rezone a violation of the Louisiana Code of Ethics."

The letter cited La. R.S. 42:1112(B), which states that "No public servant, except as provided in R.S. 42:1120, shall participate in a transaction involving the government entity in which, to his actual knowledge, any of the following persons has a substantial economic interest: (1) Any member of his immediate family..."





La. R.S. 42:1102(13) defines "immediate family" as including a public servant's spouse and the parents of their spouse.

The letter also defined "transaction involving the government entity," citing La. R.S. 42:1102(23), which states, "[A]ny proceeding, application, submission, request for a ruling





To: Jaclyn Hotard

🔒 lobservateur.com

La. R.S. 42:1102(13) defines "immediate family" as including a public servant's spouse and the parents of their spouse.

The letter also defined "transaction involving the government entity," citing La. R.S. 42:1102(23), which states, "[A]ny proceeding, application, submission, request for a ruling or other determination, contract, claim, case, or other such particular matter which the public servant or former public servant of the governmental entity in question knows or should know: (a) Is, or will be, the subject of action by the governmental entity. (b) Is one to which the governmental entity is or will be a party. (c) Is one in which the governmental entity has a direct interest. A transaction involving the agency of a governmental entity shall have the same meaning with respect to the agency."

If the zoning application is approved,

🔒 lobservateur.com

to which the governmental entity is or will be a party. (c) Is one in which the governmental entity has a direct interest. A transaction involving the agency of a governmental entity shall have the same meaning with respect to the agency."

If the zoning application is approved, Greenfield's last requirement would be securing a permit from the Army Corps of Engineers, who are currently conducting a review indicating adverse effects on five out

iMessage



To: Jaclyn Hotard



> I cannot believe Lora Luquet did not contact me before printing this baseless allegation.





To: Jaclyn Hotard

> Well my take on this bullshit is that I bought the damn property before you became Parish President and when I purchased the property I was under the impression that it was Industrial zoned already so how in the hell does that make it a conflict. It looks like she does not consult anyone before writing a story.



To: Jaclyn Hotard

> Exactly!!!!

> I'm fucking steaming

> I'm going to take deep breaths but I did instruct Baileigh to cancel all advertising with them.

> Well I responded with tactic and diplomacy to you but I am so pissed right now it is not funny. I have had an enough of those 2



**To: Jaclyn Hotard**

> Well I responded with tactic and diplomacy to you but I am so pissed right now it is not funny. I have had an enough of those 2 bitches on the west-bank!! And fuck the paper!!

> You were ver diplomatic. Bridget is pissed also and said you are absolutely correct. The newspaper should have never

To: Jaclyn Hotard

bank!! And fuck the paper!!

You were ver diplomatic. Bridget is pissed also and said you are absolutely correct. The newspaper should have never printed their letter which is purely selfishly motivated.

So it was a letter that they wrote to the newspaper