

2:37

New iMessage                    Cancel

*2023*

To: Jaclyn Hotard

Tue, Dec 5 at 1:44 PM

Proposed grain elevator in St. John Parish faces new hurdle | Environment | nola.com

nola.com



+    iMessage

CONFIDENTIAL DOCUMENT
Text Message December 5, 2023



**2:39**
◀ Messages

🔒 nola.com

# Proposed grain elevator in St. John Parish faces new hurdle; activists allege conflict



St. John the Baptist Parish residents Stephenie Aubert, J... ▲

**BY ROSHAUN HIGGINS | Staff writer**

Updated Dec 5, 2023



The controversy over a proposed grain elevator on St. John Parish's west bank has taken a couple of new twists, with a leading activist saying Parish President Jaclyn Hotard should be recused from the matter because of a conflict of interest, and a recent Parish Council meeting devolving into chaos over the question.

CONFIDENTIAL DOCUMENT          Text Message December 5, 2023



The dispute over the project has reverberated beyond the communities involved since it touches on longstanding environmental justice concerns along the stretch of the Mississippi River between Baton Rouge and New Orleans.



Joy Banner, co-founder of the Descendants Project, a nonprofit that has led the opposition to the grain elevator Greenfields LLC wants to build in Wallace, filed a complaint about Hotard last month with the state Board of Ethics.

Banner's complaint said Hotard's mother-in-law, Darla Gaudet, owns property within the area to be rezoned for the project. If the project is approved, Banner's complaint said, the value of that property will likely go up -- potentially violating a section of state ethics law that bars public officials from participating in transactions in which a member of their family has a "substantial economic interest."



In August, the Parish Council passed a motion to have the zoning of the land in question changed to industrial, which would allow for the grain elevator to be built. The parish's planning staff filled out the rezoning application; Hotard signed off on it in her capacity as parish president. The application was presented to the Planning Commission in October.



Banner said Hotard's action would drive up the value of her mother-in-law's property. At the October meeting of the Planning Commission, Hotard said her action was purely ministerial. She said she was "not at liberty to say no" to signing the application, since it was the council's directive.

Banner's letter to the Ethics Board sparked an ethics probe into Hotard in November. A hearing date is set for Jan. 4.

## A threat of arrest?

CONFIDENTIAL DOCUMENT

Text Message December 5, 2023



## A threat of arrest?

At last week's Parish Council meeting, the simmering dispute was ratcheted up another level when the council took up a vaguely worded motion related to hiring an attorney for an ethics matter.

Banner rose to say that, if approved, the measure would mean hiring a lawyer at public expense to represent Hotard over Banner's ethics complaint. Banner sought to argue that it was a poor use of parish funds.



"We as a community have been deemed the most climate vulnerable in the whole United States, out of 70,000 counties. We are struggling with poverty, with heat; our school systems are deplorable," Banner said in a later interview with The Times-Picayune. "With a community with so many needs, you want us to pay for your mistake?"

Michael Wright, the chairman of the Parish Council, told

CONFIDENTIAL DOCUMENT
Text Message December 5, 2023



Michael Wright, the chairman of the Parish Council, told Banner she could not speak about a pending ethics complaint, invoking an old state law that was found unconstitutional a decade ago.

Wright repeatedly warned Banner she was committing a crime by speaking about the matter and said she could be jailed for doing so. He eventually called for a recess and cleared the council chambers.



"It was traumatizing what happened. I'm just now starting to process it," Banner said a couple of days after the meeting. "It's one thing if they were threatening me with imprisonment, but at least let me say what I needed to say. If you don't want people to have their comments, then you cannot put it on the agenda."

In the end, the Parish Council voted 5-3 to provide the legal counsel called for in the item, never specifying it was for Hotard.



Councilmember Tonia Schnyder voted no, saying she didn't have enough information on why the council would hire special counsel for an ethics investigation. She said she received a legal report from the parish that the item was legally sufficient for discussion in council, but once she asked for more details from the parish administration, she received no response.



## A torturous saga

At the meeting, the parish president and legal counsel both declined to answer why the parish needed to hire a lawyer.

The Descendants Project has been fighting the grain elevator for years, and it has had some success challenging whether the property has the proper zoning for the proposed use.

The zoning was changed from residential to heavy industrial in 1990, when Formosa was planning a

CONFIDENTIAL DOCUMENT

Text Message December 5, 2023



The zoning was changed from residential to heavy industrial in 1990, when Formosa was planning a chemical plant there. That project was ultimately abandoned.

The parish president at the time, Lester Millet Jr., was convicted of money laundering, extortion and racketeering after he was found to have shared in a commission on the sale of the property in exchange for helping to get it rezoned.

The Banner sisters, who founded the Descendants Project, filed suit two years ago to have the 1990 zoning change revoked, saying Millet's corruption should nullify the zoning change.



In August, 40th Judicial District Judge J. Sterling Snowdy ruled the 1990 rezoning wasn't properly approved -- but for other reasons. Snowdy said the zoning change had not been approved first by the Planning Commission, as required under the parish's



In August, 40th Judicial District Judge J. Sterling Snowdy ruled the 1990 rezoning wasn't properly approved -- but for other reasons. Snowdy said the zoning change had not been approved first by the Planning Commission, as required under the parish's charter. As a result, the zoning reverted to residential.

Then, 40th Judicial District Judge Nghana Lewis granted a restraining order sought by the Descendants that prevented the Parish Council from simply changing the zoning of the proposed land from residential to industrial. The council nonetheless voted in late August to "affirm" the 1990 zoning change, which led to the latest rezoning application.

In November, Lewis ordered parish officials to stop, for the time being, the "consideration of, processing of, or any legal action taken whatsoever" to rezone the land. She said her decision was influenced by the content of the parish's rezoning application, which used 1990s zoning maps and marked residential land as agricultural, and was "at best, incomplete, and, at wors[t], dissembling." She also noted that the parish's inability to update its zoning maps to reflect the August ruling "points to a lack of transparency and forthrightness by parish government."







This work is supported with a grant funded by the Walton Family Foundation and administered by the Society of Environmental Journalists.

Email Roshaun Higgins at roshaun.higgins@theadvocate.com.

View on NOLA.com



CONFIDENTIAL DOCUMENT
Text Message December 5, 2023



2:41

New iMessage    Cancel

To: Jaclyn Hotard

nola.com



# Joy Banner told to curtail remarks or risk arrest | The Lens

thelensnola.org

iMessage



2:43
◄ Messages

AA      🔒 thelensnola.org      ↻



☰ Menu

GOVERNMENT & POLITICS

# Joy Banner told to curtail remarks or risk arrest

*Banner planned to ask the council why they were retaining a lawyer to defend its president from personal ethical concerns. But she was interrupted by the council chairman, who cited an invalidated statute and warned her that, if she spoke, she could face criminal prosecution.*

by **Delaney Dryfoos**
December 1, 2023

 Facebook         X





Joy Banner hosts a town hall in LaPlace to discuss leadership
and disaster preparedness in St. John Parish following the
August Marathon Refinery fire. Photo by La'Shance Perry / The
Lens

Tuesday's council meeting in St. John the
Baptist Parish started as usual, with the Lord's
Prayer and the Pledge of Allegiance.

Then the council opened public comment,
before it voted on that evening's agenda.

Each speaker was allotted three minutes

**2:43**

◀ Messages

🔒 thelensnola.org

Last month, Banner, a lifelong resident of the parish, filed a complaint with the Louisiana Board of Ethics about Parish President Jaclyn Hotard, another lifelong resident.

On Tuesday, according to the meeting's <u>agenda</u>, the council was slated to vote on whether the parish should retain a law firm because of Banner's complaint. Banner wanted to address the council about that item, introduced by Hotard herself, according to the agenda, which included the matter as Item J, "Authorization to retain Legal Service ... to perform services related to Ethics Laws."

But Banner had barely begun to speak when Hotard <u>interrupted her</u>. "The agenda item does not bear my name or anything that Ms. Banner is speaking about," she said.

Banner knew first-hand why the board needed a lawyer for "Ethics Laws." Last month, Banner had filed the ethics complaint after discovering that Hotard's mother-in-law could gain financially from her daughter-in-law's actions as parish president.

Yet the dynamic stems from more than a single

**2:43**

◀ Messages

🔒 thelensnola.org 

Yet the dynamic stems from more than a single vote. Two years ago, Joy and her twin sister Jo Banner founded The Descendants Project to advocate for the Black community in Louisiana's river parishes. Since its inception, the nonprofit has been in a legal battle with St. John Parish, over the zoning of a swath of land in Wallace, the Banners' hometown.

Wallace is a historically Black village set in a rural area. Greenfield Louisiana LLC purchased land there with hopes of constructing a grain-export terminal, a massive industrial complex.

At issue is the land's zoning. So far, The Descendants Project has won legal battles to keep the zoning agricultural while the parish council has tried to designate the land as industrial, which would allow the grain terminal to be built.

Recently, Joy Banner discovered ties between Hotard's family and Hotard's actions in office. Hotard's mother-in-law Darla Gaudet is a manager of Gaumet Holdings, LLC, which owns several parcels of land within and adjacent to the Greenfield footprint, the area slated to be rezoned for industrial use.

━━━━━━━━━

**2:43**
◀ Messages



🔒 thelensnola.org

In September, Hotard signed a rezoning
application in support of the change. Banner's
complaint last month identifies Hotard's
participation in that matter as a conflict of
interest. One of the poster-boards she carried
was a blown-up map of Wallace with the
Greenfield site outlined in red and the parcels
owned by Gaumet highlighted in yellow.



The map shows parcels of land (in yellow) owned by Gaumet
Holdings, LLC, stretching from the Mississippi River to
Louisiana Highway 3213, which leads to the Veterans Memorial
Bridge. By Justin Kray / The Descendants Project

According to the Louisiana Code of Ethics,
public servants should not participate in
transactions involving a government entity that
benefits an immediate family member.

"We believe this makes President Hotard's

2:44 

◀ Messages

🔒 thelensnola.org

"We believe this makes President Hotard's involvement in the attempt to rezone a violation of the Louisiana Code of Ethics," wrote Pam Spees, an attorney for Banner's nonprofit, The Descendants Project.

In September, a judge ruled in favor of the Descendants Project, striking down a corrupt 33-year-old zoning ordinance that had given the land industrial zoning, allowing Greenfield to build the terminal.

Despite the judge's order, the parish made a quick attempt to rezone the land back to industrial use, with Hotard's support and signature. In October, Banner filed the ethics complaint.

Earlier this month, in November, Judge Nghana Lewis issued a preliminary injunction prohibiting the parish from rezoning the land until the court orders otherwise.

Clearly, that sequence of events had upset those on the council who supported the industrial re-zoning.

Because on Tuesday night, it wasn't just Hotard who interrupted Joy Banner, as she stood at the

CONFIDENTIAL DOCUMENT
Text Message December 5, 2023

**2:44** 

◀ Messages

🔒 thelensnola.org

Because on Tuesday night, it wasn't just Hotard who interrupted Joy Banner, as she stood at the podium.

Council Chairman Michael Wright jumped in and began reading a criminal statute, implying that Banner could be subject to a fine up to $2,000 or imprisonment up to a year.

Banner's lawyers would later note that most of the statute was found unconstitutional nearly a decade ago. But in the moment, it seemed like Wright was threatening Banner with imminent arrest. Banner needed to limit her remarks, he said, asserting that the statute he'd read aloud barred public statements about any private investigation of the Board of Ethics. To violate that statute would be breaking the law, punishable by a fine or imprisonment, Wright said.

Banner was frightened by the exchange. "I felt threatened," she said.

As Wright spoke, other supporters walked to the podium, to defend Banner's point. Another resident stepped to the podium and began to speak about ethics. She suggested that the board ask for an opinion from the state attorney

2:44 ➤

◀ Messages

🔒 thelensnola.org 

As Wright spoke, other supporters walked to the podium, to defend Banner's point. Another resident stepped to the podium and began to speak about ethics. She suggested that the board ask for an opinion from the state attorney general before moving forward on Agenda Item J.

"Why should it be a burden of taxpayers to pay for … a personal decision?" the woman asked, her voice rising in volume as Wright's gavel struck repeatedly, ruling her out of order. Wright's voice rose in volume too, as he repeatedly issued warnings. It was out of order, he said, to mention any names in association with Agenda Item J, which had only referenced Ethics Laws, without any mention of the parish president by name.

The next few minutes are a chaotic jumble of noise. Councilmembers trying to assert their points, residents trying to comment, and a gavel pounding again and again.

As the discussion reached a boiling point, Wright emptied the room. "Since we can't keep order in the chambers, I'm going to call for a five-minute recess," he said. "Clear the chambers. Clear the chambers."

CONFIDENTIAL DOCUMENT

2:44 ✈                                    Text Message December 5, 2023

cham

Banner grabbed her coat and walked out with other supporters. They felt mistreated, even traumatized, she said. "My elders were kicked out of chambers. People that I respect were getting up there to defend us and make sure our voices were protected."

Afterward, on Wednesday, Banner's attorney William Most sent a letter to the legal counsel for St. John Parish.

While public bodies are able to limit comments, by setting time limits and ensuring that the comments pertain to that day's agenda items, Wright went too far, Most wrote. In fact, Most alleged that Wright had violated Banner's First Amendment rights, which protect free speech, by directing his "threat" to Banner and not allowing her to address the council.

Also, Most wrote, Banner was not in any danger of committing a crime, as Wright had alleged, because much of the criminal statute Wright had cited was invalidated by a federal judge in 2014. The state legislature's website shows that the statute was found to be unconstitutional by a commission as early as 2016.

2:44 ◥                                    .ııl 🛜 ▪️


🔒 thelensnola.org

On Tuesday, after a short recess, the crowd filed
back into the court chambers. Before voting
began, Wright restated his earlier assertion: that
anyone who spoke publicly on the investigation
by the Board of Ethics would be committing a
misdemeanor. No additional comments were
made.

Though Banner was not able to weigh in on the
item about Hotard's alleged ethical breach, the
council moved forward, authorizing that the
parish retain lawyer R. Gray Sexton as special
counsel in the matter. Sexton had also served as
counsel for the parish during the Nov. 9 hearing
before Judge Lewis, who threw out the new
rezoning application that Hotard signed.

Banner had originally walked to the podium on
Tuesday to raise another ethical concern, about
whether it made sense for the parish, using
taxpayer money, to retain a lawyer for what
seemed to be a personal matter – Hotard's
failure to recuse herself from a matter that her
family had a stake in.

Related



CONFIDENTIAL DOCUMENT                    Text Message December 5, 2023



2:47

**New iMessage**                    Cancel

To: Jaclyn Hotard



## Joy Banner told to curtail remarks or risk arrest | The Lens

thelensnola.org



They are the gift that keeps on giving 💩💩



+    iMessage