







CONFIDENTIAL DOCUMENT    Text Message December 14, 2023

