



**To:** Jaclyn Hotard

> Where was that!! How much have they paid is what I would like to know!!

> They are a non profit so exempt. No taxes.

> Really so that is nice

> Stir shit about business and not have to pay taxes!!

> Yep



