CONFIDENTIAL DOCUMENT                                  Text Message February 16, 2024



2024

To: Jaclyn Hotard

Fri, Feb 16 at 11:41 AM

> Has the issue been addressed yet or is it still on the list?

> Just asking, so if I'm have time enough to make it there

We haven't even started lol

It's at the end of the agenda

> What? The meeting



Case 2:23-cv-07296-NJB-KWR          Darla Gaudet Document.Text Message          Bates # 00135





