




2024