2024







