



**Jaclyn Hotard**

vacation!

You have absolutely nothing to do with any of this. Nothing.

> Who is this and what is this about?

Sammy sent that to me saying that Jo and Joy Banners attorney is trying to subpoena you. But you have absolutely nothing to do with the lawsuit they have against us. I also sent to Bridget.



solutely nothing to do with the lawsuit they have against us. I also sent to Bridget.

They just do not give up!! Do they.

Nope

