

**Jaclyn Hotard**

Mon, Jun 17 at 3:43 PM

> Well someone tried to serve papers on me today at the office!!

> I'm sick of them! You have NO part of this. Ike told me today that if you wanted to meet with him and your attorney he'd be happy to but you should not have to even appear to do anything. Snowdy is the judge and he BETTER throw out their subpoena.





**Jaclyn Hotard**

> Snowdy is the judge and he BETTER throw out their subpoena.

> I am guessing it is them, it could be the death case I had, will have to wait and see

> Bad thing is once you get it you'll have to respond either way lol. But in NO way should you have to answer and questions on this greenfield shit. Any attorney will have that thrown out.





**Jaclyn Hotard**

They had me so angry today about this I had to go take a drive.

I talked to Sammy last week and I am not happy about it, especially since we bought the property long before you were ever my daughter in law. That is what makes me mad along with the fact that my f-ing property did not get put back to the I3 status!!! Now I have to go through the bullshit to

**Jaclyn Hotard**

put back to the I3 status!!! Now I have to go through the bullshit to have mine changed back!!

Oh I am pissed cause I am going to have to pay an attorney for this stupid shit!! And again I am not involved in this!! I would total get it if my property was return back, but it is not and any damn judge should rule it has nothing to do with me!!