UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Notice of Submission Date

Plaintiff's *Motion for Sanctions* shall be submitted on December 27, 2024.

    Respectfully submitted,

    /s/ *David Lanser*
    William Most, 36914
    David Lanser, 37764
    MOST & ASSOCIATES
    201 St. Charles Ave., Ste. 2500, #9685
    New Orleans, LA 70170
    Telephone: (504) 509-5023
    Telephone: (504) 533-4521
    Fax: (504) 414-6400
    williammost@gmail.com
    david.lanser@gmail.com