UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"** |

# ORDER

Before the Court is Plaintiff Joy Banner, Ph.D.'s ("Plaintiff") "Unobjected to Motion to Strike and Replace."[1] Plaintiff requests leave to file a supplemental memorandum in support and a supplemental statement of uncontested facts in support of Plaintiff's Motion for Partial Summary Judgment. Plaintiff asserts that the original memorandum in support and statement of uncontested facts need to be supplemented because she inadvertently omitted citations to the record. Plaintiff also requests that Defendant be afforded additional time to file a supplemental opposition to the Motion for Partial Summary Judgment. Accordingly,

---

[1] Rec. Doc. 85.

1

**IT IS HEREBY ORDERED** that Plaintiff's motion[2] is **GRANTED.** The supplemental memorandum in support and supplemental statement of uncontested material facts accompanying Plaintiff's motion shall be filed into the record in place of Plaintiff's original memorandum and statement of uncontested material facts.[3] Defendant may file a supplemental opposition to the Motion for Partial Summary Judgment on or before December 13, 2024.

**NEW ORLEANS, LOUISIANA**, this 10th day of December, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[2] Rec. Doc. 85.

[3] Rec. Docs. 77-1 and 77-2.

2