UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## MOTION FOR EXPEDITED BRIEFING SCHEDULE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner, Ph.D who files this Motion requesting an expedited briefing schedule on her *Motion for Sanctions*.

For the reasons stated in the attached memorandum, there is good cause to impose an expediated briefing schedule in light of the upcoming trial and plaintiff's request for a limited re-deposition of Defendant Hotard. Plaintiff would suggest that Defendants file an opposition by December 19, 2024, and Plaintiffs file a reply by December 20, 2024. Defendants strongly oppose this motion.

WHEREFORE, Plaintiff Joy Banner, requests that this Court enter an expedited briefing schedule for her *Motion for Sanctions*.

Respectfully submitted,

/s/ *David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

1