UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**ORDER**

Considering the foregoing *Motion for Expedited Briefing Schedule*,

IT IS ORDERED that the Plaintiff's *Motion for Sanctions* be considered submitted on December 20, 2024. The briefing schedule is modified as follows: any opposition shall be filed by December 19, 2024, and any reply shall be filed the day after the opposition is filed.

Signed this _____ day of _____, _____, in New Orleans, Louisiana.

_____