UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, PH.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Before the Court is Defendants Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St. John the Baptist Parish's (collectively "Defendants") Motion for Leave to File Untimely Motion for Partial Summary Judgment.[1] Also pending before the Court is Plaintiff Joy Banner's ("Plaintiff") Motion to Strike Motion for Partial Summary Judgment.[2] According to the Court's Scheduling Order, all non-evidentiary pretrial motions were to be filed and served in sufficient time to permit hearing thereon no later than December 11, 2024.[3] Defendants contend that they timely filed their Motion for Partial Summary Judgment with respect to Federal Rule of Civil Procedure 56, and Defendants would be unduly prejudiced if the Court strikes the motion.[4]

"A [d]istrict [c]ourt need not consider an untimely motion for summary judgment."[5]

---

[1] Rec. Doc. 89.

[2] Rec. Doc. 88.

[3] Rec. Doc. 13.

[4] Rec. Doc. 89.

[5] *Goode v. Wings of Alpharetta, Inc.*, No. 1:11-cv-1337, 2013 WL 997669, at *17 (N.D. Ga. Jan. 18, 2013) (citing *Dedge v. Kendrick*, 849 F.2d 1398, 1398 (11th Cir. 1988)); *see also Seachase Condo. Owner's Ass'n,*

1

However, Federal Rule of Civil Procedure 16(b)(4) provides a court-imposed deadline "may be modified ... for good cause and with the judge's consent." Defendants have not shown good cause for an extension of court-imposed deadline, as the Motion for Partial Summary Judgment was untimely due to an error on the part of Defendants' counsel. Nevertheless, the Court previously allowed Plaintiff to amend her Motion for Partial Summary Judgment after the deadline set forth in the Scheduling Order.[6] In fairness to both parties, the Court will exercise its discretion to allow Defendants to file the untimely Motion for Partial Summary Judgment. Trial is scheduled to begin on January 27, 2025. To allow sufficient time for the Court to rule on the motion before trial, the Court will grant Plaintiff until December 20, 2024 to file a response memorandum to Defendants' Motion for Partial Summary. A reply memorandum may be filed on or before December 27, 2024.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave of Court to File Untimely Motion for Partial Summary Judgment[7] is **GRANTED.** Plaintiff shall file a response memorandum on or before December 20, 2024. A reply memorandum may be filed on or before December 27, 2024.

---

*Inc. v. Nextel WIP Lease Corp.,* No. 1:12-00711, 2013 WL 12123215, at *1 (S.D. Ala. Sept. 23, 2013) (citations omitted).

[6] Rec. Doc. 94.

[7] Rec. Doc. 89.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Motion for Partial Summary Judgment[8] is **DENIED**.

**NEW ORLEANS, LOUISIANA**, this  13th   day of December, 2024.

                                        **NANNETTE JOLIVETTE BROWN**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**

---

[8] Rec. Doc. 88.