UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G" (4)** |

## ORDER

IT IS ORDERED that the Plaintiff's **Motion for Expedited Briefing Schedule (R. Doc. 96)** is **DENIED.**

New Orleans, Louisiana, this 13th day of December 2024.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**