MINUTE ENTRY
ROBY, M.J.
December 17, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities, and ST. JOHN THE BAPTIST PARISH** | **SECTION: "G" (4)** |

LAW CLERK:   Hannah Keller

Appearances:   **William Most** for Plaintiff.
**Ike Spears** for Defendant.
**Richard Tomeny, Jr.** for Non-Party Darla Gaudet.

## ORDER

On December 17, 2024, the Court received a call from counsel regarding a dispute that arose during the deposition of non-party Darla Gaudet. William Most, counsel for the Plaintiff in this matter, asserted that Ms. Gaudet had been instructed by her lawyer, Richard Tomeny, not to answer questions regarding two topics: (1) the ownership and beneficiaries of two trusts that are partial owners of Gaumet Holdings, LLC, a company partially owned by Ms. Gaudet; and (2) information regarding Ms. Gaudet's other businesses. William Most argued that such information was relevant since Defendant Jaclyn Hotard's husband may be an owner or beneficiary of the trusts, as well as an employee or partial owner Ms. Gaudet's other businesses. Richard Tomeny asserted that the requested information was confidential and not relevant to the issues of this case.

**MJSTAR: 00:09**

The Court found that inquiry into Ms. Gaudet's other businesses was irrelevant and ordered counsel to refrain from deposition questioning on this topic. However, the Court found that inquiry into the ownership of Gaumet Holdings, LLC, was relevant to the issues of this case. *See* R. Doc. 80. The Court therefore found that that inquiry into the ownership and beneficiaries of the trusts identified as partial owners of Gaumet Holdings, LLC, was also relevant. Therefore, the Court ordered that counsel allow deposition questioning regarding the ownership and beneficiaries of the two trusts identified as partial owners of Gaumet Holdings, LLC.

New Orleans, Louisiana, this 18th day of December 2024.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**