UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, PH.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## ORDER

Due to a conflict in the Court's calendar,

**IT IS HEREBY ORDERED** that the pretrial conference set for January 8, 2025 is **CONTINUED** to January 15, 2025 at 2:00 PM.

**NEW ORLEANS, LOUISIANA**, this __19th__ day of December, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

1