**MINUTE ENTRY**
**ROBY, M. J.**
**DECEMBER 20, 2024**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER** | **CIVIL ACTION** |
| **VERSUS** | **NO:   23-7296** |
| **MICHAEL WRIGHT, ET AL** | **SECTION: "G" (4)** |

A Settlement Conference was held on this date. Participating were: Joy Banner, plaintiff; William Most representing the plaintiff; and Ike Spears, Allie Conlay (not enrolled) representing the defendants. Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Chief Judge Nannette Jolivette Brown**

**MJSTAR:**
**1:10**