UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOY BANNER, Ph.D.**                                      **CIVIL ACTION**

**VERSUS**                                                 **NO. 23-7296**

**MICHAEL WRIGHT, in his individual and official**         **SECTION: "G"(4)**
**capacities, et al.**

### ORDER

The Court is in receipt of the parties' proposed "Pre-Trial Order."[1] The Court finds that it fails to comply with Section IX of its Pre-Trial Notice,[2] in the following particulars:

1. Section IX(6).[3] The parties include multiple summaries. The summary should be a "joint" and "brief" summary, only a few paragraphs in length, succinctly describing the claim and defenses that the Court can use when describing the case to the jury venire. Additionally, the parties include facts and argument that is not material.

2. Section IX(10).[4] The parties include "any and all documents" in their list of exhibits. The parties must specifically identify the precise exhibits they intend to introduce at trial and a description of those exhibits.

3. Section IX(13).[5] The parties' list several categories of "may call" witnesses. The parties should not include witnesses they may call at this stage; only witnesses they *will* call, unless

---

[1] Rec. Doc. 104.

[2] Rec. Doc. 13-1.

[3] *Id.* at 3.

[4] *Id.* at 4-5.

[5] *Id.* at 6-7 ("[The proposed pre-trial order shall set forth] . . . [a] 'will call' list of witnesses for all parties, including the names, addresses, and statement of expected testimony (it is not sufficient to designate the witness simply 'fact,' 'medical,' or 'expert.'").

1

they can provide an explanation.

Accordingly,

**IT IS HEREBY ORDERED** that the parties revise the Pre-Trial Order consistent with the directives above and the instructions contained in the Court's Pre-Trial Notice and submit the revised Pre-Trial Order to the Court by Friday, January 3, 2025 by 4:00 PM.

**NEW ORLEANS, LOUISIANA**, this 30th day of December, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**