## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** * | |
| **Plaintiff** * | |
| * | **Case No. 23-cv-7296** |
| **VERSUS** * | |
| * | **Judge Nannette J. Brown** |
| * | |
| **MICHAEL WRIGHT, in his individual and** * | **Magistrate Judge Karen W.** |
| **official capacities, JACLYN HOTARD, in her** * | **Roby** |
| **individual and official capacities, and** * | |
| **ST. JOHN THE BAPTIST PARISH;** * | |
| **Defendants.** * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF JACLYN HOTARD

**STATE OF LOUISIANA**
**ORLEANS PARISH**

BEFORE ME, the undersigned authority, personally appeared:

### JACLYN HOTARD

who, being first duly sworn upon oath, did depose and state as follows:

#### I.

I am over 18 years of age and competent to give testimony in this matter. I have personal knowledge of the statements made herein, such statements are true and correct to the best of my knowledge, and I would testify consistently with this affidavit if called upon to do so.

#### II.

I am the Parish President for St. John the Baptist Parish Council and a named defendant in the above referenced matter.

#### III.

During the course of this litigation, I have responded to and/or assisted in responding to four sets of written discovery propounded upon me personally by counsel for Plaintiff Joy Banner; this written discovery consists of a total of 7 Interrogatories, 21 Requests for Admission, and 9 Requests for Production of Documents.

IV.

During the course of this litigation, I have also responded to and/or assisted in the response to four sets of written discovery propounded to the Parish of St. John the Baptist by counsel for Plaintiff Joy Banner; this written discovery consists of a total of 11 Interrogatories, 16 Requests for Admission, and 10 Requests for Production of Documents.

V.

Furthermore, in the related state court litigation (The Descendants Project Vs. St. John The Baptist Parish, 40th JDC, Case No.77305, c/w Case No. 80934), I have responded to and/or assisted in the response to written discovery propounded by Attorney William Most, who is also Plaintiff's counsel in the state court litigation; this written discovery consists of a total of 1Interrogatory, 5 Requests for Admission, and 13 Requests for Production of Documents.

VI.

In reference to Plaintiff, Joy Banner, Ph.D.'s Motion for Sanctions, it was an inadvertent oversight that caused my failure to locate and produce several text message exchanges, between Darla Gaudet and myself, which are potentially responsive to the REQUEST FOR PRODUCTION No. 5 that was propounded upon me personally.

The statements contained in this Affidavit are true and correct and within my personal knowledge.

Executed this 30th day of December 2024.

**Jaclyn Hotard**

**Sworn to and Subscribed before me** this 30th day of December, 2024 at New Orleans, Louisiana.

IKE SPEARS, NOTARY PUBLIC

My commission is for LIFE.

