UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### PLAINTIFF'S MOTIONS IN LIMINE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner, Ph.D who respectfully requests that this Court grant their motion excluding the following testimony:

1. Any testimony by any witnesses not included in the Updated Joint Pre-Trial Order (R. Doc. 107);

2. Any reference to *Shondrell Perrilloux v. St. John the Baptist Parish Government*;

3. Any reference to Attorney General Opinions or use of them as exhibits;

4. Any reference Plaintiff's finances; and

5. Any reference to counsel's wealth, office, schooling, or other descriptors lacking relevance to the case at hand.

For the reasons stated in the attached memorandum, the foregoing categories offer no assistance to the finder and fact, would confuse the issues, and would potentially prejudice the jury against Plaintiff. Therefore they should be excluded from trial.

WHEREFORE, Plaintiff requests that the foregoing categories of testimony be excluded from trial.

Respectfully submitted,

/s/ *William Most*
David Lanser, 37764
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 533-4521
Telephone: (504) 509-5023
Fax: (504) 414-6400
david.lanser@gmail.com
williammost@gmail.com