UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### Notice of Submission Date

Plaintiff's *Motion in Limine* shall be submitted on January 27, 2025.[1]

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

---

[1] January 27, 2025 is not one of Judge Brown's typically scheduled Motion Submission Dates, but the Judge's scheduling order sets out a specific briefing schedule for motions in limine: "All other motions in limine and trial memoranda shall be filed on or before January 15, 2025 and responses thereto shall be filed on or before January 21, 2025." R. Doc. 13 at 2.

1