UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### ORDER

Considering Plaintiff's *Motions in Limine"* the motion is **GRANTED**. Defendants are barred from

1. Calling any witnesses not included in the Updated Joint Pre-Trial Order (Rec. Doc. 107);

2. Making any reference to *Shondrell Perrilloux v. St. John the Baptist Parish Government*;

3. Referring to Attorney General Opinions or using them as exhibits;

4. Making any reference Plaintiff or her non-profit's finances; and

5. Making any reference to counsel's wealth, office, schooling, or other descriptors lacking relevance to the case at hand.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2025.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

1