# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296-NJB-KWR** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## Plaintiff's Proposed Verdict Form

**Question 1:** Do you find by a preponderance of the evidence that one or more Defendants restricted Dr. Banner's speech based on her ideology, opinion, or perspective?

If **yes**, check the box next to each Defendant you find liable for this restriction and then move on to Question 2. If **no**, move on to Question 2.

Michael Wright          _____

Jaclyn Hotard           _____

St. John the Baptist Parish     _____

**Question 2:** Do you find by a preponderance of the evidence that one or more Defendants engaged in First Amendment retaliation in the way that they treated Dr. Banner?

If **yes**, check the box next to each Defendant you find liable for the retaliation and then move on to Question 3. If **no**, move on to Question 3.

Michael Wright          _____

Jaclyn Hotard           _____

St. John the Baptist Parish     _____

**Question 3:** If you checked <u>any</u> box or boxes above, continue on with this question. If you did not check <u>any</u> boxes above, move on to Question 5.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the harm she has suffered and will suffer?

Fill in a dollar amount and move on to Question 4.

$ _____

**Question 4:**   Do you find that Plaintiff is entitled to an award of punitive damages against any of the individual defendants?

If **yes**, fill in a dollar amount next to each individual Defendant you find liable for punitive damages and then move on to Question 5. If **no**, move on to Question 5.

Michael Wright        $_____

Jaclyn Hotard         $_____

**Question 5**:   Do you find by a preponderance of the evidence that one or more Defendants violated the Open Meetings Law?

If **yes**, check the box next to each Defendant you find liable for the violation and then move on to Question 6. If **no**, move on to the Final Instructions.

Michael Wright              _____

Jaclyn Hotard               _____

St. John the Baptist Parish    _____

**Question 6**:   If you checked the box next to Michael Wright or Jaclyn Hotard in Question 5, continue on with this question. If you did not, move on to the Final Instructions.

Do you find by a preponderance of the evidence that either individual Defendant knowingly and willfully participated in a meeting conducted in violation of the Open Meetings Law?

If **yes**, put a number for a civil penalty next to each applicable Defendant (up to $500 per violation), and then move on to the Final Instructions. If **no**, move on to the Final Instructions.

Michael Wright        $_____

Jaclyn Hotard         $_____

**Final Instructions:**   You have completed your deliberations. Have your Foreperson sign and date in the space provided below and inform the Court Security Officer that you have completed your deliberations.

**FOREPERSON NAME:**       _____

**FOREPERSON SIGNATURE:**  _____

**DATE:**                  _____

Respectfully submitted,

/s/ *William Most*
Dave Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 533-4521
F: (504) 414-6400
Email: david.lanser@gmail.com
williammost@gmail.com

*Attorneys for Plaintiff Joy Banner, Ph.D*