**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner who submits these proposed voir dire questions, pursuant to the Pre-Trial Notice.

1. Please state:

    i. Your name;
    ii. Where you live;
    iii. How long you have lived at this address;
    iv. Your marital status (whether married, single, widowed or divorced);
    v. The number and ages of your children, if any;
    vi. Your occupation, its length, or previous employment; if retired, previous occupation and whether you or your spouse does any volunteer work, and if so, please describe;
    vii. The name of your present employer, if any;
    viii. Whether you have the authority to promote, hire, or fire people;
    ix. How many people you supervise;
    x. How far you went in school;
    xi. What degrees you have acquired? Whether you ever have taken any course in or worked in the field of, psychology, law, criminal justice, or any related area? If yes, please describe.

2. Do you or any members of your family or close friends know the defense attorneys or the plaintiffs' attorneys trying this case?

3. Do you or any members of your family or close friends know the presiding judge in this case?

4. Have you seen any media coverage about any party to this case?

5. Have you seen any media coverage about the Greenfield project in St. John the Baptist Parish?

6. Do you belong to any voluntary social, religious or fraternal organizations, or any other similar organization (and, if so, to which organizations do they belong, and how frequently do they attend meetings or functions)?

7. What sources do you most rely on for news?

8. What public figures do you admire the most and why?

9. Do you have any bumper stickers on your vehicle? If so, what do they say?

10. What type of entertainment media do you most consume?

11. Do you watch TV shows or movies about police, criminals, lawyers and courts? If so, which ones and are you able to put out of your mind everything you have seen in such TV shows and movies, and judge this case solely upon the evidence and the Court's instructions to the jury?

12. Are you able to put out of your mind everything you know about the "beyond a reasonable doubt" standard in criminal cases, and follow the "preponderance of the evidence" standard for civil cases as will be described to them in the Court's instructions?

13. Are you or any of your family members an elected official?

14. Have you ever been employed by a municipality or government agency? If so, when, what was your position, and would that experience make you more or less likely to believe an elected official's testimony?

15. Are you inclined to give more weight to the testimony of an elected official over an ordinary citizen?

16. Do you support any organizations or social associations monetarily? If so, which ones?

17. Do you believe that citizens have the right to speak against their government and elected officials?

18. Do you have any hesitation about or disagreement with the principle of American law that provides money compensation for violations of people's rights by their government or agents of their government which occurred in the course of the performance of the government agent's duties and functions for the government entity which has employed that agent?

19. Have you ever served on a jury? If so, was it civil or criminal, did you deliberate to a verdict, what was the verdict, and was this the verdict that you initially voted for?

20. Are you willing to argue your position to others who hold a contrary view?

21. Would you, after listening to the contrary views and weighing those views, be hesitant to adhere to your position if you continued to believe that your position was, in your judgment, the correct position and those holding the contrary position were pressuring you to change your position.

22. Have you or any member of your immediate family ever been sued? (If so, what kind of claim? What did it involve? Was the claim settled out of court, or did the matter go to

trial? Would that fact influence you in any way in reaching a verdict in this case? Were you satisfied with the outcome of the claim?)

23. Have you or any member of your family ever filed a lawsuit? (If so, what kind of claim? What did it involve? Was the claim settled out of court, or did the matter go to trial? Would that fact influence you in any way in reaching a verdict in this case? Were you satisfied with the outcome of the claim?)

24. Have you ever given public comment at any governmental body meeting? If so, what did your comment entail?

                Respectfully submitted,

                /s/ *David Lanser*
                David Lanser, 37764
                William Most, 36914
                MOST & ASSOCIATES
                201 St. Charles Ave., Ste. 2500, #9685
                New Orleans, LA 70170
                Telephone: (504) 533-4521
                Fax: (504) 414-6400
                david.lanser@gmail.com