UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, in his individual and official capacities, et al.** | **SECTION: "G"(4)** |

## ORDER

The Court is in receipt of the parties' proposed "Pre-Trial Order."[1] The Court finds that it fails to comply with Section IX of its Pre-Trial Notice,[2] in the following particulars:

1. Section IX(13). The parties' lists of witnesses must identify witnesses by "name[], address [], and statement of expected testimony." The parties do not comply with this requirement.

Accordingly,

**IT IS HEREBY ORDERED** that the parties revise the Pre-Trial Order consistent with the directives above and the instructions contained in the Court's Pre-Trial Notice and submit the revised Pre-Trial Order to the Court by Wednesday, January 15, 2025 by 12:00 PM.

**NEW ORLEANS, LOUISIANA**, this __14th__ day of January, 2025.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 107.

[2] Rec. Doc. 13-1.

1