UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. <br>     Plaintiff <br><br> VERSUS <br><br> MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities, and ST. JOHN THE BAPTIST PARISH; <br>     Defendants. | * <br> * <br> *    Case No. 23-cv-7296 <br> * <br> *    Judge Nannette J. Brown <br> * <br> *    Magistrate Judge Karen W. <br> *    Roby <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Pursuant to the instructions of the Court, Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), through undersigned counsel, submit the following proposed voir dire questions for consideration in the above-captioned matter:

1. Have you ever served on a jury before? If so, what type (i.e., Civil, Criminal, State, Federal)

2. If you served on a criminal jury, what was the verdict?

3. If you served on a civil jury, what was the verdict?

4. Have you or any member of your family ever been the plaintiff in a civil lawsuit. If so, describe the nature and outcome of the suit or claim.

5. Have you or any member of your family ever been the defendant in a civil lawsuit, or had a claim made against you before? If so, describe the nature and outcome of the suit or claim.

6. Have you heard any information outside of this court proceedings or read in print media or on the internet or seen on TV or heard on the radio about this case, the parties involved, and/or the Greenfield Grain Elevator Project in St. John Parish? If so, what did you see or hear, (at the bench)?

7. Have you or a family member ever worked for a state or local government entity? If so, which one and when?

8. Have you or a family member ever worked or volunteered on a political campaign? If yes, who? Which one? When? In what capacity?

9. Have you or a family member ever worked at any of the chemical plants in the River Parishes? If so, who? Where? When?

10. Do you or a family member hold any professional licenses? If yes, have you ever had a complaint filed against you that did or could have affected your professional license? If yes, what was the nature of the complaint (at the bench)? How was it resolved? Were you satisfied with the outcome? Would that experience affect your ability to be impartial in this case?

11. Would you describe yourself as an Environmental Activist?

12. Would you describe yourself as a Community Activist?

13. Would you consider yourself to be a leader in your community?

14. Have you or and immediate family member ever worked for a non-profit organization. If so, which organization. When? In what capacity?

15. Have you ever run for or held public office? If so, what office and when?

16. Have you ever attended a public meeting— like a council meeting? If yes, have you ever spoken at the public meeting? When? Where? About what? Would that experience affect your ability to be impartial in this case?

17. Do you know any of the parties involved in this case as a result of any information or knowledge you obtained from the News Media or any other source?

18. Is there any reason why you feel that you cannot serve as a juror in this case if it lasts for 3-4 days?

Respectfully Submitted:

/s/ Ike Spears
IKE SPEARS, LSBA #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone: (504) 593-9500
Telecopier: (504) 523-7766
E-mail:ikespears@gmail.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on January 15, 2025.

/s/ Ike Spears
Ike Spears