UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br>Plaintiff<br><br>VERSUS<br><br>MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities, and ST. JOHN THE BAPTIST PARISH;<br>Defendants. | *<br>*<br>*   Case No. 23-cv-7296<br>*<br>*   Judge Nannette J. Brown<br>*<br>*   Magistrate Judge Karen W.<br>*   Roby<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' MOTION IN LIMINE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who respectfully submits this Motion in Limine seeking to exclude evidence the Plaintiff is attempting to introduce at trial.

Specifically, pursuant to the *Federal Rules of Evidence*, Defendants seek an order prohibiting Plaintiff, her witnesses, and her attorneys from mentioning or offering certain testimony and evidence, as set forth more fully in the accompanying memorandum in support:

A. Plaintiff, Joy Banner, Ph. D.'s Apple Watch photos and data (Rec. Doc. 107, listed as P3, on Plaintiff's List of Exhibits);

B. Text messages between Darla Gaudet and Jaclyn Horard, (Rec. Doc. 107, listed as P5 on Plaintiff's List of Exhibits);

C. Gaudet Holdings, LLC operating agreement, (Rec. Doc. 107, listed as P6 on Plaintiff's List of Exhibits);

D. Assessor Parcel Maps (Rec. Doc. 107, listed as P7 on Plaintiff's List of Exhibits);

E. Joy Banner's Demonstrative from November 28, 2023, (Rec. Doc. 107, listed as P8 on Plaintiff's List of Exhibits);

F. King v. Caldwell ex rel. Louisiana, (Rec. Doc. 107, listed as P10 on Plaintiff's List of Exhibits); and

G. List of Darla Gaudet Businesses from Secretary of State (Rec. Doc. 107, listed as P11 on Plaintiff's List of Exhibits).

**WHEREFORE,** for the reasons set forth more fully in the accompanying memorandum in support, Defendants requests this Honorable Court grant their Motion in Limine, excluding the evidence herein and instructing Plaintiff,, her counsel and any and all witnesses called to the trial of this matter, to refrain from mentioning or otherwise attempting to introduce into evidence any reference whatsoever to the evidence and/or testimony sought to be excluded or limited herein during trial in the presence of the jury.

Respectfully Submitted:

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone: (504) 593-9500
Telecopier: (504) 523-7766
E-mail:ikespears@gmail.com
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on January 15, 2024.

/s/ *Ike Spears*
Ike Spears