UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOY BANNER, Ph.D.                              *
     Plaintiff                             *
                                *    Case No. 23-cv-7296
VERSUS                                         *
                                *    Judge Nannette J. Brown
                                *
MICHAEL WRIGHT, in his individual and         *    Magistrate Judge Karen W.
official capacities, JACLYN HOTARD, in her    *         Roby
individual and official capacities; and       *
ST. JOHN THE BAPTIST PARISH;                  *
     Defendants.                           *

**************************************************************************

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St. John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who moves this Court for an Order permitting Joyce S. Sallah (La. Bar No. 32236), 909 Poydras Street, Suite 1825, New Orleans, Louisiana 70112, (e-mail: jssallah@gmail.com) to enroll as co-counsel of record on behalf of Defendants.

**WHEREFORE,** Defendants move this Court for an Order permitting Joyce S. Sallah to enroll as co-counsel of record for Defendants.

Respectfully submitted,

/s/ Ike Spears
IKE SPEARS, #17811
SPEARS & SPEARS, LLC
909 Poydras Street, Suite 1825
New Orleans, LA 70112
Office: (504) 593-9500
Facsimile: (504) 523-7766
Email: ikespears@gmail.com
*Counsel for Defendants*

/s/ Joyce S. Sallah
Joyce S. Sallah, # 32236
909 Poydras St., Suite 1825
New Orleans, LA 70012
Telephone: (504) 264-1508
Facsimile: (504) 423-7766
Email: jssallah@gmail.com