UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. <br>     Plaintiff <br><br> VERSUS <br><br> MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH; <br>     Defendants. | Case No. 23-cv-7296 <br><br> Judge Nannette J. Brown <br><br> Magistrate Judge Karen W. Roby |

## ORDER

Having considered Defendants' Motion to enroll Joyce S. Sallah as co-counsel of record,

IT IS HEREBY ORDERED that the Motion is GRANTED

This _____ day of _____, 2025.

_____