UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

### NOTICE OF OUTSTANDING ISSUES

Given that many issues were resolved at the pre-trial conference, Plaintiff offers this summary of what parts of the remaining motions have not yet been resolved, in case that aids the Court.

- **Rec. Doc. 71 – Plaintiff's Motion in Limine.** This motion seeks to bar testimony of undisclosed witnesses. The following individuals remain on Defendants' witness list and have not yet been resolved: Jackie Landeche, Shondrell Perrilloux, Carolyn Abadie Landry, and defendants' attorneys R. Gray Sexton and Alesia Ardoin.

- **Rec. Doc. 110** – **Plaintiff's Motion in Limine.** Items 1-3 of this motion have been resolved (the Court barred testimony about *Perrilloux v. St. John* and the attorney general opinions, and indicated that of the witnesses not on Defendants list, Mr. Gauff could be called but not Mr. Kray.) Items 4 and 5 have not yet been resolved (references to Plaintiff's finances and the finances, schooling, etc. of counsel.)

- **Rec. Doc. 122** – **Defendants' Motion in Limine.** At the pre-trial conference this Court denied this motion, except that it sought further briefing on the authenticity of the Apple Watch exhibit. Plaintiff will submit a brief on that issue.

Respectfully submitted,

/s/ *William Most*
David Lanser, 37764
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 533-4521
Telephone: (504) 509-5023
Fax: (504) 414-6400
david.lanser@gmail.com
williammost@gmail.com

1