**MINUTE ENTRY**
**BROWN, C.J.**
**January 15, 2025**
**JS-10  01:00**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **ST. JOHN THE BAPTIST PARISH, et al.** | **SECTION "G"(4)** |

### MINUTE ENTRY

A pretrial conference was held on January 15, 2025, with the following individuals participating:

- William Most and David Lanser (Most & Associates) on behalf of Plaintiff Joy Banner, Ph.D.
- Ike Spears (Spears & Spears) on behalf of Defendants St. John the Baptist Parish, Michael Wright, and Jacyln Hotard

The Court met with the parties to discuss the upcoming trial scheduled for January 27, 2025. The parties must arrive by 8:30 AM on January 27, 2025 for preliminary matters. Jury selection will begin at 9:00 AM. At trial, each party will have 20 minutes for opening statements and 20 minutes for closing argument. Each party will have 360 minutes to present their cases.

The Court also decided objections to certain exhibits and demonstrative devices that were set out in the pretrial order. Plaintiff shall file additional briefing regarding the authenticity of the Apple watch photo on or before Friday, January 17, 2025. Defendants may file a response memorandum on or before Wednesday, January 22, 2025.

Plaintiff shall be permitted to conduct a second deposition of Jacyln Hotard before January 27, 2025. Said deposition shall not exceed three hours and must be limited to information not previously disclosed. Defendants' counsel must provide Plaintiff's counsel with potential deposition dates on or before Friday, January 17, 2025.

**NEW ORLEANS, LOUISIANA**, this 17th day of January, 2025.

                                                        **NANNETTE JOLIVETTE BROWN**
                                                        **CHIEF JUDGE**
                                                        **UNITED STATES DISTRICT COURT**