UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOY BANNER, Ph.D.** | * | |
|     Plaintiff | * | |
| | * | Case No. 23-cv-7296 |
| **VERSUS** | * | |
| | * | Judge Nannette J. Brown |
| | * | |
| **MICHAEL WRIGHT, in his individual and** | * | Magistrate Judge Karen W. |
| **official capacities, JACLYN HOTARD, in her** | * | Roby |
| **individual and official capacities; and** | * | |
| **ST. JOHN THE BAPTIST PARISH;** | * | |
|     Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' RESPONSE TO PLAINTIFF'S BRIEF REGARDING AUTHENTICITY OF APPLE WATCH PHOTOS (REC. DOC. 130)**

NOW INTO COURT, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who file this Response to Plaintiff's Brief Regarding Authenticity of Apple Watch Photos, (Rec. Doc. 130).

**THE COURT SHOULD EXCLUDE PLAINTIFF'S APPLE WATCH PHOTOS AND DATA SINCE THEY ARE NOT SELF-AUTHENTICATING AND WOULD CONFUSE AND MISLEAD THE TRIER OF FACT**

Plaintiff plans to introduce some Apple Watch photos and data that she claims purports to show elevate heart rate. (Rec. Doc. 107, P3 on Plaintiff's List of Exhibits). However, the Apple Watch photos and data are not self-authenticating and Plaintiff has not listed any experts that would testify to their authentication.

Additionally, there is no way to prove when and where the pictures were taken, in what context, or even if Plaintiff was wearing the Apple Watch at the time the photographs

were taken. For instance, there is no way to know what Plaintiff's average heart rate is and whether the heart rate depicted is greater than, less than, or equivalent to her "normal" heart rate. Plaintiff has not and cannot lay a foundation for this evidence. Furthermore, Plaintiff's Apple Watch photos and data are also irrelevant, highly prejudicial, would cause confusion to the trier of fact, and would waste of time— all of which is prohibited by F.R.E. 403. Therefore, this Honorable Court should exclude Plaintiff's Apple Watch photos and data.

## Conclusion

Based on the aforementioned, the Defendants respectfully request that this Honorable Court grant Defendants' request to exclude all Apple watch photos.

Respectfully Submitted,

/s/ *Ike Spears*
IKE SPEARS, LSB #17811
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone:     (504) 593-9500
Telecopier:     (504) 523-7766
E-mail: ikespears@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on January, 21 2025.

/s/ *Ike Spears*
Ike Spears