UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **ST. JOHN THE BAPTIST PARISH, et al.** | **SECTION: "G"** |

## ORDER

Considering Defendants St. John the Baptist Parish, Michael Wright, and Jaclyn Hotard's ("Defendants") "Motion to Enroll as Co-Counsel of Record,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Joyce S. Sallah (La. Bar No. 32236) located at 909 Poydras Street, Suite 1825, New Orleans, LA 70112, is enrolled as counsel of record in this matter.

**NEW ORLEANS, LOUISIANA**, this 22nd day of January, 2025.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 126.