UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **ST. JOHN THE BAPTIST PARISH, et al.** | **SECTION: "G"** |

## ORDER

Considering the imminent trial date in this matter,

**IT IS HEREBY ORDERED** that the automatic referral of Plaintiff's Motion for Sanctions[1] is **VACATED**.

**NEW ORLEANS, LOUISIANA**, this <u>24th</u> day of January, 2025.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 92.