UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **ST. JOHN THE BAPTIST PARISH, et al.** | **SECTION: "G"** |

## ORDER

Plaintiff Joy Banner, Ph.D. ("Plaintiff") brings this suit against Defendants Michael Wright, St. John the Baptist Parish, and Jaclyn Hotard (collectively, "Defendants") alleging violations of her First Amendment right to freedom of speech during a St. John the Baptist Parish Council meeting.[1] Trial in this matter is scheduled to begin on January 27, 2025. Before the Court is Plaintiff's Motion for Sanctions.[2] Defendants oppose the motion.[3]

Plaintiff is seeking sanctions against Jaclyn Hotard for allegedly failing to produce discovery and lying under oath. Plaintiff requests attorney's fees and to re-depose Hotard.[4] During the pretrial conference in this matter, the Court ordered a second deposition of Hotard limited to information not previously disclosed.[5] The second deposition has occurred. Therefore, the instant motion is moot to the extent it requests that a second deposition be allowed.

As to the request for attorney's fees, Rule 37(c) provides for sanctions where a party fails

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 92.

[3] Rec. Doc. 106.

[4] Rec. Doc. 92.

[5] Rec. Doc. 128.

to disclose or supplement an earlier discovery response. Specifically, Rule 37(c)(1) provides "[i]f a party fails to provide information or identify a witness as required by Rule 26(a) or (e)," the court may "order payment of the reasonable expenses, including attorney's fees, caused by the failure" and "may impose other appropriate sanctions." Plaintiff asserts that Hotard deliberately concealed text messages, while Defendants argue the failure to disclose the text messages was inadvertent. Considering that a second deposition of Hotard has occurred and Plaintiff has been allowed to conduct thorough discovery, the Court declines to award attorney's fees as a discovery sanction.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions[6] is **DENIED** to the extent it requests that attorney's fees be awarded as a discovery sanction. The motion is **MOOT** to the extent it requests that discovery be reopened to re-depose Jaclyn Hotard, as a second deposition has already occurred.

**NEW ORLEANS, LOUISIANA**, this 24th day of January, 2025.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[6] Rec. Doc. 92.