UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## Notice of Uncontested / Stipulated Facts

In Rec. Doc. 141, the Court approved the parties' joint pre-trial order, with certain modifications. That order contains the uncontested / stipulated facts jointly developed and agreed to by the parties. Rec. Doc. 141 at pgs. 3-4.

Given the Court's approval of the joint pre-trial order, Plaintiff provides attached here a clean copy of the uncontested / stipulated facts, without any other PTO elements, so that the facts can be read or provided to the jury as the Court deems appropriate.

Respectfully submitted,

/s/ *William Most*
David Lanser, 37764
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 533-4521
Telephone: (504) 509-5023
Fax: (504) 414-6400
david.lanser@gmail.com
williammost@gmail.com

1