UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## Uncontested / Stipulated Facts

a) The St. John the Baptist Parish Council is a public body subject to Louisiana's Open Meetings Law.

b) The Parish Council held a public meeting on November 28, 2023.

c) Defendant Michael Wright was the council chair at the November 28, 2023 meeting.

d) Defendant Jaclyn Hotard was elected St. John the Baptist Parish President in October 2019.

e) Jaclyn Hotard attended the November 28, 2023 meeting in her capacity as Parish President.

f) Prior to the meeting, Dr. Banner filed an ethics charge against Jaclyn Hotard.

g) The ethics charge alleged that Jaclyn Hotard had signed a rezoning application that would significantly affect the value of her mother-law's LLC's property, inviolation of state ethics law.

h) Agenda Item J at the November 28, 2023 meeting read "J) Jaclyn Hotard – Authorization to retain Legal Service with the Law Firm, R. Gray Sexton, as Special Counsel, to perform services related to Ethics Laws subject to the restrictions imposed by the State of Louisiana regarding Ethics Procedures and at the rate in accordance with the Attorney General Guidelines per statute."

i) During the public comment period of the meeting, Dr. Banner walked to the podium and began to speak.

j) Jaclyn Hotard told Dr. Banner during her public comment that she was in "violation of state law" and asked Chairman Wright to "stop this comment."

k) Chairman Wright read La. R.S. 42:1141.4(L)(1) aloud during Dr. Banner's public comment.

l) La. R.S. 42:1141.4(L)(1) states, in part, that a violator may be punished "by a fine of not more than two thousand dollars or imprisonment for not more than one year, or both."

m) In 2014, a federal judge determined that "R.S. 42:1141.4(L)(1) is invalid, both as applied to these plaintiffs and on its face, at least in part."

1