UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D.<br>　　Plaintiff<br><br>VERSUS<br><br>MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;<br>　　Defendants. | Case No. 23-cv-7296<br><br>Judge Nannette J. Brown<br><br>Magistrate Judge Karen W. Roby |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S NOTICE OF UNCONTESTED/ STIPULATED FACTS

NOW INTO COURT, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who files this memorandum in Opposition to Plaintiff, Joy Banner's, (hereinafter "Plaintiff"), Notice of Uncontested/Stipulated Facts, specifically due to her request for this Honorable Court to read to the jury subsection "m" of the "Single Listing of Uncontested Material Facts" of the *Second Amended Joint Pretrial Order*, which states, "In 2014 a federal judge determined that "R.S. 42:1141.4(L)(1) is invalid, both as applied to these plaintiffs and on its face, at least in part".[1]

---

[1] Rec. Doc. 141, pp. 4., VII (m).

The validity of this same law <u>is still at issue</u> in this case <u>AND</u> it is also listed on the "Single List of Contested Issues of Law" on the same *Second Amended Joint Pretrial Order*. [2] Plaintiff is attempting to put the cart before the horse.

Furthermore, this Honorable Court has already ruled, in a previous order, regarding the responsibility of interpreting the legality of R.S. 42:1141.4(L)(1) l; this Honorable Court ruled that it was the <u>COURT's</u> job to interpret law and then "…ultimately place the conclusion of law with the jury."[3] Since this Honorable Court has *yet* to rule on the legality of R.S. 42:1141.4(L)(1) l, what Plaintiff is now requesting this Honorable Court to do is improper, in contradiction to this Honorable Court's previous order, and would impede the "…role of this Court to instruct the jury on the law.[4]

Finally, in addition to the aforementioned, Plaintiff's request would confuse the jury, prejudice the Defendants, and ultimately impede the Defendants' right to a fair trial, therefore, this Honorable Court should deny Plaintiff's request to read to the jury subsection "m" of the "Single Listing of Uncontested Material Facts" of the *Second Amended Joint Pretrial Order*, which states, "In 2014 a federal judge determined that "R.S. 42:1141.4(L)(1) is invalid, both as applied to these plaintiffs and on its face, at least in part". [5]

## **CONCLUSION**

Based on the aforementioned, the Defendants respectfully request that this Honorable Court deny the Plaintiff's request to read jury subsection "m" of the "Single Listing of Uncontested Material Facts" of the *Second Amended Joint Pretrial Order*,

---

[2] Rec. Doc. 141, pp. 5. IX (a) and (b).
[3] Rec. Doc. 115, pp. 4.
[4] Id.
[5] Rec. Doc. 141, pp. 4., VII (m).

which states, "In 2014 a federal judge determined that "R.S. 42:1141.4(L)(1) is invalid, both as applied to these plaintiffs and on its face, at least in part".

                                              Respectfully Submitted,

                                              /s/ *Ike Spears*
                                              IKE SPEARS, LSB #17811
                                              909 Poydras Street, Ste. 1825
                                              New Orleans, LA 70112
                                              Telephone:   (504) 593-9500
                                              Telecopier:   (504) 523-7766
                                              E-mail:ikespears@gmail.com

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** the foregoing was served on attorney of record William Most via electronic mail on January, 26 2025.

                                              /s/ *Ike Spears*
                                                Ike Spears