UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **ST. JOHN THE BAPTIST PARISH, et al.** | **SECTION: "G"** |

# ORDER

Plaintiff Joy Banner, Ph.D. ("Plaintiff") brings this suit against Defendants Michael Wright, St. John the Baptist Parish, and Jaclyn Hotard (collectively, "Defendants") alleging violations of her First Amendment right to freedom of speech during a St. John the Baptist Parish Council meeting.[1] Trial in this matter is scheduled to begin on January 27, 2025. Before the Court is Defendants' objection to Plaintiff's request that the Court read all of uncontested facts listed in the pretrial order to the jury as stipulations.[2] Defendants argue that uncontested fact "m" from the final Pre-trial Order should not be read to the jury.[3] The uncontested fact states, "In 2014 a federal judge determined that "R.S. 42:1141.4(L)(1) is invalid, both as applied to these plaintiffs and on its face, at least in part." Defendants argue the validity of this law is at issue in this case, and it is also listed in the list of contested issues of law in the Pre-Trial Order.[4] Defendants also argue the law must be provided to the jury by the Court.[5]

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 143.

[3] *Id.*

[4] *Id.*

[5] *Id.*

The Court requires the parties to provide a list of uncontested facts in the Pre-Trial Order so that those facts can be read to the jury. In every jury trial held in this Section, the Judge reads all of the uncontested facts from the Pre-Trial Order to the jury as stipulations. "A 'stipulation' is an agreement. When there is no dispute about certain facts, the attorneys may agree or 'stipulate' to those facts."[6] The purpose of providing a list of uncontested facts or stipulations is so that the parties do not have to spend time during trial presenting evidence on those facts.

Uncontested fact "m" states, "In 2014 a federal judge determined that "R.S. 42:1141.4(L)(1) is invalid, both as applied to these plaintiffs and on its face, at least in part."[7] The fact that this ruling occurred is not subject to argument.[8] To the extent that the constitutionality of Section 42:1141.4(L)(1) may be an issue in this case, it does not change the fact that the prior ruling occurred. Therefore, as is standard practice, the Court will read all uncontested issues of fact listed in the Pre-Trial Order to the jury as stipulations as they were agreed to and submitted to the Court in the parties' Joint Pre-Trial Order. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' objection to the reading of the uncontested material facts is **OVERRULED.**

---

[6] Fifth Circuit Civil Pattern Jury Instruction 2.3.

[7] Rec. Doc. 141 at 4.

[8] *King v. Caldwell ex rel. Louisiana*, 21 F.Supp.3d 651 (E.D. La. 2014).

**IT IS FURTHER ORDERED** that the Court assumes that uncontested facts listed in the Pre-Trial Order are stipulated facts to be read to the jury, since they are listed as such.

**NEW ORLEANS, LOUISIANA**, this 27th day of January, 2025.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**