UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER, Ph.D. | CIVIL ACTION |
| VERSUS | NO. 23-7296 |
| MICHAEL WRIGHT, individually and in official capacity, et al. | SECTION: "G"(4) |

**Proposed Jury Instruction on "On the Books" Argument**

A law can be "on the books" and still be unconstitutional.[1] That is because sometimes the legislature passes a law, but it is determined to be unconstitutional and invalidated by the court system.[2] Public officials can be presumed to know the law that is valid.[3]

Respectfully submitted,

/s/ *William Most*
David Lanser, 37764
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 533-4521
Telephone: (504) 509-5023
Fax: (504) 414-6400
david.lanser@gmail.com
williammost@gmail.com

---

[1] *See Marbury v. Madison*, 5 U.S. 137, 177 (1803) ("It is emphatically the province and duty of the Judicial Department to say what the law is.").
[2] E.g. *Garrison v. Louisiana*, 379 U.S. 64 (1964) (Holding that Louisiana's criminal defamation law is unconstitutional).
[3] *U.S. Fidelity and Guaranty Co. v. Bass,* 619 F.2d 1057 (5th Cir. 1980) ("It is elementary that everyone, including the defendants here, is presumed to know the law. Indeed, Bass and Allen, as public officials entrusted with state funds, are held to higher standard of care than the ordinary citizen."); *Rykers v. Alford*, 832 F.2d 895, 898 (5th Cir. 1987) ("an officer charged with enforcing Louisiana law[] can be presumed to know that law.").

1