MINUTE ENTRY
BROWN, C. J.
JANUARY 27, 2025

JS10: 6:35

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO: 23-7296 |
| MICHAEL WRIGHT, et al. | SECTION: "G" |

<u>JURY TRIAL</u><br>Day 1

COURT REPORTER:   Alexis Vice
CASE MANAGER:    Morgan Palmer
LAW CLERK:       Rhania Carter

APPEARANCES:   William Most & David Lanser, Counsel for Plaintiff.
               Ike Spears & Joyce Sallah, Counsel for Defendants.

Court begins at 9:00 a.m.
Preliminary matters on the record with counsel.
Sequestration order given by the Court.
Prospective jurors present 9:25 a.m.
Jury selected and jury sworn to try the case.
Jury instructed by Court.
Court recesses for lunch.
In-chambers conference on the record with counsel.
Juror #4 excused for cause.
Jurors return to courtroom.
Opening statements made by counsel.
Stipulated facts read by Court.
Plaintiff's witnesses:
Joyceia "Joy" Banner, sworn and testified.
Exhibits P1 through P6, offered and admitted.
Exhibits D1 through D3, offered and admitted.
Harriett Banner, sworn and testified.
Court recessed at 5:05 p.m. to resume Tuesday, January 28, 2025 at 9:00 a.m.