MINUTE ENTRY
BROWN, C. J.
JANUARY 28, 2025

JS10:  6:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO:  23-7296 |
| MICHAEL WRIGHT, et al. | SECTION:  "G" |

<u>JURY TRIAL</u>
Day 2

COURT REPORTER:   Alexis Vice
CASE MANAGER:    Morgan Palmer
LAW CLERK:       Rhania Carter

APPEARANCES:   William Most & David Lanser, Counsel for Plaintiff.
               Ike Spears & Joyce Sallah, Counsel for Defendants.


Court begins at 9:15 a.m.
Preliminary matters on the record with counsel.
Jurors returned to the courtroom.
Plaintiff's witnesses:
Michael Wright, sworn and testified.
Exhibits P7 & P8, offered and admitted.
Darla Gaudet, sworn and testified.
Exhibits P9 through P14, offered and admitted.
Jaclyn Hotard, sworn and testified.
Exhibit P15, offered and admitted.
Tonia Schnyder, sworn and testified.
Mallory Guillot, sworn and testified.
Plaintiff rests.
Jurors removed from courtroom.
Motion by defendants for judgment as matter of law as it relates to whether defendants violated Louisiana's Open Meetings Law; argued; DENIED.
Motion by defendants for judgment as matter of law as it relates to whether defendants engaged in view-point discrimination; argued; DENIED.
Motion by defendants for judgment as matter of law in relation to plaintiff's retaliation claim; WITHDRAWN.
Court recesses for lunch.
Court resumes and jurors returned to courtroom.

Defendants' witnesses:
Carolyn Landry, sworn and testified.
Mallory Guillot, sworn and testified.
Jacqueline Landeche, sworn and testified.
Exhibit D4, offered and admitted.
Exhibit P16, offered and admitted.
R. Gray Sexton, sworn and testified.
Stipulation agreed to and read by counsel into the record that if Alesia M. Ardoin were called to testify as a witness her testimony would be essentially identical to R. Gray Sexton's testimony.
Michael Wright, testified under oath.
Exhibit D5, offered and admitted.
Jaclyn Hotard, testified under oath.
Exhibits D6 through D8, offered and admitted.
Defendants rest.
Court recessed at 4:50 p.m. to resume Wednesday, January 29, 2025 at 9:00 a.m.