MINUTE ENTRY
BROWN, C. J.
JANUARY 29, 2025

JS10: 1:12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO: 23-7296 |
| MICHAEL WRIGHT, et al. | SECTION: "G" |

JURY TRIAL
Day 3

COURT REPORTER:   Alexis Vice
CASE MANAGER:   Morgan Palmer
LAW CLERK:   Rhania Carter

APPEARANCES:   William Most & David Lanser, Counsel for Plaintiff.
Ike Spears & Joyce Sallah, Counsel for Defendants.

Court begins at 9:15 a.m.
Jurors returned to the courtroom.
Closing arguments made by counsel for the parties.
Jury charged and retired at 10:20 a.m. for deliberations.
Jury returned at 2:15 p.m. with verdict.
Verdict read. Verdict form made part of the record.
Jury polled, thanked and excused.
Post trial motions due within accordance of the federal rules of civil procedure.
Counsel thanked and excused.
Court adjourned at 2:22 p.m.