UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO. 23-7296 |
| MICHAEL WRIGHT, et al. | SECTION: G |

CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this 29th day of January, 2025.

_____
Counsel for Plaintiff
William Most

_____
Counsel for Defendants