AO 187(Rev. 7/87) LAED revised

# United States District Court
## Eastern District of Louisiana

### EXHIBIT LIST

| JOY BANNER | CIVIL ACTION |
|---|---|
| VERSUS | NO:  23-7296 |
| MICHAEL WRIGHT, et al. | SECTION: "G" (4) |

| PRESIDING JUDGE<br>Nannette Jolivette Brown | PLAINTIFF'S ATTORNEY<br>William Most<br>David Lanser | DEFENDANT'S ATTORNEY<br>Ike Spears<br>Joyce Sallah |
|---|---|---|
| TRIAL DATES<br>January 27 - 29, 2025 | COURT REPORTER<br>Alexis Vice | COURTROOM DEPUTY<br>Morgan Palmer |

| Jt. No | Pltf. No. | Deft. No. | Date Admitted | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|
| | 1 | | 1-27-2025 | October 26, 2023 Complaint from Dr. Joyceia Banner/Pam Spees to the Louisiana Board of Ethics (with its attached exhibits) |
| | 2 | | 1-27-2025 | Joy Banner social media posting dated November 27, 2023 |
| | 3 | | 1-27-2025 | November 28, 2023 council meeting agenda |
| | 4 | | 1-27-2025 | Video of November 28, 2023 council meeting |
| | 5 | | 1-27-2025 | Joy Banner Demonstrative from November 28, 2023 |
| | 6 | | 1-27-2025 | Apple Watch photos and data |
| | | 1 | 1-27-2025 | November 7, 2023 Letter from Louisiana Board of Ethics (Carolyn Landry) to Jaclyn Hotard |
| | | 2 | 1-27-2025 | Social Media Postings from The Descendants Project |
| | | 3 | 1-27-2025 | September 10, 2024 Letter from Louisiana Board of Ethics (Mallory Guillot) to Jaclyn Hotard |
| | 7 | | 1-28-2025 | Defendant Michael Wright's Discovery Responses |
| | 8 | | 1-28-2025 | Highlighted copy of Revised Statute 42:1141.4 |
| | 9 | | 1-28-2025 | Text messages between Darla Gaudet and Jaclyn Hotard dated 10-16-2023 |
| | 10 | | 1-28-2025 | Text messages between Darla Gaudet and Jaclyn Hotard dated 10-24-2023 |

| | | | | |
|---|---|---|---|---|
| | 11 | | 1-28-2025 | Text messages between Darla Gaudet and Jaclyn Hotard dated 12-5-2023 |
| | 12 | | 1-28-2025 | Text messages between Darla Gaudet and Jaclyn Hotard dated 4-9-2024 |
| | 13 | | 1-28-2025 | Text messages between Darla Gaudet and Jaclyn Hotard dated 5-28-2024 |
| | 14 | | 1-28-2025 | Text messages between Darla Gaudet and Jaclyn Hotard dated 9-14-2024 |
| | 15 | | 1-28-2025 | Defendant Jaclyn Hotard's Discovery Responses |
| | | 4 | 1-28-2025 | Minutes (Official Proceedings) St. John the Baptist Parish Council, Tuesday, November 28, 2023 |
| | 16 | | 1-28-2025 | Excerpts from Defendant Michael Wright's Discovery Responses |
| | | 5 | 1-28-2025 | Louisiana Legislative Auditor "White Paper", Open Meetings Law, RS 42:11-42:28 |
| | | 6 | 1-28-2025 | February 2, 2024 Letter from Louisiana Board of Ethics (Shannon McLean) to Jaclyn Hotard |
| | | 7 | 1-28-2025 | Louisiana Board of Ethics Notice of Confidentiality |
| | | 8 | 1-28-2025 | E-mail exchange between Jaclyn Hotard and Louisiana Board of Ethics, November 17, 2023-November 27, 2023 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.