UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOY BANNER                                              CIVIL ACTION

VERSUS                                                 NO. 23-7296

ST. JOHN THE BAPTIST PARISH, et al.                    SECTION: "G"

## Jury Verdict Form

**First Amendment Freedom of Speech**

1.  Do you find by a preponderance of the evidence that one or more Defendants restricted

    Plaintiff's speech based on her viewpoint?

    Circle yes or no as to each Defendant.

    Michael Wright             YES           NO

    Jaclyn Hotard              YES          NO

    St. John the Baptist Parish    YES      NO

2.  Do you find by a preponderance of the evidence that one or more Defendants engaged in

    First Amendment retaliation?

    Circle yes or no as to each Defendant.

    Michael Wright             YES           NO

    Jaclyn Hotard              YES          NO

    St. John the Baptist Parish    YES      NO

1

**Damages**

3.  If you circled yes for any of the questions above, continue on with this question. If you circled no for all questions above, move on to Question 5.

    What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the harm caused by any of the Defendants below:

    Michael Wright                $ _____

    Jaclyn Hotard                 $ _____

    St. John the Baptist Parish   $ _____

    Total                         $ _____

4.  Do you find that Plaintiff is entitled to an award of punitive damages against any of the individual defendants?

    If yes, fill in a dollar amount next to each individual Defendant you find liable for punitive damages and then move on to Question 5. If no, move on to Question 5.

    Michael Wright                $ _____

    Jaclyn Hotard                 $ _____

**Open Meetings Law**

5.  Do you find by a preponderance of the evidence that one or more Defendants violated the Open Meetings Law?

    Circle yes or no as to each Defendant.

    Michael Wright        YES        (NO)

    Jaclyn Hotard         YES        (NO) 

2

St. John the Baptist Parish    YES     NO

6. If you answered yes as to Michael Wright or Jaclyn Hotard in Question 5, continue with

this question. If you did not, proceed to the end and sign the form.

Do you find by a preponderance of the evidence that either individual Defendant (Wright

or Hotard) knowingly and willfully participated in a meeting conducted in violation of the

Open Meetings Law?

Michael Wright            YES            NO

Jaclyn Hotard            YES            NO


If yes, put a number for a civil penalty next to each applicable Defendant (up to $500 per

violation). If no, proceed to the end and sign the form.

Michael Wright        $ _____

Jaclyn Hotard        $ _____


I attest that the above verdict is the unanimous verdict of the jury.

1-29-2025
_____
DATE

████████████████████████████████
JURY FOREPERSON

3