UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO. 23-7296 |
| MICHAEL WRIGHT, et al. | SECTION G |

### ORDER

IT IS ORDERED that within 14 days of completion of trial, counsel for each party deliver to the Case Manager any exhibit it admitted into evidence at trial on a flash-drive (PDF format). Counsel shall be responsible for contacting the case manager to notify her of any exhibits annotated during trial that need to be scanned.

New Orleans, Louisiana, this 29 day of January, 2025.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT