UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY BANNER | CIVIL ACTION |
| VERSUS | NO: 23-7296 |
| MICHAEL WRIGHT, et al. | SECTION: G |

### ORDER

**IT IS ORDERED** that the Clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

**IT IS FURTHER ORDERED** that the Clerk pay Majoria's Commerce Restaurant, 300 Camp Street, New Orleans, Louisiana, 70130, the sum of $149.75 for meals purchased January 29, 2025 for the jury in this matter.

New Orleans, Louisiana, this 29 day of January, 2025.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copy: Procurement