UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-7296** |
| **MICHAEL WRIGHT, et al.** | **SECTION: "G"** |

## JUDGMENT

This cause having been tried and submitted to the jury, and the jury having returned a verdict,[1] accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of Defendants Michael Wright, St. John the Baptist Parish, and Jaclyn Hotard, and against Plaintiff Joy Banner. All claims raised by Plaintiff are **DISMISSED WITH PREJUDICE** with each party to bear its own costs.[2]

**NEW ORLEANS, LOUISIANA**, this  4th  day of February, 2025.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 151.

[2] Fed. R. Civ. P. 54(d)(1).