**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**MOTION FOR LEAVE TO INTERVIEW JURORS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner, Ph.D who files this *Motion for Leave to Interview Jurors*.

Local Rule 47.5(B) requires leave of court before attorneys are allowed to contact jurors following a trial. For the reasons stated in the attached memorandum, Plaintiff requests that her counsel be allowed to interview any juror who is willing to discuss the case.

Defendants oppose this motion.

                                                       Respectfully submitted,

                                                       /s/ *Dave Lanser*
                                                       David Lanser, 37764
                                                       William Most, 36914
                                                       MOST & ASSOCIATES
                                                       201 St. Charles Ave., Ste. 2500, #9685
                                                       New Orleans, LA 70170
                                                       Telephone: (504) 533-4521
                                                       Telephone: (504) 509-5023
                                                      Fax: (504) 414-6400
                                                      david.lanser@gmail.com
                                                      williammost@gmail.com

1