UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO INTERVIEW JURORS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner, Ph.D who files this *Memorandum in Support of Motion for Leave to Interview Jurors*.

Trial in this matter took place from January 27, 2025, through January 29, 2025, in front of a nine-person jury. The jury returned a unanimous verdict in favor of Defendant on all causes of action.

Local Rule 47.5(B) allows for the possibility of the legal team contacting the jurors following a trial, but requires leave of court. The Fifth Circuit has "generally disfavored post-verdict interviewing of jurors" out of a concern that jurors may be harassed.[1] But in this matter, at least one juror has already voluntarily spoken to the media regarding the verdict.[2] Other jurors may also be willing to discuss the matter. Plaintiff suggests the following protocol, as reflected in the proposed order:

---

[1] *Haeberle v. Tex. Int'l Archives*, 739 F.2d 1019, 1021 (5th Cir. 1984).
[2] Arielle Robinson, "Jury rules in favor of St. John Parish president in lawsuit over public comments," Verite, January 29, 2025 (https://lailluminator.com/2025/01/29/jury-rules-in-favor-of-st-john-parish-officials-in-case-involving-environmental-advocate/); Amos Abba, "Jury rules for St. John the Baptist Parish president in free speech trial prompted by grain elevator plan," L'Observateur, January 29, 2025 (https://www.lobservateur.com/2025/01/29/jury-rules-for-st-john-the-baptist-parish-president-in-free-speech-trial-prompted-by-grain-elevator-plan/); Delaney Dryfoos, "St. John the Baptist Parish cleared in First Amendment lawsuit, " The Lens, January 29, 2025 (https://thelensnola.org/2025/01/29/st-john-the-baptist-parish-cleared-in-first-amendment-lawsuit/); Josie Abugov, "Jury decides in favor of St. John president in free speech trial sparked by grain elevator plan," nola.com, January 29, 2025 (https://www.nola.com/news/environment/cancer-alley-joy-banner-st-john-louisiana-grain-greenfield/article_5ae9cc60-de5f-11ef-a8ba-e790db110d5d.html).

1

1. The parties may contact jurors by telephone or email to request to interview them.

2. No party may approach a juror about the matter in person.

3. If a juror expresses a desire not to be interviewed, the party shall promptly terminate contact and not make further contact about the matter.

Because one juror has already expressed a desire to discuss the case and because other jurors may be willing to discuss, as well, Plaintiff requests that undersigned counsel be allowed to contact jurors.

                                             Respectfully submitted,

/s/ *William Most*
David Lanser, 37764
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 533-4521
Telephone: (504) 509-5023
Fax: (504) 414-6400
david.lanser@gmail.com
williammost@gmail.com

2