## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO INTERVIEW JURORS**

Considering the foregoing *Memorandum in Support of Motion for Leave to Interview Jurors*,

IT IS ORDERED that the motion is GRANTED. The parties may contact jurors by telephone or email to request to interview them. No party may approach a juror about the matter in person. If a juror expresses a desire not to be interviewed, the party shall promptly terminate contact and not make further requests about the matter.

Signed this ___ day of _____, 2025, in New Orleans, Louisiana.

_____

1