## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

Considering Plaintiff's *Motion for a New Trial*, IT IS ORDERED that the motion is GRANTED. The Court will set a scheduling conference to determine a new trial date.

Signed this ___ day of _____, 2025, in New Orleans, Louisiana.

_____

1