**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

## Notice of Submission Date

Plaintiff's *Motion for a New Trial* shall be submitted on March 5, 2025.

          Respectfully submitted,

          /s/ *William Most*
          William Most, 36914
          David Lanser, 37764
          MOST & ASSOCIATES
          201 St. Charles Ave., Ste. 2500, #9685
          New Orleans, LA 70170
          Telephone: (504) 509-5023
          Telephone: (504) 533-4521
          Fax: (504) 414-6400
          williammost@gmail.com
          david.lanser@gmail.com