

EXHIBIT A


# Jury decides in favor of St. John president in free speech trial sparked by grain elevator plan



Joy Banner, right, who founded The Descendants Project with her sister, Jo Banner, l... ▲

**BY JOSIE ABUGOV | Staff writer**

Updated Jan 29, 2025

    

A federal jury decided in favor of the St. John the Baptist parish president on Wednesday in a free speech trial centered on whether she improperly shut down critical comments at a public meeting from a local activist opposed to a controversial grain terminal project.

The trial in Louisiana's eastern district in New Orleans stemmed from a lawsuit filed in connection with a 2023 St. John council meeting by Joy Banner, who co-runs the advocacy organization The Descendants Project. Banner alleged that

Parish President Jaclyn Hotard and Council Chairman Michael Wright violated her free speech rights and Louisiana open meetings laws by stopping her comments and threatening her with jail time.



The panel of nine jurors concluded that Hotard, Wright and the parish government itself -- the three defendants in the case -- were not liable.

The plaintiffs argued in the trial presided over by Judge Nannette Jolivette Brown that Hotard wanted to keep hidden her family's potential financial stake in the now-defunct Greenfield grain elevator development and an ethics investigation against her. The ethics complaint has since been dismissed, with no violation found.

Banner sought more than $2 million in compensatory and punitive damages.

Parish attorneys contended that Banner was speaking off-topic and attempting to publicly discuss confidential information. Leaving the courtroom Wednesday, parish lawyer Ike Spears said that "the jury spoke" and offered no further comment.

✕





"Today's verdict is a victory for St. John and a reminder that frivolous lawsuits have no place in our legal system," Hotard said.

She said that cases like these "threaten the integrity of the legal system and our economy."

"Our neighboring parishes are economically outperforming us – just read the announcements," she said. "New industry is afraid to invest in St. John due to the climate of lawsuits and delays."

Despite the loss for the local activist group, Banner said that the information that the case revealed and the process of holding parish leadership accountable made the lawsuit worthwhile.

"Our public officials have to answer for the decisions that they've made," she said. "That really is the thing that feels enlightening for me."

Cam Owen, one of the jurors, said that the deliberations heavily relied on a video recording of the disputed public meeting. He said that Banner was able to communicate her points to the officials, even as the St. John leadership interrupted her.



"They did try to stop her, but she did actually say what she had to say," Owen said. "We didn't vote no because the defense gave a good case. We voted no because the facts weren't there for the claims that the plaintiffs have."

## 'So triggered'

The Descendants Project has been embroiled in a series of lawsuits about continued industrial expansion in the corridor between New Orleans and Baton Rouge often dubbed 'Cancer Alley' due to its concentration of facilities linked to health risks.

The group had opposed the grain elevator in Wallace, a historically Black and rural town on the West Bank of the parish, over concerns that the facility would harm the community. Banner had filed an ethics complaint against the parish president over Hotard's mother-in-law's potential financial stake in the grain elevator project.

**The story of New Orleans**

In order to build the grain terminal, Hotard had signed off on a rezoning of the area approved by the parish council for industrial use. Her mother-in-law owned property in this area, and could benefit from selling her land to the grain elevator developers, Banner argued.

At the November 2023 meeting that triggered the lawsuit, the council was considering whether to hire an attorney to represent Hotard in the now-dismissed ethics investigation. A recording of the video was played in court.

Hotard interrupted Banner's comment and Wright read aloud a state law barring public discussion of an ethics investigation. This law was ruled unconstitutional

years ago.

The document that Wright read from had the word "unconstitutional" printed on the page, the plaintiffs argued. Wright said in testimony that he did not see the note that identified the law as unconstitutional.



During closing arguments Wednesday morning, Banner's lawyer William Most stressed the revelations about Hotard's mother-in-law as a key part of the case.

"Why did Hotard care so much? What caused her to get so worked up, so triggered that she literally wanted to choke Joy Banner?" Most said, referring to text messages that came to light as part of the trial.



St. John the Baptist Parish President Jaclyn Hotardduring a groundbreaking cere… ▲



"I think we learned what the answer was, which is that there were secrets."

## 'Send a message'

The defendants disputed these claims, arguing that there are limits to free speech in public meetings and that Banner was discussing confidential information.

"No one was arrested, no one was shut down unless they were off topic or unless they were talking about something that was privileged and confidential," Spears said in his closing argument.

"Send a message that we're going to end these frivolous lawsuits, lawsuits from people looking for media attention and for bigger social media followings, so that they can be social media influencers."

The defendants also argued that Banner was publicizing classified information when she shared certain documents on her social media platforms.



"Think about common sense," Spears said. "If I'm sending you a letter stamped confidential, it has to mean something. Joy Banner knew she was violating the

spirit of the ethics laws by posting the complaints she made on her Facebook page."

Over the course of the trial this week, the jury heard testimony from Banner, Hotard and her mother-in-law Darla Gaudet, among others.



Aerial view of the proposed Greenfield Louisiana LLC grain terminal and dock adj...  ▲



Gaudet acknowledged she had been in talks with Greenfield about the company purchasing the land she owned through family trusts in the area that Hotard had approved for rezoning. Hotard's husband, Russell Gaudet III, is a beneficiary of one of the trusts.

The connection between Hotard's husband and the land was hidden from the public until a December 2024 deposition, where Darla Gaudet admitted it was a

secret.

The free speech trial also brought to light text messages between Hotard and Gaudet.

In December, Banner's lawyers accused Hotard of lying under oath and failing to turn over subpoenaed text messages with Gaudet. Hotard had previously claimed that no such messages existed, as she was unaware of her mother-in-law's property. Messages included in the December filing show Hotard and Gaudet discussing the rezoning, the property and Banner herself.



Hotard wrote to her mother-in-law that she "wanted to choke" Banner and called the activist "the bitch."

"I hate these people," she wrote in another exchange.

In closing comments, Judge Brown said she hoped the people of St. John could heal and move forward.

Email Josie Abugov at Josie.Abugov@TheAdvocate.com.

View on NOLA.com

   

## Tags

Fej

 back to top

© Copyright 2025 NOLA.com, 840 St. Charles Avenue New Orleans, LA | Terms of Use | Privacy Policy

Powered by BLOX Content Management System from BLOX Digital.



U.S.News  Credit Card Research, Simplified!
Discover the Right Credit Card for you

News / U.S. News® / Louisiana Environmental Activ...



EXHIBIT
B

# Louisiana Environmental Activist Loses Freedom of Speech Lawsuit Against Parish Officials

A civil jury has ruled that Louisiana parish officials who threatened to arrest and imprison an environmental activist while she attempted to speak during a public meeting did not violate the First Amendment

By Associated Press | Jan. 29, 2025

Save | Comment



U.S.News  Check Out Our Mortgage Rate Offers!
Compare Mortgage Rates



GERALD HERBERT

FILE - Joy Banner speaks out at a public hearing on the St. Charles
Clean Fuels' coastal use permit application, Aug. 22, 2024, in
Destrehan, La. (AP Photo/Gerald Herbert, File)

NEW ORLEANS (AP) — Louisiana parish
officials who threatened to arrest and
imprison an environmental activist as she
attempted to speak during a public meeting
did not violate her right to freedom of
speech, a unanimous civil jury ruled
Wednesday.

Joy Banner had sought more than $2 million
in damages from two St. John the Baptist
parish officials — Parish President Jaclyn
Hotard and councilmember Michael Wright
— who she said blocked her from raising
allegations of corruption tied to industrial
development at a public meeting. While
Banner's attorneys said the case had
important implications for protecting
outspoken citizens from government
censorship, lawyers representing the parish
said they were model officials trying to
curtail disruption and keep the meeting on
track.

Recommended Videos                    Powered by AnyClip



The case is part of a broader series of disputes playing out in courts and public hearings between grassroots community groups and Louisiana officials over industrial expansion in the 85-mile (136-kilometer) chemical corridor between Baton Rouge and New Orleans, often referred to by environmental activists as "Cancer Alley" because of its high pollution levels.

Banner, co-founder of the environmental and racial justice organization The Descendants Project, gained a national reputation fighting against an $800 million grain terminal slated for her predominantly Black community in St. John the Baptist parish. The project was later aborted.

In a November 2023 parish council meeting, Banner sought to oppose an agenda item introduced by Hotard to use taxpayer funds

for a lawyer to defend parish officials from ethics complaints. The state ethics board had launched an investigation after Banner filed a complaint pointing out that Hotard's mother-in-law, Darla Gaudet, owned a marine transport company that owned land near the proposed site for the grain terminal.



**are right for you!**

Finding the right credit card can be overwhelming, but we'd like to help you narrow down the search. Answer a few questions and

Get Started

As Banner began to discuss these concerns during the public comment period,

councilmember Michael Wright repeatedly banged his gavel and both he and Hotard told Banner she was not speaking on topic as she made her remarks.

Wright then quoted from an obsolete law under which anyone who publicly shared testimony given to a state ethics board investigation could be subject to one year of imprisonment. A federal judge deemed the law unconstitutional years ago.

"When I heard the words imprisonment and misdemeanor, I thought, 'That's it, I'm going to jail, I've messed everything up, my business is going to be ruined, my name is going to be ruined.' I was terrified and shocked," Banner later testified.

Ike Spears, the parish officials' attorney, noted that they had also interrupted and instructed to stay on topic other members of the public who spoke during the public comment period. He described Banner as a "disruptive citizen" striving to become a "social media influencer" and garner media attention from the litigation.

▶▶ **Read:** Grim Memories Resurface After DNA Advances Lead to Arrest of Suspect in Hawaii Teen's 1977 Murder

"She wants us to reward this conduct with $2 million plus," Spears told jurors.

▶▶ **READ:** The 10 Oldest U.S. Presidents

Banner's attorney William Most countered that her intended comments at the public meeting were "vital" to informing the parish about Hotard's potential conflicts of interest.

"Joy Banner was treated differently than anyone else: She was the only person threatened with arrest and she was also the only one to raise the issue of Hotard's family business interests," Most said. "She was directly on topic."

Hotard also used vitriolic language to describe Banner, including fantasizing about strangling her, in text messages to her mother-in-law that were introduced as evidence. Most said the messages indicated that Hotard had a personal motivation to shut down Banner's participation in a public meeting.



The state ethics board ruled last year that Hotard had not violated state ethics laws.

Yet Hotard's mother-in-law later revealed during a deposition for Banner's lawsuit that Hotard's husband is a beneficiary of a trust that owned land overlapping with the planned railroad route leading into the proposed grain terminal.

Spears acknowledged that Hotard would "probably" personally benefit from the grain terminal's approval. But he said increased tax revenue and good-paying jobs were the parish president's driving motivation in supporting the project.

Hotard and Wright said in emailed statements to The Associated Press that they saw the jury's verdict as a rejection of "frivolous" lawsuits and a positive sign for future business investment in their parish.

"These lawsuits are not about fairness or accountability," Hotard said. "They're about leveraging the legal system for personal gain and promoting self-interest."

Juror Cam Owen said he was ready to vote in Banner's favor following closing arguments. He changed his mind — and came to tears during deliberations — after closely reviewing the facts and video footage of the public meeting, which he described as the "deciding factor" for the

jury. Owen said jurors calculated the amount of time Banner was able to speak and concluded she was able to express most of her viewpoint.

"At the end of the day, you know, they did try to stop her, but she did actually say what she had to say," Owen said.



The jury also ruled that the parish had not violated Louisiana's open meetings law.

Banner said she had no regrets about bringing the lawsuit and said it uncovered the parish president's hidden financial interests.

"The purpose of this case was for transparency," Banner said. "I think it's important to hold people accountable for the things that we feel are wrong."

"I hope you can heal," Eastern District of

Louisiana Judge Nannette Jolivette Brown told Banner and the parish officials after the verdict. "This is only one part of the process."

———

Brook is a corps member for The Associated Press/Report for America Statehouse News Initiative. Report for America is a nonprofit national service program that places journalists in local newsrooms to report on undercovered issues. Follow Brook on X: @jack_brook96.

Copyright 2025 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.





NEWS

# Jury rules in favor of St. John the Baptist Parish in case involving environmental advocate

*Despite losing, Joy Banner said that she considers the trial a victory because it revealed some of the inner workings of the parish government.*



by **ARIELLE ROBINSON**
January 29, 2025



Joy Banner (far right) introduces Ibrahima Seck, research director of the Whitney Plantation, Derron Cook, founder of the Revolt1811 Museum, and visual artist Dread Scott during an event The Descendants Project held to commemorate the anniversary of the 1811 German Coast Uprisings. Credit: Arielle Robinson / Verite News

A jury reached a verdict Wednesday afternoon (Jan. 29) on a First Amendment case filed by environmental justice activist Joy Banner against St. John the Baptist Parish President Jaclyn Hotard, Parish Council President Michael Wright and the parish.

The nine jurors found three things to be true in their verdict: that Wright, Hotard and the parish did not restrict Banner's speech, that the three defendants did not engage in First Amendment retaliation and that they did not violate Louisiana's Open Meetings Law. As a result, Banner will not receive compensatory or punitive damages.

The jury took more than three hours to deliberate in the U.S. Eastern District of Louisiana courthouse in New Orleans where the trial took place. Hotard and Wright were not in the courtroom for the verdict.

Cam Owens, one of the jurors, said that the video of the 2023 council meeting that set this

case off was the deciding factor for the jury.

He said that he felt the testimonies were a bit muddled and that the video helped to clarify what occurred. He also said that he felt Banner had the chance to speak at the meeting.

"We broke down her amount of time, and when she was stopping, when she was interrupted, and she had three minutes [to speak], and even though they were interrupting her, she did get out what she was trying to say," he told reporters. "I think at the end of the day, they did try to stop her, but she did actually say what she had to say."

Owens said he thinks Banner was not fully able to say what she had to, but that it would still be inaccurate to say that her First Amendment rights were violated because she did get to talk.

In Nov. 2023, Banner attended a council meeting and attempted to make a public comment about the council's potential decision to hire an attorney for Hotard to represent her in an ethics investigation related to the **now-canceled Greenfield grain terminal** project. Hotard interrupted Banner at that meeting and told Wright to stop Banner's comment.

Wright read off a statute that implied that Banner could be fined or imprisoned for continuing to speak. After trying to speak several times, Banner eventually walked away from the podium.

Banner and her twin sister Jo Banner founded The Descendants Project, an organization dedicated to telling the history of and advocating for Black communities within the River Parishes. They opposed the Greenfield development because they believed it would have negative environmental effects on their Wallace community.

Both Banner sisters commented on the verdict outside of the courtroom, along with Joy's attorney William Most.

Joy Banner said that wished the outcome was different, but that the case shined a light on transparency issues within St. John. In this way, she said the case was a win.

"A win would have been nice, but it was honestly making the parish president [and] Michael Wright, our public officials have to answer for the decisions that they've made," Joy said.

Joy said that she knows she made the right decision to go forward with the trial and said that this was an eye-opening process.

Text messages that surfaced as evidence in the case had revealed that Hotard had kept her mother-in-law, who stood to benefit from a rezoning measure tied to the Greenfield project, updated on the project, though Hotard had previously claimed no such communications existed.

"I think that President Hotard took a lot of effort to keep a lot of things hidden, and now it's out there," Jo Banner said. "It's a matter of public record."

Joy also described an accusation by Hotard's attorney that she and her sister are trying to be **social media influencers** as "inaccurate" and that social media helps amplify their activism.

Most said that there may be future legal repercussions with regard to Hotard. He said that this trial revealed that Hotard's husband had a financial stake in the land where Greenfield would have been.

"The parish president has not committed to recusing herself from decisions about that plan [about Greenfield], so there may be future legal repercussions," Most said.

Verite News reached out to Hotard and Ike Spears, Hotard's attorney, for a comment on potential future legal repercussions resulting from what was revealed in the case, but they did not immediately respond.

Joy Banner said that she will "absolutely" continue her advocacy at St. John meetings and that the problems with transparency among parish leadership have become a "rallying cry."

"We will continue to do the work," Joy said. "They see us fighting."

© 2025 Verite News New Orleans





GOVERNMENT & POLITICS

# St. John the Baptist Parish cleared in First Amendment lawsuit

*A jury found that the defendants didn't violate Joy Banner's right to free speech or the Louisiana Open Meetings Law. But testimony revealed a hatred the Parish President harbors against the co-founders of The Descendants Project.*

by **Delaney Dryfoos**
January 29, 2025



Jo and Joy Banner (front row) stand on the steps with a group of people who are descendants from the enslaved population who once worked at the Woodland Plantation, which is now owned by The Descendants Project. Credit: La'Shance Perry | The Lens

St. John the Baptist Parish did not violate either the First Amendment or the Louisiana Open Meetings Law, jurors in the U.S. Eastern District of Louisiana concluded after hearing evidence from both sides, in a trial held before Chief Judge Nannette Jolivette Brown.

The outcome was a disappointment to plaintiff Joy Banner, who, contending that her rights were violated during a November 2023 meeting, had brought the **First Amendment suit against St. John the Baptist Parish**, its former Council Chairman Michael Wright and Parish President Jaclyn Hotard.

But Banner said that the verdict was secondary in some ways. The prime purpose of the case was transparency, she said. "A lot of information came out in this trial that Jaclyn Hotard did not want to come out." She and her lawyer, William Most, noted that it became clear that Hotard's husband had a financial interest in the land where the Greenfield grain elevator was to be built.

Hotard and her mother-in-law Darla Gaudet also texted petty comments about Banner and her twin sister Jo, who formed The Descendants Project and fought Greenfield's proposal in court. Some of those messages were dissected during the trial. For instance, Gaudet admitted that the two "poop emojis" in one text message represented the Banner sisters.

On Wednesday, after the plaintiffs and defendants rested their case, jurors considered whether the defendants restricted Banner's speech.

Banner believed that her rights had been trampled on – as her attempts to speak were rebuffed – because she opposed the Council's rezoning of farmland in Wallace, La., her hometown. The land was slated for industrial development by Greenfield, LLC, which planned to build a large grain elevator there.

Also, because Banner had reported Hotard for a possible state ethics violation, she saw the Council's actions as retaliation.

The trial included testimony from Tonia Schnyder, a former councilwoman from District VI, who testified about the ambiguity surrounding the council's decision to retain the law

firm of R. Gray Sexton on Hotard's behalf, for <u>services related to ethics laws</u>.

Ultimately, the firm was paid by taxpayer dollars to represent Hotard during the investigation by the Louisiana Board of Ethics, based on a complaint filed by Banner. The Board found no violations.

Schnyder and others testified that Banner was interrupted every time she tried to speak during the public comment period of the meeting. But the jury rewatched an official video recording of the meeting several times while sequestered. Despite the interruptions and threats, jurors decided that Banner had gotten her point across.

"The main evidence was the video we had," said Cam Owen, a juror who works as a supervisor for Hotel Saint Vincent. The jury concluded her freedom of speech was not taken away because she managed to speak, he said, even as the council tried to stop her.

Other evidence introduced during the trial showed that Hotard's family stood to make money from the land rezoning process she helped facilitate. But Hotard testified that when she signed, in her role as Parish President, an application to rezone land for Greenfield's proposed heavy industrial use, she was unaware of her husband and mother-in-law's financial connections to the land in Wallace.

Hotard and Wright said they supported the rezoning of the land as economic development for the West Bank. "I'm not the only business in St. John the Baptist Parish that would've benefited from it," said Gaudet, whose business Gaumet Holdings, LLC owns tracts of land in the area being considered for rezoning.