UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**NOTICE OF APPEAL**

Plaintiff Joy Banner hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on February 4, 2025 (R. Doc. 154).

This notice of appeal is timely because it is filed within thirty days of the Court's order (R. Doc. 164) denying Plaintiff's motion for a new trial (R. Doc. 157). *See* Fed. R. App. Proc. 4(a)(4)(A) ("If a party files in the district court any of the following motions under the Federal Rules of Civil Procedure —and does so within the time allowed by those rules— the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion . . .").

Respectfully submitted,

/s/ *William Most*
David Lanser, 37764
William Most, 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Fax: (504) 414-6400
williammost@gmail.com

1