**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**MOTION FOR RULE 39 COSTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner who files this Motion seeking costs from her successful appeal.

An appellant is entitled to costs from the appellee when a judgment is affirmed, pursuant to Federal Rules of Appellant Procedure Rule 39. As described in the attached memorandum, Defendants should be allocated $3,249.20 in costs to be paid to Plaintiff Joy Banner.

WHEREFORE, Plaintiff Joy Banner requests that the described costs be paid by Defendants.

Respectfully submitted,

/s/ *William Most*

William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com