**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**MEMORANDUM IN SUPPORT OF MOTION FOR RULE 39 COSTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner who files this memorandum in support of her Motion seeking costs from her successful appeal.

A jury trial was held in the above-captioned case on January 28 and 29, 2025, initially resulting in a verdict in favor of Defendants. Plaintiff Joy Banner filed a motion for a new trial on February 18, 2025, arguing that Defendant's counsel engaged in repeated acts of misconduct that sullied the jury. That motion was denied, but Plaintiff filed a notice of appeal on July 2, 2025. But the Fifth Circuit reversed that ruling on October 16, 2026, and ordered the matter to be set for a new trial. Plaintiff Joy Banner, the appellant, was the prevailing party on the appeal as the judgment was reversed in full.

Federal Rules of Appellant Procedure Rule 39 states, in part, that "if a judgment is reversed, costs are allocated against the appellee." Rule 39 further states that costs taxable in the District Court include "the preparation and transmission of the record," "the reporter's transcript, if needed to determine the appeal," "premiums paid for a bond or other security to preserve rights pending appeal," and "the fee for filing the notice of appeal."

As documented in the attached exhibits, Plaintiff has incurred the following recoverable costs:

- $605.00 in filing fees of the Clerk of Court; and

- $2,644.20 in transcript fees.

These costs total $3,249.20, which should be allocated against Defendants pursuant to Rule 39.

WHEREFORE, Plaintiff Joy Banner requests that the described costs be paid by Defendants.

Respectfully submitted,

/s/ *William Most*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com