**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

# ORDER

Considering the foregoing *Motion for Rule 39 Costs,*

IT IS ORDERED that the motion is GRANTED. Defendants shall pay the recoverable costs Plaintiff has incurred, which total $3,249.20, pursuant to Rule 39 as follows:

- $605.00 in filing fees of the Clerk of Court; and
- $2,644.20 in transcript fees.

Signed this ___ day of _____________, 2025, in New Orleans, Louisiana.

______________________________
HONORABLE JUDGE