**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**DECLARATION OF DAVID LANSER**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is David Lanser. I am an attorney based in New Orleans, LA, who represents Plaintiff Joy Banner in the above-captioned case.
2. I understand that the following costs on appeal are taxable in the District Court, per Federal Rule of Appellate Procedure 39: "(1) the preparation and transmission of the record; (2) the reporter's transcript, if needed to determine the appeal; (3) premiums paid for a bond or other security to preserve rights pending appeal; and (4) the fee for filing the notice of appeal."
3. Here, Plaintiff incurred recoverable costs in the form of $605.00 in filing fees and $2,644.20 in transcript fees, which were needed to determine the appeal.
4. I certify that, to the best of my knowledge, the listed costs are correct and have been necessarily incurred.
5. Copies of the invoices for each cost are attached to this Motion.

I swear under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ *David Lanser*
David Lanser (La. Bar No. 37764)