Gmail

Veronica Barnes <veronicasuzannebarnes@gmail.com>

# Activity in Case 2:23-cv-07296-NJB-KWR Banner v. Wright et al Notice of Appeal

**Efile_Notice@laed.uscourts.gov** <Efile_Notice@laed.uscourts.gov> Wed, Jul 2, 2025 at 3:31 PM
To: Efile_Information@laed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Most, William on 7/2/2025 at 2:31 PM CDT and filed on 7/2/2025

**Case Name:** Banner v. Wright et al
**Case Number:** 2:23-cv-07296-NJB-KWR
**Filer:** Joy Banner
**WARNING: CASE CLOSED on 02/04/2025**
**Document Number:** 165

**Docket Text:**
**NOTICE OF APPEAL by Joy Banner as to [154] Judgment,. (Filing fee $ 605, receipt number ALAEDC-11059245.) (Most, William)**

**2:23-cv-07296-NJB-KWR Notice has been electronically mailed to:**

David Joseph Lanser     david.lanser@gmail.com

Ike Spears     ikespears@gmail.com, alexandra@spearslaw.com, kameelah@spearslaw.com, lisamanningambrose@gmail.com

Joyce Sallah     sallahlaw2019@gmail.com, jssallah@gmail.com

William Brock Most     williammost@gmail.com, archive@recap.email, david.lanser@gmail.com, veronicasuzannebarnes@gmail.com

**2:23-cv-07296-NJB-KWR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/2/2025] [FileNumber=12937730-0
] [7589ff23634aaed0581d40e157f43798e440d63b6124ee7dd9cd847a2147c14649e
e2dd0d37dc6877d65036bb4c701fadc7f17450cccc28bec8f3c180e48c58f]]