ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

INVOICE 20250007

William B. Most
Most & Associates
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170

**MAKE CHECKS PAYABLE TO:**
Alexis A Vice, RPR, CRR
500 Poydras Street, HB-275
New Orleans, LA 70130
(504) 589-7777
Alexis_Vice@laed.uscourts.gov

__ CRIMINAL  X CIVIL

DATE ORDERED: 02-03-2025

DATE DELIVERED: 02-08-2025

**In the matter of:** 23-7296, Banner v Wright, et al

Transcript of Jury Trial held January 27-29, 2025

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | 4.40 | | | 1.10 | | | 0.75 | | |
| 14-Day | | 5.10 | | | 1.10 | | | 0.75 | | |
| 7-Day | 452 | 5.85 | 2644.20 | | 1.10 | | | 0.75 | | 2644.20 |
| 3-Day | | 6.55 | | | 1.30 | | | 0.90 | | |
| Next-Day | | 7.30 | | | 1.45 | | | 1.10 | | |
| 2-Hour | | 8.70 | | | 1.45 | | | 1.10 | | |
| Realtime | | 3.70 | | | 2.55 | | | 1.80 | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 2644.20 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| **Date:** 02-03-2025 | | | **Check:** Venmo | | | | | | Less Amount of Deposit | 1170.00 |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 1474.20 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/Alexis A. Vice

DATE: 02-08-2025

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR