**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOY BANNER, Ph.D.**<br>**Plaintiff** | * * | |
| | * | **Civil Action** |
| **VERSUS** | * | |
| | * | **Case No. 23-cv-7296** |
| | * | |
| **MICHAEL WRIGHT, in his individual and official capacities, JACLYN HOTARD, in her individual and official capacities; and ST. JOHN THE BAPTIST PARISH;**<br>**Defendants.** | * * * * * * | **Section: "G" (4)** |

*************************************************************************

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 39 COSTS**

NOW INTO COURT, through undersigned counsel, come Defendants, Michael Wright, in his individual and official capacities, Jaclyn Hotard, in her individual and official capacities, and St John the Baptist Parish, (hereinafter collectively referred to as "Defendants"), who opposes Plaintiff, Joy Banner's, (hereinafter "Plaintiff"), **Motion for Rule 39 Costs**. Plaintiff's **Motion for Rule 39 Costs** should be denied, at least, in part.

The Court will find that some of the costs for which Plaintiff seek recovery are precluded by 28 U.S.C.§ 1920; therefore, for the below reasons, at least **$655.40** of the **$2,644.20** in transcript fees are not recoverable.

### A. The Costs Plaintiff May Recoup Are Limited

The prevailing party "bears the burden of showing that the requested costs are allowable under [28 U.S.C.] § 1920." *Nobel Biocare USA, LLC v. Technique D'Usinage Sinlab Inc.*, 1:12cv730 (LMB/TCB), 2013 U.S. Dist. LEXIS 30851, at *2 (E.D. Va. Mar. 4, 2013) (internal quotations omitted). Plaintiff failed to meet this burden for some of her costs, more specifically, for at least $655.40 of her $2,644.20 in transcript fees.

"Taxing fees for the expedited production of transcripts is 'not allowed absent a showing of necessity.'" *Nobel Biocare*, 2013 U.S. Dist. LEXIS 30851, at *5 (quoting *Ferris*, 2008 U.S. Dist. LEXIS 13591, at *1). *See also Nigro v. Va. Commonwealth Univ. Med. College of Va.*, Civil Action No. 5:09-cv-00064, 2012 U.S. Dist. LEXIS 156184, at *6 (W.D. Va. Oct. 31, 2012).

Pursuant to Plaintiff's motion and the attached exhibits therein, she is seeking $2644.20 for expedited transcript fees, (paid at the seven (7) day rate of $5.85 per page instead of the thirty (30) day rate of $4.40). *Doc. 172-6.* Given that Plaintiff's brief was due on October 6, 2025, Plaintiff had no legitimate justification for seeking costs for the expediated transcript preparation.

Plaintiff cannot justify seeking costs incurred for the expedited transcript. *Compare Synergistic Int'l, L.L.C. v. Korman*, Civil No. 2:05cv49, 2007 U.S. Dist. LEXIS 9798, at *7-9 (E.D. Va. Feb. 8, 2007) (sustaining defendant's objection to costs related to the expedited preparation of the transcripts where deposition was taken on June 29, 2005 and summary judgment motion was not until August 15, 2005) *with Nigro*, 2012 U.S. Dist. LEXIS 156184, at *6-7 (allowing costs where depositions were conducted two weeks before dispositive motion deadline).

Thus, those transcripts fees sought should have been for **$1,988.80,** (452 pages x $4.40 @ **the thirty (30) day rate** instead of the seven (7) day rate of $5.85 per page for a total of **$2,644.20)**.

**B. Conclusion**

For the foregoing reasons, Plaintiff's **Motion for Rule 39 Costs** should be denied, at least in part.

Respectfully Submitted,

/s/ Ike Spears_____________
**IKE SPEARS, LSB #17811**
SPEARS & SPEARS
**JOYCE S. SALLAH, LSB # 32236**
909 Poydras Street, Ste. 1825
New Orleans, LA 70112
Telephone: (504) 593-9500
Telecopier: (504) 523-7766
E-mails: ikespears@gmail.com
sallahlaw2019@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 11, 2026, the foregoing Opposition was electronically filed through the **CM/ECF system** which sends notification and a copy of same to Plaintiff's counsel of record, William B. Most.

________/s/ *Ike Spears*________
**IKE SPEARS**