**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOY BANNER, Ph.D.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7296** |
| **MICHAEL WRIGHT, individually and in official capacity, et al.** | **SECTION: "G"(4)** |

**REPLY IN SUPPORT OF MOTION FOR RULE 39 COSTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Joy Banner who files this Reply in support of her motion seeking costs from the successful appeal.

In her motion, Plaintiff requested that Defendants be ordered to pay $3,249.20 in Rule 39 costs, which included $605.00 in filing fees and $2,644.20 in transcript fees.[1] Defendant opposes only the award of $655.40 of that total, representing the difference to expedite the transcript production versus the non-expedited cost.[2]

Defendants cite to several Virginia District Court cases for the prospect that "Taxing fees for the expedited production of transcripts is 'not allowed absent a showing of necessity,'" although there does not appear to be any Fifth Circuit precedent to that effect in the Rule 39 context.[3] Nevertheless, it was, in fact, necessary for Plaintiff to request an expedited copy. Plaintiff ordered the transcript on February 3, 2025, just three working days after trial concluded.[4] Defendant claims that the expedited transcript was not necessary "[g]iven that Plaintiff's brief was

---

[1] R. Doc. 172-1.
[2] R. Doc. 174.
[3] R. Doc. 174 at 2 (citing *Nobel Biocare USA, Ltd. Liab. Co. v. Technique D'Usinage Sinlab, Inc.*, 2013 U.S. Dist. LEXIS 30851, at *5 (E.D. Va. Mar. 4, 2013); *Ferris v. AAF-Mcquay, Inc.*, 2008 U.S. Dist. LEXIS 13591 (W.D. Va. Feb. 21, 2008); *Nigro v. Va. Commonwealth Univ. Med. Coll. of Va.*, 2012 U.S. Dist. LEXIS 156184 (W.D. Va. Oct. 31, 2012)).
[4] R. Doc. 172-6.

due on October 6, 2025."[5] But the transcript was ordered pursuant to the deadline to file the motion for a new trial, which "must be filed no later than 28 days after the entry of judgment."[6] Even if Plaintiff had requested a transcript the moment the jury verdict was read, an expedited transcript would have been necessary as the non-expedited, 30-day rate would not ensure the transcript in hand before the motion deadline.

WHEREFORE, Plaintiff Joy Banner requests that the motion for costs be granted in full, as all costs were justified.

Respectfully submitted,

/s/ *David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
lanser@mostandassociates.com

[5] R. Doc. 174 at 2.
[6] Fed. R. Civ. Proc. 59(b).