# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2026

Thomas B. Plunkett, III
Clerk

No. 25-30381

Joy Banner, *Doctor of Philosophy*,

*Plaintiff—Appellant*,

*versus*

Michael Wright, *in his individual and official capacities*; St. John the Baptist Parish; Jaclyn Hotard, *in her individual and official capacities*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-7296

## JUDGMENT

Before Smith, Higginson, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we VACATE the judgment and REMAND for a new trial. Beyond what we have specifically directed, we place no limitations on what matters the district court may address, nor do we suggest what decisions should be made.

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT

**Certified as a true copy and issued as the mandate on Nov 24, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**