# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2026

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 25-30381 Banner v. Wright
USDC No. 2:23-CV-7296

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: _________________________
Rebecca Andry, Deputy Clerk
504-310-7638

cc w/encl:
Mr. William Brock Most
Mr. Ike Spears