UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

Joy Banner v. Michael Wright, et al. **No.** 25-30381

The Clerk is requested to tax the following costs against: Appellees (Michael Wright, St. John the Baptist Parish, and Jaclyn Hotard)

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | ~~$ 1.00~~ | | | | 600 |
| Appendix or Record Excerpts | 4 | 52 | $ 0.20 | $ 41.60 | 4 | 52 | .20 | 41.60 |
| Appellant's Brief | 6 | 59 | $ 0.20 | $ 70.80 | 6 | 59 | .20 | 70.80 |
| Appellee's Brief | | | | $ 0.00 | | | | |
| Appellant's Reply Brief | 6 | 8 | $ 0.20 | $ 9.60 | 6 | 8 | .20 | 9.60 |
| Other: Covers | 3 | 1 | $ 0.40 | $ 1.20 | | | | 1.20 |
| **Note**: Actual cost was $319.09 | | | Total $ | $ 124.20 | Costs are taxed in the amount of $ | | | 723.20 |

Costs are hereby taxed in the amount of $ 723.20 this twenty-fourth day of November, 2026.

Thomas B. Plunkett, III, CLERK

State of

County of ______

By *Nina Fernandez*

Deputy Clerk

I William Most, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 22nd day of October, 2026.

/s/ William Most

(Signature)

Attorney for Appellant Joy Banner

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS